# EXHIBIT "1"

**From:** Jason Knauf
**Date:** December 10, 2018 at 11:04:27 AM PST
**To:** M <​███████​>
**Cc:** Harry <​███████​>, Samantha Cohen <​███████​>
**Subject:** Re: Omid and Carolyn book

Very helpful - thank you! Also shows we've been on exactly the same page which is good!

███████

On 10 Dec 2018, at 18:01, M <​███████​>> wrote:

Hi Jason

Thanks very much for the info below - for when you sit down with them it may be helpful to have some background reminders so I've included them below just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support - please let me know if you need me to fill in any other blanks.

Thank you!

s
- Family: M's relationship with half-siblings (including date/timing questions)
-They were teenagers when they moved into her parents' home prior to Meghan being born
-Doria left Tom when Meghan was two years old (moved to the other side of town 45 minutes away). His other children were 15 and 17 years old.
-Tom Jr and Samantha dropped out of high school and moved out of their father's home the same year

-With a 16 year age gap and Meghan being a baby, there was minimal interaction
-Meghan saw them a handful of times when she was under the age of 5, then again when she was 11 years old. She didn't see her half sister again until her father asked her to attend Samantha's graduation in New Mexico when Meghan was 22 years old. She saw her for one day and hasn't seen her since
-upon Meghan dating Harry, Samantha changed her last name back to Markle, and began a career creating stories to sell to the press. She had lost custody of all three of her children from different fathers, and though the press had been back briefed about the non relationship with Meghan they continued to give her media opportunities
-Meghan last saw Tom jr at their grandmothers funeral approx 10 years ago. Meghan was her primary caregiver and took care of her the final years of her life
-Meghan has never had a relationship with either of them; she was always referred to as an only child by both of her parents and all of her friends through her entire upbringing because the half siblings were not in the picture (by their own choice)
-there has been no communication or outreach; Meghan has never known their birthdates or middles names and vice versa. The family was raised very estranged and the profile of Meghan's relationship created an opportunity for all of the Markle's
-all of these facts can be validated by anyone who has known Meghan since childhood or afterwards

- Family: relationship with family and father (past and present)
-They were close most of her life
-Meghan supported her father in spite of his reclusiveness (as evidence in the article she wrote about him for Father's Day on her now defunct website The Tig)
-media pressure crumbled him and he began doing press deals brokered by his daughter Samantha
-despite countless efforts to support him through the past two years, they now no longer have a relationship

- H's November 2016 statement
Very turbulent time, exacerbated by media interest propelled by Samantha Markle. Meghan was living alone in Toronto and working and her house was swarmed by paparazzi and journalists. She was chased off the roads when driving, she received a father threat; there was massive interest and with very little support. Police were called many times; decision was made to draw a line in the sand

- First appearance at Invictus 2017
Not sure what background they want for this

- Engagement/proposal announcement

- Wedding (background on certain guest friendships etc)
- Wedding planning
- Dealing with media during Thomas Markle situation
- Nottingham Cottage in the future/Apartment 1
Apartment 1 wouldn't be ready until 2021, with growing family they needed space sooner than that
- the queen offered Windsor which the couple gratefully accepted. They are also very happy to have the space and privacy that Windsor affords - being able to go for long walks, etc



HOME | LIFE | **IN THE NEWS**

# Why Is Former Royal Aide Jason Knauf Giving Evidence Against Meghan Markle Now?

A witness statement submitted from Meghan's ex-aide Jason Knauf, claims the Duchess of Sussex wrote the letter to her father 'understanding it could be leaked.' But why is this now being revealed in court?



**BY AALIYAH HARRY** | POSTED ON <u>11 11 2021</u>

As the legal battle for Meghan Markle continues and attention around her intensifies, it is her ex-aide who is proving to also be the centre of the trial. All anyone wants to know is who Jason Knauf is after he spoke out against Meghan in a witness statement. Earlier

The statement read, 'Some of this has been very public—the smear on the front page of a national newspaper; the racial undertones of comment pieces; and the outright sexism and racism of social media trolls and web article comments.' Meghan presumably felt comfortable enough with Knauf, that she asked for his feedback on the famous private letter to her father, Thomas Markle. However, a mere two months later, Knauf turned his back on Meghan and called her out for allegedly bullying a junior staffer.

