# EXHIBIT "2"

**From:** Harry
**Sent:** 10 December 2018 12:45
**To:** Jason Knauf
**Cc:** Samantha Cohen
**Subject:** Re: Topics for Omid and Carolyn
**Attachments:** image001.png

Sorry for filling your inbox with a message I just accidentally sent you both!
Blame it being a Monday!
I think definitely share this with M and make the suggestion to her that you have here. She will 100% support it and I totally agree that we have to be able to say we didn't have anything to do with it.
Equally, you giving the right context and background to them would help get some truths out there.
The truth is v much needed and would be appreciated, especially around Markle/wedding stuff but at the same time we can't put them directly in touch with her friends.

On 10 Dec 2018, at 08:52, Jason Knauf wrote:

> Morning Sir –
> Please see attached the topic areas that Omid and Carolyn want to discuss.
> Please can you decide if you'd like to share these with The Duchess. It is my view that it is not a good idea for The Duchess to open this up to her friends, but I am happy to facilitate either way. I think both have a natural instinct to want to balance the record in defence of The Duchess, but being able to say hand on heart that we did not facilitate access will be important.
> Let me know what you think. I will see them this week to help them with factual accuracy and context.
> Jason



Jason Knauf
Communications Secretary to The Duke and Duchess of Cambridge and The Duke and Duchess of Sussex
Households of The Duke and Duchess of Cambridge & The Duke and Duchess of Sussex
Kensington Palace, London, W8 4PU
www.royal.uk

 +12