# EXHIBIT "3"

Home › World › Meghan Markle Apologises For Misleading UK Court Over Letter To Father

# Meghan Markle Apologises For Misleading UK Court Over Letter To Father

Duchess of Sussex Meghan Markle's apology came as part of a British newspaper group's appeal against a UK High Court ruling that it breached Markle's privacy, by publishing parts of a letter she wrote to her father.

World | Agence France-Presse | Updated: November 11, 2021 5:40 pm IST

Sponsored
Start Losing Weight Today (ummeal.com)

Sponsored Links by Taboola
Doctor Tells: Do You Have Too Much Belly Fat? (Eat This Before Bed) (Gundry MD)

**TRENDING**

 **Man Beaten To Death After Alleged Sacrilege Attempt At Golden Temple**

 **Madhuri Dixit-Shriram Nene's Son Arin Returns To India For The Holidays**

 **Omicron Cases In India Now 126; Maharashtra, Kerala Report More Patients**

 📱 Celeb **Alia Bhatt's Stylish Lehengas** 11 Slides

 📱 Entertainment **8 Indians Made It To Miss Universe Top 5** 11 Slides

 📱 Humor **10 Memes From Elon Musk** 17 Slides

🛒 SHOPPING



Angashion Women's Dresses Floral Adjustable Spaghetti...
$36.90 amazon


2022 Lenovo IdeaPad 3 15.6" Full HD 1080P Touchscreen...


Associated Newspapers said Meghan Markle wrote the letter, knowing it was likely to be leaked. (File)

      

**London:** Meghan Markle has apologised to a UK court after admitting being involved in a favourable biography of her short tenure as a frontline royal in Britain, despite having previously denied it.

The apology came as part of a British newspaper group's appeal against a High Court ruling that it breached the Duchess of Sussex's privacy, by publishing parts of a letter she wrote to her father.

Associated Newspapers, which publishes the Mail on Sunday, Daily Mail and MailOnline, has submitted that she wrote the letter, knowing it was likely to be leaked, despite claiming the opposite.

It is relying on testimony from her former communications adviser, Jason Knauf, to overturn the lower court's ruling that publication was "manifestly excessive and... unlawful".

As part of their case at the Court of Appeal in London, the publishers said Knauf provided information to the authors of a biography, "Finding Freedom".

Both Meghan and Harry, who quit royal life last year citing media intrusion and moved to the United States, have previously said they had no direct involvement in the book.

But Knauf said in a witness statement that the best-selling book was "discussed on a routine basis" and "directly with the duchess multiple times in person and over email".



**2022 Lenovo IdeaPad 3 15.6" Full HD 1080P Touchscreen...**

$799.99 amazon



**Samsung Tab A7 Lite 8.7" Gray 32GB (SM-...**

$119 amazon
(25% off)

Meghan Markle apologises for misleading UK Court over Letter

But Knauf said in a witness statement that the best-selling book was "discussed on a routine basis" and "directly with the duchess multiple times in person and over email".

She also gave him briefing points about her life to share with the authors, Omid Scobie and Carolyn Durand. Meghan's husband, Prince Harry, was also emailed.

Knauf told the court in his statement that Harry had told him there should be plausible deniability and Knauf should provide "the right context and background".

That would "help get some truths out there", he is said to have told the aide.

**'Little Miss Forgetful'**







In a witness statement made public on Wednesday, Meghan apologised for misleading the court about whether she had provided details to Knauf to pass on to the authors.

"I accept that Mr Knauf did provide some information to the authors for the book and that he did so with my knowledge, for a meeting that he planned for with the authors in his capacity as communications secretary," she said.

"The extent of the information he shared is unknown to me.

"When I approved the passage... I did not have the benefit of seeing these emails and I apologise to the court for the fact that I had not remembered these exchanges at the time.

"I had absolutely no wish or intention to mislead the defendant or the court."

A decision on the privacy ruling appeal is expected at a later date.

British newspapers, many of whom have been criticised by Meghan and Harry for the accuracy of their reporting, gave prominence to the former television actress saying sorry.

The Sun carried a front-page cartoon of Meghan's head superimposed on a Little Miss character, with the headline: "Little Miss Forgetful."

*(Except for the headline, this story has not been edited by NDTV staff and is published from a syndicated feed.)*

**1**
Comments

Track Latest News Live on NDTV.com and get news updates from India and around the world.

