# EXHIBIT "7"

IN THE CIRCUIT COURT OF THE 10th JUDICIAL CIRCUIT,
IN AND FOR POLK COUNTY, FLORIDA

Case No.: 2020DR-000927-0000-00
Division: NEIL A RODDENBERY



SAMANTHA M RASMUSSEN ,
Petitioner

and

AMY L BASTIAN
Respon

**FILED - FAMILY POLK COUNTY CLERK CIRCUIT COURT CIVIL**
**2020 MAR -4 AM 8:49**

# FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST STALKING (AFTER NOTICE)

The Petition for Injunction for Protection Against Stalking under Section 784.0485, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter. The term Petitioner as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. Section 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

**SECTION I. HEARING**

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Stalking in this case should be ☑ issued, ☐ modified, or ☐ extended.

The hearing was attended by:
☑ Petitioner ☑ Respondent ☐ Petitioner's Counsel ☐ Respondent's Counsel

**SECTION II. FINDINGS**

On __2-18-20__, a notice of this hearing was served on Respondent together with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

After hearing the testimony of each party present and of any witnesses, or upon consent of Respondent, the Court finds, based on the specific facts of this case, that Petitioner is a victim of stalking.

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (05/13)

03/03/2013  03:27  8638158335  UPS STORE 3307  PAGE  02/06

**SECTION III. INJUNCTION AND TERMS**

This Injunction shall be in full force and effect until either ☐ further order of the Court or ☑ until _3-4-20_. This injunction is valid and enforceable throughout all counties in the State of Florida. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction.

Willful violation of the terms of this injunction, such as: committing an act of stalking against Petitioner; going to or being within 500 feet of Petitioner's residence, place of employment, school, or other place prohibited in this injunction; knowingly and intentionally coming within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied; committing any other violation of this injunction through an intentional unlawful threat, word or act to do violence to Petitioner; telephoning, contacting or communicating with Petitioner, unless indirect contact through a third party is specifically allowed by this injunction; defacing or destroying Petitioner's personal property, including Petitioner's motor vehicle; having care, custody, use or possession of a firearm or ammunition unless authorized by section 790.233(3), Florida Statutes, constitutes a misdemeanor of the first degree punishable as provided by Sections 775.082 and 775.083, Florida Statutes.

Any party violating this injunction shall be subject to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment, and also may be charged with a crime punishable by a fine, jail, or both, as provided by Florida Statutes.

**ORDERED and ADJUDGED:**

1.  **Prohibited Actions.** Respondent shall not commit, or cause any other person to commit, any acts of stalking against Petitioner, including stalking, cyberstalking, aggravated stalking, or any criminal offense resulting in physical injury or death. Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to Petitioner.

2.  **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**

    a. Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner, including any electronic means or
    use of social media. Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner.  Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:**

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (05/13)

b. Petitioner's current residence *{list address}* 815 SHADOW DR, _____ , LAKELAND, FL 33809 or any residence to which Petitioner may move;

c. Petitioner's current or any subsequent place of employment *{list address of current employment}* NO EMPLOYMENT LISTED, _____ ;

d. Petitioner's school *{list address of school}* _____ ; or

e. the following other place(s) regularly frequented by Petitioner and any named family members or individuals closely associated with Petitioner: _____

f. Respondent shall not knowingly or intentionally come within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied;

g. Respondent shall not deface of destroy Petitioner's personal property, including Petitioner's
motor vehicle.

h. Other provisions regarding contact: _____

**3. Firearms.**
**Unless paragraph a. is initialed below, Respondent shall not have in his or her care, custody, possession, or control any firearm or ammunition. It is a violation of section 790.233, Florida Statutes, and a first degree misdemeanor, for Respondent to have in his or her care, custody, possession or control any firearm or ammunition.**

*{Initial all that apply; write N/A if not applicable}*

a. ☐ Respondent is a state or local officer, as defined in section 943.10(14), Florida Statutes, who holds an active certification, who receives or possesses a firearm or ammunition for use in performing official duties on behalf of the officer's employing agency, and is not prohibited by the court from having in his or her care, custody, possession or control any firearm or ammunition.

b. ☐ Respondent shall not use or possess a firearm or ammunition.

c. ☐ Respondent shall surrender any firearms and ammunition in the Respondent's possession to **LOCAL LAW ENFORCEMENT**. Failure to surrender either firearms or ammunition if ordered to do so by the court constitutes a misdemeanor of the first degree, punishable as provided in section 775.082 or 775.083, Florida Statutes.

d. ☐ Other directives relating to firearms and ammunition_____

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (05/13)

**4. Treatment, Intervention, or Counseling.**
*(Initial if applicable; write N/A if not applicable)*

      a. ☐ Respondent shall participate in the treatment, intervention, or counseling specified below. Respondent shall pay for all services rendered _____.

      b. Within _____ days of the date of this Injunction, Respondent shall enroll in, and thereafter complete without delay, the treatment, intervention, or counseling required in paragraph a. above. Respondent shall provide proof of such enrollment to the Clerk of the Court.

