# EXHIBIT "9"



Half-sisters Samantha and Meghan Markle.