UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

 Plaintiff.

v.

MEGHAN MARKLE,

 Defendant.

             /

**SAMANTHA M. MARKLE'S NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

\_\_\_**X**\_\_\_ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

  I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

**Dated: April 6, 2022**         Respectfully submitted,

                  */s/ Douglas A. Kahle*
                  Douglas A. Kahle, Esq.
                  Florida Bar No.: 0141194
                  E-Mail: dkahle@schwedpa.com
                  SCHWED KAHLE & KRESS, P.A.
                  11410 North Jog Road, Suite 100
                  Palm Beach Gardens, FL 33418
                  Telephone: (561) 694-0070
                  Facsimile: (561) 694-0057
                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 6, 2022**, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have E-Mailed the foregoing document to the following participants:

MICHAEL J. KUMP, ESQ.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
mkump@kwikhlaw.com
***Counsel for Defendant***

           */s/ Douglas A. Kahle*
           Douglas A. Kahle, Esq.
           Florida Bar No.: 0141194
           E-Mail: dkahle@schwedpa.com