UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff.

v.

MEGHAN MARKLE,

    Defendant.
_____/

## SAMANTHA M. MARKLE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's "Interested Persons" order:

(1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Samantha M. Markle, Plaintiff;
- Douglas A. Kahle, Esq., Schwed Kahle & Kress, P.A. - Counsel for Plaintiff;
- Rachel Meghan Markle, Defendant;
- Michael J. Kump, Esq., Kinsella Weitzman Iser Kump Holley LLP – Counsel for Defendant; and
- Henry Charles Albert David Mountbatten-Windsor of Wales (a/k/a Harry) (spouse of Rachel Meghan Markle)

(2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Not Applicable.

(3)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Not applicable.

(4)     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Not Applicable.

I hereby certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the District Judge and Magistrate Judge in this action, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

**Dated: April 6, 2022**                                       Respectfully submitted,

/s/ Douglas A. Kahle
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 6, 2022**, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have E-Mailed the foregoing document to the following participants:

MICHAEL J. KUMP, ESQ.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
mkump@kwikhlaw.com
***Counsel for Defendant***

                                            */s/ Douglas A. Kahle*
                                            Douglas A. Kahle, Esq.
                                            Florida Bar No.: 0141194
                                            E-Mail: dkahle@schwedpa.com