UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW, Douglas A. Kahle, Esq. and the law firm of Schwed Kahle & Kress P.A. (collectively "KAHLE"), attorneys for Plaintiff, Samantha M. Markle, pursuant to Middle District Rule 2.02(c), and hereby respectfully request that this Honorable Court permit leave to withdraw from this case and from the representation of Samantha A. Markle. In support of this Motion, KAHLE states as follows:

    1.    Pursuant to Rules of Professional Conduct 4-1.16(b), the attorney and the client have irreconcilable differences and fundamental disagreements regarding various aspects of this case and the strategy moving forward. Additionally, withdrawal can be accomplished without a material adverse effect on the interests of the client because this case is at such an early stage.

    2.    Pursuant to Middle District Rule 2.02(c), KAHLE requests leave of Court to immediately withdraw as attorney for Samantha A. Markle; and, KAHLE certifies to the Court that Samantha A. Markle is aware of this Motion and consents to the withdrawal.

    3.    Regarding Middle District Rule 2.02(c)(1)(B)(ii), KAHLE is not aware of Samantha A. Markle obtaining new counsel yet; but, Samantha A. Markle likely does not want her mailing address, email address, or telephone number in a public document filed with the

Court due to the threat of public harassment. Accordingly, KAHLE requests that the Court determine how it would like to proceed regarding such contact information.

WHEREFORE, KAHLE respectfully requests that this Court enter an Order as soon as possible relieving undersigned counsel and all attorneys of Schwed Kahle & Kress P.A. of all further duties in this action and on behalf of Plaintiff, Samantha A. Markle, and permitting a reasonable time during which Plaintiff may retain successor counsel, and granting such further relief as is warranted.

### Rule 3.01(g) Certification

KAHLE informs the Court that counsel for Defendant, Meghan Markle, has not yet technically entered an appearance in this case. Accordingly, it is not possible to comply with Local Rule 3.01(g).

**Dated: April 25, 2022**               Respectfully submitted,

*/s/ Douglas A. Kahle*
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 25, 2022**, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have E-Mailed the foregoing document to the following participants:

Samantha M. Markle

MICHAEL J. KUMP, ESQ.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
mkump@kwikhlaw.com
***Counsel for Defendant***

             */s/ Douglas A. Kahle*
             Douglas A. Kahle, Esq.
             Florida Bar No.: 0141194
             E-Mail: dkahle@schwedpa.com