UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                               CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## O R D E R

THIS CAUSE came on for consideration upon the Motion to Withdraw as Counsel for Plaintiff (Doc. 12).

Attorney Douglas A. Kahle seeks to withdraw as counsel for the plaintiff, Samantha M. Markle, due to "irreconcilable differences and fundamental disagreements" (id., p. 1). Ms. Markle consents to the withdrawal (id.). Notably, though, Mr. Kahle represents that he "is not aware of [Ms.] Markle obtaining new counsel yet" (id.). To date, there has not been a notice of appearance filed by new counsel on Ms. Markle's behalf. As Mr. Kahle seems to acknowledge, if Ms. Markle wishes to appear pro se, Local Rule 2.02(c)(1)(B)(ii) requires that the court be provided with her contact information. To that end, presumably because of the publicity of this case, Mr. Kahle represents that Ms. Markle "likely does not want

her mailing address, email address, or telephone number in a public document . . . due to the threat of public harassment" (id., pp. 1–2).

The motion will be denied without prejudice. Accordingly, Mr. Kahle will not be permitted to withdraw as counsel until the information required by Local Rule 2.02(c)(1)(B)(ii) has been provided to the court. If this information is to be filed under seal, it must be done in accordance with the Local Rules.

It is, therefore, upon consideration

ORDERED:

That the Motion to Withdraw as Counsel for Plaintiff (Doc. 12) be, and the same is hereby, **DENIED without prejudice**. Accordingly, Douglas A. Kahle is not relieved of further responsibility in this case.

DONE and ORDERED at Tampa, Florida, this 6th day of May, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE