UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

**MOTION FOR LEAVE TO FILE UNDER SEAL AN
AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

    COMES NOW, Douglas A. Kahle, Esq. and the law firm of Schwed Kahle & Kress P.A. (collectively "KAHLE"), attorneys for Plaintiff, Samantha M. Markle ("MARKLE"), pursuant to Middle District Rule 1.11(c), and hereby respectfully request that this Honorable Court permit Leave to File Under Seal KAHLE'S <u>Amended</u> Motion to Withdraw as Counsel from this case and from the representation of MARKLE.  In support of this Motion, KAHLE states as follows:

    1.    On April 25, 2022, KAHLE filed a Motion to Withdraw as Counsel for MARKLE (doc. entry 12).

    2.    As evidenced by Paragraph 3 of the Motion to Withdraw, regarding Middle District Rule 2.02(c)(1)(B)(ii), at that time, KAHLE was not aware of MARKLE obtaining new counsel; but, KAHLE did not want to disclose MARKLE'S mailing address, email address, or telephone number due to the threat and likelihood of public harassment stemming from the publicity of this case.

    3.    On May 6, 2022, the Court denied the Motion to Withdraw without prejudice (doc. entry 13) and informed KAHLE that MARKLE'S personal information must be disclosed

to the Court pursuant to Middle District Rule 2.02(c)(1)(B)(ii); but, KAHLE could request to disclose MARKLE'S personal information by filing the Motion to Withdraw as Counsel under seal.

4. Since the date of the filing of the Motion to Withdraw, KAHLE has been contacted by a law firm that indicated it has been retained to represent MARKLE. **See Exhibit 1.** Additionally, KAHLE has been contacted by MARKLE who requested that KAHLE inform the Court that MARKLE is working with another attorney. **See Exhibit 2.**

5. Regardless, as evidenced by **Exhibit 1**, the law firm is not responding to KAHLE'S emails regarding the filing of a Motion for Substitution of Counsel; and, no law firm has yet entered an appearance on behalf of MARKLE.

6. Accordingly, KAHLE will be filing an Amended Motion to Withdraw as Counsel for MARKLE and requesting leave of Court to immediately withdraw from representation of MARKLE.

7. As part of the Amended Motion to Withdraw as Counsel, pursuant to Middle District Rule 2.02(c)(1)(B)(ii), KAHLE will be required to disclose MARKLE'S mailing address, email address, and telephone number.

8. Consequently, as noted above, due to the publicity of the case and the threat of harassment against MARKLE, KAHLE requests, pursuant to Middle District Rule 1.11(c), that KAHLE be permitted to file the Amended Motion to Withdraw as Counsel under seal. Again, the reasoning for the sealing is to protect MARKLE'S contact information (mailing address, email address, and telephone number) from public disclosure due to the likelihood of harassment. KAHLE asserts that there are no other means available to protect such personal contact information other than sealing the Amended Motion to Withdraw as Counsel – although,

2

the substance and reasoning underlying the Amended Motion to Withdraw as Counsel does not need to be sealed; rather, just the personal contact information of MARKLE needs to be sealed.

9. KAHLE asserts that the above reasoning establishes good cause for sealing MARKLE'S contact information and such reasoning overrides the public's interest in accessing such information.

10. That is, the Courts of the Middle District have concluded that protecting "personally identifiable information, including addresses, personal email addresses, [] telephone numbers . . ." is in fact a justifiable reason to seal a document; and, that there are no other means available to protect the confidentiality of such information. See e.g. Allgood v. Paperlesspay Corp., 2021 WL 3887558 *2 (M.D. Fla. June 4, 2021) (citing Shamblin v. Obama for America, 2014 WL 6611006 *3 (M.D. Fla. Nov. 21, 2014)).

11. KAHLE understands that the seal is **not permanent** and requests that the Amended Motion to Withdraw as Counsel remain sealed **until 90 days after final judgment or 90 days after the case is closed**, or earlier if MARKLE obtains counsel. Within that period of time or any time after MARKEL retains counsel, MARKLE (individually or through new counsel) can request that such personal information be redacted from the Amended Motion to Withdraw as Counsel and replace the Amended Motion to Withdraw as Counsel with a version with such confidential personal contact information redacted.

12. KAHLE asserts that MARKLE (or her potential future legal counsel) is the person entitled to substitute a redacted version of the Amended Motion to Withdraw as Counsel at the appropriate time, as discussed above.

13.     KAHLE informs the Court that he will send a copy of this Motion via email to MARKLE so that she **understands her responsibility to redact such information from the Court's file at the appropriate time.**

14.     KAHLE will also send a copy of this Motion to the law firm identified in **Exhibit 1** even though such law firm has not yet entered an appearance in this case.  KAHLE will also send a copy of this Motion to DEFENDANT'S apparent counsel, although such counsel has not yet entered an appearance in this case.

WHEREFORE, KAHLE respectfully requests that this Court enter an Order as soon as possible allowing KAHLE to file an Amended Motion to Withdraw as Counsel for PLAINTIFF MARKLE under seal to protect MARKLE'S address, email address, and telephone number.

## Rule 3.01(g) Certification

KAHLE informs the Court that counsel for Defendant, Meghan Markle, has not yet technically entered an appearance in this case.  Accordingly, it is not possible to comply with Local Rule 3.01(g).

**Dated: May 9, 2022**     Respectfully submitted,

/s/ Douglas A. Kahle
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 9, 2022**, I electronically filed the foregoing with the Clerk of the Court for the Middle District of Florida by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have E-Mailed the foregoing document to the following participants:

Samantha M. Markle

TAYLOR E. YOUNG, ESQ.
The Ticktin Law Group
270 SW Natura Ave.
Deerfield Beach, FL 33441
tyoung@legalbrains.com
*Counsel for Plaintiff*

MICHAEL J. KUMP, ESQ.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, CA 90401
mkump@kwikhlaw.com
*Counsel for Defendant*

                                                /s/ Douglas A. Kahle
                                                Douglas A. Kahle, Esq.
                                                Florida Bar No.: 0141194
                                                E-Mail: dkahle@schwedpa.com