# EXHIBIT "2"

# Douglas Kahle

**From:** Samantha Markle
**Sent:** Saturday, May 7, 2022 10:17 PM
**To:** Douglas Kahle

I am working with another atty.. let the judge know

Samantha Markle

Sent from my iPhone

1