# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle, | Case No. 8:22-cv-00511-CEH-TGW |
| Plaintiff, | |
| vs. | |
| Meghan Markle, | |
| Defendant. | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 3.03(a), Defendant Meghan, The Duchess of Sussex, sued as "Meghan Markle," respectfully submits the following disclosure statement:

(1)     **Persons that have or might have an interest in the outcome, including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity: (a)** Defendant; (b) Kinsella Weitzman Iser Kump Holley LLP; (c) Michael J. Kump, Esq.; (d) Jonathan Steinsapir, Esq.; (e) Nicholas Soltman, Esq.; (f) Bitman O'Brien & Morat, PLLC; and (g) Ronnie Bitman, Esq.

(2)     **Entities with publicly traded shares or debt potentially affected by the outcome**: None.

(3)     **Additional entities likely to actively participate**: None.

(4)     **Each person arguably eligible for restitution**: None.

Pursuant to Local Rule 3.03(b), Defendant hereby certifies that, except as disclosed, she is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and will immediately notify the judge in writing within fourteen days after she knows of a conflict.

RESPECTFULLY SUBMITTED this 13th day of May, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
* *Pro hac vice application pending*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 13th day of March, 2022.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The
Duchess of Sussex (sued as "Meghan Markle")

779243