UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>      Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>      Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**DEFENDANT MEGHAN, THE DUCHESS OF SUSSEX'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Defendant Meghan, The Duchess of Sussex has concurrently moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6). As set forth in the Motion, Plaintiff has failed to allege facts sufficient to state a claim.

**BACKGROUND**

In connection with the Motion, The Duchess requests that the Court take judicial notice of (a) one book (*Finding Freedom*, by Omid Scobie and Carolyn Durand); (b) two New Mexico state court dockets involving Plaintiff; and (c) three facts (the dates of The Duchess's time on the television show *Deal Or No Deal*, the date of Prince Harry's announcement that the two were dating, and Plaintiff's admissions on a television interview with *Good Morning Britain* available on YouTube). The bases for The Duchess's requests are set forth below.

First, the Court may consider a document submitted with a motion to dismiss if its "contents are alleged in a complaint and no party questions those contents … provided it meets the centrality requirement." *Day v. Taylor*, 400 F.3d 1272, 1276 (11th Cir. 2005). Here, the book *Finding Freedom* is referenced so extensively by the Complaint that it is properly considered as within the pleading. *See, e.g.*, *Hoffman-Pugh v. Ramsey*, 312 F.3d 1222, 1225 (11th Cir. 2002) ("The 'publication' at issue here is the entire book, which was properly before the court on the motion to dismiss because [plaintiff] referred to it in her complaint and it is central to her claims."). A copy of *Finding Freedom* is lodged herewith as **Exhibit 1**.[1]

Second, Rule 201(b) of the Federal Rules of Evidence provides that a court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). In so doing, it does not "convert[] a motion to dismiss into a motion for summary judgment." *Krauser v. Evollution IP Holdings, Inc.*, 975 F. Supp. 2d 1247, 1251 (S.D. Fla. 2013).

## MEMORANDUM OF LAW

Relevant here, under Rule 201, courts may take judicial notice of "online state court dockets" and "state court docket sheets." *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d

---

[1] **Because the Local Rules do not provide a mechanism to submit a hard copy of the book as an Exhibit, the Defendant Meghan, The Duchess of Sussex, respectfully requests leave of Court to submit the hard copy of the book (Exhibit 1) by hand delivery.**

649, 652 (11th Cir. 2020). Accordingly, The Duchess requests that the Court take judicial notice of:

(1)  the state court docket from *Scott Rasmussen v. Samantha M Rasmussen*, No. D-202-DM-200304974 (N.M. Dist. Ct. filed Dec. 2, 2003) (a true and correct copy of which is attached hereto as **Exhibit 2**); and

(2)  the state court docket from *Samantha Rasmussen v. Winrock Partners LLC et al*, No. D-202-CV-201605774 (N.M. Dist. Ct. filed Sept. 20, 2016) (a true and correct copy of which is attached hereto as **Exhibit 3**).

Finally, The Duchess requests that the Court take notice of the following facts, none of which are subject to reasonable dispute:

(1)  Meghan Markle appeared on the game show *Deal Or No Deal* in 2006-2007 (*see* Compl. ¶ 25.b), as reflected on her Internet Movie Database ("IMDB") filmography, online at https://www.imdb.com/name/nm1620783/#self. IMDB is an online database for widely-disseminated information regarding film and television programs, including credits, and therefore may be judicially noticed. *See Klein v. Leis*, 2006 WL 1489686, at *1 (S.D. Ohio May 30, 2006), *affd*, 548 F.3d 425 (6th Cir. 2008) (taking judicial notice of the name of a character appearing in the film Silence of the Lambs based on information submitted to the court from IMDB); *Heger v. Kiki Tree Pictures, Inc.,* 2017 WL 5714517, at *4 (C.D. Cal. July 24, 2017) (taking

        judicial notice "of the facts that (a) Heger is not identified in the film credits (starting at the 01:28:37 mark) and (b) Bill Richards is identified as 'aerial coordinator' in the credits").

(2)    The media widely reported that Prince Harry was dating Meghan Markle in November 2016, as reflected, for example, in the Reuters publication, *TEXT-Prince Harry's statement on media "harassment" of new girlfriend*, located at https://www.reuters.com/article/britain-royals-harry-statement/text-prince-harrys-statement-on-media-harassment-of-new-girlfriend-idUSL8N1D93MU (describing "Meghan Markle" as his "girlfriend").[2] "[T]he massive and relentless flood of reports from dozens of respected media outlets renders the facts noted in text 'not subject to reasonable dispute' within the meaning of Federal Rule of Evidence 201(b). *Pettway ex rel. Pettway v. Barnhart*, 233 F. Supp. 2d 1354, 1360 n.13 (S.D. Ala. 2002); *accord Shahar v. Bowers*, 120 F.3d 211, 214 n.5 (11th Cir. 1997) (denying judicial notice request to accept a fact, rather than to just note that the media had *reported* it).

---

[2] *See also* Steven Erlanger, *Prince Harry Denounces Media Covreage of His Girlfriend, Meghan Markle* (N.Y. Times Nov. 8, 2016), online at https://www.nytimes.com/2016/11/09/world/europe/prince-harry-girlfriend-meghan-markle.html; Karla Adam, *Prince Harry condemns racist and sexist abuse of girlfriend Meghan Markle* (Wash. Post Nov. 8, 2016), online at https://www.washingtonpost.com/news/worldviews/wp/2016/11/08/in-rare-blast-at-british-media-prince-harry-says-his-american-girlfriend-meghan-markle-faces-wave-of-abuse/; Maria Puente, *Does Prince Harry have a new 'girlfriend'?* (USA Today Nov. 2, 2016), online at https://www.usatoday.com/story/life/entertainthis/2016/11/02/does-prince-harry-have-new-girlfriend/93122438/.

(3)  Plaintiff has admitted to (1) being compensated for at least "five or six live interviews" with tabloids since The Duchess began dating Prince Harry in November 2016 and (2) not having seen The Duchess since her college graduation, as reflected in Plaintiff's television interview with *Good Morning Britain*. *See Samantha Markle Concerned About Her Father Following His Heart Attack*, YouTube (May 15, 2018), online at https://www.youtube.com/watch?v=8iZgP1Oerig&ab_channel=Good MorningBritain. The Court can take notice of a plaintiff's "own admissions" in material that is subject to judicial notice, *see Nix.*, 2018 WL 8802885 at *6, including interviews whose authenticity is not challenged, *see, e.g.*, *Perkins v. LinkedIn Corp.*, 53 F. Supp. 3d 1190, 1205 (Jun. 12, 2014) (taking judicial notice of two interviews with defendant's founder, where there was no dispute as to the "accuracy of the quotations"); *S.E.C. v. Goldstone*, 952 F. Supp. 2d 1060, 1219 (D. N.M. 2013) (noticing—on a motion to dismiss—a CNBC video interview of unchallenged authenticity).

## CONCLUSION

Because every document or fact that is the subject of the instant Request for Judicial Notice is either generally known within the jurisdiction or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" as required under Rule 201(b), The Duchess respectfully requests that the Court grant her Request for Judicial Notice in its entirety.

WHEREFORE, Defendant Meghan, The Duchess of Sussex, respectfully requests that this Honorable Court grant the instant Motion and take judicial notice of the documents and information referenced above and for any other relief deemed just and proper.

RESPECTFULLY SUBMITTED this 13th day of May, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
* *Pro hac vice application pending*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 13th day of May, 2022.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")