Exhibit 1 – Hard copy of *Finding Freedom*, by Omid Scobie and Carolyn Durand

Subject to request for leave to file hard copy as referenced in Defendant's Request for Judicial Notice in Support of Motion to Dismiss at footnote 1.