# New Mexico Courts
## Case Lookup

<u>Exit</u>

Name Search   Case Number Search   DWI Search

Case Detail

### SCOTT RASMUSSEN v. SAMANTHA M RASMUSSEN

| CASE DETAIL | | | |
|---|---|---|---|
| **CASE NUMBER** | **CURRENT JUDGE** | **FILING DATE** | **COURT** |
| D-202-DM-200304974 | Lavelle, Gerard J. | 12/02/2003 | ALBUQUERQUE DISTRICT |

| PARTIES TO THIS CASE | | | |
|---|---|---|---|
| **PARTY TYPE** | **PARTY DESCRIPTION** | **PARTY #** | **PARTY NAME** |
| PT | Petitioner | 1 | RASMUSSEN SCOTT |
| RS | Respondent | 1 | RASMUSSEN SAMANTHA M |
| SF | Settlement Facilitator | 1 | GILMAN TEPPER JAN B |
| | | | ATTORNEY: GILMAN-TEPPER JAN B. |
| SM | Special Master | 1 | LOUGHREN JAMES J |
| SM | Special Master | 2 | CULBERTSON KAYDEE M |

| HEARINGS FOR THIS CASE | | | | | |
|---|---|---|---|---|---|
| **HEARING DATE** | **HEARING TIME** | **HEARING TYPE** | **HEARING JUDGE** | **COURT** | **COURT ROOM** |
| 08/04/2015 | 2:15 PM | MOTION HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | Courtroom 250 |
| 02/11/2005 | 9:00 AM | HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 02/09/2005 | 9:00 AM | MERITS HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 02/07/2005 | 9:00 AM | MERITS HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 12/16/2004 | 9:00 AM | MERITS HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 11/29/2004 | 9:00 AM | DOCKET CALL | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 10/04/2004 | 9:00 AM | MOTION HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |

| 10/04/2004 | 9:00 AM | MOTION HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 08/23/2004 | 9:00 AM | HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 03/03/2004 | 9:00 AM | HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 03/03/2004 | 9:00 AM | MOTION HEARING | Walker, Deborah Davis | ALBUQUERQUE DISTRICT COURT | |
| 02/04/2004 | 9:00 AM | PRESENTMENT HEARING | Culbertson, Kaydee M. | ALBUQUERQUE DISTRICT COURT | |
| 01/20/2004 | 9:00 AM | CUSTODY HEARING | Culbertson, Kaydee M. | ALBUQUERQUE DISTRICT COURT | |
| 01/20/2004 | 9:00 AM | CUSTODY HEARING | Culbertson, Kaydee M. | ALBUQUERQUE DISTRICT COURT | |

| CIVIL COMPLAINT DETAIL ||||| 
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 01/12/2006 | 1 | CLS: JUDGMENT/ DISPOSITION | Decree/Judgment Entered | 12/01/2015 |

| **COA SEQUENCE #** | **COA DESCRIPTION** |
|---|---|
| 1 | Enforcement/Modification of Domestic Matters |

| **PARTY NAME** | **PARTY TYPE** | **PARTY #** |
|---|---|---|
| RASMUSSEN SAMANTHA M | RS | 1 |
| RASMUSSEN SCOTT | PT | 1 |

| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
|---|---|---|---|---|
| 12/02/2003 | 1 | CLS: JUDGMENT/ DISPOSITION | Decree/Judgment Entered | 12/01/2015 |

| **COA SEQUENCE #** | **COA DESCRIPTION** |
|---|---|
| 1 | Divorce with Custody |

| **PARTY NAME** | **PARTY TYPE** | **PARTY #** |
|---|---|---|
| RASMUSSEN SAMANTHA M | RS | 1 |
| RASMUSSEN SCOTT | PT | 1 |

| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
|---|---|---|---|---|
| 06/05/2015 | 1 | CLS: JUDGMENT/ DISPOSITION | Decree/Judgment Entered | 12/01/2015 |

| COA SEQUENCE # | COA DESCRIPTION | | |
|---|---|---|---|
| 1 | Child Support | | |
| PARTY NAME | PARTY TYPE | | PARTY # |

