# New Mexico Courts
## Case Lookup

Exit

Name Search     Case Number Search     DWI Search

Case Detail

## Samantha Rasmussen vs Winrock Partners LLC et al

| CASE DETAIL | | | |
|---|---|---|---|
| **CASE NUMBER** | **CURRENT JUDGE** | **FILING DATE** | **COURT** |
| D-202-CV-201605774 | Franchini, Nancy J. | 09/20/2016 | ALBUQUERQUE DISTRICT |

| PARTIES TO THIS CASE | | | |
|---|---|---|---|
| **PARTY TYPE** | **PARTY DESCRIPTION** | **PARTY #** | **PARTY NAME** |
| D | Defendant | 1 | WINROCK PARTNERS LLC |
| | | | ATTORNEY: BRUCKNER DONALD GEORGE |
| | | | ATTORNEY: JUNKER LAWRENCE A. |
| D | Defendant | 2 | INTEGRATED PROPERTY SERVICES COMPANY |
| P | Plaintiff | 1 | RASMUSSEN SAMANTHA |
| SF | Settlement Facilitator | 1 | YORK WENDY E. |

| HEARINGS FOR THIS CASE | | | | | |
|---|---|---|---|---|---|
| **HEARING DATE** | **HEARING TIME** | **HEARING TYPE** | **HEARING JUDGE** | **COURT** | **COURT ROOM** |
| 03/26/2018 | 1:30 PM | SCHEDULING CONFERENCE | Franchini, Nancy J. | ALBUQUERQUE DISTRICT COURT | Hearing Room 510 |

| CIVIL COMPLAINT DETAIL | | | | |
|---|---|---|---|---|
| **COMPLAINT DATE** | **COMPLAINT SEQ #** | **COMPLAINT DESCRIPTION** | **DISPOSITION** | **DISPOSITION DATE** |
| 09/20/2016 | 1 | CLS: JUDGMENT/ DISPOSITION | Dismiss/Decided By Dispositive Motion/Dismiss by Judge/Party | 01/17/2019 |

| COA SEQUENCE # | COA DESCRIPTION | |
|---|---|---|
| 1 | Tort: Personal Injury Non Auto | |
| **PARTY NAME** | **PARTY TYPE** | **PARTY #** |

| COMPLAINT DATE | COMPLAINT SEQ # | COMPLAINT DESCRIPTION | DISPOSITION | DISPOSITION DATE |
|---|---|---|---|---|
| 09/20/2016 | 2 | CLS: JUDGMENT/ DISPOSITION | Dismiss/Decided By Dispositive Motion/Dismiss by Judge/Party | 01/17/2019 |

| COA SEQUENCE # | COA DESCRIPTION | | |
|---|---|---|---|
| 1 | Other Damages | | |
| **PARTY NAME** | **PARTY TYPE** | | **PARTY #** |

