# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>　　　　Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

### DEFENDANT'S NOTICE OF FILING
### DECLARATION OF MICHAEL J. KUMP, ESQ.

NOTICE IS HEREBY GIVEN of the Filing of the attached document on behalf of the Defendant Meghan, The Duchess of Sussex, sued as "Meghan Markle," that:

1) Declaration of Michael J. Kump, Esq. In Support Of Defendant's Local Rule 3.01 (G)(3) Certification of Unavailability In Connection With Motion To Dismiss

RESPECTFULLY SUBMITTED this 13th day of May, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

_/s/ Michael J. Kump 9/8_

**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
* *Pro hac vice application pending*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 13th day of May, 2022.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")