# Nicholas C. Soltman

| | |
|---|---|
| **From:** | Douglas Kahle <dkahle@schwedpa.com> |
| **Sent:** | Friday, May 6, 2022 4:04 AM |
| **To:** | Michael J. Kump |
| **Subject:** | FW: Markle, Samantha v. Markle, Meghan (8:22-cv-00511-CEH-TGW) |

**CAUTION: This email originated from outside of the organization.**

Michael:

Below is Samantha's new attorney; you probably should talk to them and get their consent re your motions.

Thanks.

Douglas A. Kahle
Schwed Kahle Kress PA
11410 N. Jog Road, Suite 100
Palm Beach Gardens, FL 33418
561 694 0070
www.schwedpa.com



---

**From:** Taylor Young <tyoung@legalbrains.com>
**Sent:** Thursday, May 5, 2022 5:09 PM
**To:** Douglas Kahle <dkahle@schwedpa.com>
**Subject:** Markle, Samantha v. Markle, Meghan (8:22-cv-00511-CEH-TGW)

Good Afternoon,

I am reaching out to you in regard to the above referenced case. Our firm has been recently retained to represent the Plaintiff. I know that you filed a motion to withdrawal. Is the motion set for hearing?

Best,

*Taylor E. Young, Esq.*
*Associate Attorney*



*The Ticktin Law Group*

*270 SW Natura Avenue | Deerfield Beach, Florida 33441*
*Phone: (954) 570-6757 | Fax: (954) 418-7120*
*Email: tyoung@legalbrains.com*

*NOTICE:*

*Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.*

*This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any  unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at tyoung@legalbrains.com and delete the original message and all copies.*