# Nicholas C. Soltman

**From:** Michael J. Kump
**Sent:** Wednesday, May 11, 2022 2:07 PM
**To:** Taylor Young
**Cc:** Douglas Kahle; Donna Mohammed
**Subject:** RE: Markle, Samantha v. Markle, Meghan (8:22-cv-00511-CEH-TGW)

Taylor,

Thank you for your email sent on Monday (5/9).

With Defendant's response due on Monday (5/16), I'm checking back with you regarding scheduling a conference in connection with Defendant's motion to dismiss. Please let me know.

Thank you.

**Michael J. Kump | Kinsella Weitzman Iser Kump Holley LLP**
808 Wilshire Boulevard | Third Floor
Santa Monica | California 90401-1894
Direct Dial: 310.566.9855 | Mobile: 310.251.0394
Email: mkump@kwikhlaw.com
Website: http://kwikhlaw.com

---

**From:** Taylor Young <tyoung@legalbrains.com>
**Sent:** Monday, May 9, 2022 10:59 AM
**To:** Michael J. Kump <MKump@kwikhlaw.com>
**Cc:** Douglas Kahle <dkahle@schwedpa.com>; Donna Mohammed <DMohammed@legalbrains.com>
**Subject:** RE: Markle, Samantha v. Markle, Meghan (8:22-cv-00511-CEH-TGW)

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Michael,

Yes, our firm has been retained to represent the Plaintiff in this action. As the Amended Motion to Withdraw is still pending with this Court, we need to wait for the Court to issue an Order before scheduling any conference. We plan on filing a Motion for Substitution today to speed up the process.

Once this Court allows the withdrawal of Mr. Kahle, we would be more than willing to schedule a conference with you.

Best,

*Taylor E. Young, Esq.*
*Associate Attorney*

1



*The Ticktin Law Group*
*270 SW Natura Avenue | Deerfield Beach, Florida 33441*
*Phone: (954) 570-6757 | Fax: (954) 418-7120*
*Email: tyoung@legalbrains.com*

*NOTICE:*

*Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.*

*This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at tyoung@legalbrains.com and delete the original message and all copies.*

---

**From:** Michael J. Kump <MKump@kwikhlaw.com>
**Sent:** Friday, May 6, 2022 2:38 PM
**To:** Taylor Young <tyoung@legalbrains.com>
**Cc:** Douglas Kahle <dkahle@schwedpa.com>
**Subject:** Markle, Samantha v. Markle, Meghan (8:22-cv-00511-CEH-TGW)

Dear Ms. Taylor,

We represent Defendant in this action. Douglas Kahle forwarded me your email from yesterday stating that your firm has been retained to represent Plaintiff in this action. Since Mr. Kahle's firm is still listed as counsel of record, I am copying him on this email.

Defendant's response to the complaint is due on Monday May 16. Earlier this week, I contacted Mr. Kahle and informed him that Defendant will be moving to dismiss Plaintiff's Complaint pursuant to FRCP 12(b)(6) and seeking attorneys' fees pursuant to Fla. Stat. § 768.295. I also told him that we would be filing pro hac vice applications for myself and two of my colleagues from my firm to be specially admitted for this case. I asked Mr. Kahle when he was available for the LR 3.01(g)(1) conference required before filing these pleadings, and he informed me that in light of his firm's pending motion to withdraw as Plaintiff's counsel, he and his firm could not participate in the conference.

Now that your firm is representing Plaintiff, I would like to schedule a time early next week for a telephone call with you for the LR 3.01(g)(1) conference, so that we can then file the response to

the Complaint and the pro hac vice applications on Monday May 16. Please let me know when you are available early next week for the conference.

Thank you.

**Michael J. Kump | Kinsella Weitzman Iser Kump Holley LLP**
808 Wilshire Boulevard | Third Floor
Santa Monica | California 90401-1894
Direct Dial: 310.566.9855 | Mobile: 310.251.0394
Email: mkump@kwikhlaw.com
Website: http://kwikhlaw.com