# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>    Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>    Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**Unopposed Motion for Special Admission**

Nicholas C. Soltman, Esquire, moves for special admission to represent defendant Meghan, The Duchess of Sussex, sued as "Meghan Markle," in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the Southern, Central, and Northern Districts of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

RESPECTFULLY SUBMITTED this 13th day of May, 2022

          KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

          _____
          **Nicholas C. Soltman** (Cal. Bar No. 277418)
          nsoltman@kwikhlaw.com
          808 Wilshire Boulevard, 3rd Floor
          Santa Monica, California 90401
          Telephone: 310.566.9800

          BITMAN O'BRIEN & MORAT PLLC
          **Ronnie Bitman** (Fla. Bar No. 744891)
          rbitman@bitman-law.com
          255 Primera Blvd., Ste 128
          Lake Mary, FL 32746-2168
          Telephone: 407.815.3115

          Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## Local Rule 3.01(g) Certification

My partner Michael Kump has conferred with Plaintiff's counsel and he stated that he personally (as a member of the Bar of this Court) does not oppose the motion/application, and that in light of his pending motion to withdraw (Doc. 12, 14), he cannot speak on behalf of Plaintiff.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 13th day of May, 2022.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")