**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                 CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## O R D E R

THIS CAUSE came on for consideration upon the Motion for Leave to File Under Seal an Amended Motion to Withdraw as Counsel for Plaintiff (Doc. 14).

Previously, attorney Douglas A. Kahle sought to withdraw as counsel for the plaintiff, Samantha M. Markle, due to "irreconcilable differences and fundamental disagreements," and Ms. Markle consented to the withdrawal (Doc. 12 p. 1). However, at that time, there had not been a notice of appearance filed by new counsel on Ms. Markle's behalf and, to date, a notice of appearance still has not been filed. Further, Mr. Kahle represented that the information required by Local Rule 2.02(c)(1)(B)(ii) was not provided because Ms. Markle "likely does not want her mailing address, email address, or telephone number in a public document . . . due to the threat of public harassment" (id., pp. 1–2).

Accordingly, I denied the motion without prejudice and noted that, in order for Mr. Kahle to withdraw, the required information would need to be filed (see Doc. 13). I further noted that, if the information was to be filed under seal, a motion must be filed in accordance with the Local Rules (see id.). Thus, in the present motion, Mr. Kahle requests the ability to file, under seal, an amended motion to withdraw that would have the required information of Ms. Markle. In accordance with Local Rule 1.11(c), Mr. Kahle states that the reason for the seal is "due to the publicity of the case and the threat of harassment" against Ms. Markle, should her personal contact information be available to the public (id., p. 2). I find that this reason justifies the amended motion to withdraw being filed under seal.

It is, therefore, upon consideration

ORDERED:

That the Motion for Leave to File Under Seal an Amended Motion to Withdraw as Counsel for Plaintiff (Doc. 14) be, and the same is hereby, **GRANTED**. Accordingly, Mr. Kahle is permitted to file an amended motion to withdraw under seal.

DONE and ORDERED at Tampa, Florida, this 13 day of May, 2022.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2