UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.   CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion for Special Admission (Doc. 19).

Attorney Michael J. Kump requests to appear *pro hac vice* for the defendant, Meghan, The Duchess of Sussex (id., p. 1). Mr. Kump has satisfied the requirements of Local Rule 2.01(c). It is, therefore, upon consideration,

ORDERED:

That the Unopposed Motion for Special Admission (Doc. 19) be, and the same is hereby, **GRANTED**. Accordingly, attorney Michael J. Kump is admitted in this court *pro hac vice*.

DONE and ORDERED at Tampa, Florida, this 13th day of May, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE