IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


CASE NO.: 8:22-cv-00511-CEH-TGW


SAMANTHA M. MARKLE,

       Plaintiff,

v.

MEGHAN MARKLE,

       Defendant.

_____/


## JOINT MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF

    The Plaintiff, SAMANTHA M. MARKLE, hereby moves to have the undersigned attorneys Peter Ticktin, Esq., Jamie Alan Sasson, Esq., Taylor Young, Esq., and the law firm of **The Ticktin Law Group,** substituted as counsel for the Plaintiff in place of Douglas A. Kahle, Esq., of Schwed Kahle & Kress P.A. and requests that Douglas A. Kahle, Esq., and Schwed Kahle & Kress P.A. be relieved of further responsibility as counsel for the Plaintiff.

**Consent of Client to Substitution of Counsel**

    I, Samantha M. Markle, as Plaintiff, consent to the substitution of Peter Ticktin, Esq., Jamie Alan Sasson, Esq., Taylor Young, Esq., of The Ticktin Law Group as counsel of record in this matter.

_____
Samantha M. Markle

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
**Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com**
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

Dated: May 9, 2022.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been emailed this **13th day of May 2022**, to **MICHAEL J. KUMP, ESQUIRE**, mkump@kwikhlaw.com, Kinsella Weitzman Iser Kump Holley LLP, Attorneys for the Defendant, 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401, and **DOUGLAS A. KAHLE,** dkahle@schwedspa.com, Schwed Kahle & Kress P.A., 11410 North Jog Road, Suite 100, Palm Beach Gardens, FL 33418.

THE TICKTIN LAW GROUP
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


 _/s/ Jamie Alan Sasson _____
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
PETER TICKTIN
Florida Bar No. 887935
TAYLOR E. YOUNG [Pending admission to the Middle District of Florida]
Florida Bar No. 1031760