# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>      Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>      Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**DEFENDANT'S SUPPLEMENTAL CERTIFICATION OF CONFERRING IN GOOD FAITH IN CONNECTION WITH MOTION TO DISMISS**

Pursuant to Local Rule 3.01(g)(2) and (3), Defendant Meghan, The Duchess of Sussex, sued as "Meghan Markle," hereby certifies that after filing of the Motion to Dismiss the Complaint (Dkt. 15) and the certification of unavailability (Dkt. 18-1), Plaintiff's counsel was available to confer regarding the Motion. At that conference, which occurred telephonically on May 19, 2022, counsel for the parties did not resolve any part of Defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED this 20th day of May, 2022

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

*/s/ Michael J. Kump*
_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
* Admitted *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

780727

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 20th day of May, 2022.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")