IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW


SAMANTHA M. MARKLE,

       Plaintiff,

v.

MEGHAN MARKLE,

       Defendant.

_____/


## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Jamie A. Sasson, Esq., Peter Ticktin, Esq., and Taylor E. Young, Esq., of **The Ticktin Law Group,** hereby files its Notice of Appearance on behalf of the Plaintiff, SAMANTHA M. MARKLE, in the above-styled matter, and requests that copies of all future pleadings and correspondence in this case be directed to its attention.

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
**Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com**
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

Dated: May 20, 2022.


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing

has been furnished to all parties registered to receive service via CM/ECF

this **20th day of May 2022**.



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Jamie Alan Sasson* _____
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
PETER TICKTIN
Florida Bar No. 887935
TAYLOR E. YOUNG
Florida Bar No. 1031760

2