**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:22-cv-00511-CEH-TGW**

SAMANTHA M. MARKLE,

     Plaintiff,

v.

MEGHAN MARKLE,

     Defendant.

_____/

**<u>AMENDED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF</u>**

COMES NOW, Douglas A. Kahle, Esq. and the law firm of Schwed Kahle & Kress P.A. (collectively "KAHLE"), attorneys for PLAINTIFF, Samantha M. Markle, pursuant to Middle District Rule 2.02(c), and hereby respectfully request that this Honorable Court permit leave to withdraw from this case and from the representation of PLAINTIFF, Samantha M. Markle.  In support of this Amended Motion, KAHLE states as follows:

1.     On April 25, 2022, KAHLE filed a Motion to Withdraw (doc. entry 12) as Counsel for PLAINTIFF MARKLE.

2.     At that time, PLAINTIFF had not retained new counsel.  KAHLE did not want to disclose PLAINTIFF'S personal contact information due to the publicity of this case and requested guidance from the Court as to how to proceed under such circumstances.

3.     On May 6, 2022, the Court denied the Motion to Withdraw without prejudice (doc. entry 13) and directed KAHLE to request leave of Court to file PLAINTIFF'S personal information under seal.

4.     Accordingly, on May 9, 2022, KAHLE filed a Motion for Leave to file under Seal an Amended Motion to Withdraw (doc. entry 14) as Counsel for PLAINTIFF.

5.      On May 13, 2022, the Court granted (doc. entry 22) the Motion for Leave to file under Seal the Amended motion to Withdraw.

6.      Since that time, however, PLAINTIFF has retained substitute counsel, as evidenced by the Notice of Appearance filed on May 20, 2022 (doc. entry 28) and the Joint Motion for Substitution of Counsel (doc. entry 26) filed on May 13, 2022.

7.      Consequently, it is no longer necessary to file PLAINTIFF'S personal contact information under seal since PLAINTIFF has retained new counsel.

8.      Therefore, KAHLE requests permission to withdraw as counsel for PLAINTIFF.

9.      Specifically, pursuant to Rules of Professional Conduct 4-1.16(b), the attorney and PLAINTIFF have irreconcilable differences and fundamental disagreements regarding various aspects of this case and the strategy moving forward.   Additionally, withdrawal can be accomplished without a material adverse effect on the interests of the client because this case is at such an early stage.  Moreover, as noted above, PLAINTIFF has retained substitute counsel.

10.     Pursuant to Middle District Rule 2.02(c), KAHLE requests leave of Court to immediately withdraw as attorney for PLAINTIFF; and, KAHLE certifies to the Court that PLAINTIFF is aware of this Motion and consents to the withdrawal.

WHEREFORE, KAHLE respectfully requests that this Court enter an Order as soon as possible relieving undersigned counsel and all attorneys of Schwed Kahle & Kress P.A. of all further duties in this action and on behalf of PLAINTIFF, Samantha M. Markle.

## Rule 3.01(g) Certification

KAHLE informs the Court that counsel for DEFENDANT, Michael J. Kump, Esq., does not object to this Motion.

**Dated: May 25, 2022**                    Respectfully submitted,

/s/ Douglas A. Kahle
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com
SCHWED KAHLE & KRESS, P.A.
11410 North Jog Road, Suite 100
Palm Beach Gardens, FL 33418
Telephone: (561) 694-0070
Facsimile: (561) 694-0057

## CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2022**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Douglas A. Kahle
Douglas A. Kahle, Esq.
Florida Bar No.: 0141194
E-Mail: dkahle@schwedpa.com

3

## SERVICE LIST

JAMIE ALAN SASSON, ESQ.
PETER TICKTIN, ESQ.
TAYLOR E. YOUNG, ESQ.
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

*Attorneys for Plaintiff*

MICHAEL J. KUMP, ESQ.
JONATHAN STEINSAPIR, ESQ.
NICHOLAS C. SOLTMAN, ESQ.
Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
mkump@kwikhlaw.com
jsteinsapir@kwikhlaw.com
nsoltman@kwikhlaw.com

RONNIE BITMAN, ESQ.
Bitman O'Brien & Morat PLLC
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115
rbitman@bitman-law.com

*Attorneys for Defendant*

Via CM/ECF