UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                       CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## O R D E R

THIS CAUSE came on for consideration upon the Joint Motion for Substitution of Counsel for Plaintiff (Doc. 26) and Amended Motion to Withdraw as Counsel for Plaintiff (Doc. 29).

Attorney Douglas A. Kahle seeks to withdraw as counsel for the plaintiff, Samantha M. Markle (Doc. 29, p. 1). Ms. Markle consents to the withdrawal and wishes to have "attorneys Peter Ticktin, Esq., Jamie Alan Sasson, Esq., Taylor Young, Esq., and the law firm of The Ticktin Law Group, substituted as counsel" (Doc. 26, p. 1). Local Rule 2.02 is satisfied and, therefore, the motions will be granted.

It is, therefore, upon consideration

ORDERED:

That the Joint Motion for Substitution of Counsel for Plaintiff (Doc. 26) and Amended Motion to Withdraw as Counsel for Plaintiff (Doc. 29) be, and the same are hereby, **GRANTED**. Accordingly, Douglas A. Kahle is relieved of further responsibility in this case.

DONE and ORDERED at Tampa, Florida, this 7th day of June, 2022.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE