OMID SCOBIE
and
CAROLYN DURAND

# FINDING FREEDOM

HARRY AND MEGHAN
and the MAKING of
A MODERN ROYAL FAMILY

FINDING FREEDOM. Copyright © 2020 by Omid Scobie and Carolyn Durand. All rights reserved. Printed in the United States of America. No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews. For information, address HarperCollins Publishers, 195 Broadway, New York, NY 10007.

HarperCollins books may be purchased for educational, business, or sales promotional use. For information, please email the Special Markets Department at SPsales@harpercollins.com.

FIRST EDITION

*Designed by Paula Russell Szafranski*
*Frontispiece by WPA Pool/Getty Images*

Library of Congress Cataloging-in-Publication Data has been applied for.

ISBN 978-0-06-304610-8

20 21 22 23 24   DIX/LSC   10 9 8 7 6 5 4 3

# 12

## A Problem Like Samantha

The trouble began with Samantha Markle. Meghan's romance with Harry had hardly been public a full twenty-four hours when her half sister sensed an opportunity. Never mind that she hadn't seen her estranged half sister in more than a decade.

Samantha—who had changed her name from Yvonne and dyed her hair a fresh shade of blond—was Thomas's eldest child from his first marriage to Roslyn Loveless. Thomas had met Roslyn in Chicago when he was working at the local news station as a nineteen-year-old; she had been just eighteen. The two were pregnant and married within the year. Thomas Jr. followed two years later. After splitting up in 1975, Roslyn headed off to New Mexico with Yvonne and Thomas Jr. As teenagers, the children had briefly moved back to California to be with their father. They had not stayed.

Partly due to their seventeen-year age difference, Meghan had crossed paths with her half sister only twice since growing up, the most recent time being when Thomas asked her to travel with him to New Mexico for twenty-four hours to attend Samantha's college

graduation in 2008. That was the occasion of the one picture of the two sisters that would be shared across countless news outlets.

A trusted confidant shared, "The reason why the press keeps running the exact same picture is because that's all that exists. If there were more, Samantha would have sold them."

With the handful of snaps she had from Meghan's youth, Samantha reached out to *The Sun* with her story about how snagging a royal had been the actress's lifelong ambition.

"It was something she dreamed of as a girl when we watched the royals on TV," Samantha said. Though the sisters had scarcely interacted since Doria decided to leave Thomas when Meghan was just two, in Samantha's version, the sisters were close enough to share their crushes with each other. Meghan apparently confessed to having one on the younger prince. "She always preferred Harry," Samantha claimed. "She has a soft spot for gingers."

That was harmless enough, but Samantha went on to paint Meghan as a manipulative climber, carefully plotting each move from TV star to dedicated philanthropist to Harry's girlfriend. Worst of all, she accused Meghan of keeping her out of the picture because of Samantha's 2008 multiple sclerosis diagnosis, which had left her confined to a wheelchair.

"Her ambition is to become a princess," said Samantha, who was paid handsomely by *The Sun*. "Her behavior is certainly not befitting a royal family member."

As Harry and Meghan's relationship ramped up, so, too, did Samantha's press. When Meghan embarked on her weeklong humanitarian trip to India in early 2017, taking part in talks about women's healthcare and feminine hygiene on behalf of World Vision, Samantha slammed her for not doing more. When Meghan wrote an essay for *Time* about the stigma surrounding menstruation, Samantha made her own publishing announcement: "Excited about my book," she tweeted, 'The Diary of Princess Pushy's Sister.' "(Three years on and the book, has yet to see the light of day.)

While Samantha's media blitz didn't transform her into a household name, the notoriety was accompanied by cash. Samantha knew that to maintain a steady supply of the latter, she needed to keep the stories coming. So, as Harry and Meghan's relationship blossomed, so, too, did Samantha's presence in Meghan's narrative. A confidant explained, "In the beginning, what Samantha was trying to create was this Kate and Pippa dynamic, like close siblings, but that's not the case. Meg didn't grow up with Samantha. She barely saw her."

The actual truth was a lot less salacious and not uncommon for blended families. With an almost-twenty-year age difference between them, the half sisters had simply never been close.

