IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

# PLAINTIFF'S OBJECTION TO DEFENDANT'S REQUEST FOR THIS COURT TO TAKE JUDICIAL NOTICE

The Plaintiff, SAMANTHA M. MARKLE, hereby files this, her Objection to the Request for Judicial Notice filed by the Defendant, MEGHAN MARKLE, and in support states as follows:

1. On June 17, 2022, the Defendant (hereinafter referred to as the "Duchess"), filed her Request for Judicial Notice in which she asked this Court to take judicial notice of the following documents:

    a. Chapter 12 of the book *Finding Freedom*;

    b. Two New Mexico state court dockets involving the Plaintiff;

    c. Two facts:

      i. The date of Prince Harry's announcement

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

that he was dating Meghan;

ii. Plaintiff's admissions on a television interview with *Good Morning Britain* (available on YouTube).

2. The Plaintiff (hereinafter referred to as "Mrs. Markle") objects to the Duchess' requests for judicial notice under Federal Rule of Evidence 201(e), for the reasons stated below.

## **Memorandum of Law**

3. The Federal Rules of Evidence provide that judicial notice may be taken of facts which are "generally known within the trial court's territorial jurisdiction." For example, the fact that there is a full moon every 28 days. Fed. R. Evid. 201(b).

4. Under the Federal Rules of Evidence, a court may also take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," such as life tables or timing of the tides. Fed. R. Evid. 201(b).

## **Chapter 12 of Finding Freedom**

5. The Duchess first asked this Court to take judicial notice of the entire chapter of a book entitled *Finding Freedom.* Usually, such a document would be admitted by verification of an affidavit or other testimony. However, here, the request does not distinguish whether it is

the wording of the chapter or simply the existence of it, of which judicial notice is requested.

6. The Duchess has also failed to establish that the source of the information contained within the chapter cannot reasonably be questioned.

7. Chapter 12 does not fall under the purview of Federal Rule of Evidence 201(b). The contents of Chapter 12 of *Finding Freedom* are voluminous and such contents are not "common knowledge" within the community, and as such, the facts can reasonably be the subject of dispute.

8. Chapter 12 is not capable of accurate and ready determination as the accuracy of the sources, whom the Duchess labels as "unrelated and independent professional authors," can reasonably be questioned. (*See* Dkt. 34 pp. 5).

9. The Duchess is attempting to sidestep her burden of proving that her exhibits are admissible by asking that this Court take judicial notice of evidence which would otherwise be subject to Federal Rule of Evidence 801.

10. Thus, for the reasons set forth above, this Court should deny to take judicial notice of Chapter 12 in the book *Finding Freedom.*

<...>
**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

## State Court Dockets

11. The Duchess also requested that this Court take judicial notice of the state court docket in (1) Case Number D-202-DM-200304974 and in (2) Case No. D-202-CV-201605774.

12. The Duchess seeks judicial notice from this Court to establish the fact that Mrs. Markle "changed her surname to 'Markle' after the Duchess started dating Prince Harry." (*See* Dkt. 35 pp. 3).

13. This fact cannot be accurately and readily determined as evidenced by Mrs. Markle's Affidavit in Support of her Objection to Defendant's Request for Judicial Notice.

14. Ordinarily, a docket of a court can be readily determined from reliable sources. Although a court may take judicial notice of documents filed in other courts, the court may not do so for the truth of the matters asserted in the other litigation and may only take judicial notice to establish the fact of such litigation and related filings. *United States v. Jones*, 29 F.3d 1549, 1553 (11th Cir. 1994).

15. The Duchess does not identify if she seeks this Court to take judicial notice of the substance and conclusions of the documents, or the mere showing that the documents were filed.

16. The docket, itself, is only a list of documents, and not the

underlying documents, themselves. If the Duchess chose specific documents, it would be appropriate under Rule 201 of the Federal Rules of Evidence, to have asked this Court to have taken judicial notice of them.

## Judicial Notice of Two Facts

17. The Duchess next requests that this Court take judicial notice of the fact that in "November 2016 she was in relationship with Prince Harry."

18. In support of the Duchess' request, she includes various articles created and published by third parties such as Reuters, *The New York Times, The Washington Post,* and *USA Today*. This fact is not capable of accurate and ready determination as the accuracy of the sources can reasonably be questioned.

