IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

       Plaintiff,

v.

MEGHAN MARKLE,

       Defendant.
_____/

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
OBJECTION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

The undersigned authority, SAMANTHA M. MARKLE, on this 1st day of July 2022, being duly advised that the following is being stated under oath, subject to the laws of perjury pursuant to Florida Statute § 92.525, states as follows:

    1.    I, the Affiant herein, am the Plaintiff in the above styled lawsuit, and have personal knowledge as to all of the assertions in this Affidavit.

    2.    The Affiant is competent to testify as to matters stated herein and do state that they are true and correct.

    3.    The Affiant was the Plaintiff in Case Number D-202-CV-201605774, styled *Samantha Rasmussen v. Winrock Partners, LLC,* and Respondent in Case Number D-202-DM-200304974 styled *Scott Rasmussen v. Samantha M.*

*Rasmussen.*

4. Case Number D-202-CV-201605774 was initiated on September 20, 2016, and Case Number D-202-DM-20030497 was initiated on December 2, 2003.

5. In 1997, I married my husband, Scott Rasmussen, and throughout my marriage went by the name of Samantha Rasmussen. A divorce decree was entered on February 11, 2005, in Case Number D-202-DM-20030497.

6. Following the divorce decree, I utilized the last name of Rasmussen only for certain court proceedings so to maintain my privacy, safety, and identity, from the public.

7. Prior to my marriages I was known as Samantha Markle, and after the divorce decree was entered on February 11, 2005, I went by my maiden name, Samantha Markle.

8. For example, in 2006 I graduated from the University of New Mexico where I earned a Bachelor of Arts Degree. My college diploma reflects the name of "Samantha M. *Markle.*" A true and correct copy of my Diploma is attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NAUGHT.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

2

DocuSigned by:

_____
664F998FBA42496...
SAMANTHA MARKLE

STATE OF FLORIDA        )
                        )
County of BROWARD       )

  Before me personally appeared <u>Samantha Markle</u>, who is personally known to me, has shown me <u>New Mexico Drivers license</u> identification, No. <u>037538825</u> and being duly sworn states that he has read the foregoing Affidavit, and that the statements contained herein are true and correct.

  SWORN TO AND SUBSCRIBED before me this <u>1st</u> day of <u>July</u> 2022.

Notary Public State of Florida
Jose Luis Avendano Martinez
My Commission
HH 220962
Exp. 1/26/2026

(Seal)

_____
Signature of Notary
My Commission Expires: 1/26/2026

3

> **DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
> (Pursuant to Rule 2.516 Fla. R. Jud. Admin.)
> The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
> Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com
> **SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **1st day of July 2022**.

THE TICKTIN LAW GROUP
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


/s/ *Jamie Alan Sasson*
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
TAYLOR E. YOUNG
Florida Bar No. 1031760

