**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                                Case No: 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

**ORDER TO SHOW CAUSE**

Under the Local Rules, the parties must file a case management report "within forty days after any defendant appears in an action originating in this court." Local R. M.D. Fla. 3.02(b)(1); *see also* Doc. 8. More than forty days have passed since Defendant's first appearance in this action, but the parties have not filed a case management report. Plaintiff, as the party responsible for this action's prosecution, is hereby directed to **SHOW CAUSE** by filing a written response **within FOURTEEN (14) DAYS from the date of this order**, indicating why the Court should not dismiss this action under Local Rule 3.10 for lack of prosecution due to the non-filing of a case management report within the time prescribed by Local Rule 3.02. **Failure to respond will result in the Court dismissing this action without further notice**.

**DONE AND ORDERED** in Tampa, Florida on July 6, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any