# EXHIBIT 1

From: Jason Knauf
Date: December 10, 2018 at 11:04:27 AM PST
To: M <​​​​​​​​>
Cc: Harry <​​​​​​​​>, Samantha Cohen <​​​​​​​​>
Subject: Re: Omid and Carolyn book

Very helpful - thank you! Also shows we've been on exactly the same page which is good!

On 10 Dec 2018, at 18:01, M <​​​​​​​​> wrote:

Hi Jason

Thanks very much for the info below - for when you sit down with them it may be helpful to have some background reminders so I've included them below just in case. I know you are better versed at this than most but assisting where I can. I appreciate your support - please let me know if you need me to fill in any other blanks.

Thank you!

S

- Family: M's relationship with half-siblings (including date/timing questions)
-They were teenagers when they moved into her parents' home prior to Meghan being born
-Doria left Tom when Meghan was two years old (moved to the other side of town 45 minutes away). His other children were 15 and 17 years old.
-Tom Jr and Samantha dropped out of high school and moved out of their father's home the same year

-With a 16 year age gap and Meghan being a baby, there was minimal interaction
-Meghan saw them a handful of times when she was under the age of 5, then again when she was 11 years old. She didn't see her half sister again until her father asked her to attend Samantha's graduation in New Mexico when Meghan was 22 years old. She saw her for one day and hasn't seen her since
-upon Meghan dating Harry, Samantha changed her last name back to Markle, and began a career creating stories to sell to the press. She had lost custody of all three of her children from different fathers, and though the press had been back briefed about the non relationship with Meghan they continued to give her media opportunities
-Meghan last saw Tom Jr at their grandmothers funeral approx 10 years ago. Meghan was her primary caregiver and took care of her final years of her life
-Meghan has never had a relationship with either of them; she was always referred to as an only child by both of her parents and all of her friends through her entire upbringing because the half siblings were not in the picture (by their own choice)
-there has been no communication or outreach; Meghan has never known their birthdates or middles names and vice versa. The family was raised very estranged and the profile of Meghan's relationship created an opportunity for all of the Markle's
-all of these facts can be validated by anyone who has known Meghan since childhood or afterwards

- Family: relationship with family and father (past and present)
-They were close most of her life
-Meghan supported her father in spite of his reclusiveness (as evidence in the article she wrote about him for Father's Day on her now defunct website The Tig)
-media pressure crumbled him and he began doing press deals brokered by his daughter Samantha
-despite countless efforts to support him through the past two years, they now no longer have a relationship

- H's November 2016 statement
Very turbulent time, exacerbated by media interest propelled by Samantha Markle. Meghan was living alone in Toronto and working and her house was swarmed by paparazzi and journalists. She was chased off the roads when driving, she received a father threat; there was massive interest and with very little support. Police were called many times; decision was made to draw a line in the sand

- First appearance at Invictus 2017
Not sure what background they want for this

- Engagement/proposal announcement

- Wedding (background on certain guest friendships etc)
- Wedding planning
- Dealing with media during Thomas Markle situation
- Nottingham Cottage in the future/Apartment 1
Apartment 1 wouldn't be ready until 2021, with growing family they needed space sooner than that
- the queen offered Windsor which the couple gratefully accepted. They are also very happy to have the space and privacy that Windsor affords - being able to go for long walks, etc