# EXHIBIT 2

# Interview with Oprah and Meghan re her Family

SPEAKER 1 - OPRAH
SPEAKER 2 - MEGHAN
SPEAKER 3 -

**Speaker 3:** [00:00:00] But she found out her dad was working with the tabloids. [00:00:03][2.8]

**Speaker 2 - MEGHAN:** [00:00:05] There was such an obsession about anything in my world, including tracking down my parents, and I did everything I could to protect both of them in that media frenzy. But for over a year, the UK tabloids were trying to find my dad offering people so much money to try to find his address. Once they did, I remember being told there was a huge headline like We found him or we've got him saying that about someone's father. And from that point, the tabloids they moved into the apartment next door and across from him descended on the small town, which is giving him gifts. The whole thing brings us to where we are today. [00:00:43][38.5]

**Speaker 1 - OPRAH:** [00:00:46] Did it feel like betrayal when you found out your father was working with the tabloids. [00:00:51][5.1]

**Speaker 2 - MEGHAN:** [00:00:59] I'm just trying to decide if I'm comfortable even talking about that. If we're going to use the word betrayal. It's because when I asked him when we were told by the comms team, this is a story that was going to be coming out, which by the way, the tabloids had apparently known for a month or so and decided to hold until the Sunday before our wedding because they wanted to create drama, which is also a really key point in all this. They don't report the news, they create the news. We called my dad and I asked him and he said, No, absolutely not. And I said, You know, the the institution has never intervened for anything for us, but they can try to go in and kill this story. But if they do this once we're not going to be able to use that same leverage to protect our own kids one day. [00:02:01][62.4]

**Speaker 1 - OPRAH:** [00:02:02] He said no, absolutely not. He hadn't been talking to them.

**Speaker 2 - MEGHAN:** Yea.

**Speaker 1 - OPRAH:** So he basically lied to you. [00:02:05][3.8]

**Speaker 2 - MEGHAN:** *[00:02:06]* Well, and so when I said we won't be able to protect our own kids one day. And and I said, I just need you to tell me, and if you tell me the truth, we can help. And he wasn't able to do that. And that, for me, has has really resonated, especially now as a mother, you know. *[00:02:22][16.4]*

**Speaker 1 - OPRAH:** *[00:02:23]* not being able to, not being willing to protect you *[00:02:25][2.6]*

**Speaker 2 - MEGHAN:** *[00:02:26]* and also me saying, just full stop, if we use this to protect you won't be able to protect our own children one day. Well, I'm talking about your grandchildren. So I can't. I mean, I look at Archie. I think about this child, and I go, I can't. I genuinely can't imagine doing anything to intentionally cause pain to my child. I can't. I can't imagine it. So it's hard for me to reconcile that. *[00:02:52][26.5]*

**Speaker 1 - OPRAH:** *[00:02:53]* So your father being hunted down? It seemed like you were saying in some ways that they did this to him. So I want you to be able to clarify this, that that that the tabloids, the media did this to him. They hunted him. But he has a responsibility in it to *[00:03:09][16.7]*

**Speaker 2 - MEGHAN:** *[00:03:10]* everyone, has accountability. Look, they've hunted my mom down. *[00:03:12][2.2]*

**Speaker 1 - OPRAH:** *[00:03:14]* Right. And she never speaks to the tabloids. *[00:03:17][2.7]*

**Speaker 2 - MEGHAN:** *[00:03:17]* I never heard her say a word and remained in silent dignity for four years watching me go through this. *[00:03:23][6.1]*

**Speaker 1 - OPRAH:** *[00:03:23]* And Samantha Markle, your half-sister on your father's side, has written a, a supposedly tell all book about you. What is what is your relationship with her? *[00:03:35][11.8]*

**Speaker 2 - MEGHAN:** *[00:03:36]* I think it be very hard to tell all when you don't know me. And I, it's this is a very different situation than my dad, right? When you talk about betrayal, betrayal comes from someone that you have a relationship with. Right? I don't feel comfortable talking about people that I really don't know. But I grew up as an only child, which everyone who grew up around me knows, and I wished I had siblings. I would have loved to have had siblings, so I'm so excited to be pregnant that Archie has someone. It was really interesting to me. The last time

I saw her must have been at least 18, 19 years ago and before that, 10 years before that. *[00:04:19][43.5]*

**Speaker 1 – OPRAH:** *[00:04:22]* So you all weren't close. You didn't grow up together.

**Speaker 2 – MEGHAN:** No.

**Speaker 1 – OPRAH:** She doesn't really know you. *[00:04:27][5.1]*

**Speaker 2 – MEGHAN:** *[00:04:27]* No. She changed her last name back to Markle, and I think she's an early fifties at that time only when I started dating Harry. And so I think that's says enough. *[00:04:39][12.4]*

**Speaker 3:** *[00:04:41]* That name change does say a lot. Oprah is still with us, Oprah. The other thing that leapt out to me was the way Meghan described how her mother had been bearing up under all this scrutiny with, quote, silent dignity. And then you contrast that with her father. Is she open at this point to having a relationship with her father? I know he's never met Archie or Harry. *[00:05:00][19.3]*

**Speaker 1 – OPRAH:** *[00:05:01]* I know or Harry. I think, I think I haven't really. I didn't pursue that conversation with them. From what I gather, her relationship with her father is similar to what's happening with Prince Harry and Prince William now that there is distance there. And maybe with time, things will get better. *[00:05:01][0.0]*