IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

       Plaintiff,
v.

MEGHAN MARKLE,

       Defendant.
_____/

**AFFIDAVIT OF PLAINTIFF IN SUPPORT OF HER RESPONSE
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    The undersigned authority, SAMANTHA M. MARKLE, on this 7th day of July 2022, being duly advised that the following is being stated under oath, subject to the laws of perjury pursuant to Florida Statute § 92.525, states as follows:

    1.    I, the Affiant herein, am the Plaintiff in the above styled lawsuit, and have personal knowledge as to all of the assertions in this Affidavit.

    2.    The Affiant is competent to testify as to matters stated herein and do state that they are true and correct.

    3.    The Duchess of Sussex previously initiated a case against Associated Newspaper Limited, Case No. IL-2019-000110, styled *HRH The Duchess of Sussex v. Associated Newspapers Limited,* in the Court of Appeal from

the High Court of Justice Business and Property Courts of England and Wales.

4. In November of 2021, in the above-referenced case, the Communications Secretary and Public Relations Representative for the Duchess, Mr. Jason Knauf, disclosed to the Court, in England, communications sent by the Duchess to Mr. Knauf, ahead of his meeting with the authors of *Finding Freedom*. A true and correct copy of the email from the Duchess to Mr. Knauf is attached hereto as Exhibit "A.",

5. The email was sent by the Duchess to Mr. Knauf, so that he would share the information with the authors of the book *Finding Freedom* as evidenced by Page 10, wherein the Duchess states "for when you sit down with them it may be helpful to have some background reminders… please let me know if you want me to fill in any other blanks."

6. The statements by the Duchess about the Affiant were false and defamatory. Such as the statement on Page 10 that "[Samantha] began a career creating stories to sell to the press" and the Affiant "lost custody of her three children from different fathers."

7. Many of the statements contained in the email from the Duchess to Jason Knauf, were published in the best-selling book *Finding Freedom,* which was disseminated worldwide.

8. As a result, I was subjected to public scrutiny, negative media portrayals and news articles, negative press, and regularly receive hateful emails, as I am viewed as an "opportunist" and a "liar."

9. In addition, due to the false and defamatory statements

2

disseminated by the Duchess, the sales of my autobiography have decreased significantly, and I have been unable to pursue my career as a mental health counselor.

10.    From August 11, 2020, when *Finding Freedom* was published, to the present, the Duchess has continued to spread false and defamatory lies about myself, and my family.

11.    On March 7, 2021, an interview was released by CBS, in which Oprah Winfrey was the interviewer, and the Duchess and Prince Harry were the interviewees. A true and correct copy of the relevant portions of the Transcript is attached hereto as Exhibit "B."

12.    By and through the interview with Oprah, the Duchess perpetuated further mistruths about the Affiant, such as the notion that she "changed her last name back to Markle when "[Affiant] started dating Prince Harry." This is not true. Moreover, as evidenced from the Affidavit filed in Support of Objection to the Defendant's Request for Judicial Notice, this statement is untrue.

13.    I have never used my name for celebrity, publicity, or fame. Rather, I utilized the last name of Rasmussen, only for certain court proceedings, to maintain my privacy, safety, and identity.

14.    Due to the false and defamatory statements disseminated by the Duchess, I have and continue to suffer from harm to my occupation, reputation, and credibility.

FURTHER AFFIANT SAYETH NAUGHT.

Under penalties of perjury, I declare that I have read the foregoing Affidavit and that the facts stated in it are true.

SAMANTHA MARKLE

STATE OF FLORIDA    )
                    )
County of Broward   )

Before me personally appeared Samantha Markle, who is personally known to me, has shown me U.S. passport identification, No. 581195112 and being duly sworn states that he has read the foregoing Affidavit, and that the statements contained herein are true and correct.

SWORN TO AND SUBSCRIBED before me this 8th day of July 2022.

WHITNEY MICHELLE BARRERA
Notary Public-State of Florida
Commission # HH 171124
My Commission Expires
August 30, 2025

(Seal)

Signature of Notary Whitney Barrera
My Commission Expires: August 30, 2025

4

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (954) 570-6757

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)
The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **8th day of July 2022**.


**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Jamie Alan Sasson* _____
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
TAYLOR E. YOUNG
Florida Bar No. 1031760