UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                           Case No: 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court upon review of the Uniform Case Management Report (Doc. 43) and Plaintiff's Response to Order to Show Cause (Doc. 46). A July 6, 2022 order directed Plaintiff to show cause as to why the Court should not dismiss this action for lack of prosecution due to the non-filing of a case management report within the time prescribed by Local Rule 3.02. Doc. 40 at 1. In response to that order, Plaintiff promptly filed the Uniform Case Management Report (Doc. 43). Plaintiff also responds that the failure to file a case management report resulted from inadvertence and a miscommunication between attorneys. Doc. 46 at 1–2.

    Upon review of Plaintiff's Response to Order to Show Cause, and given Plaintiff's prompt filing of the Uniform Case Management Report, the Court will take no further action on the Order to Show Cause (Doc. 40), and it is discharged.

**DONE AND ORDERED** in Tampa, Florida on July 21, 2022.

_Charlene Edwards Honeywell_
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any