IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-CV-511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

## **PLAINTIFF'S NOTICE OF MEDIATION**

The Plaintiff, SAMANTHA M. MARKLE, by and through her undersigned counsel, hereby files this, her Notice of Mediation pursuant to the Case Management Report and Scheduling Order filed on August 3, 2022 (Doc. 49), which set a mediation deadline of August 31, 2023, and ordered that the Court be advised of the arrangements for the mediation within 14 days. The Mediation in this matter shall be held with Mary Ruth Houston, Esq. of Shutt & Bowen, LLP, on Friday, June 23, 2022, at 9:30 a.m., at Shutts & Bowen LLP, 300 South Orange Ave., Ste. 1600, Orlando, FL 32801.

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
Serv549@LegalBrains.com
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **17th day of August 2022**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Taylor E. Young*_____
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
TAYLOR E. YOUNG, ESQUIRE
Florida Bar No. 1031760