IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

The Plaintiff, SAMANTHA M. MARKLE, by and through her undersigned attorneys, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, hereby provides notice that the Plaintiff served her initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on all parties in this matter.

Dated: **September 2, 2022**

Respectfully submitted,

/s/ *Taylor E. Young*
Taylor E. Young
Fla Bar #1031760
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv549@LegalBrains.com
Telephone: 954-570-6757
Facsimile: 954-418-7120
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed this **2nd day of September 2022**, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ *Taylor E. Young*
Taylor E. Young

**SERVICE LIST**

Michael J. Kump
MKump@kwikhlaw.com
808 Wilshire Boulevard, Third Floor
Santa Monica, CA 90401-1894
T: (310) 566-9855
*Counsel for Defendant*

Ronnie J. Bitman
Rbitman@bitman-law.com
615 Crescent Executive Ct.
Suite 212
Lake Mary, FL 32746-2168
T: (407) 815-3110
*Counsel for Defendant*