UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>   Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>   Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**DECLARATION OF MICHAEL J. KUMP, ESQ. IN SUPPORT OF DEFENDANT'S MOTION FOR STAY OF DISCOVERY**

I, Michael J. Kump, declare:

  1. I am an attorney duly admitted to practice in California, and have been admitted in this action *pro hac vice*. I am a partner with Kinsella Weitzman Iser Kump Holley LLP, attorneys of record for Defendant Meghan, The Duchess of Sussex ("Meghan"), sued as "Meghan Markle." If called as a witness, I could and would competently testify under oath to all facts within my personal knowledge.

  2. On September 2, 2022 Plaintiff served her initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure. Those disclosures listed 19 non-party witnesses, including Prince Harry, Meghan's mother, Oprah Winfrey, and several journalists/media personalities who reside in the United Kingdom, including Scobie and Durand, the authors of *Finding Freedom*.

3. On September 20, 2022, Plaintiff's counsel stated their intention to commence discovery by deposing the parties' father, Thomas Markle. I responded that discovery was premature unless and until the First Amended Complaint survived the pending Motion to Dismiss, and stated that Meghan intended to move for a stay if Plaintiff did not agree to postpone discovery until after a ruling on the Motion to Dismiss. During the L.R. 3.01(g) conference of counsel that followed, Plaintiff's counsel stated Plaintiff would oppose any motion for a stay of discovery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of September, 2022, at Santa Monica, California

_[signature]_
Michael J. Kump
797039