IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

       Plaintiff,

v.

MEGHAN MARKLE,

       Defendant.
_____/

## PLAINTIFF'S MOTION TO COMPEL COORDINATION OF DEPOSITIONS

The Plaintiff, SAMANTHA M. MARKLE, by and through her undersigned counsel, hereby moves this Court for an order compelling the Defendant, MEGHAN MARKLE, to coordinate depositions with the undersigned, and as grounds therefore, states as follows:

1. On January 3, 2023, at 10:11 a.m., the undersigned requested the depositions of the following individuals:

    Meghan Markle, Duchess of Sussex
    Prince Harry, Duke of Sussex
    Thomas Markle
    Ashleigh Hale
    Jason Knauf
    Christopher Bouzy

2. On January 5, 2023, Michael J. Kump (hereinafter referred to

as "Mr. Kump"), Counsel for Defendant, MEGHAN MARKLE (hereinafter referred to as the "Duchess"), refused to coordinate the depositions of the above-named individuals.

3. Specifically, Mr. Kump stated that "to the extent that [the] proposed schedule is based on the April fact discovery cutoff, we are amenable to jointly moving the Court for relief from that date and/or a continuance of the trial date (as necessary)." A copy of Mr. Kump's response to the January 3, 2023, email is attached hereto as Exhibit "A."

4. On January 9, 2023, the undersigned agreed to join in the Duchess' motion to extend the deadlines set forth in the Case Management and Scheduling Order (ECF No. 49) entered on August 3, 2022, but explained that the outstanding depositions still needed to be scheduled in compliance with the April 3, 2023, discovery deadline.

5. The undersigned also informed Mr. Kump that should this Court grant the Joint Unopposed Motion to Modify Scheduling Order (ECF No. 56), filed on January 9, 2023, she would reschedule the depositions. A copy of the undersigned's email dated January 6, 2023, is attached hereto as Exhibit "B."

6. On January 9, 2023, the undersigned followed up with Mr. Kump in an effort to coordinate the depositions. On the same day, Mr.

2

Kump stated that he would "get back" to the Plaintiff as to the dates proposed. A copy of the January 9, 2023, emails are attached hereto as composite Exhibit "C."

7. To date, the Duchess has not agreed to schedule one single deposition and there has been no order from this Court granting or denying the Joint Unopposed Motion to Modify the Scheduling Order.

8. The Federal Rules of Civil Procedure and the Middle District of Florida's Local Rules govern the scheduling of depositions, as well as the imposition of sanctions for failure to attend depositions.

9. The Handbook on Civil Discovery Practice in the United States District Court for the Middle District of Florida, General Policy and Practice, Scheduling, states as follows:

> An attorney is expected to accommodate the schedules of opposing counsel. In doing so, the attorney should normally pre-arrange a deposition with opposing counsel before serving the notice. If this is not possible, counsel may unilaterally notice the deposition while at the same time indicating a willingness to be reasonable about any necessary rescheduling…
>
> Local Rule 3.02 requires the party noticing the deposition to give a minimum of fourteen days' written notice to every other party and the deponent, absent agreement or an order based upon some exigent circumstance.

10. As set forth above, the Plaintiff attempted to accommodate the schedule of opposing counsel prior to serving any notice of taking

deposition for the above-referenced individuals.

11. The Plaintiff also indicated a willingness to reschedule the depositions in the event that the Joint Unopposed Motion to Modify Scheduling Order is granted by this Court.

12. The Case Management and Scheduling Order filed on August 3, 2022, I. Discovery, D. Discovery Deadline, that "each party shall timely serve discovery requests so that the Rules allow for a response prior to the discovery deadline. The Court may deny all motions to compel filed after the discovery deadline."

13. In the case at bar, the Court listed the Discovery Deadline for April 3, 2023. In efforts to comply with the current deadline prior to the discovery cut off, the Plaintiff requests that this Court enter an order requiring the Duchess' counsel to coordinate the deposition dates of the above-named individuals with the undersigned.

WHEREFORE, the Plaintiff, SAMANTHA M. MARKLE, respectfully requests that this Court order Defendant's counsel to coordinate deposition dates with the undersigned, and such further and other relief as this Court may deem just and proper.

**Local Rule 3.01(g) Certification**

The undersigned contacted counsel for the Defendant via telephone on February 3, 2023, and conferred in good faith, but were unable to resolve the issues raised in this motion.

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
Serv549@LegalBrains.com; Serv513@LegalBrains.com; Serv512@LegalBrains.com
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **3rd day of February 2023**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Taylor E. Young*_____
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
TAYLOR E. YOUNG
Florida Bar No. 1031760