**Donna Mohammed**

| | |
|---|---|
| **From:** | Michael J. Kump <MKump@kwikhlaw.com> |
| **Sent:** | Thursday, January 5, 2023 5:21 PM |
| **To:** | Taylor Young |
| **Cc:** | Ronnie Bitman; Donna Mohammed; Peter Ticktin; Jamie Sasson; Nicholas C. Soltman; Jonathan Steinsapir |
| **Subject:** | RE: DEPOSITION COORDINATION - Markle, Samantha v. Markle, Meghan: 8:22-cv-00511-CEH-TGW |

Taylor,

Thank you for your email. Upon review of your list of proposed deponents, most of whom have no discernible connection to the 10 statements at issue in plaintiff's First Amended Complaint, and based on the majority of plaintiff's written discovery requests that likewise have no connection to plaintiff's complaint at issue, we continue to believe that discovery in this action is inappropriate for all the reasons set forth in the motion to stay discovery. Nonetheless, to the extent your proposed schedule is based on the April fact discovery cutoff, we are amenable to jointly moving the Court for relief from that date and/or a continuance of the trial date (as necessary). Please let us know.

Thanks,
Mike

Michael J. Kump | Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard | Third Floor
Santa Monica | California 90401-1894
Direct Dial: 310.566.9855 | Mobile: 310.251.0394
Email: mkump@kwikhlaw.com
Website: http://kwikhlaw.com

---

**From:** Taylor Young <tyoung@legalbrains.com>
**Sent:** Tuesday, January 3, 2023 10:11 AM
**To:** Michael J. Kump <MKump@kwikhlaw.com>
**Cc:** Ronnie Bitman <rbitman@bitman-law.com>; Donna Mohammed <DMohammed@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; Jamie Sasson <jsasson@legalbrains.com>; Nicholas C. Soltman <NSoltman@kwikhlaw.com>; Jonathan Steinsapir <JSteinsapir@kwikhlaw.com>
**Subject:** DEPOSITION COORDINATION - Markle, Samantha v. Markle, Meghan: 8:22-cv-00511-CEH-TGW

**\*\*CAUTION: This email originated from outside of the organization.\*\***

Good Morning,

I hope you enjoyed the holidays and are having a great new year so far. Our office is reaching out to coordinate the depositions of the individuals below via Zoom. Listed you will find the dates our office would like to propose for their depositions. Please advise if the dates proposed work for you/your office:

- Meghan Markle, Duchess of Sussex- February 27, 2023, at 1:00 p.m. EST
- Prince Harry, Duke of Sussex- February 28, 2023, at 1:00 p.m. EST
- Thomas Markle – March 6, 2023, at 1:00 p.m. EST
- Ashleigh Hale – March 7, 2023, at 1:00 p.m. EST
- Jason Knauf- March 13, 2023, at 1:00 p.m. EST
- Christopher Bouzy- March 14, 2023, at 1:00 p.m. EST

If we fail to hear from you by Thursday, January 5, 2023, with confirmation of the deposition dates, or with the offer of alternate proposed dates, we will take your non-response as an acceptance of the deposition dates and we will proceed with noticing the depositions to occur on the provided dates of our choosing. Please let me know if you have any questions or concerns. I look forward to hearing from your office as soon as possible.

Best,

*Taylor E. Young, Esq.*
*Associate Attorney*



THE TICKTIN LAW GROUP
"The lawyers you want between you and your problems."

The Ticktin Law Group
270 SW Natura Avenue | Deerfield Beach, Florida 33441
Phone: (954) 570-6757 | Fax: (954) 418-7120
Email: tyoung@legalbrains.com

NOTICE:

*Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.*

*This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at tyoung@legalbrains.com and delete the original message and all copies.*

*Taylor E. Young, Esq.*
*Associate Attorney*