**Donna Mohammed**

| | |
|---|---|
| **From:** | Taylor Young |
| **Sent:** | Monday, January 9, 2023 4:23 PM |
| **To:** | 'Michael J. Kump' |
| **Cc:** | 'Ronnie Bitman'; Donna Mohammed; Peter Ticktin; Jamie Sasson; Nicholas C. Soltman; Jonathan Steinsapir |
| **Subject:** | RE: Markle, Samantha v. Markle, Meghan: 8:22-cv-00511-CEH-TGW |

Michael,

I have reviewed the Joint Motion you attached in your email today at 12:49 p.m., EST, and give my approval.

As stated in the Friday, January 6, 2023, email, we cannot place our bets on the Court granting the Joint Motion - we need to proceed with discovery assuming that the discovery deadline is April of 2023, until and unless the Court enters an Order extending the deadlines.

If you agree to the dates proposed in the January 3, 2023, email, you have my promise that I will reschedule the depositions should the Court enter an Order granting the Joint Motion.

Best,

*Taylor E. Young, Esq.*
*Associate Attorney*



The Ticktin Law Group
270 SW Natura Avenue | Deerfield Beach, Florida 33441
Phone: (954) 570-6757 | Fax: (954) 418-7120
Email: tyoung@legalbrains.com

NOTICE:

Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at tyoung@legalbrains.com and delete the original message and all copies.