**Donna Mohammed**

---

**From:** Michael J. Kump <MKump@kwikhlaw.com>
**Sent:** Monday, January 9, 2023 5:07 PM
**To:** Taylor Young
**Cc:** 'Ronnie Bitman'; Donna Mohammed; Peter Ticktin; Jamie Sasson; Nicholas C. Soltman; Jonathan Steinsapir
**Subject:** RE: Markle, Samantha v. Markle, Meghan: 8:22-cv-00511-CEH-TGW

Thank you Taylor, we are filing the motion. I'll get back to you regarding your proposed dates.

Mike

Michael J. Kump | Kinsella Weitzman Iser Kump Holley LLP
808 Wilshire Boulevard | Third Floor
Santa Monica | California 90401-1894
Direct Dial: 310.566.9855 | Mobile: 310.251.0394
Email: mkump@kwikhlaw.com
Website: http://kwikhlaw.com

---

**From:** Taylor Young <tyoung@legalbrains.com>
**Sent:** Monday, January 9, 2023 1:23 PM
**To:** Michael J. Kump <MKump@kwikhlaw.com>
**Cc:** 'Ronnie Bitman' <rbitman@bitman-law.com>; Donna Mohammed <DMohammed@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; Jamie Sasson <jsasson@legalbrains.com>; Nicholas C. Soltman <NSoltman@kwikhlaw.com>; Jonathan Steinsapir <JSteinsapir@kwikhlaw.com>
**Subject:** RE: Markle, Samantha v. Markle, Meghan: 8:22-cv-00511-CEH-TGW

Michael,

I have reviewed the Joint Motion you attached in your email today at 12:49 p.m., EST, and give my approval.

As stated in the Friday, January 6, 2023, email, we cannot place our bets on the Court granting the Joint Motion - we need to proceed with discovery assuming that the discovery deadline is April of 2023, until and unless the Court enters an Order extending the deadlines.

If you agree to the dates proposed in the January 3, 2023, email, you have my promise that I will reschedule the depositions should the Court enter an Order granting the Joint Motion.

Best,

**Taylor E. Young, Esq.**
**Associate Attorney**

1