UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                Case No: 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the Plaintiff's Joint Unopposed Motion to Modify Scheduling Order (Doc. 56), filed on January 9, 2023, and for good cause shown, the Court will grant the Plaintiff's Joint Unopposed Motion to Modify Scheduling Order. The following deadlines shall apply to this action:

| | |
|---|---|
| **Disclosure of Expert Reports** <br> **Plaintiff:** <br> **Defendant:** <br> **Rebuttal:** | <br> MAY 5, 2023 <br> MAY 5, 2023 <br> JUNE 5, 2023 |
| **Discovery Deadline** | JULY 3, 2023 |
| **Dispositive Motions,** *Daubert,* **and** *Markman* **Motions** | AUGUST 4, 2023 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | NOVEMBER 3, 2023 |

| | |
|---|---|
| **Joint Final Pretrial Statement, (including a single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox]** *Voir Dire* **Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | NOVEMBER 14, 2023 |
| **All Other Motions Including Motions** *In Limine* | NOVEMBER 21, 2023 |
| **Final Pretrial Conference**       Date:<br>Time:<br>Judge: | DECEMBER 12, 2023<br>2:15 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
| **Trial Briefs and Deposition Designations** | DECEMBER 5, 2023 |
| **Trial Term Begins** | JANUARY 2, 2024 |
| **Estimated Length of Trial** | 5 days |
| **Jury / Non-Jury** | Jury |
| **Mediation Deadline**<br><br>                Mediator Address:<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the court within 14 days of this Order advising of the date.**<br><br>                          Name:<br>**Designated Lead Counsel   Telephone: Pursuant to Local Rule 9.04(a)(3) Lead Counsel Telephone Number** | JUNE 23, 2023<br><br>Mary Ruth Houston<br>300 S Orange Ave<br>Suite 1600<br>Orlando, FL  32801<br><br><br><br>Taylor Young, I<br>954-570-6757 |

All other provisions of the Case Management and Scheduling Order continue to apply.

2

**DONE AND ORDERED** in Tampa, Florida on February 7, 2023.

Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any