UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                  CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Plaintiff's Motion to Compel Defendant's Responses to First Request for Production First Set of Interrogatories and First Request for Admissions (Doc. 60).

In the present motion, the plaintiff, Samantha M. Markle, seeks to compel a multitude of discovery responses from the defendant, Meghan, The Duchess of Sussex (id., p. 1). However, the plaintiff's motion does not comply with the court's standing order regarding discovery motions (see Doc. 3). As the order explains, the parties must adhere to former Local Rule 3.04(a), which sets forth formatting requirements for motions to compel discovery (id.). Further, the plaintiff providing the defendant's responses as exhibits is insufficient. Accordingly, the plaintiff's motion will be denied without prejudice for a failure to comply with this court's order.

It is, therefore, upon consideration,

ORDERED:

That the Plaintiff's Motion to Compel Defendant's Responses to First Request for Production First Set of Interrogatories and First Request for Admissions (Doc. 60) be, and the same is hereby, **DENIED, without prejudice**.

DONE and ORDERED at Tampa, Florida, this 10th day of February, 2022.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE