UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
Motion Hearing

Case Number: 8:22-cv-511-CEH-TGW

**SAMANTHA M. MARKLE,**

      **Plaintiff,**

v.

**MEGHAN MARKLE,**

      **Defendant.**

**Plaintiff's Counsel:** Jamie Alan Sasson, Taylor Young, and Peter Ticktin

**Defense Counsel:** Michael J. Kump and Ronnie J. Bitman

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | February 15, 2023 | Time: Total: | 1:32PM – 2:51PM  1 hour   19 minutes |

Court in session and counsel identified for the record.

The Court addressed counsel and heard argument on *Defendant's Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law* (Doc. 34), and *Defendant's Request for Judicial Notice In Support of Motion to Dismiss First Amended Complaint* (Doc. 35).

*Defendant's Request for Judicial Notice In Support of Motion to Dismiss First Amended Complaint* (Doc. 35) is GRANTED for the reasons stated on the record.  The Court will take judicial notice as to the existence of (a) one chapter from one book (i.e., chapter 12 from *Finding Freedom*, by Omid Scobie and Carolyn Durand); (b) two New Mexico state court dockets involving Plaintiff; and (c) the date of Prince Harry's announcement that he was dating Meghan. Counsel withdraws the request to take judicial notice as to (c) Plaintiff's admissions on a television interview with *Good Morning Britain* available on YouTube).

*Defendant's Motion to Dismiss First Amended Complaint and Incorporated Memorandum of Law* (Doc. 34) is taken under advisement for the reasons stated on the record. The Court will consider transcripts from the Oprah Winfrey Interview.

The Court will issue a written Order.

Court adjourned.