IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

## **CORRECTION OF THE RECORD**

The Plaintiff, SAMANTHA M. MARKLE (hereinafter referred to as "Mrs. MARKLE"), by and through her undersigned counsel, hereby files this, her Correction of the Record for the February 15, 2023, hearing on Defendant's Motion to Dismiss and Request for Judicial Notice, and states as follows:

1. During argument by the undersigned, this Court and counsel for the Defendant, MEGHAN MARKLE, may have unintentionally inferred that Mrs. MARKLE lost custody of her children.

2. In all actuality, Mrs. MARKLE has never lost custody of her three children.

WHEREFORE, the undersigned asks that this Court accept this Correction to the record.

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
**Serv549@LegalBrains.com**; **Serv513@LegalBrains.com**;
**Serv512@LegalBrains.com**
**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **16th day of February 2023**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


 _/s/ *Peter Ticktin*_____
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
PETER TICKTIN
Florida Bar No. 887935
TAYLOR E. YOUNG
Florida Bar No. 1031760