# DECLARATION OF MICHAEL J. KUMP IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL "COORDINATION OF DEPOSITIONS" (ECF NO. 59)

I, Michael J. Kump, declare:

1. I am an attorney duly admitted to practice in California and *pro hac vice* in the Middle District of Florida. I am a partner with Kinsella Weitzman Iser Kump Holley LLP, attorneys of record for Defendant Meghan, The Duchess of Sussex ("Meghan"), sued as "Meghan Markle." If called as a witness, I could and would competently testify under oath to all facts within my personal knowledge.

2. On January 3, 2023, Plaintiff's counsel contacted me in connection with the scheduling of party and non-party depositions in February and March 2023. Because Meghan's motions to dismiss (ECF No. 34) and to stay discovery (ECF No. 45) were still pending, I suggested, and the parties agreed, to move jointly to modify the scheduling order, so that they were not forced to conduct discovery before the resolution of the motion to dismiss. (ECF No. 56.)

3. On February 3, 2023, the parties met and conferred about Meghan's discovery responses. Shortly thereafter, Plaintiff filed two motions to compel. (ECF Nos. 59, 60.)

4. On February 13, after the Court granted the parties' joint request to amend the scheduling order (ECF No. 61) and denied Meghan's motion to stay discovery (ECF No. 62), I emailed Plaintiff's counsel to request a telephone conference in order to continue the meet and confer process regarding discovery matters, including discussing depositions and deposition scheduling. We scheduled a

meet and confer call for February 16 at 3:30 p.m. EST, but on the morning of the call, I received an email from Plaintiff's office cancelling our scheduled call because one of its attorneys had an "emergency appointment."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of February, 2023, at Santa Monica, California.

_____
Michael J. Kump

816554