According to The Times, in 2018 Jason emailed Prince William's private secretary, Simon Case outlining his dispute. The email read, 'I am very concerned that the Duchess was able to bully two PAs out of the household in the past year. The Duchess seems intent on always having someone in her sights.' He continued, 'She is bullying (name removed) and seeking to undermine her confidence.' A month after reporting the allegations of bullying, he handed in his notice. The harrasmant claims resulted in an onslaught of press just before her highly anticipated sit-down interview with Oprah Winfrey. Although 3 months have passed, according to insiders, the 'bullying incident' is still under investigation, and the final report may take some time yet.

## What did Jason Knauf say in his witness statement?

Knauf has suggested that Meghan hand-wrote a letter to her estranged father, Thomas Markle, knowing it may be leaked to the press. Knauf said in his statement, 'When the Duchess was considering how to handle Mr Markle's increasing public interventions – both for concerns about his welfare and also to protect her reputation – she explored options for written communication that might convince him to stop giving interviews, but that could also set the record straight if he gave them to the media.'

A few months after Meghan and Harry's wedding Knauf recalled, 'She asked me to review an electronic draft of the letter saying, "obviously everything I have drafted is with the understanding that it could be leaked so I have been meticulous in my word choice but please do let me know if anything stands out for you as a liability".' He added, 'She also asked a specific question regarding addressing Mr Markle as "Daddy" in the letter, saying, "given I've only ever called him daddy it may make sense to open as such

(despite him being less than paternal), and in the unfortunate event that it leaked it would pull at the heartstrings".'

He revealed text messages between the two saying, 'In the messages on 24 August she said she felt 'fantastic; after writing it and added that: 'And if he leaks it then that's on his conscious, but at least the world will know the truth. Words I could never voice publicly."

# Why is Jason Knauf speaking out against Meghan Markle now ?

The Mail on Sunday has asked the Court Of Appeal to admit Jason Knauf's written statement as evidence, but it is unclear whether this statement was prepared before the first trial, and not allowed to be admitted, or whether this is new evidence. The Duchess of Sussex won the original case with a Summary Judgment, which means the case never actually went to trial, so it's possible Kanuf's statement was originally obtained in preparation for this.

**READ MORE:** Is Good Morning Britain Gaslighting Meghan Markle?

**READ MORE:** **\*\*** \*\*Meghan Markle Doesn't Owe Her Father A Relationship

Just so you know, whilst we may receive a commission or other compensation from the links on this website, we never allow this to influence product selections - **read why you should trust us**

PRODUCT REVIEWS

ABOUT US

CONTACT US

LEGAL

ADVERTISE

SUBSCRIBE

PRIVACY SETTINGS



© 1962-2021 Bauer Media Group

Bauer Media Group consists of: Bauer Consumer Media Ltd, Company number: 01176085, Bauer Radio Ltd, Company Number: 1394141

Registered Office: Media House, Peterborough Business Park, Lynch Wood, Peterborough, PE2 6EA H Bauer Publishing,Company Number: LP003328

Registered Office: Academic House, 24-28 Oval Road, London, NW17DT. All registered in England and Wales. VAT no 918 5617 01

H Bauer Publishing are authorised and regulated for credit broking by the FCA (Ref No. 845898)

☰ **TOWN&COUNTRY**     SUBSCRIBE   SIGN IN

Every item on this page was chosen by a Town & Country editor. We may earn commission on some of the items you choose to buy.

# Meghan Markle's Texts to Aide Over Letter to Her Father Made Public in Court Documents

**A witness statement provided by former royal Communications Secretary Jason Knauf details his text and email communications with Meghan and Harry.**

BY VICTORIA MURPHY   —◇—   NOV 10, 2021



SAEED KHAN / GETTY IMAGES

Lawyers for the publisher of the *Mail on Sunday* are appearing in court this week appealing against a summary judgement that found their publication of parts of a letter the Duchess of Sussex wrote to her father was

"unlawful." And today, a witness statement that they hope to be able to rely on as evidence was released, putting previously unseen communications between Meghan and Harry and their staff into the spotlight.



ARTICLES LEFT | Subscribe to Town & Country All Access.

today at the same time as a statement from Meghan outlining her response. On the subject of Meghan's letter to her father, Mr. Knauf's statement details how Meghan told him she drafted the letter with "the understanding that it could be leaked" and considered how calling Mr. Markle 'Daddy' would "pull at the heartstrings" in the "unfortunate" event it was made public.