WATCH LIVE    FOLLOW

   

Meghan Markle, Meghan Markle Biography



# THE U.S. Sun

Sign in

US Edition ▾ | Search 🔍

**HOME    NEWS    ENTERTAINMENT    LIFESTYLE    MONEY    HEALTH    SPORT**

All Lifestyle | Horoscopes

>



**REVEALED**

Lifestyle

## MIXED MESSAGES Meghan Markle's bombshell emails and texts reveal five alleged 'contradictions' in her claims to court

Holly Christodoulou | Emma James

9:03 ET, Nov 13 2021 | Updated: 10:14 ET, Nov 13 2021

 

**BOMBSHELL** messages sent by Meghan Markle have revealed five alleged contradictions in her court claims.

11:43 Sat Feb 12
Case 8:22-cv-00511-CEH-TGW   Document 1-4   Filed 03/03/22   Page 5 of 30 PageID 45
the-sun.com 🔒

**BOMBSHELL messages sent by Meghan Markle have revealed five alleged contradictions in her court claims.**

The Duchess of Sussex's credibility has been threatened after the explosive evidence was submitted to the High Court.



📷 4

**Meghan's credibility has been threatened** Credit: PA



**HOME** | **NEWS** | **ENTERTAINMENT** | LIFESTYLE | **MONEY** | **HEALTH**

~~Meghan's credibility has been threatened~~ Credit: PA

Text messages and emails between Meghan, 40, and her former communications secretary Jason Knauf were made public yesterday for the first time.

They came at the end of a sensational three-day case brought by the Mail on Sunday to appeal against Meghan's privacy win.

The newspaper published extracts of a five-page private letter she'd written to her dad begging him not to speak to the media about her.

We review the five alleged contradictions that emerged from Meghan's messages.

## Meghan's 'memory lapse'

Meghan previously claimed she did not know whether her communications team had given information to the Finding Freedom authors and insisted she had not been contacted by aides for "clarification of any matters relating to the book".

But she apologised this week after it was revealed she had shared email exchanges with Mr Knauf over the biography.

## MOST READ IN THE US SUN



**CASHING IN  Higher monthly social security payments to be sent out from January 2022**



**PAYDAY  Surprise '$1,100 Christmas payments' arriving TOMORROW as $6,300 cash sent out**



**MORE TROUBLE?  Hilaria & Alec are pulled over by police after FBI seizes Rust star's phone**



**'NOT DOING WELL' Big's wife 'very upset & they may spend Christmas apart' after rape claims**

She told the court she ~~"had not remembered" giving~~ Mr Knauf

**Sun** THE U.S.    **HOME**    **NEWS**    **ENTERTAINMENT**    **LIFESTYLE**    **MONEY**    **HEALTH**

She told the court she "had not remembered" giving Mr Knauf authorisation to brief authors Omid Scobie and Carolyn Durand.

Mr Justice Warby issued a summary judgment in February - meaning she won her privacy claim without a trial.

 **Read our Meghan and Harry live blog for the latest updates**

It now appears the judge was not aware of all the facts with Meghan blaming a memory lapse for misleading the court.

She said she had "absolutely no wish or intention to mislead the defendant or the court" but accepted Mr Knauf had offered information for the book "with my knowledge".

If the case were to go to trial, Meghan will have to publicly testify and even come face-to-face with her father.

## Knauf's 'two hour' Finding Freedom meeting

The emails between her and Mr Knauf show the aide sat down for two hours with the Finding Freedom writers to discuss a string of "briefing points" Meghan wanted him to share.

These included personal stories about Meghan's family - including how her half-sister Samantha "had lost custody of all three of her children from different fathers".

He wrote to Meghan: "I took them through everything. They are going to time the book for the run-up to the baby being born and it is going to be very positive.

"They are prioritising the US market and will position it as a celebration of you that corrects the record on a number of fronts.

"I will stay in close contact with them."

Mr Knauf also claimed in his witness statement he "authorised specific cooperation in writing in December 2018" to the book's authors.

He said "the book was discussed directly with the Duchess multiple times in person and over email".

But Mr Knauf said as far as he knows neither Harry or Meghan met directly with the authors during his time as press secretary.

## Dad's health 'concerns'

In the "heartfelt" letter to Thomas Markle, Meghan made reference to his ill-health.

11:43 PM Sun Dec 18 · · · ·
the-sun.com

 **THE U.S. SUN**   HOME   NEWS   ENTERTAINMENT   LIFESTYLE   MONEY   HEALTH

## Dad's health 'concerns'

In the "heartfelt" letter to Thomas Markle, Meghan made reference to his ill-health.

Her pals said that following her wedding to Harry in 2018, the Duchess made a series of "worried" phone calls to her father over his health.

And in the week before the nuptials Meghan released her first solo statement from the Palace, saying: "Sadly, my father will not be attending our wedding."