5.    **Mailing Address.** Respondent shall notify the Clerk of the Court of any change in his or her mailing address within 10 days of the change. All further papers (excluding pleadings requiring personal service) shall be served by mail to Respondent's last known address of record. Such service by mail shall be complete upon mailing. Rule 12.080, Florida Family Law Rules of Procedure; Section 784.0485, Florida Statutes.

6.    **Additional provisions(s) necessary to protect Petitioner from stalking:**

7.    **Referral to Appropriate Services for Petitioner.** Petitioner may contact the following services as needed:

**SECTION IV. OTHER SPECIAL PROVISIONS**
*(This section to be used for inclusion of local provisions approved by the chief Judge as provided in Florida Family Law Rule 12.610.)*

**SECTION V. DIRECTIONS TO LAW ENFORCEMENT OFFICER IN ENFORCING THIS INJUNCTION**
*(Unless ordered otherwise by the judge, all provisions in this injunction are considered mandatory provisions and should be interpreted as part of this injunction.)*

1.    **This Injunction is valid and enforceable in all counties of the State of Florida.** Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without a warrant pursuant to Section 901.15, Florida Statutes, for any violation of its provisions, which constitutes a criminal act under Section 784.0485, Florida Statutes.

2.    **THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES.** The arresting agent shall notify the State Attorney's Office immediately after arrest.

3.  **Reporting alleged violations.** If Respondent violates the terms of this injunction and has not been arrested, Petitioner may contact the clerk of the circuit court of the county in which the violation is alleged to have occurred. The clerk shall assist Petitioner in preparing an affidavit in support of reporting the violation or direct Petitioner to the office operated by the court that has been designated by the chief judge of that circuit as the central intake point for violations of injunctions for protection where Petitioner can receive assistance in the preparation of the affidavit in support of the violation. The affidavit shall be immediately forwarded by the office assisting Petitioner to the state attorney of that circuit and to the judge designated by the chief judge as the recipient of affidavits of violations of an injunction. Procedures relating to reporting alleged violations are governed by section 784.0487, Florida Statutes.

4.  Respondent, upon service of this injunction, shall be deemed to have knowledge of and to be bound by all matters occurring at the hearing and on the face of this injunction.

5.  The temporary injunction, if any, entered in this case is extended until such time as service of this injunction is effected upon Respondent.

DONE AND ORDERED in Bartow, Florida, on ___3/4/20___

_____
CIRCUIT JUDGE

COPIES TO:
Sheriff of Polk County
Petitioner (or his or her attorney):
☐ by U. S. Mail
☑ by hand delivery in open court
(Petitioner must acknowledge receipt in writing on the face of the original order—see below)

Respondent (or his or her attorney):
☐ forwarded to sheriff for service
☑ by hand delivery in open court
(Respondent must acknowledge receipt in writing on the face of the original order - see below)
☐ by certified mail
(may only be used when Respondent is present at the hearing and Respondent fails or refuses to acknowledge the receipt of certified copy of this injunction)
☐ State Attorney's Office
☐ Other: _____

I CERTIFY the foregoing is a true copy of the original **Final Judgment of Injunction for Protection Against Stalking** as it appears on file in the office of the Clerk of the Circuit Court of Polk County, Florida, and that I have furnished copies of this order as indicated above.

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (05/13)



STACY M. BUTTERFIELD, CPA
CLERK OF THE CIRCUIT COURT

By: _____
    Deputy Clerk

## ACKNOWLEDGMENT

I, *SAMANTHA M RASMUSSEN* , acknowledge receipt of a certified copy of this Final Judgment of Injunction for Protection Against Stalking.

_____
Petitioner

## ACKNOWLEDGMENT

I, *AMY L BASTIAN* , acknowledge receipt of a certified copy of this Final Judgment of Injunction for Protection Against Stalking.

_____
Respondent

STATE OF FLORIDA COUNTY OF POLK
This is to certify that the foregoing is a true
and correct copy of the original document now of
record in this office. Witness my hand and
Official Seal on _____, and if required by
law, redacted.
This copy has been _____.
STACY M. BUTTERFIELD, CLERK CIRCUIT COURT
By: _____ D.C.

Florida Supreme Court Approved Family Law Form 12.980(v), Final Judgment of Injunction for Protection Against Stalking (After Notice) (05/13)