| REGISTER OF ACTIONS ACTIVITY | | | | | |
|---|---|---|---|---|---|
| EVENT DATE | EVENT DESCRIPTION | EVENT RESULT | PARTY TYPE | PARTY # | AMOUNT |
| 12/01/2015 | CLS: ORDER APPROVING HEARING OFFICER REPORT | | | | |
| | ORDER ADOPTING HEARING OFFICER REPORT FILED 11/03/15 | | | | |
| 11/03/2015 | EXHIBIT RECEIPT | | | | |
| | RECEIPT FOR EXHIBITS INTRODUCED ON 10/29/15 | | | | |
| 11/03/2015 | Domestic Relations Hearing Officer Report | | | | |
| | HEARING OFFICER REPORT AND NOTICE OF FILING <7K> | | | | |
| 10/29/2015 | TAP: HEARING | | | | |
| | room#248/ 03.42.01 - 04.20.10/ 04.25.22 - 05.01.07 | | | | |
| 10/26/2015 | REQUEST FOR HEARING/ SETTING | | | | |
| 10/26/2015 | MTN: TO VACATE | | PT | 1 | |
| | MOTION TO VACATE HEARING AND TO DISMISS ACTION | | | | |
| 10/21/2015 | PROOF OF SERVICE | | PT | 1 | |
| | PROOF OF SERVICE OF NOTICE OF HEARING TO PETITIONER SCOTT RASMUSSEN ON 10/13/15 $40.00 | | | | |
| 09/17/2015 | ORD: REFERRING/ APPOINTING HEARING OFFICER | | | | |
| | ORDER APPOINTING FAMILY COURT HEARING OFFICER N. LYNN PERLS AND NOTICE OF EVIDENTIARY HEARING ON HEARING FOR NON-PAYMENT OF CHILD SUPPORT PAST TWO MONTHS AND BACK CHILD SUPPORT VIOLATION OF COURT ORDERED REQUIREMENT TO ADJUST CHILD SUPPORT ON 10/29/15 AT 3:30 P.M. | | | | |
| 09/14/2015 | REQUEST FOR HEARING/ SETTING | | RS | 1 | |
| 09/14/2015 | MTN: MOTION | | RS | 1 | |
| | MOTION FOR HEARING; FOR NON PAYMENT OF CHILD SUPPORT PAST TWO MONTHS AND BACK CHILD SUPPORT, VIOLATION OF COURT ORDERED REQUIREMENT TO ADJUST CHILD SUPPORT | | | | |
| 08/04/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| 08/04/2015 | JDG: JUDGE RECUSAL | | | | |
| 07/15/2015 | JDG: JUDGE UNTIMELY EXCUSAL | | PT | 1 | |
| 07/09/2015 | AFFIDAVIT OF SERVICE | | PT | 1 | |
| | AFFIDAVIT OF SERVICE OF NOTICE OF REQUEST FOR JUDGE REASSIGNMENT TO PETITIONER SCOTT RASMUSSEN AND HIS ATTORNEY BY CERTIFIED MAIL ON 07/03/15 <NO FEE POSTED> | | | | |
| 07/08/2015 | NTC: HEARING | | | | |