| REGISTER OF ACTIONS ACTIVITY | | | | | |
|---|---|---|---|---|---|
| **EVENT DATE** | **EVENT DESCRIPTION** | **EVENT RESULT** | **PARTY TYPE** | **PARTY #** | **AMOUNT** |
| 01/17/2019 | CLS: DISMISSAL WITH PREJUDICE | | | | |
| | ORDER OF DISMISSAL | | | | |
| 01/02/2019 | MTN: TO DISMISS | | D | 1 | |
| | Stipulated Motion to Dismiss | | | | |
| 11/15/2018 | CORRESPONDENCE | | D | 1 | |
| 11/15/2018 | RETURNED MAIL | | P | 1 | |
| 11/08/2018 | CORRESPONDENCE | | | | |
| | Re: Jurt trial setting for 01/14/19 thru 01/25/19 | | | | |
| 07/16/2018 | NTC: OF DEPOSITION | | D | 1 | |
| | Amended Notice to Take Deposition of Mark Phillips | | | | |
| 07/16/2018 | NTC: OF DEPOSITION | | D | 1 | |
| | Amended Notice sa | | | | |
| 05/31/2018 | WITNESS LIST | | D | 1 | |
| 05/01/2018 | WITHDRAWAL/ ENTRY/ SUBSTITUTION OF COUNSEL | | D | 1 | |
| | Entry of Appearance and Notice of Withdrawal of Attorney | | | | |
| 04/18/2018 | SFL: SFACIL REFER & APPT YR | | | | |
| 03/29/2018 | CERTIFICATE OF SERVICE | | D | 1 | |
| 03/28/2018 | ORD: RULE 16B SCHEDULING/FORM | | | | |
| 03/19/2018 | ORD: TO WITHDRAW (NON-ATTORNEY/COUNSEL) | | | | |
| | ORDER ON MOTION TO WITHDRAW AS COUNSEL | | | | |
| 02/26/2018 | NTC: NOTICE | | D | 1 | |
| | Notice to Vacate Deposition of Mark Phillips | | | | |
| 02/26/2018 | NTC: NOTICE | | D | 1 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Notice to Vacate Deposition of Samantha Rasmussen |  |  |  |  |
| 02/26/2018 | NTC: HEARING |  |  |  |  |
|  | MARCH 26, 2018 @ 1:30PM |  |  |  |  |
| 02/22/2018 | MTN: TO WITHDRAW |  | P | 1 |  |
|  | Motion to Withdraw as Counsel |  |  |  |  |
| 02/13/2018 | NTC: OF DEPOSITION |  | D | 1 |  |
|  | Of Mark Phillips |  |  |  |  |
| 02/13/2018 | NTC: OF DEPOSITION |  | D | 1 |  |
| 01/04/2018 | REQUEST FOR HEARING/ SETTING |  | P | 1 |  |
| 12/06/2017 | CERTIFICATE OF SERVICE |  | D | 1 |  |
| 10/19/2017 | CERTIFICATE OF SERVICE |  | D | 1 |  |
|  | Subpoena Duces Tecum to Rollx Vans |  |  |  |  |
| 10/02/2017 | DISCOVERY |  | D | 1 |  |
| 08/21/2017 | DISCOVERY |  | P | 1 |  |
| 08/10/2017 | ANSWER |  | D | 1 |  |
|  | Answer to Plaintiff s Third Amended Complaint for Negligence and Premises Liability, Negligence Per Se, Res Ipsa Loquitur, Negligent Infliction of Emotional Distress, Respondeat Superior and Punitive Damages |  |  |  |  |
| 07/18/2017 | SUMMONS RETURN |  | P | 1 |  |
| 07/11/2017 |  |  |  |  |  |
| 07/06/2017 | AMENDED COMPLAINT |  | P | 1 |  |
|  | THIRD AMENDED COMPLAINT FOR NEGLIGENCE AND PREMISES LIABILITY, NEGLIGENCE PER SE, RES IPSA LOQUITUR, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, RESPONDEAT SUPERIOR AND PUNITIVE DAMAGES |  |  |  |  |
| 07/06/2017 | ORD: GRANTING LEAVE |  |  |  |  |
|  | STIPULATED ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT AND AMEND CAPTION |  |  |  |  |
| 06/26/2017 | MTN: FOR LEAVE |  | P | 1 |  |
|  | Stipulated Motion for Leave to File Third Amended Complaint and Amend Caption |  |  |  |  |
| 06/22/2017 | DISCOVERY |  |  |  |  |
| 06/01/2017 | DISCOVERY |  | P | 1 |  |
| 05/02/2017 | DISCOVERY |  | P | 1 |  |
| 03/03/2017 | JURY DEMAND 12 PERSON |  |  |  |  |
|  | Paid $300 |  |  |  |  |
| 03/03/2017 | ANSWER |  |  |  |  |
|  | Winrock Partners LLC s Answer to Plaintiff s Second Amended Complaint for Negligence and Premises Liability, Negligence Per Se, Res Ipsa Loquitur, Negligent Infliction of Emotional Distress, Respondeat Superior and Punitive Damages |  |  |  |  |
| 02/21/2017 |  |  | P | 1 |  |

| | | | | | |
|---|---|---|---|---|---|
| | REQUEST FOR HEARING/ SETTING | | | | |
| 02/21/2017 | AFFIDAVIT OF NON-MILITARY | | P | 1 | |
| 02/21/2017 | AFFIDAVIT OF NON-MILITARY | | P | 1 | |
| 02/21/2017 | MTN: MOTION/APPLICATION FOR DEFAULT JUDGMENT | | P | 1 | |
| | Application for Default Judgment as to Liability against Defendants Goodman Winrock, L.L.C. and Pegasus Realty Incorporated | | | | |
| 02/09/2017 | AMENDED COMPLAINT | | P | 1 | |
| | Second Amended Complaint for Negligence and Premises Liability, Negligence Per Se, Res Ipsa Loquitur, Negligent Infliction of Emotional Distress, Respondent Superior and Punitive Damages | | | | |
| 02/08/2017 | ORD: GRANTING LEAVE | | | | |
| | ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT | | | | |
| 01/31/2017 | CERTIFICATE AS TO THE STATE OF THE RECORD | | | | |
| | GOODMAN WINROCK | | | | |
| 01/30/2017 | CERTIFICATE AS TO THE STATE OF THE RECORD | | | | |
| 01/05/2017 | SUMMONS RETURN | | P | 1 | |
| 12/27/2016 | SUMMONS RETURN | | P | 1 | |
| | Amended Complaint | | | | |
| 12/27/2016 | SUMMONS RETURN | | P | 1 | |
| | Amended Complaint | | | | |
| 12/07/2016 | | | | | |
| 11/28/2016 | AMENDED COMPLAINT | | P | 1 | |
| | First Amended Complaint | | | | |
| 09/30/2016 | | | | | |
| 09/22/2016 | JDG: NOTICE OF JUDGE ASSIGNMENT | | | | |
| 09/21/2016 | JDG: JUDGE EXCUSAL/PEREMPTORY CHALLENGE | | P | 1 | |
| 09/20/2016 | ARB: CERT NOT SUBJECT | | | | |
| 09/20/2016 | OPN: COMPLAINT | | | | |

| JUDGE ASSIGNMENT HISTORY | | | |
|---|---|---|---|
| ASSIGNMENT DATE | JUDGE NAME | SEQUENCE # | ASSIGNMENT EVENT DESCRIPTION |
| 09/20/2016 | Campbell, Clay | 1 | INITIAL ASSIGNMENT |
| 09/22/2016 | Franchini, Nancy J. | 2 | Judge Peremptory Excusal |

Return　　　Print

©2007 New Mexico Courts