Samantha's brother, Thomas Markle Jr., was largely positive about his half sister in an initial January 2017 interview sold to *The Sun*, where he explained his arrest for waving around an unloaded gun during a drunken fight with his girlfriend, Darlene Blount. The window fitter said he hoped he hadn't brought shame to Meghan and that his actions wouldn't have him excised from the royal wedding guest list.

But a year or so later, when a gold-imprinted wedding invite hadn't made its way to his Oregon home, he picked up on his sister's narrative that Meghan was nothing but an opportunistic social climber desperate to raise her station in life.

"Meghan Markle is obviously not the right woman for you," he wrote in an open letter to Harry published in *In Touch*. "I'm confused why you don't see the real Meghan that the whole world now sees, Meghan's attempt to act the part of a princess like a below C average Hollywood actress is getting old."

Like Samantha, who accused Meghan of shunning her because of her illness, Thomas Jr. leveled an even more hurtful accusation that she had used "her own father," leaving him forgotten, alone, and bankrupt.

That couldn't have been further from the truth. Thomas, an

Emmy winner, had been plagued by money troubles from the time Meghan was a small child, and this had contributed to his breakup with Doria, who herself juggled a variety of jobs, including designing clothes, and running a small gift shop before obtaining a Master of Social Work from the University of Southern California in 2011 and earning her social work license in 2015. Thomas declared bankruptcy once in 1991 and then again in 1993. But what made that unusual was that in 1990, he won $750,000 from the California State Lottery. (According to family, he used Meghan's birthday as part of the winning number combination.) With his winnings, he bought Samantha a car and helped finance a flower shop opened by Thomas Jr. According to his son, however, the bulk of his father's earnings went into a jewelry business, which a friend convinced him was a good investment but later failed. A year on, when he filed for bankruptcy, Thomas's total personal property was valued at $3,931. Bighearted Thomas wasn't a bad person—just bad with money.

Very early on, Meghan had the ambitious goal of getting to the point where she could provide financially for herself and her parents—taking on that heavy psychological burden at an age when most kids are more concerned with Abercrombie & Fitch than living on a budget.

She kept true to her ambitions and started sending her father money as soon as she landed a job on *Deal or No Deal*, earning $5,000 for seven episodes—a steady paycheck she gladly shared with Thomas to cover bills and other living expenses. She loved him and had faith that he just needed a little help to get back on his feet, even if he would often make the same financial mistakes over and over.

Meghan and her inner circle were furious with Samantha's and Thomas Jr.'s absurd claims. As one confidant pointed out, neither her half sister nor her half brother cared when they hadn't been invited to Meghan's first wedding to Trevor. "They probably didn't

even know she got married, because they were never in contact," the friend said. "It's such a joke. Of course, they care now that she's marrying a prince."

More than once Meghan asked her father to intervene with Samantha and make her stop selling stories to the media—which Thomas once tried to do.

"You know what you're doing is hurting your sister?" he told Samantha, or "Babe" as he mostly calls her.

"All Meghan needs to do is contact me herself to put an end to it," she replied.

Thomas relayed this back to Meghan, but she never reached out to her half sister, convinced she would probably tape the call and sell it to a tabloid. Meanwhile, their father felt caught between his daughters. A family source said, "He loves them equally, and he didn't want to push either away." And yet, that was exactly what Samantha felt her father was doing. "Sam has always felt he picks Meghan over her, despite how hard she tries," the source said. "Thomas doesn't have to spend holidays alone, but he chooses to, despite getting invites from Sam and Tom Jr."

Meanwhile, Harry couldn't believe how badly Meghan's family members were behaving. It was hard for him to watch the effects on his fiancée. She was frustrated and angry at the things Samantha and Thomas Jr. were selling to the papers. Even more frustrating was the fact that she couldn't just throw out a statement or jump on Twitter to defend herself. She had to stay quiet while they attacked her. Members of the royal family have long been expected to live by the mantra, "never complain, never explain." As a longtime Buckingham Palace aide candidly put explained, "You shut up and ride it out." Meghan would try not to read the press, but often aides brought items to her attention when they needed to ask her if something was fact or fiction. Sometimes those aides themselves were the focus of her half siblings' attacks. At one point, Thomas Jr. started sending demanding emails to Katrina McKeever, the

Kensington Palace deputy communications secretary, in which he detailed the need for financial aid because, he claimed, the press attention prevented him from getting work. Jason and his team found the situation "surreal," but they also felt great responsibility to guide Meghan through the chaos.