19. In general, non-governmental websites are not proper subjects of judicial notice. *Gaza v. LTD Fin. Servs., L.P.*, No. 8:14-cv-1012-T-30JSS, 2015 WL 5009741, at 2 (M.D. Fla. Aug. 24, 2015) (citing *Lodge v. Kondaur Capital Corp.*, 750 F.3d 1263, 1274 (11th Cir. 2014).

20. Web-sites are not self-authenticating." *Nationwide Mut. Fire Ins. Co. v. Darragh*, 95 So. 3d 897, 900 (Fla. 5th DCA 2012) (quoting *St. Luke's Cataract & Laser Inst., P.A. v. Sanderson*, No. 8:06-CV-223-T-MSS, 2006 U.S. Dist. LEXIS 28873, 2006 WL 1320242 (M.D. Fla. May 12, 2006).

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

21. Additionally, Courts have also generally been unwilling to accept websites like Wikipedia as a source for facts to be judicially noticed, most often giving the reason that Internet sources like Wikipedia are not consistently reliable. *Gonzales v. Unum Life Ins. Co. of Am.*, 861 F. Supp. 2d 1099, 1104 n.4 (S.D. Cal. 2012).

22. Here, the fact stems from online sources that frequently publish inaccurate, untruthful, unverified and embellished information. Thus, the accuracy of the sources can reasonably be questioned and are not consistently reliable.

23. The fact is also not considered common knowledge or one that is "generally known." Fed. R. Evid. 201.

24. Moreover, the Duchess may not use judicial notice as a substitute to overcome the evidentiary objections lodged within Rule 801 of the Federal Rules of Evidence. Fed. R. Evid. 801. As such, the request for judicial notice of this fact should be denied.

25. Lastly, the Duchess asked that this Court take judicial notice of the fact that Mrs. Markle has been "compensated for 'five or six live interviews.'"

26. In support of her request, the Duchess includes a YouTube link for a video that is seven minutes and twenty-nine seconds in length and

is entitled "Samantha Markle Concerned About Her Father Following His Heart Attack | Good Morning Britain."

27. This request is inappropriate under the Rule 201 for a multitude of reasons. First, the fact is not generally known or one of common knowledge.

28. The accuracy of the source can also reasonably be questioned, given that it is based upon a video from YouTube, a public platform, in which users worldwide are permitted to post, edit, and disseminate content.

29. Moreover, the fact itself cannot be accurately and readily determined as the interview contains *clips* and *snippets* of the full interview with *Good Morning Britain,* not the entire interview. This can be evidenced by 1:20 into the interview, as well as 2:23 into the interview.

30. Despite the Duchess alluding to an "admission" by Mrs. Markle that she was "compensated" for "five to six live interviews," this is merely an *implication*. Rather, Mrs. Markle states: "I've done five or six live interviews." Thus, cementing that judicial notice is improper under Rule 201 as the fact is subject to a reasonable dispute.

## Conclusion

31. The practice of taking judicial notice of adjudicative facts

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

should be exercised with great caution" because "the taking of evidence, subject to established safeguards, is the best way to resolve disputes concerning adjudicative facts" and judicially noticed matters are taken as true without being offered by the party who will ultimately benefit," *Maradie v. Maradie* 680 So. 2d 538, 541 (Fla 1st DCA 1996).

32. In the case at bar, the Duchess asked this Court to take judicial notice of facts that are not generally known, nor facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

33. As such, this Court should deny to take judicial notice of: (a) Chapter 12 of *Finding Freedom*, (b) two New Mexico state court dockets involving the Plaintiff; and (c) two facts; (1) Meghan and Prince Harry were in a relationship in November of 2016, and (2) Plaintiff's admissions on the television interview with *Good Morning Britain*.

WHEREFORE, the Plaintiff, SAMANTHA M. MARKLE respectfully requests that this Court deny the Defendant's Request for Judicial Notice and provide any further and just relief this Court may deem necessary and proper.

> **DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
> (Pursuant to Rule 2.516 Fla. R. Jud. Admin.)
> The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
> **Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com**
> **SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **1st day of July 2022**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Jamie Alan Sasson* _____
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
TAYLOR E. YOUNG
Florida Bar No. 1031760