ADVERTISEMENT – CONTINUE READING BELOW

Your business moves

Try free

Adobe

"The Duchess wanted to make sure that if the letter became public it would assist with setting out her perspective on the problems with her father's behaviour," Mr. Knauf said. "In the messages on 24 August she said she felt 'fantastic; after writing it and added that: 'And if he leaks it then that's on his conscious(sic) but at least the world will know the truth. Words I could never voice publicly.'"

Lawyers for Associated Newspapers hope to be able to use Mr. Knauf's evidence to challenge Lord Justice Warby's summary judgement in Meghan's favor earlier this year. In written submissions to the court, Meghan's legal team have requested the appeal be dismissed and accused the newspaper group of trying to "muddy the waters, and to generate a proliferation of factual issues which it relies upon as justifying a trial."

Mr. Knauf's witness statement begins by saying that he that he had adopted a "position of neutrality" in the case, which Meghan first launched against the publisher in October 2019 following their publication of the letter in February 2019. "Given Mr Markle's increasing cooperation with reporters and photographers the Duchess had lost confidence that the privacy of her communication with her father would be respected by him," Mr. Knauf said. He added that Meghan "explored options for written communication that might convince him to stop giving interviews, but that could also set the record straight if he gave them to the media."

Mr. Knauf's statement went on to detail how Meghan texted him in August 2018 with a draft of the letter, saying, "obviously everything I have drafted is with the understanding that it could be leaked so I have been meticulous in my word choice..."

"She also asked a specific question regarding addressing Mr Markle as 'Daddy' in the letter, saying 'given I've only ever called him daddy it may make sense to open as such (despite him being less than paternal), and in the unfortunate event that it leaked it would pull at the heartstrings,'" he said.

Mr. Knauf added that Meghan "wanted to write a letter rather than an email or text message (other options she had considered and discussed with senior Royal Household staff) as a letter could not be forwarded or cut and pasted

to only share one small portion." Mr. Knauf continued about Meghan, "As part of a series of messages on August 24, 2018, she explained that she had given careful thought to how to prevent the letter being leaked in part or in a misleading way. She explained to me by text that she had numbered the pages at the top to indicate the length of the letter (1/5, 2/5 etc). She also deliberately ended each page part way through a sentence so that no page could be falsely presented as the end of the letter. In the event that it was leaked she wanted the full narrative as set out in the letter to be understood and shared. She said she had 'toiled over every detail which could be manipulated'."

In a 22-page response to Mr. Knauf's witness statement, the Duchess of Sussex gave her own account of events, saying that "While we had to recognize that anything was possible in the extraordinary circumstances in which we were living and therefore the need to mitigate against the risks of disclosure of the Letter's contents, I did not think that my father would sell or leak the Letter, primarily because it would not put him in a good light." She added how she "merely recognized" that it was a "possibility" that the letter could be leaked, adding, "To be clear, I did not want any of it to be published, and wanted to ensure that the risk of it being manipulated or misleadingly edited was minimised, were it to be exploited."

She also said that she was "especially sensitive" to the royal family's concerns over her father's public comments about them, saying, "I had very recently married into the family and was eager to please them."

Mr. Knauf's statement also deals with questions over to what extent Meghan and Harry co-operated with the authors of biography *Finding Freedom*. "The book was discussed directly with the Duchess multiple times in person and over email," he said, adding that "The Duke and Duchess later authorised specific cooperation in writing in December 2018."

Mr. Knauf said he had advised that it was "not a good idea" to put friends in touch with the authors as "being able to say hand on heart that we did not facilitate access will be important." Mr. Knauf said about Harry's response, "The Duke replied the same day saying: '…I totally agree that we have to be able to say we didn't have anything to do with it. Equally, you giving the right context and background to them would help get some truths out there. The truth is v much needed and would be appreciated, especially around the Markle/wedding stuff but at the same time we can't put them directly in touch with her friends'."

In her statement, Meghan said that "Until receipt of Mr Knauf's Witness Statement the only exchanges I remembered having about the Book with Mr Knauf were my discussion with him in the Audience Room and the email exchanges of 12 September 2018 about proactively asking our friends not to participate in the Book." She also said, "In the light of the information and documents that Mr Knauf has provided I accept that Mr Knauf did provide some information to the authors for the Book and that he did so with my knowledge, for a meeting that he planned for with the authors in his capacity as Communications Secretary." Apologising and saying she had "absolutely no wish or intention" to mislead the court, she added, "In fact, had I been aware of these exchanges at the time of serving the Re-Amended Reply, I would have been more than happy to refer to them as I feel they strongly support my case."