The text messages show the reference to Mr Markle's health was actually suggested to Meghan by Jason Knauf.

He tells the royal he thinks it is "essential" to address his "heart attack" as it is his "best opening for criticism and sympathy".

Meghan replies saying it is a "very valid point" and says she will attempt to squeeze it into the five page, 1,250-word letter.

She writes: "Will redraft one page and try to fit it in".

## Royal pressure

During the High Court hearing in January, Meghan said she felt forced to write the letter to her dad after they reached "breaking point".

Her barrister told the court: "It was written, in short, by daughter who felt she had reached a breaking point with her father."

But the court heard allegations there was another motive behind the letter to Thomas Markle.

She claimed that her "catalyst" for doing so was "seeing how much pain" the situation was causing Harry.

Meghan added: "Even after a week with his dad and endlessly explaining the situation, his family seem to forget the context and revert to 'can't she just go and see him and make this stop?'

"They fundamentally don't understand so at least by writing [Harry] will be able to say to his family, 'she wrote him a letter and he's still doing it'.

"By taking this form of action I protect my husband from this constant berating and while unlikely, perhaps it will give my father a moment to pause."

## Leak fears

the-sun.com 🔒

 **HOME** | **NEWS** | **ENTERTAINMENT** | LIFESTYLE | **MONEY** | **HEALTH**

## Leak fears

Meghan deliberately called Mr Markle "daddy" in the handwritten letter as she believed it would "pull at the heartstrings" if the public saw it.

Mr Knauf outlined how the Duchess said she had been "meticulous" in her wording in the private letter as she had "obviously" written it "with the understanding that it could be leaked".

Meghan claims in her statement she did not think it was likely to reach the public but recognised it was a "possibility".

Meghan later text Mr Knauf again, saying: "Honestly Jason, I feel fantastic.

"Cathartic and real and honest and factual. And if he leaks it then that's on his conscience.

"And at least the world will know the truth, words I could never voice."

Lawyers for Associated Newspapers argue the fear of a leak undermines Meghan's expectation of privacy.

They also believe it was in the public interest for the contents of the letter to be published.



a letter and he's still doing it'.

"By taking this form of action I protect my husband from this constant berating and while unlikely perhaps it will give my father a moment to pause."

She also suggests a handwritten letter "does not open the door for a conversation".

22 Aug 2018, 11:15

Hi Jason - I hope the recce is going well. I am currently in Toronto and have drafted a letter to have mailed to my dad. I share this with you in confidence - the letter itself and its contents. My plan is to write it by hand and fedex it to who will then mail it to my father. My thinking behind this is unlike a text or email it can't be forwarded or cut and pasted to only share one small portion. It also does not open the door for a conversation. The catalyst for my doing this is seeing how much pain this is causing H. Even after a week with his dad and endlessly explaining the situation, his family seem to forget the context - and revert to "can't she just go and see him and make this stop?" They fundamentally don't understand so at least by writing H will be able to say to his family..."she wrote him a letter and he's still doing it." By taking this form of action I protect my husband from this constant berating, and while unlikely perhaps it will give my father a moment to pause. Obviously everything I have drafted is with the understanding that it could be leaked so I have been meticulous in my word choice but please do let me know if anything stands out for you as a liability. Eager to hear your thoughts......

Daddy,

*The text Meghan Markle sent to Jason Knauf while she was drafting her letter to her father Thomas Markle Credit: Schillings/RPC*

The text message was released on Friday during a court appeal brought by Associated Newspapers Limited (ANL), the publisher of The Mail On Sunday and MailOnline, against a High Court judge's decision to grant Meghan summary judgment in a privacy case – meaning she won her case without a trial.

  

# The text message Meghan Markle sent to aide Jason Knauf on why she wrote letter to father

**ROYAL** | PRINCE HARRY | MEGHAN MARKLE | HARRY AND MEGHAN

🕐 Friday 12 November 2021, 6:52pm



*The Duchess of Sussex Meghan Markle*
*Credit: PA*

A text message Meghan Markle sent to a former aide explaining why she sent a letter to her dad has been released.

In the message to her former communications secretary, Jason Knauf, the Duchess of Sussex says the letter she had drafted to her father Thomas Markle, 77, had been written "with the understanding that it could be leaked".

And she asks for advice for anything that stands out "as a liability".

The message also goes into detail about how Meghan intends to send her letter and her motivation for doing so.

She tells Mr Knauf she wants to protect Prince Harry from "constant berating" from the royal family by showing them she has at least written to her father to try to stop him talking to the press.

She wrote: "Even after a week with his dad and endlessly explaining the situation, his family seem to forget the context – and revert to 'can't she just go and see him and make this stop?'