| Date | Event | | | | |
|---|---|---|---|---|---|
| 07/06/2015 | JDG: JUDGE UNTIMELY EXCUSAL | | PT | 1 | |
| 06/24/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | FROM RAMIREZ TO WALKER | | | | |
| 06/23/2015 | REQUEST FOR HEARING/ SETTING | | RS | 1 | |
| 06/23/2015 | MTN: MOTION | | RS | 1 | |
| | MOTION FOR EXCUSAL OF JUDGE DEBORAH RAMIREZ AND REASSIGNMENT TO ORIGINAL JUDGE DEBORAH DAVIS WALKER | | | | |
| 06/17/2015 | TAP: HEARING | | | | |
| | ROOM 268 2:41:00-2:50:30 | | | | |
| 06/17/2015 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| | WALKER TO RAMIREZ | | | | |
| 06/05/2015 | REQUEST FOR HEARING/ SETTING | | RS | 1 | |
| 06/05/2015 | MTN: MOTION | | RS | 1 | |
| | MOTION FOR HEARING FOR BACK CHILD SUPPORT PAYMENTS | | | | |
| 06/05/2015 | REQUEST FOR HEARING/ SETTING | | RS | 1 | |
| 06/05/2015 | RPN: REOPEN FEE/PAID | | RS | 1 | |
| | MOTION FOR HEARING FOR BACK CHILD SUPPORT PAYMENTS | | | | |
| 01/19/2006 | CERTIFICATE OF SERVICE | | | | |
| | FILING CERTIFICATE OF SERVICE OF STIPULATED ORDER, PARENTING PLAN & CHILD SUPPORT OBLIGATION, REQUEST & ORDER TO WITHDRAW AND ENTRY OF APPEARANCE TO BOTH PARTIES BY MAIL 01-18-06 (RSP ATTY) | | | | |
| 01/12/2006 | CLS: JUDGMENT/NON JURY | | | | |
| | FILING STIPULATED ORDER ENFORCING PARENTING PLAN AND CHILD SUPPORT OBLIGATION ADOPTING PARENTING PLAN AND CHILD SUPPORT OBLIGATION FILED 12-14-05 MODIFYING THE STIPULATED ORDER REGARDING CHILD SUPPORT, TIME-SHARING, AND DISSOLUTION OF MARRIAGE, FILED WITH COURT 02-11-05 | | | | |
| 01/12/2006 | CRT: COMPLAINT DISPOSED | | | | |
| 01/12/2006 | RPN: REOPEN/MISCELLANEOUS/OTHER | | | | |
| | IN HOUSE REOPEN | | | | |
| 01/12/2006 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | | | |
| | FILING ORDER PERMITTING WITHDRAWAL OF COUSEL WITHDRAWING UNM CLINICAL LAW PROGRAM AS COUNSEL FOR RSP | | | | |
| 01/12/2006 | REQUEST | | | | |
| | FILING REQUEST TO WITHDRAW AS COUNSEL (UNM CLINICAL LAW PROGRAM) | | | | |
| 01/12/2006 | ENTRY OF APPEARANCE | | | | |
| | FILING ENTRY OF APPEARANCE BY SUBSTITUTE COUNSEL OR PARTY PRO SE BY RSP | | | | |
| 12/14/2005 | PARENTING PLAN | | | | |
| | FILING PARENTING PLAN AND CHILD SUPPORT OBLIGATION (PARTIES) | | | | |

| | | |
|---|---|---|
| 02/15/2005 | MED: NOTICE OF ASSESSMENT | |
| | FILING NOTICE OF COURT CLINIC FEES DUE; PET $179.00 RSP $121.00 DUE BY 03-23-05 | |
| 02/11/2005 | TAP: HEARING | |
| | RM 250 10;31;27-11;08;40 | |
| 02/11/2005 | EXHIBIT RECEIPT | |
| | FILING RECEIPT FOR EXHIBITS INTRODUCED ON 02-09-05 (CLERK) | |
| 02/11/2005 | CLS: JUDGMENT/NON JURY | |
| | FILING MINUTE ORDER ORDERING RSP IS RESPONSIBLE FOR $2,749.00 OF THE APN FEES; PARTIES TO PAY STUDENT LOAN EXPENSES AS OUTLINED; RSP TO PAY $2,000.00 FOR PET'S ATTORNEY FEES; OFFSETTING AMOUNTS ALLOCATED TO RSP FOR ATTORNEY AND APN FEES AS OUTLINED; GRANTING RSP'S COUNSEL LEAVE TO FILE ATTORNEY FEE AFFIDAVIT | |
| 02/11/2005 | CRT: COMPLAINT DISPOSED | |
| 02/11/2005 | ORD: STIPULATED | |
| | FILING STIPULATED ORDER REGARDING CHILD SUPPORT, VISITATION, AND DISSOLUTION OF MARRIAGE DIRECTING PARTIES TO COMPLY WITH SETTLEMENT AGREEMENT; PET TO PAY $289.00 MONTHLY CHILD SUPPORT; PARTIES TO EXCHANGE FINANCIAL INFORMATION AS OUTLINED; RSP TO CLAIM NOEL AS A DEPENDENT; OUTLINING PET'S VISITATION; PARTIES TO PARTICIPATE IN PARENTING PROGRAM; GRANTING DIVORCE; OUTLINING PROPERTY DIVISION | |
| 02/11/2005 | ORD: ORDER | |
| | FILING ORDER APPROVING CLINICAL LAW STUDENT APPEARANCE ALLOWING JARED M SLADE TO PARTICIPATE IN THIS CASE | |
| 02/09/2005 | TAP: HEARING | |
| | RM 250 02;30;36-04;03;34 / 04;14;12-04;52;11 / 05;02;18-05;14;28 | |
| 02/04/2005 | NTC: HEARING (VACATE & RESET) | |
| | FILING NOTICE VACATING AND RESCHEDULING HEARING 02-07-05 TO 02-09-05 2:00 | |
| 12/17/2004 | ORD: ORDER | |
| | FILING ORDER ALLOWING WITNESSES TO APPEAR TELEPHONICALLY AT TRIAL 12-16-2004 | |
| 12/16/2004 | TAP: HEARING | |
| | RM 250 12;06;23-12;26;57 | |
| 12/16/2004 | NCJ: PARTIAL DECREE | |
| | FILING MINUTE ORDER GRANTING DIVORCE; ISSUES OF PROPERTY & DEBT ARE RESERVED; PARTIES TO SUMBIT PAPERWORK WITHIN 2 WEEKS OF THIS ORDER; PROPERTY & DEBT TO BE HEARD 02-07-2005 2:00 | |
| 12/14/2004 | NTC: NOTICE | |
| | FILING NOTICE OF INTENT TO USE HEARSAY EVIDENCE UNDER NMRA 11-803 (x) (PET) | |
| 12/14/2004 | WITNESS LIST | |
| | FILING PETITIONER'S LIST OF WITNESSES AND EXHIBITS (PET) | |
| 12/14/2004 | ORD: ORDER | |