While her siblings' falsehoods were upsetting, even more disheartening was the press that willingly published them without checking the facts. The usual negativity was to have been expected when she began dating Harry, but now that they were engaged, the couple hoped the media would be more diligent. And yet, the criticism continued, with stories published based on preconceived notions, erroneous assumptions, and overblown claims from estranged family members.

A classic example was what happened with the royal family pheasant shoot that took place on Boxing Day, a British holiday on December 26.

Although Harry and his brother grew up shooting, the younger prince missed the annual Boxing Day shoot on his first Christmas at Sandringham with Meghan. Some newspapers criticized Meghan, suggesting she had prohibited Harry from the longtime family tradition. The papers describe her as a vegan and an animal rights activist who put down her foot by refusing to let him go. In fact, none of that was true; Meghan was not a vegan, nor had she banned Harry from the hunt.

Meghan, who had wooed Harry with a Sunday roast and received her marriage proposal while cooking a chicken, was frustrated by the absurdity. "These ridiculous stories about family traditions are such bull," a trusted source said. "She does every single thing that everyone else does. She loves tradition."

The truth was that Harry and Meghan had returned to London early, because Harry had agreed to serve as a guest host and editor of the BBC Radio's flagship *Today* program, for which he had

already recorded an interview with Barack Obama, the president's first since leaving office.

In the piece, Harry and Obama covered serious and heartfelt topics, such as the excessive use of social media and the power that people in positions of authority in government wield—for good or for bad.

While Harry loathed large portions of the media, he understood that certain outlets could be useful when one of the issues he cared about passionately needed a boost. The prince had conducted the interview with President Obama during the Invictus Games at the tail end of his presidency but had decided to hold it. But the conversation remained topical and on point, and Harry proved that all those years on the other side of the camera made him an adept interviewer, breaking news with his exclusive. The president made a veiled reference to Donald Trump without mentioning him by name, cautioning that excessive use of social media could be harmful by people holding positions of authority in government. He shared how he missed the work but felt serene despite the unfinished business and enjoyed being able to spend more time with his wife and family and set his own schedule.

There was also a funnier side to the interview, when Harry introduced a lightning round during which listeners learned Barack Obama preferred Aretha Franklin over Tina Turner and *the* Queen to the band Queen.

"Great answer," Harry said, laughing.

President Obama came ready to play. After declining to answer the question "Boxers or briefs?" when Harry followed with, "William or Harry?" the president had a quick comeback: "William right now!"

For the December 27 radio show, the prince also featured another important guest: the Prince of Wales, his father.

Listeners were treated to a rare insight into the more tender

side of Harry's relationship with his father, which had been prere-corded.

"What I've tried to do all these years is to make sure that I can ensure that you and that your children, my grandchildren, also everyone else's grandchildren, have a world fit to live in," the future king said.

"I totally see it and I totally understand it because of all these years of conversations that we've been having. I do end up picking your brains more now than I ever have done," Harry replied.

"Well, darling boy, it makes me very proud to think that you understand," he said.

"That I'm listening?" Harry joked.

"Well, that's even more amazing," Charles said.

In addition to interviewing President Obama and his father, Harry offered his analysis on Meghan's first royal Christmas, which he called "fantastic."

"We've got one of the biggest families I know, and every family is complex," he said. "She has done an absolutely amazing job, just getting in there. And it's the family, I suppose, that she's never had."

With his statement about the family "she's never had," the prince added fuel to the extended Markle clan's anger and feeling of insignificance now that Meghan had entered a totally different realm of society. Harry's comment only heightened the already tenuous family dynamic and foreshadowed what was to come.

If Meghan was concerned about the controversy Harry sparked with his comment, she didn't have much time to worry, since the tabloids soon moved on to her alleged missteps in protocol during the couple's first joint visit to Wales on January 18. Rather than focus on the way she encouraged an especially shy little girl to join the others in their dance routine at the Star Hub community center in Cardiff or how eagerly the children rushed to envelop her in a group hug or even the boon she gave to Welsh brand Hiut Denim

by wearing their black, high-waisted skinny Dina style jeans, a number of articles noted that the couple arrived to the event at Cardiff Castle more than an hour late. Missing from numerous of the reports was the fact that the Great Western Railway train from London's Paddington Station to Cardiff Central, also used by members of the public, had been delayed through no fault of their own.