The appeal is being heard over three days and a decision will be given at a later date.

**VICTORIA MURPHY**
Town & Country Contributing Editor Victoria Murphy has reported on the British Royal Family for nine years.

# Want all the royal news, with none of the malicious gossip?

Sign up for all the latest updates from our inside sources.

| ✉ Your email address gets you access. | **SIGN ME UP.** |
|---|---|

By signing up, I agree to Hearst Magazines' Terms of Use (including the dispute resolution procedures); my information will be used as described in the Privacy Notice.

---

## Watch Next

MORE FROM
## ROYAL FAMILY NEWS

Princess Madeleine of Sweden                    The Queen's Year in Review

ADVERTISEMENT - CONTINUE READING BELOW



Queen Mary Was a Master of the Jewelry Makeover

Kate Middleton's Greatest Style Moments

Sarah Ferguson on Harry & Meghan

Prince Harry and Meghan Markle Are "Inseparable"

Queen Elizabeth Cancels Festive Lunch

Princess Mary of Denmark Tests Positive for Covid

Prince Andrew Asks Court to Dismiss Sex Abuse Case

Japan's Former Princess Mako in NYC



Nuestro plan CareFree (HMO) LE DEVUELVE DINERO en su prima de la Parte B de Medicare cada mes

CarePlus
HEALTH PLANS

Más información

Royal Family News      Heritage      Society

Publisher Launches Appeal in Meghan Privacy Case

Meghan Markle's Father Share's Thoughts on Letter

Prince Charles Is Reportedly Sympathetic to Meghan

The Latest Twist in Meghan Markle's Court Case

New Files About the Kennedy Assassination

Meghan Markle's Father Will Not Give Her Away

## TOWN&COUNTRY

f   𝕏   P   📷   ▶

**Newsletter**

**Subscribe**

**Advertise Online**

**Press Room**

**Contact Us**

**Other Hearst Subscriptions**

**About Us**

**Customer Service**

A Part of Hearst Digital Media

**Town & Country participates in various affiliate marketing programs, which means we may get paid commissions on editorially chosen products purchased through our links to retailer sites.**

©2021 Hearst Magazine Media, Inc. All Rights Reserved.

Privacy Notice/Notice at Collection    Your California Privacy Rights    Interest-Based Ads

Terms of Use    Site Map

**Do Not Sell My Personal Information**

news.sky.com 🔒



can we deliver energy
to a world that can't stop?

DISCOVER HOW

# Meghan's aide regretted not giving evidence after Duchess of Sussex won lawsuit against MailOnline publisher, court documents say

A trio of judges are considering an appeal by Associated Newspapers Limited against a judgment made against them earlier this year, after Meghan sued the company when the contents of a letter she sent to her father, Thomas Markle, was published.

🕐 Friday 12 November 2021 09:22, UK





The Duchess of Sussex's former aide regretted not giving evidence after the royal won her legal battle against a newspaper publisher, court documents say.

Three judges have retired to consider their judgment on the appeal against the ruling.

Sponsored link     Recommended by ⊙utbrain



### Here Are 22 of the Coolest Gifts for This 2021

TechPrimeTrends

Meghan sued Associated Newspapers Limited (ANL), the publisher of the Mail On Sunday and the MailOnline, over five articles that reproduced parts of a "personal and private" letter sent to her father, Thomas Markle, in August 2018.

Also Meghan does not work with a stylist;  is her close friend



Also Meghan does not work with a stylist; ████ is her close friend

████████████████████████████████████████

On Dec 10, 2018, at 2:22 PM, Jason Knauf
<████████████████████████████████>> wrote:

Hi Ma'am –

Please see attached the areas Omid and Carolyn have asked to discuss with me.

My advice is that we do not ask your friends to directly engage with them. I think it is important that we can say hand on heart they had no access, just in case it goes into any difficult territory.

Mr Knauf provided emails to the court

From: Jason Knauf ████████████
Date: December 10, 2018 at 11:04:27 AM PST
To: M <████████>
Cc: Harry <████████>, Samantha Cohen <████████████>
Subject: Re: Omid and Carolyn book

Very helpful - thank you! Also shows we've been on exactly the same page which is good!