"They fundamentally don't understand so at least by writing H will be able to say to his family 'she wrote him a letter and he's still doing it'.

"By taking this form of action I protect my husband from this constant berating and while unlikely perhaps it will give my father a moment to pause."

She also suggests a handwritten letter "does not open the door for a conversation".



22 Aug 2018  11:15

Hi Jason - I hope the recce is going well. I am currently in Toronto and have drafted a letter to have mailed to my dad. I share this with you in confidence - the letter itself and its contents. My plan is to write it by hand and fedex it to                who will then mail it to my father. My thinking behind this is unlike a text or email it can't be forwarded or cut and pasted to only share one small portion. It also does not open the door for a conversation. The catalyst for my doing this is seeing how much pain this is causing H. Even after a week with his dad and endlessly explaining the situation, his family seem to forget the context - and revert to "can't she just go and see him and make this stop?" They fundamentally don't understand so at least by writing H will be able to say to his family..."she wrote him a letter and he's still doing it." By taking this form of action I protect my husband from this constant berating, and while unlikely perhaps it will give my father a moment to pause. Obviously everything I have drafted is with the understanding that it could be leaked so I have been meticulous in my word choice but please do let me know if anything stands out for you as a liability. Eager to hear your thoughts......

Daddy,**

*The text Meghan Markle sent to Jason Knauf while she was drafting her letter to her father Thomas Markle Credit: Schillings/RPC*

The text message was released on Friday during a court appeal brought by Associated Newspapers Limited (ANL), the publisher of The Mail On Sunday and MailOnline, against a High Court judge's decision to grant Meghan summary judgment in a privacy case – meaning she won her case without a trial.

In the earlier privacy case, the Duchess of Sussex, 40, had sued the newspaper company over five articles that reproduced parts of a "personal and private" letter to her father.

Meghan's text to Mr Knauf and more messages were made public on Friday following an application by PA news agency and The Times.

In the appeal hearing this week, the newspaper publisher's lawyers said they want to rely on new evidence from Mr Knauf, who claimed Meghan wrote the letter to her father with the understanding that it could be leaked.



Credit: PA images

Meghan previously told the Court of Appeal the main purpose of her letter "was to encourage my father to stop talking to the press" after public criticism and a "media onslaught" surrounding Mr Markle.

She wrote in her evidence: "It was only when my father began criticizng the royal family...that senior members of the family and their advisers expressed their concern over the public attacks, and expressed their desire to have them stopped."

During the Court of Appeal hearing, the Daily Mail publisher's lawyers argued an article published by the US' People magazine that featured an interview with five of Meghan's friends misrepresented the letter and made "nasty" allegations about Mr Markle.

Andrew Caldecott QC said the article falsely presented Mr Markle as giving "a cynical and self-interested response ignoring her pleas for reconciliation in a loving letter".



*Jason Knauf, former communications secretary to the Duke and Duchess of Sussex, gave evidence in a witness
statement*
*Credit: PA*

> Meghan's letter to father 'written with public consumption in mind'

> Meghan's ex-aide claims she realised father might leak letter, court told

The court also heard Mr Knauf provided information to authors of Harry and Meghan's biography Finding
Freedom – leading to Meghan apologising for misleading the court about whether he had given information.

In his witness statement, Mr Knauf said the book was "discussed on a routine basis", which was "discussed
directly with the duchess multiple times in person and over email".

New texts and emails show that in an email to Meghan in December 2018, Mr Knauf said he had spent "close
to two hours" with the authors of the biography.

I also had close to two hours with Omid and Carolyn yesterday. I took them through everything. They are going to
time the book for run-up to the baby being born and it is going to be very positive. They are prioritising the US
market and will position it as a celebration of you that corrects the record on a number of fronts. I will stay in close
contact with them.

Let me know if helpful to speak.

Jason



**Jason Knauf**
Communications Secretary to The Duke and Duchess of Cambridge and The Duke and Duchess of Sussex
Households of The Duke and Duchess of Cambridge & The Duke and Duchess of Sussex
Kensington Palace, London, W8 4PU

www.royal.uk

*An email by Jason Knauf to Meghan in December 2018 said he had spent "close to two hours" with the authors of the biography.*
*Credit: Schillings/RPC*

"I took them through everything," he wrote.

"They are going to time the book for run-up to the baby being born and it is going to be very positive."

Mr Knauf also told the duchess the book would be a "celebration of you that corrects the record on a number of fronts".

At the end of the hearing on Thursday, the three judges said they will consider the evidence and give their ruling at a later date.