| | | |
|---|---|---|
| | | FILING ORDER ADOPTING COURT CLINIC PRIORITY CONSULTATION RECOMMENDATIONS |
| 12/14/2004 | NTC: NOTICE | |
| | | FILING NOTICE OF COMPLETION OF COURT CLINIC PRIORITY CONSULTATION PROCESS (COURT CLINIC) |
| 12/07/2004 | ORD: STIPULATED | |
| | | FILING STIPULATED ORDER OF MEDICAL EXAMINATION AND REPORT AND MODIFICATION OF VISITATION DIRECTING PET TO RECEIVE MEDICAL ADVICE CONCERNING HIS CURRENT MEDICAL SITUATION; PET TO PROVIDE MEDICAL RECORDS AS OUTLINED & ADVANCE COST AS OUTLINED; INTERIM VISITATION AGREEMENT HAS BEEN REACHED; VISITATION AS OUTLINED; |
| 12/06/2004 | NTC: HEARING (DOM MATTERS) | |
| | | FILING NOTICE OF HEARING OF MERITS 12-16-04 9:00 |
| 11/22/2004 | SFL: OUTCOME REPORT | |
| | | FILING FACILITATOR'S OUTCOME REPORT, MODERATE PROGRESS MADE DURING THE SETTLEMENT CONFERENCE, BUT NO SETTLEMENT REACHED |
| 11/01/2004 | ORD: VACATING HEARING | |
| | | FILING ORDER VACATING OCTOBER 4, 2004 SETTINGS |
| 11/01/2004 | ORD: STIPULATED | |
| | | FILING STIPULATED ORDER GRANTING PETITIONER SEVEN ADDITIONAL DAYS TO RESPOND TO RESPONDENT'S DISCOVERY |
| 11/01/2004 | ORD: ORDER | |
| | | FILING ORDER APPROVING LAW STUDENT APPEARANCE |
| 10/14/2004 | SFL: SFACIL DATE MODIFIED | |
| | | FILING ORDER CHANGING DATE FOR SETTLEMENT CONFERENCE AS PART OF SETTLEMENT WEEK 2004 TO 10-26-2004 9:30 |
| 10/07/2004 | INTERROGATORIES CERTIFICATE | |
| | | FILING CERTIFICATE OF DELIVERY OF PET'S RESPONSES TO RSP'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCITON TO RSP (PET) |
| 09/30/2004 | NTC: HEARING (DOM MATTERS) | |
| | | FILING NOTICE OF HEARING OF MOTION FOR EXTENSION OF TIME 10-04-04 1:30 |
| 09/28/2004 | ORD: ORDER | |
| | | FILING ORDER MOVING VISITATION TO THE NEUTRAL CORNER ORDERING VISITATION TO BE MOVED FROM APN TO NEUTRAL CORNER OR APN TO PROVIDE WHEEL CHAIR ACCESS |
| 09/28/2004 | ORD: RESTRAINING | |
| | | FILING STIPULATED NO CONTACT ORDER IN THE DOMESTIC MATTER ORDERING PROVISIONS OF THIS ORDER TO APPLY TO BOTH PARTIES & SHALL ACT AS PERMANENT RESTRAINING ORDER; PARTIES MAY SEEK DISMISSAL OF THIS ORDER AS OUTLINED; PARTIES TO NOT ABUSE EACHOTHER IN ANY WAY AS OUTLINED; NEITHER PARTY TO SPEAK NEGATIVELY ABOUT THE OTHER AS OUTLINED; PARTIES TO NOT GO WITHIN 100 YARDS OF EACHOTHER AS OUTLINED; VIOLATION TO CONSTITUTE CONTEMPT OF COURT |
| 09/27/2004 | REQUEST FOR HEARING/ SETTING | |