Among her other "wrongdoings," according to reports, were that she walked ahead of Harry at one point, high-fived a fan, and gave one little girl a personalized autograph complete with both a heart and a smiley face. (The "autograph" was actually a tactful Meghan dodging the favor by writing the young girl's name instead, since signing one's name as a royal was a no-no.)

"Why let facts get in the way of a story," a Kensington Palace aide complained that night.

That same day, Harry took Meghan an hour outside of Cardiff to meet Tiggy Pettifer at her Glanusk Estate home, a six-thousand-acre spread on the River Usk. Tiggy had been Harry's childhood nanny starting in 1993 and a rock for the brothers when Diana died in 1997—she once called the boys "my babies." A strong character, she ruffled feathers at the Palace by letting the boys live as normal a childhood as possible after their mother's death. For example, she once let the young princes rappel down a fifty-meter dam without helmets. Staff at St. James's Palace were so horrified at her carefree attitude that they launched an inquiry, but because the boys adored their nanny so deeply, nothing ever came of it. She resigned in 1999 but had remained in close contact with William and Harry ever since. "Harry was excited to introduce Meghan to Tiggy," a source said. "She's one of the most important women from his childhood, so to bring Meghan, the most important woman in his adult life, to meet her was important to him. He knew they would get along splendidly—and they did."

Publicly, though, Meghan continued to get pummeled with criticism. On February 1, she was lambasted for wearing pants to the

Endeavour Fund Awards, an evening recognizing the achievements of injured veterans and a cause close to former soldier Harry's heart. Never mind that Princess Diana famously wore a similar tuxedo-style look or that the Duchess of Cambridge wore trousers and a blazer to greet families at a pre-holiday engagement in Cyprus. In her sophisticated Alexander McQueen separates, Meghan deftly handled a mix-up when she and her co-presenter were left holding the wrong notes. The crowd laughed along with her. It was a moment that would have flummoxed a less-seasoned public figure.

As much as Meghan tried to ignore the constant barrage, a source close to her said, "It's hard to balance being yourself and overthinking every move in order not to be criticized."

It wasn't just the attacks in the press that Harry and Meghan had to worry about. Once the pair went public, hate mail aimed at Meghan arrived almost daily to the Palace where officials were overwhelmed by threats made from multiple sources, via post, through the Palace's official email, and social media.

On February 12, one day before Harry and Meghan departed for an official trip to Scotland, Kensington Palace security specialists intercepted a letter addressed to the couple. While on the outset it seemed to be much like any other piece of mail received by the busy mailroom based at Clarence House, this one was filled with racist musings and an unidentified white powder. The material, feared to be anthrax, turned out to be harmless. At least physically. The night of the incident, though, Meghan barely slept, later admitting to a friend that she worried the incident was her "new normal."

A good friend of Meghan's called her Grace Under Fire, because despite whatever pressure she was under, she didn't fall apart.

"She knows how to work hard," the close confidant said. "That's not something that scares her off or intimidates her." And, the source added, "No subject is too upsetting or uncomfortable for her when you are her friend."

Which was why Meghan was so wounded when her oldest, life-long friend, Ninaki Priddy, joined the chorus of critics and those willing to cash in on their relationship. The two had known each other since elementary school, when they did everything together—sleepovers, birthday parties—and then attended the same Catholic middle school, Immaculate Heart, as eleven-year-olds. Both children of divorced parents, they established a trust so deep that they thought of each other as sisters. They confided all their secrets in each other and celebrated important milestones—such as Meghan's first wedding to Trevor, where Ninaki served as Meghan's maid of honor.

In the *Daily Mail*, Ninaki not only sold many very personal photos of childhood memories (including birthday parties, vacations, and prom) but also leveled a series of harsh accusations at the woman she had known since they were both five years old.

Describing Meghan's first husband, Trevor, as having "the rug pulled out from under him," Ninaki, who still remains in contact with the director, said, "Once she decides you're not a part of her life, she can be very cold. It's this shutdown mechanism she has. There's nothing to negotiate, she's made her decision and that's it."