████████████

On 10 Dec 2018, at 18:01, M <████████████████>> wrote:

Hi Jason

Thanks very much for the info below - for when you sit down with them it may be helpful to have some background reminders so I've included them below just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support - please let me know if you need me to fill in any other blanks.

Thank you!!!



can we deliver energy
to a world that can't stop?

DISCOVER HOW

**From:** Jason Knauf ▮▮▮▮▮▮▮▮▮▮▮
**Date:** December 10, 2018 at 11:04:27 AM PST
**To:** M < ▮▮▮▮▮▮ >
**Cc:** Harry < ▮▮▮▮▮ >, Samantha Cohen < ▮▮▮▮▮▮▮▮▮▮ >
**Subject:** Re: Omid and Carolyn book

Very helpful - thank you! Also shows we've been on exactly the same page which is good!

▮▮▮▮▮▮▮

On 10 Dec 2018, at 18:01, M < ▮▮▮▮▮▮▮▮▮▮▮▮ >> wrote:

Hi Jason

Thanks very much for the info below - for when you sit down with them it may be helpful to have some background reminders so I've included them below just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support - please let me know if you need me to fill in any other blanks.

Thank you!

s
- Family: M's relationship with half-siblings (including date/timing questions)
-They were teenagers when they moved into her parents' home prior to Meghan being born
-Doria left Tom when Meghan was two years old (moved to the other side of town 45 minutes away). His other children were 15 and 17 years old.
-Tom Jr and Samantha dropped out of high school and moved out of their father's home the same year

The High Court ruled ANL's publication of Meghan's letter to her father was unlawful. It meant that there was no need for a trial.

In an appeal this week Jason Knauf, a former communications secretary for the Duke and **Duchess of Sussex**, said in a witness statement that Meghan wrote the letter in question to her father in the **knowledge it may be leaked**.

Advertisement

Advertisement

The duchess apologised, saying she had "not remembered these exchanges" and added: "I had absolutely no wish or intention to mislead the defendant or the court."

ARTICLE CONTINUES BELOW THIS ADVERT



No thanks, I'm driving.

More documents were released which showed that ANL was contacted by a confidential source close to Mr Knauf after the ruling in Meghan's favour, indicating the former aide regretted not giving evidence.

## ▌MORE ON DUCHESS OF SUSSEX



Meghan: Court dismisses appeal by Mail on Sunday publisher over duchess' letter to her father



Claims Prince Charles asked about skin colour of Harry and Meghan's children dismissed as 'fiction' by palace



A royal mess: Meghan and the letter of the law

Related Topics:    ( Duchess Of Sussex )    ( Meghan Markle )

Before the judgement, Mr Knauf's legal team told ANL that his position was "strictly neutral" and he did not want to be involved in the litigation.

After the result, ANL was contacted by the source and the legal team then approached Mr Knauf, who at this point wanted to give evidence.



Meghan's letter to father Thomas Markle 'written with public consumption in mind'

Keith Mathieson, a solicitor for ANL, said: "Mr Knauf was plainly a central figure in the events he describes.

"He was a senior and trusted member of the royal household staff and he continues to occupy an important position as CEO of The Royal Foundation.

"His witness statement is measured in tone and he has been careful not to include evidence of matters beyond his own personal knowledge.



11:54 Mon 22 Dec 18                                                news.sky.com



2:51

Meghan said she had no intention to mislead the court

"Given the high profile nature of this litigation and the likelihood of his evidence (if admitted) being widely reported, as well as the position he holds, it is hardly conceivable that he would say anything he did not believe to be true and I know of nothing in his evidence which is subject to any reasonable challenge."

Mr Knauf is due to stand down as CEO of the Royal Foundation at the end of thesis year.

Sir Geoffrey Vos, sitting with Dame Victoria Sharp and Lord Justice Bean, said they will take time to consider their decision and give their ruling at a later date.

**Related Topics**

( Duchess Of Sussex )  ( Meghan Markle )

## Sponsored Links                                       Smartfeed



**23 People Who Ended Up Marrying Their Celebrity Crush**

POPSUGAR



**Here Are 23 of the Coolest Gifts for This 2021**

National Penny Gift Guide



**"Nature's Morphine", Could Help Against Joint Pain & Arthritis**

behealth space