> Meghan aide 'regretted' not giving evidence in High Court privacy battle

> Meghan Markle's half brother criticises duchess as he enters Big Brother house

**ROYAL** | PRINCE HARRY | MEGHAN MARKLE | HARRY AND MEGHAN

## Related News



**William reveals what he'd do if he were in charge of Christmas for the day**

🕐 2 days ago



**Queen cancels annual pre-Christmas family lunch amid Omicron rise**

🕐 3 days ago



**Duke and Duchess of Cambridge release Christmas card family photo**

🕐 10 Dec



**Court shown photos of Maxwell and Epstein 'at Queen's cabin'**

🕐 9 Dec



**Kate hails 'importance of simply being together' at her Christmas carol**



**Charles and Camilla: Everyone should get Covid jabs and boosters**



INSIGHT

**The monarchy and the media. A relationship**



**Royal family criticise BBC documentary over 'overblown and**

**Support the Guardian**
Make a year-end gift

Contribute →   Subscribe →

● Sign in

**The Guardian**
For 200 years

**News**   **Opinion**   **Sport**   **Culture**   **Lifestyle**   ☰

UK   UK politics   Education   Media   Society   Law   Scotland   Wales   Northern Ireland

**Meghan, the Duchess of Sussex**

● This article is more than **1 month old**

# Meghan admits aide gave biography authors information with her knowledge

**Duchess of Sussex apologises for misleading court, stating she forgot she had authorised PR chief to brief Finding Freedom authors**



📷 The Duchess of Sussex with Prince Harry in New York, September 2021. Photograph: Rex/Shutterstock

**Tom Ambrose**

**Tom Ambrose**

Wed 10 Nov 2021 15.27 EST

  

The Duchess of Sussex has apologised in court for failing to remember authorising a senior aide to brief the authors of her and Harry's unofficial biography.

Meghan submitted a statement to the court in which she said she could not remember emails between her and her then press secretary, Jason Knauf, about the unauthorised book.

It came as the court of appeal heard that the royal couple's former communications secretary provided information to the Finding Freedom authors, Omid Scobie and Carolyn Durand. Knauf said in a witness statement that the book was "discussed on a routine basis", which was "discussed directly with the duchess multiple times in person and over email".

He also discussed meeting the authors to provide background information for the book and claimed Meghan provided him with several briefing points to share with them.

Advertisement

AD



Knauf claims to have emailed Meghan's husband, Prince Harry, about the meeting, to which the duke replied: "I totally agree that we have to be able to say we didn't have anything to do with it. Equally, you giving the right context and background to them would help get some truths out there."

Meghan apologised for misleading the court over whether Knauf provided information to the book's authors in a witness statement released on Wednesday.

She said: "I accept that Mr Knauf did provide some information to the authors for the book and that he did so with my knowledge, for a meeting that he planned for with the authors in his capacity as communications secretary. The extent of the information he shared is unknown to me.

"When I approved the passage ... I did not have the benefit of seeing these emails and I apologise to the court for the fact that I had not remembered these exchanges at the time. I had absolutely no wish or intention to mislead the defendant or the court."

She added that she would have been "more than happy" to refer to the exchanges with Knauf if she had been aware of them at the time, adding they were "a far cry from the very detailed personal information that the defendant alleges that I wanted or permitted to put into the public domain".

The Duchess successfully sued the publisher of the Mail on Sunday, Associated Newspapers Limited (ANL), over five articles that published parts of a "personal and private" letter sent to her father, Thomas Markle, in August 2018.

The high court ruled that the letter was unlawful and therefore avoided the need for a trial but ANL is challenging that ruling, arguing the case should go to a trial on Meghan's claims including breach of privacy and copyright.

ANL's lawyer, Andrew Caldecott, told judges that correspondence between Meghan and Knauf shows the duchess suspected her father might leak the letter to journalists, the Associated Press reported. Caldecott said the letter was "crafted with readership by the public in mind" and Meghan "was happy for the public to read it if Mr Markle were to leak it".

He quoted from a witness statement in which Knauf said the duchess "asked me to review the text of the letter, saying, 'Obviously, everything I have drafted is with the understanding that it could be leaked.'"

Knauf said Meghan asked whether she should address her father in the letter as "daddy", adding that "in the unfortunate event that it leaked, it would pull at the heartstrings".

In her own written evidence, the duchess said she had not believed that her father "would sell or leak the letter, primarily because it would not put him in a good light".

"To be clear, I did not want any of it to be published, and wanted to ensure that the risk of it being manipulated or misleadingly edited was minimised, were it to be exploited," she said.

The appeal hearing is scheduled to last until Thursday, with a ruling due at a later date.