| | | | | | |
|---|---|---|---|---|---|
| | FILING REQUEST FOR HEARING ON MOTION FOR EXTENSION OF TIME (PET) | | | | |
| 09/27/2004 | MTN: MOTION | | | | |
| | FILING MOTION FOR EXTENSION OF TIME TO ANSWER - ATTACHMENT (PET) | | | | |
| 09/23/2004 | SFL: SFACIL REFER & APPT SW | | | | |
| | FILING ORDER OF REFERRAL TO SETTLEMENT CONFERENCE AND APPOINTMENT OF FACILITATOR(S) AS PART OF SETTLEMENT WEEK 2004 JAN B GILMAN TEPPER, 10-20-2004 9:00 | | | | |
| 09/02/2004 | NTC: HEARING (DOM MATTERS) | | | | |
| | FILING NOTICE OF HEARING OF MOTION FOR EXTENSION OF TIME 10-04-04 1:30 | | | | |
| 08/27/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON MOTION FOR EXTENSION OF TIME (PET) | | | | |
| 08/27/2004 | MTN: MOTION | | | | |
| | FILING MOTION FOR EXTENSION OF TIME - ATTACHMENT (PET) | | | | |
| 08/24/2004 | SFL: MISC SFACIL FILING | | | | |
| | FILING FAMILY COURT SETTLEMENT WEEK 2004 SETTLEMENT FACILITATION REFERRAL | | | | |
| 08/23/2004 | TAP: HEARING | | | | |
| | RM 250 01;46;55-02;37;03 / 02;44;10-02;57;22 | | | | |
| 07/27/2004 | INTERROGATORIES CERTIFICATE | | | | |
| | FILING CERTIFICATE OF SERVICE OF RSP'S FIRST SET OF INTERROGATORIES & REQUEST FOR PRODUCTION & ANSWERS TO PET'S FIRST SET OF INTERROGATORIES & REQUEST FOR PRODUCTION TO PET (RSP) | | | | |
| 07/23/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON MOTION TO MOVE TO NEUTRAL CORNER (RSP) | | | | |
| 07/23/2004 | MTN: MOTION | | | | |
| | FILING MOTION TO MOVE VISITATION TO THE NEUTRAL CORNER - ATTACHMENT (RSP) | | | | |
| 07/23/2004 | ENTRY OF APPEARANCE | | | | |
| | FILING ENTRY OF APPEARANCE BY CLINICAL LAW PROGRAM FOR RSP | | | | |
| 07/14/2004 | NTC: HEARING (DOM MATTERS) | | | | |
| | FILING NOTICE OF HEARING OF COURT CLINIC REQUEST 08-23-2004 1:30 | | | | |
| 07/12/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON CONTINUATION OF SUPERVISED VISITATION AND ADVISORY CONSULTATION (COURT CLINIC) | | | | |
| 06/24/2004 | INTERROGATORIES CERTIFICATE | | | | |
| | FILING CERTIFICATE OF MAILING OF PET'S FIRST SET OF INTERROGATORIES & REQUEST FOR PRODUCTON TO RSP (PET) | | | | |
| 06/10/2004 | ORD: STIPULATED | | | | |
| | FILING STIPULATED ORDER MODIFYING VISITATION MODIFIED CUSTODY AND VISITATION AS OUTLINED | | | | |