While it's true that at the time of their divorce Trevor told pals he was blindsided, many of Meghan's close friends had been anticipating the split for some time, because she told them about the problems she had been having in her marriage. Ninaki was accurate that Meghan was not an arguer. She avoided confrontation. "With Meghan, if you've done her wrong, she'll probably decide to quietly move on without saying a word," a friend said. Instead of fighting with people, she's more likely to ice them out.

But the tabloid article went much further than pointing out Meghan's aversion to conflict, maliciously painting her as a conniving social climber who had had her sights on snagging a prince ever since she was in high school. Having provided a photo of a fifteen-year-old Meghan in front of Buckingham Palace from a trip

they took together to Europe, Ninaki said she wasn't "shocked at all" by the news of her old classmate's royal engagement. "It's like she has been planning this all her life," she said. "She was always fascinated by the royal family. She wants to be Princess Diana 2.0."

It was a type of betrayal Palace aides had seen over and over to any woman that marries into royalty. "When money is on the table, people will say *anything* to get more of it," a close aide commented. "I've seen it happen over and over for years."

The mother of another school friend gave a similarly outlandish story to a tabloid, claiming Meghan was "obsessed" with Princess Diana, William, and Harry from an early age. Sonia Ardakani said she gave a copy of Andrew Morton's biography *Diana: Her True Story* to a teenage Meghan, who also supposedly watched videos of Diana's 1981 wedding with her daughter Suzy. Sonia, who called Meghan "a beautiful person with a big heart," also told the *Daily Mail* that her daughter's friend "had sharp elbows. The thing I really admired about her is that she would fight, tooth and nail for the things she wanted in life . . . and Meghan always got what she wanted."

For those who followed these things closely, the comments by old friends and acquaintances appeared to purposefully contradict those made by Meghan in her BBC engagement interview.

"While I now understand very clearly there is a global interest there, I didn't know much about him," Meghan said about Harry before the two were fixed up. "I think for both of us, though, it was really refreshing because given that I didn't know a lot about him, everything that I have learned about him, I learned through him as opposed to having grown up around different news stories or tabloids, whatever else. Anything I learned about him and his family was what he would share with me, and vice versa. So for both of us it was a very authentic and organic way to get to know each other."

It had been Meghan's choice to take on the good and the bad of marrying a prince. Behind the scenes, though, she admitted to

being "hurt and disappointed" by her old friend's betrayal. Even though she and Ninaki had drifted apart following her divorce from Trevor, she never expected to see her childhood friend raking her over the coals in a tabloid. When the Palace began advising her, a senior aide did warn her. "If there is anyone who has a story on you or is mad at you, expect them to be exploited by the press, which will buy their story," he said, telling Meghan, "If there is anything, please tell me so I can be one step ahead."

Part of what helped Meghan get through this difficult time was her faith. "Her relationship with God and with her church is extremely important to her," a close friend said. "That's something most people do not know about her. It plays a central role in her life, as an individual, as a woman."

While Meghan was raised with an awareness of God, her family wasn't particularly religious. She attended Catholic school, but that was for educational, not religious, reasons. Her mother, who had been brought up Protestant, was spiritual, picking and choosing elements of different religions, including Buddhism, that she found inspiring. Thomas had been an altar boy at the age of twelve and a confirmed member of the Episcopal Church at fourteen. Although he regularly attended services as a child at the Church of the Nativity in his hometown of Newport, Pennsylvania, as an adult he didn't go to church often. According to her father, Meghan was not christened as a child because he and Doria did not share the same beliefs. They agreed to let her discover her faith for herself. While Meghan was growing up, religion "was not pushed on her," a family friend said.

"Her relationship with God, her spirituality, is born out of her own individual experience," said the friend, who has often prayed with Meghan. "When I talk about her faith being a big part of her life, it's her faith in God. It's her faith in her family. Her faith in the people closest to her."

At Northwestern, one of her best friends came from a Christian family. The two would often pray together while at school. After she graduated, Meghan spent many holidays with her friend's family.

Prayer turned out to be an important tool for Meghan as she faced life's challenges. She used to gather the cast and crew of *Suits* for a prayer circle before starting work. Her invocations on set were never about a specific theology. Instead, she wanted to bring everyone together during moments of transition or difficulty.

"It's prayer and conversations with God that have gotten her through the darkest moments," a source said. "That's something that plays a significant role in her life and her relationship with Harry. The two have been on a journey of faith together."