**We've hit our goal!**                                                   **$1,295,013**
but you can still support us                                                contributions

An erosion of democratic norms. An escalating climate emergency. Corrosive racial inequality. A crackdown on the right to vote. Rampant pay inequality. America is in the fight of its life. We're raising $1.25m to fund our reporting in 2022. If you can, please make a year-end gift today.

For 10 years, the Guardian US has brought an international lens with a focus on justice to its coverage of America. Globally, more than 1.5 million readers, from 180 countries, have recently taken the step to support the Guardian financially - keeping us open to all, and fiercely independent. We couldn't do this without readers like you.

With no shareholders or billionaire owner, we can set our own agenda and provide trustworthy journalism that's free from commercial and political influence, offering a counterweight to the spread of misinformation. When it's never mattered more, we can investigate and challenge without fear or favour. It is reader support that makes our high-impact journalism possible and gives us the emotional support and motor energy to keep doing journalism that matters.

Unlike many others, Guardian journalism is available for everyone to read, regardless of what they can afford to pay. We do this because we believe in information equality. Greater numbers of people can keep track of global events, understand their impact on people and communities, and become inspired to take meaningful action.

We aim to offer readers a comprehensive, international perspective on critical events shaping our world. We are committed to upholding our reputation for urgent, powerful reporting on the climate emergency, and made the decision to reject advertising from fossil fuel companies, divest from the oil and gas industries, and set a course to achieve net zero emissions by 2030.

Every contribution, however big or small, powers our journalism and sustains our future. **Support the Guardian from as little as $1 – and it only takes a minute. Thank you.**

| Single | Monthly | Annual |
|--------|---------|--------|
| $25 | $50 | Other |

Continue →    Remind me on New Year's Eve    VISA  ●● AMERICAN EXPRESS  P PayPal



Sign in

Irish Sun ▾    Search 🔍

< FABULOUS   SPORT   NEWS   MONEY   HEALTH   DEAR DEIDRE   MO >

All Fabulous | Fashion | Hair & Beauty | Celebrity | Parenting >

Ashley HOMESTORE   home FOR THE holidays   up to 25% off*   shop now



Fabulous

# LITTLE MISS 'FORGETFUL' Meghan Markle issues apology for 'forgetting' to tell court she tried to influence royal biography

**Matt Wilkinson | Tom Wells**

22:00, 10 Nov 2021  |  Updated: 10:03, 11 Nov 2021

 

MEGHAN Markle yesterday apologised to a court for not telling a judge

**THE IRISH Sun** | BULOUS | **SPORT** | **NEWS** | **MONEY** | **HEALTH** | **DEAR DEIDRE** | N >

**MEGHAN Markle yesterday apologised to a court for not telling a judge about emails showing her attempts to influence a biography about her and Prince Harry, saying: "I forgot."**

Emails were released by the Court of Appeal showing how she and Harry had heavily briefed their press spokesman Jason Knauf before he met writers Omid Scobie and Carolyn Durand two years ago.



*Inspired by the Mr Men books by Roger Hargreaves*

📷 5

**Meghan Markle as 'Little Miss Forgetful', Inspired by the Mr Men books by Roger Hargreaves**





**FABULOUS**  **SPORT**  **NEWS**  **MONEY**  **HEALTH**  **DEAR DEIDRE**  **N** `>`

**Meghan Markle as 'Little Miss Forgetful', Inspired by the Mr Men books by Roger Hargreaves**



📷 5

**The Duchess of Sussex, 40, has always vehemently denied helping the authors of the controversial Finding Freedom biography**

Mr Knauf also revealed email exchanges over a letter Meghan wrote to estranged father Thomas, 77, after her wedding.

He claimed Meghan said she would refer to him as "daddy" because it would "pull at the heartstrings" if leaked.

The Duchess of Sussex, 40, has always vehemently denied helping the authors of the controversial Finding Freedom biography

Mr Knauf's 23-page statement to the court revealed the Sussexes had told him what to say to the authors.

Harry, 37, also emailed him saying: "I totally agree that we have to be able to say we didn't have anything to do with it.

"Equally, you giving the right context and background to them would help get some truths out there."

## MOST READ IN FABULOUS

**FABULOUS** | **SPORT** | **NEWS** | **MONEY** | **HEALTH** | **DEAR DEIDRE** | **N** >

Yesterday, Meghan apologised to judges for not mentioning the emails before in her long-running High Court privacy case against The Mail on Sunday for revealing the contents of the letter to her father.

She had won her case but the newspaper is appealing.

🌑 **Read our Meghan and Harry live blog for the latest updates**

Meghan said: "I did not have the benefit of seeing these emails and I apologise to the Court for the fact I had not remembered these exchanges at the time.