| Date | Event | | | | |
|---|---|---|---|---|---|
| 04/23/2004 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | | | |
| | FILING STIPULATED ORDER OF WITHDRAWAL, SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE ALLOWING LYNDA LATTA TO WITHDRAW & ENTERING DAVID CRUM FOR PET | | | | |
| 04/16/2004 | ENTRY OF APPEARANCE | | | | |
| | FILING ENTRY OF APPEARANCE BY RICHARD GONZALES & ALEX LIMKIN FOR RSP | | | | |
| 03/24/2004 | ORD: ORDER | | | | |
| | FILING ORDER ADOPTING HEARING OFFICER/SPECIAL MASTER REPORT FILED 03-03-04 AS AN ORDER OF THE COURT | | | | |
| 03/08/2004 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | | | |
| | FILING STIPULATED ORDER FOR WITHDRAWAL AS COUNSEL AND ENTRY PRO SE ALLOWING STEVEN ARCHIBEQUE TO WITHDRAW AS COUNSEL FOR RSP ENTERING RSP PRO SE | | | | |
| 03/04/2004 | ORD: ORDER | | | | |
| | FILING ORDER APPOINTING SPECIAL MASTER AND NOTICE OF EVIDENTIARY HEARING ON NOTICE OF OBJECTIONS TO ORDER ADOPTING COURT CLINIC RECOMMENDATIONS AND MOTION 03-03-04 11:00 BEFORE LOUGHREN | | | | |
| 03/04/2004 | ENTRY OF APPEARANCE | | | | |
| | FILING ENTRY OF APPEARANCE OF RSP PRO SE (RSP PRO SE) | | | | |
| 03/03/2004 | TAP: HEARING | | | | |
| | ROOM 290 11:14:36-12:18:25 | | | | |
| 03/03/2004 | CHILD SUPPORT HEARING OFFICER REPORT | | | | |
| | FILING HEARING OFFICER/SPECIAL MASTER REPORT & NOTICE OF FILING RECOMMENDING MR ARCHIBEQUE BE RELEASED AS COUNSEL, FATHER REPRESENTED BY DAVID CRUM, MS LATTA RELEASED AS COUNSEL; PARTIES TO CARRY OUT ORDER OF 01-29-2004 AS WRITTEN COURT CLINIC TO ADDRESS ISSUES AS OUTLINED; INTERIM INCOME & EXPENSE ALLOCATION IS RESERVED; FATHER TO PAY MOTHER $225.00 MTHLY; FATHER TO PAY VISITATION AT APN | | | | |
| 03/01/2004 | ORD: ORDER | | | | |
| | FILING ORDER ADOPTING SPECIAL MASTER'S REPORT FILED 02-06-04 AS AN ORDER OF THE COURT | | | | |
| 02/18/2004 | NTC: HEARING (DOM MATTERS) | | | | |
| | FILING NOTICE OF HEARING OF MOTION TO ESTABLISH INTERIM SUPPORT 03-03-04 11:00 | | | | |
| 02/17/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON MOTION TO ESTABLISH INTERIM SUPPORT (RSP) | | | | |
| 02/06/2004 | NTC: HEARING (DOM MATTERS) | | | | |
| | FILING NOTICE OF HEARING OF NOTICE OF OBJECTIONS TO ORDER ADOPTING COURT CLINIC PC RECOMMENDATIONS 03-03-2004 11:00 | | | | |
| 02/06/2004 | NTC: NOTICE | | | | |
| | FILING NOTICE OF FILING OF SPECIAL MASTER'S REPORT (CLERK) | | | | |
| 02/06/2004 | SPECIAL MASTER REPORT | | | | |