Before marrying Harry, Meghan chose to be baptized into the Church of England, though she did not need to become an Anglican before marrying him. "This was her choice and a step forward on her own spiritual journey," a friend said. "There was no pressure on her to do this. While she could have done it after the wedding in her own time, Meghan wanted to be baptized before marrying Harry at St. George's Chapel 'out of respect to the Queen.'"

The intimate forty-five-minute service took place on March 6 at St. James's Palace's Chapel Royal—the private chapel where King Charles I received the Holy Sacrament before his execution in 1649, Princess Diana's body laid for a week before her funeral, and Prince George was christened. Prince Louis would also be baptized there four months later, a ceremony both Harry and Meghan attended.

Prior to the baptism, Meghan had regular meetings with the Archbishop of Canterbury, Justin Welby, with whom she formed a "close bond," according to an aide. They discussed many personal matters, including her previous marriage to Trevor. The archbishop asked her what she had learned from her divorce. "The Church of England has a very clear statement on the nature of when people who have been divorced and a previous partner still living can get

married, and we went through that," Welby said in February. "It's clearly not a problem."

In front of Prince Charles; Camilla, the Duchess of Cornwall; Harry; and several of Meghan's friends, including Jessica, Lindsay, and Markus, Meghan was baptized from a silver-gilt Lily Font with holy water from the Jordan River poured onto her head using a solid-silver ewer brought by Crown Jeweller Mark Appleby. Before the service, all the silverware was brought to the chapel from its normal home in the Tower of London with the Crown Jewels, as well as the ornate flask that held the holy oil used for her anointment.

During the service—which the Queen, William, and Kate did not attend—the Chapel Royal choir of six Gentlemen-in-Ordinary and ten Children of the Chapel performed. "It was sincere and very moving," the archbishop said. "It was a great privilege."

"It was uplifting," said one of the eighteen guests, who, after the baptism, attended a dinner party at Clarence House hosted by Charles and Camilla in honor of the holy event.

Meghan was fully in the process of embracing her life as a future royal. The same month as her baptism, Harry and Meghan took out a lease on the Great Tew Estate in Oxfordshire—a four-thousand-square-foot converted barn originally built in 1708. Although Harry and Meghan kept Nottingham Cottage as their London base, Nott Cott was becoming too cramped for the couple.

Harry had been looking at homes in the country before he had even met Meghan. In early 2016, the prince considered purchasing with some of the money he inherited from his mother a Norfolk property he had viewed. In 2017, he put out feelers for places in Oxfordshire.

Great Tew, in Chipping Norton, Oxfordshire ("Chippy" to locals), is home to a number of high-profile figures who enjoy the countryside about an hour and a half's drive from London. Kate Winslet and the Beckhams had homes in the area, and other celebrities, such as Eddie Redmayne and Stella McCartney, were

regulars at Soho Farmhouse, which was located on the same four-thousand-acre estate Harry and Meghan rented their plot on. While they didn't often visit Farmhouse itself, the royal couple made the most of the amenities offered by the establishment, such as fresh croissants the main kitchen sent over and products from the Cow Shed spa. One of the Farmhouse chefs had even come over and cooked when they hosted guests one evening. If Harry and Meghan didn't want to leave their home, one could hardly blame them. The four-bedroom house featured a tiered shaker-style kitchen with doors that opened out onto the landscaped gardens.

The Oxfordshire house gave the couple an opportunity to host comfortably. Even when they had guests, they rarely used the large dining room—preferring casual gatherings where the food was served straight from the oven to the kitchen table. But their favorite spot to entertain was the garden patio with its brick barbecue.

The lush green grounds around the property were also the perfect environment for their two dogs to thrive. That summer the couple welcomed a new addition to the family, a black Labrador rescue they named after Botswana's currency: Pula. The word means "rain" in the Bantu language of Setswana—and for very good reason. With its semi-arid terrains, the country considers rain valuable and a blessing. Just like the high-energy pooch.

Many family and friends (including Redmayne and his wife, Hannah Bagshawe, who had become part of Harry and Meghan's wider circle) spent time in the couple's comfortable home that was decorated with a few items Meghan had shipped over from her time in Toronto.