"I had absolutely no wish or intention to mislead the defendant or the Court."

The extent of Meghan and Harry's secret co-operation with the authors of biography Finding Freedom was laid bare.

Emails released yesterday revealed an account of Meghan choosing her wedding tiara with the Queen were attributed to a "palace aide" in Finding Freedom when it was released last summer.

In another exchange Harry told Mr Knauf: "I totally agree that we have to be able to say we didn't have anything to do with it. Equally, you giving the right context and background to them would help get some truths out there. The truth is v much needed and would be appreciated, especially around the Markle/wedding stuff but at the same time we can't put them directly in touch with her friends."

Harry also emailed Mr Knauf to wish him "good luck" before his briefing with the authors Omid Scobie and Carolyn Durand in December 2018.
Meghan, 40, even wrote  five bullet points and 31 "reminders" she says "may be helpful to have".



**GRIM TRUTH  7,333 new cases as worst of pandemic 'could very well be' still ahead of us**



**LOTTO LUCK  No winner of €19million Lotto jackpot but Ireland has new millionaire**

 THE IRISH **Sun** | BULOUS | **SPORT** | **NEWS** | **MONEY** | **HEALTH** | **DEAR DEIRDRE** | N **›**

In her statement to court, Meghan admitted Mr Knauf "did provide some information to the authors for the book" and "did so with my knowledge".

Her new recollections appeared in a 23-page statement after Mr Knauf released the emails to lawyers appealing her High Court privacy case with estranged dad Thomas.

It comes after a string of vocal denials of collaboration via her spokesmen and lawyers.

Court documents submitted on Meghan's behalf signed by her lawyer Justin Rushbrook in her High Court privacy hearing in September 2020 said: "The claimant and her husband did not collaborate with the authors of the book."
When Finding Freedom was published, a spokesman for the couple told the Press: "The Duke and Duchess of Sussex were not interviewed and did not contribute."

 ## I had absolutely no wish or intention to mislead the defendant or the Court.

Meghan Markle

And in his witness statement, co-author Scobie said: "Any suggestion that the Duke and Duchess collaborated on the book is false."

Mr Knauf's statement reveals: "The book was discussed directly with the Duchess multiple times in person and over email."

He says on November 12, 2018 that "the Duchess asked to discuss the book with me that afternoon".

Mr Knauf added: "On December 10 2018 I emailed The Duke about the book and included a list of topics that the authors wanted to discuss. I asked him to decide whether or not these should be shared with the Duchess as she'd requested to not be told about media stories or questions that involved her family.

"In relation to the authors' request to be put directly in touch with friends of The Duchess I advised that 'this was not a good idea' and that 'being able to say hand on heart that we did not facilitate access will be important'.

"I also told him that I would meet the authors that week to help with 'factual accuracy and context'." Later that day Mr Knauf says he emailed Meghan a list of potential questions.

 **BULOUS**   **SPORT**   **NEWS**   **MONEY**   **HEALTH**   **DEAR DEIDRE**   **N** **>**

"I also told him that I would meet the authors that week to help with 'factual accuracy and context'." Later that day Mr Knauf says he emailed Meghan a list of potential questions.

"The Duchess replied that evening saying, 'Thank you very much for the info below — for when you sit down with them it may be helpful to have some background reminders so I've included them just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support — please let me know if you need me to fill in any other blanks'."

Mr Knauf wrote Meghan highlighted a number of points she wanted stressing in the book, including:

- Information on how she had minimal contact with her half-siblings throughout her childhood;
- That she had been "close for most of her life" with her father and she had supported him "...in spite of his reclusiveness." She added that "media pressure crumbled him and he began doing Press deals brokered by his daughter Samantha" and that "despite countless efforts to support him through the past two years, they now no longer have a relationship";
- Her perspective on the thinking behind a statement in November 2016 issued by me about the way she was being treated by the media;
- Her happiness about moving to Windsor;
- Detail on how the wedding tiara had been selected and that it had been misrepresented by media. Later that evening Harry got involved with his own ideas for Mr Knauf to discuss with the authors.

Mr Knauf said: "The Duke wrote to me, 'Also, are u planning on giving them a rough idea of what she's been through over the last 2yrs? Media onslaught, cyber bullying on a different scale, puppeteering Thomas Markle etc etc etc. Even if they choose not to use it, they should hear what it was like from someone who was in the thick of it. So if you aren't planning on telling them, can I?!'

"I replied saying, 'Of course — I've never stopped!'"