| | FILING SPECIAL MASTER REPORT RECOMMENDING PARTIES ENTER INTO PC RE: ISSUES OF VISITATION, SUPERVISION & PLACEMENT OF | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | VISITATION; OUTLINING VISITATION; RSP TO PAY $225.00 TEMPORARY MTHLY CHILD SUPPORT; ISSUES OF INTERIM SUPPORT TO BE RESET TO A LATER DATE | | | | |
| 02/05/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON NOTICE TO OBJECTIONS ADOPTING COURT CLINIC PRIORITY CONSULTATION RECOMMENDATIONS (PET) | | | | |
| 02/05/2004 | OBJECTION/OPPOSITION | | | | |
| | FILING NOTICE OF OBJECTIONS TO ORDER ADOPTING COURT CLINIC PRIOITY CONSULTATION RECOMMENDATIONS (PET) | | | | |
| 01/29/2004 | NTC: NOTICE | | | | |
| | FILING NOTICE OF NON-AVAILABILITY (PET) | | | | |
| 01/29/2004 | NTC: NOTICE | | | | |
| | FILING NOTICE OF COMPLETION OF COURT CLINIC PRIORITY CONSULTATION PROCESS (COURT CLINIC) | | | | |
| 01/29/2004 | ORD: ORDER | | | | |
| | FILING ORDER ADOPTING COURT CLINIC PRIORITY CONSULTATION RECOMMENDATIONS ORDERING PET TO CONTINUE SUPERVISED VISITATION AS OULTINED; PET TO ENROLL IN THERAPY AS OUTLINED; CHILD TO ENROLL IN THERAPY AS OUTLINED; RSP TO ANGER MANAGEMENT BEFORE MEDIATION/ADVISORY CONSULTATION IS TO BE SCHEDULED | | | | |
| 01/26/2004 | SPECIAL MASTER REPORT | | | | |
| | FILING SPECIAL MASTER'S STATUS REPORT AND NOTICE OF PRESENTMENT PARTIES TO PRESENT PROPOSED FORM OF REPORT TO SPECIAL MASTER BY 1:30 02-04-2004 | | | | |
| 01/26/2004 | RESPONSE | | | | |
| | FILING RESPONSE TO RESPONDENT'S MOTION FOR INTERIM SUPPORT FILED ON JANUARY 9, 2003 (PET) | | | | |
| 01/20/2004 | TAP: HEARING | | | | |
| | Room 287 9:12:34-9:52:28 | | | | |
| 01/20/2004 | CCL: COURT CLINIC PRIORITY | | | | |
| | FILING COURT CLINIC REFERRAL ORDER DIRECTING PARTIES TO SCHEDULE CONSULTATION REGARDING CUSTODY, RESIDENCE, TIME SHARING & OTHER ISSUES OF MINOR CHILD - ATTACHMENT | | | | |
| 01/16/2004 | ORD: ORDER | | | | |
| | FILING ORDER APPOINTING SPECIAL MASTER AND NOTICE OF EVIDENTIARY HEARING OF MOTION TO ESTABLISH INTERIM SUPPORT 01-20-04 9:00 BEFORE CULBERTSON - ATTACHMENT | | | | |
| 01/14/2004 | ORD: ORDER | | | | |
| | FILING ORDER APPOINTING SPECIAL MASTER AND NOTICE OF EVIDENTIARY HEARING ON MOTION TO MOVE VISITATION TO NEUTRAL CORNER 01-20-04 9:00 BEFORE CULBERTSON - ATTACHMENT | | | | |
| 01/09/2004 | REQUEST FOR HEARING/ SETTING | | | | |
| | FILING REQUEST FOR HEARING ON MOTION TO ESTABLISH INTERIM SUPPORT (RSP) | | | | |
| 01/09/2004 | MTN: MOTION | | | | |
| | FILING MOTION FOR INTERIM SUPPORT - ATTACHMENT (RSP) | | | | |
| 01/05/2004 | JDG: JUDGE ASSIGN EXCUSAL/ CHALLENGE | | | | |