Jessica visited a couple of times, including just before the wedding. The two spent the weekend letting their hair down, wearing face masks, drinking "copious amounts of wine," calling Jessica's husband, Ben, to say hi and giggling because they were both tipsy.

Doria visited two times, and not only did she have her own room and bathroom, she had an arrival free of intrusion from the press.

Meghan's mother was collected directly from the tarmac at Heath-
row, checked out through the VIP arrival area, and then driven
straight to the countryside. It was a much-needed respite from the
onslaught of paparazzi that had shaken up her life ever since it was
revealed that her daughter was dating a prince.

The Palace had been on hand to give Doria advice on how to
deal with the new, unwelcomed interest in her life that she felt was
so odd. Jason told her to avoid speaking with journalists and to
call him immediately with details of anyone who left notes at her
house, of which there were many. Reporters frequently dropped
letters through her door that offered her a chance to "tell her side
of the story." He also said to alert him as well as the authori-
ties if anyone followed her. Harry made it clear that if Doria was
harassed, he would personally pay for her to get the necessary
protection.

In LA, paparazzi camped outside her house and followed her as
she drove to the homes of her hospice clients. They raced alongside
her, snapping pictures with their large cameras, as she made her
way up the walkways to her clients' front doors. It was an alarming
scene not just for her but also for the people already in a vulnerable
state.

Doria found an unlikely ally in—of all people—Oprah Win-
frey. The former talk show host, who had been introduced to
Meghan by a friend, reached out to Doria to offer her support when
she was first swept up in the media storm. It turned out that on
occasion they went to the same church, the Agape International
Spiritual Center in Los Angeles. "Oprah has been a friend and a
help to someone who's been in a pretty extraordinary situation," a
source close to Meghan said. "There are not many people who can
understand the situations that Doria's found herself in, so it's great
to be supported by someone who understands the pressure of being
in the public eye."

Doria was able to spend time with Oprah when she needed to

get away from her house without worrying that she would use their friendship to get an interview. (A senior palace aide had an honest conversation with Oprah before the wedding, where she assured them that "that's not what any of this is about.") "Meghan will always be so grateful to Oprah for being someone her mother can turn to," a source said. "Doria has plenty of friends, but there's a comfort you can take in knowing that someone like Oprah is close by and supportive."

Still, there was nothing Oprah could do to stop photographers from hassling Doria on her way to work. While Palace officials kept in regular contact with Meghan's mother, they were also powerless.

The attention paid to Meghan's father turned out to be just as harmful but in an entirely different way.

Back in December, as Harry and Meghan were reveling in their engagement, a newspaper published an article about Thomas that they'd been piecing together for months, sharing pictures of his home atop a 120-foot bluff in Rosarito Beach, a quiet Mexican resort town that overlooked the Pacific Ocean, and details of his life, such as the red Ford Escape or silver Volvo he drove to his local Walmart to stock up on groceries or to the storage unit where he had bragged to the owner about his daughter who was on television. But there were no quotes, as anytime a reporter approached him, he responded with the line prepared for him by Palace officials: "I can't speak out of respect for my family."

Once the *Mail on Sunday* article came out with his home's location, he had to deal with constant intrusions from reporters and photographers. One paparazzo even shelled out the cash to rent the unit right next to his. "At this point Meghan was just worried for her father," a source close to Meghan said. "They were coming at him from every angle and she was concerned for his well-being and safety more than anything."

Thomas, who put up plywood to cover the windows of his house

that faced the street, hated that by staying silent he was allow-
ing the media to control his image. Some of the entertainment TV
shows in the US and a number of British newspapers were relent-
less, offering big money for any distant relative of Meghan's to spill
family secrets. (*Good Morning Britain* flew in the estranged wife of
Meghan's half brother, whom she barely knew and hadn't seen for
years, as well as her sons—one who had a legal marijuana busi-
ness.) Whether they were honest or not was beside the point. The
public was hungry for any snippet of information about Meghan's
life no matter the tone or motivation of the comment.

All the public knew about Thomas was what had been cap-
tured on camera: pictures of him taking out the trash, washing his
clothes at a local laundromat, buying beers for the security guards
in his community, and heading out of Home Depot with a new toilet
(which some tabloids called his "throne"). But without him filling
in the gaps, sections of the press crafted the image of an unhealthy
recluse with little more to keep him company than Heineken and a
pack of smokes.