Responding to Mr Knauf's statement, Meghan claims he raised the book in summer 2018 but that she declined to meet the authors and advised friends not to take part. She says she searched for the words "Finding Freedom" in her emails — after The Mail on Sunday lawyers accused her of collaborating with the authors — but found zero results.

Her new statement says: "I now believe this was an oversight."

She added: "I had forgotten about the email communications I had with Mr Knauf in November ~~and December 2018, and about~~ his meeting with

 **BULOUS**   **SPORT**   **NEWS**   **MONEY**   **HEALTH**   **DEAR DEIDRE**   **N** >

She added: "I had forgotten about the email communications I had with Mr Knauf in November and December 2018, and about his meeting with the authors."

The Duchess also now says she "responded with some background reminders".

They included an account of the Queen being present when she tried on five wedding tiaras, which appeared in the book.

And several disparaging stories about her estranged half-sister Samantha. Plus lots of "reminders" that painted a favourable picture referring to "philanthropic interests", her "charity work behind the scenes" and Harry's "humanitarian focuses".

In her new court statement she added: "Until I saw these emails, I had not given any thought to Mr Knauf's meeting with this journalist, or any other — those meetings and calls comprised the entirety of Mr Knauf's job.

"No particular meeting stood out in my mind, as there was a daily deluge of media inquiries which he was tasked with handling."

Meghan and Harry have also denied ever meeting the authors in person and there is no evidence that they did so.

> On 10 Dec 2018, at 18:01, M <█████████>> wrote:
>
> Hi Jason
>
> Thanks very much for the info below - for when you sit down with them it may be helpful to have some background reminders so I've included them below just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support - please let me know if you need me to fill in any other blanks.
>
> Thank you!
>
> > **- Family; relationship with family and father (past and present)**
> > - They were close most of her life
> > - Meghan supported her father in spite of his reclusiveness (as evidence in the article she wrote about him for Father's day on her defunct website The Tig)
> > - media pressure crumbled him and he began doing press deals brokered by his daughter Samantha
> > - despite countless efforts to support him through the past two year, they now no longer have a relationship
> >
> > > **- H's November statement**
> > > Very turbulent time, exacerbated by media interest propelled by Samantha Markle. Meghan was living alone in Toronto and working and her house was swarmed by paparazzi ad journalists. She was chased off the roads when driving, she received a father threat; there was massive interest and with very little support. Police were called many times; decision was made to draw a line

 BULOUS   **SPORT**   **NEWS**   **MONEY**   **HEALTH**   **DEAR DEIDRE**   **N** >

Thank you!

**- Family; relationship with family and father (past and present)**

- They were close most of her life

- Meghan supported her father in spite of his reclusiveness (as evidence in the article she wrote about him for Father's day on her defunct website The Tig)

- media pressure crumbled him and he began doing press deals brokered by his daughter Samantha

- despite countless efforts to support him through the past two year, they now no longer have a relationship

**- H's November statement**

Very turbulent time, exacerbated by media interest propelled by Samantha Markle. Meghan was living alone in Toronto and working and her house was swarmed by paparazzi ad journalists. She was chased off the roads when driving, she received a father threat; there was massive interest and with very little support. Police were called many times; decision was made to draw a line in the sand

📷 5

**Meghan apologised to judges for not mentioning the emails before in her long-running High Court privacy case against The Mail on Sunday**



11:36 Thu 30 Dec

thesun.ie



The extent of Meghan and Harry's secret co-operation with the authors of biography Finding Freedom was laid bare

11:52 Sat 29 Jan · · ·
thesun.ie 🔒



📷 5

**Emails released by the Appeal Court reveal how the Sussexes extensively briefed their press chief Jason Knauf before he met the authors**

Vary confused



FABULOUS | **SPORT** | **NEWS** | **MONEY** | **HEALTH** | **DEAR DEIDRE** | **N** >

## Vary confused

MEGHAN'S forgetfulness has raised eyebrows in royal circles.

In an interview with Oprah Winfrey in March, the Duchess and Harry had claimed a senior member of the Royal Family had asked the couple how "dark" their son Archie would be.

Harry claimed it happened when the pair first met but Meghan remembered it taking place while she was pregnant.

Reports pointed out 17 claims made by the Sussexes in the interview that contained contradictions or errors of fact.

Responding to allegations of racism, the Queen pledged to take it "very seriously" and famously added: "Recollections may vary."

A royal source said: "The fact the Duchess has admitted forgetting key emails and discussions of fact in a high-profile court case is surprising to say the least." ■



Meghan Markle reveals that she still 'clips coupons' and never buys anything without a promo code

**Topics** | Royal | Royal Family | The Sun Newspaper | Meghan Markle |

Prince Harry

## YOU MIGHT LIKE