|  |  |  |
|---|---|---|
|  | FILING NOTICE OF JUDGE ASSIGNMENT, CASE ASSIGNED TO JUDGE DEBORAH DAVIS WALKER; MAILED TO COUNSEL 01-05-04 (CLERK) |  |
| 12/30/2003 | JDG: JUDGE EXCUSAL/ CHALLENGE |  |
|  | FILING NOTICE OF EXCUSAL OF JUDGE ERNESTO J ROMERO (RSP) |  |
| 12/30/2003 | REQUEST FOR HEARING/ SETTING |  |
|  | FILING REQUEST FOR HEARING ON EMERGENCY MOTION TO MOVE VISITATION TO NEUTRAL CORNER (RSP) |  |
| 12/30/2003 | MTN: MOTION |  |
|  | FILING EMERGENCY MOTION TO MOVE VISITATION TO NEUTRAL CORNER - ATTACHMENT (RSP) |  |
| 12/23/2003 | RESPONSE |  |
|  | FILING RESPONSE TO PETITION TO DISSOLUTION OF MARRIAGE (RSP) |  |
| 12/23/2003 | RESPONSE |  |
|  | FILING RESPONSE TO EMERGENCY MOTION TO ESTABLISH CUSTODY AND TIME-SHARING (RSP) |  |
| 12/23/2003 | ORD: ORDER |  |
|  | FILING ORDER APPOINTING SPECIAL MASTER AND NOTICE OF EVIDENTIARY HEARING ON EMERGENCY MOTION TO ESTABLISH CUSTODY & TIME SHARING 01-20-2004 9:00 BEFORE KAYDEE CULBERTSON |  |
| 12/23/2003 | JDG: JUDGE ASSIGN EXCUSAL/ CHALLENGE |  |
|  | FILING NOTICE OF JUDGE ASSIGNMENT, CASE ASSIGNED TO JUDGE ERNESTO J ROMERO; MAILED TO COUNSEL 12-23-03 (CLERK) |  |
| 12/17/2003 | WAIVER |  |
|  | FILING WAIVER OF MEDIATION COMMUNICATION PRIVILEGES (PARTIES) |  |
| 12/17/2003 | CCL: COURT CLINIC MEDIATION |  |
|  | FILING COURT CLINIC REFERRAL ORDER DIRECTING PARTIES TO SCHEDULE CONSULTATION REGARDING CUSTODY, RESIDENCE & TIME SHARING OF MINOR CHILD - ATTACHMENT |  |
| 12/17/2003 | JDG: JUDGE EXCUSAL/ CHALLENGE |  |
|  | FILING NOTICE OF EXCUSAL OF JUDGE ANGELA J JEWELL (PET) |  |
| 12/10/2003 | SUMMONS RETURN |  |
|  | TO RESPONDENT SAMANTHA RASMUSSEN ON 12/7/03 |  |
| 12/02/2003 | JDG: JUDGE ASSIGN ADMINISTRATIVE |  |
|  | FILING NOTICE OF JUDGE REASSIGNMENT, CASE REASSIGNED TO JUDGE ANGELA JEWELL, DUE TO RELATED CASE, MAILED TO COUNSEL DECEMBER 8, 2003 (CLERK) |  |
| 12/02/2003 | NTC: NOTICE |  |
|  | FILING NOTICE OF DEFICIENCY (CLERK) |  |
| 12/02/2003 | REQUEST FOR HEARING/ SETTING |  |
|  | FILING REQUEST FOR EMERGENCY SETTING ON EMERGENCY MOTION TO ESTABLISH CUSTODY AND TIME-SHARING (PET) |  |
| 12/02/2003 | MTN: MOTION |  |
|  | FILING EMERGENCY MOTION TO ESTABLISH CUSTODY AND TIME-SHARING - ATTACHMENT (PET) |  |

| | | | | | |
|---|---|---|---|---|---|
| 12/02/2003 | ORD: TEMPORARY DOMESTIC ORDER | | | | |
| | FILING TEMPORARY DOMESTIC ORDER RESTRAINING PARTIES | | | | |
| 12/02/2003 | SUMMONS ISSUED | | | | |
| 12/02/2003 | OPN: PETITION | | | | |
| | FILING VERIFIED PETITION FOR DISSOLUTION OF MARRIAGE | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
| 12/02/2003 | Nash, Nan G. | 1 | INITIAL ASSIGNMENT |
| 12/02/2003 | Jewell, Angela J. | 2 | Administrative Assignment |
| 12/23/2003 | Romero, Ernesto | 3 | Judge Excused/Challenged |
| 01/05/2004 | Walker, Deborah Davis | 4 | Judge Excused/Challenged |
| 06/17/2015 | Ramirez, Debra | 5 | Administrative Assignment |
| 06/24/2015 | Walker, Deborah Davis | 6 | Administrative Assignment |
| 08/04/2015 | Lavelle, Gerard J. | 7 | Judge Recused |

Return　　Print

©2007 New Mexico Courts