Jason, Thomas's point person at the Palace, made it clear to
Meghan's father from the very start that he was on hand night or
day to help him navigate the press situation. It was a strange situ-
ation to be in and everyone, especially Harry and Meghan, wanted
to make sure he felt supported. Although he gave Thomas his pri-
vate cell phone number, email, and also that of his deputy, Jason
never heard from him. He would check in from time to time, but
Thomas always said he was just fine. "Thomas is a proud man," a
source said. "Stubborn."

Enter Jeff Rayner. By this point the photographer and co-owner
of the Coleman-Rayner news agency was a familiar face, having
staked out Thomas's home for months. He made Thomas an offer
that seemed mutually beneficial. They could set up a few candid-
seeming shots around town that would shift his image from over-
weight hermit to devoted father eagerly preparing for his daughter's

big day. By the time he took his place at the end of the aisle at St. George's Chapel, everyone would know him as a devoted dad who studied up on the monarchy before his face-to-face meeting with the Queen.

Over the course of several calls, Harry and Meghan told Thomas directly that he should do his best to ignore *all* press. But ultimately, he didn't listen. With some encouragement from his other daughter, Samantha, who managed to get a cut of the deal in the process, Thomas took up the photographer on his proposition. He and Jeff went around town, putting together a few setups, including Thomas reading a book about British history at a coffee shop and visiting an Internet café to read the latest news stories on his daughter and future son-in-law. The plan was to spread the sales of the photos out for maximum profit and maximum exposure.

The photos ran in multiple outlets around the world but did little to help his public image. In fact, the person they did seem to help was Rayner, who banked at least $130,000 for the photo agency from their sales. Thomas took thirty percent.

Just one week before Thomas was set to take center stage at Windsor Castle, in a suit crafted far from the Mexico beach town, the Palace got word that the *Mail on Sunday* intended to run information that would expose the "candid" frames as fakes, including the one of Meghan's father flipping through *Images of Great Britain: A Pictorial Tour Through History*.

At Harry's instruction, the Palace communications team, in consultation with their legal team at Harbottle & Lewis, began working on a strategy to stop the publication of the embarrassing story.

First, though, Meghan needed to hear straight from her dad what happened. According to a trusted confidant who was with Meghan as events unfolded, she told her father, "Dad, we need to know if this is true or not, because my team is going to try and stop this story from running—if you are telling me it's fake.

"If they do that, they're going out of their way to protect you,

Dad," Meghan said over the phone. "You're telling me you're being victimized, right?"

Once again, he lied to Meghan. "Of course," he promised, failing to admit he had participated in the staging of the photos.

"Every single time she was calling him, she was like, 'Dad, I love you. I just want you to know I love you. Everything is fine. Just get here. We'll have the wedding. We'll celebrate. Don't worry about any of this stuff. Let's just put it behind us,'" the source shared.

"You want to believe the best, right?" the source continued. "I've heard her say, 'My dad never sought this out. I really believe that he's the victim, and now I feel sad because I believe he's been fully corrupted.'"

Before Meghan got off the phone with her father, she reminded him that a car would be arriving outside his door the next day to drive him to Los Angeles. From there, he was to make the transatlantic trip to London, where all the arrangements had been handled. He'd be accompanied door to door with chauffeured cars, personal security, and a guide to answer any question. He wouldn't have to worry about a thing.

Meanwhile, the communications staff at Kensington Palace did all they could to keep Thomas's ill-conceived plan from exploding, collaborating with her father to issue a report with the Independent Press Standards Organisation and a notice to UK newspaper editors about the situation. But to no avail: the morning after Meghan phoned her father, the *Mail on Sunday*'s front page hit: "MEGHAN'S DAD STAGED PHOTOS WITH THE PAPARAZZI." Screen shots from closed-circuit cameras made it painfully clear he had staged each and every one.

Meghan was devastated by her father's deception, but she was also concerned for his welfare. Thomas hadn't demonstrated the best judgment, to be sure. But the wedding was only one week away. She was desperate to get him to London, where he would be protected from the press by palace escorts and protection officers.

She called her father right away, but he didn't answer. She called again. And again, and again. She left some version of the same message each time: "Dad, I still love you. Nothing has changed. We're going to get you out of Mexico and safely to London. I'm sending a car to come and get you."

If only he had gotten in the car.