UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                               CASE NO. 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

**O R D E R**

THIS CAUSE came on for consideration upon the Plaintiff's Motion to Compel Coordination of Depositions (Doc. 59).

In the present motion, the plaintiff, Samantha M. Markle, seeks to compel the defendant, Meghan, The Duchess of Sussex, to coordinate the depositions of six individuals (id., p. 1). Thus, the plaintiff states that she seeks to schedule the depositions in order to comply with the discovery deadline of April 3, 2023 (id., p. 4). Notably, since the filing of her motion, United States District Judge Charlene Edwards Honeywell granted the parties' joint request to extend the discovery deadline (see Doc. 61). Thus, the discovery deadline is now July 3, 2023 (id.).

The defendant has filed a response in opposition (see Doc. 68). The defendant states that "[m]ost of the proposed non-party deponents have nothing to

do with the statements at issue in the [plaintiff's first amended complaint]" (id., p. 2). Moreover, she asserts that the plaintiff's request is now moot because defense counsel scheduled a time to confer with plaintiff's counsel in order to coordinate depositions after Judge Honeywell extended the discovery deadline (id., p. 5).

Accordingly, since the defendant states that the plaintiff's motion is moot, it will be denied. Thus, if the matter is still unresolved, the plaintiff may file a new motion.

It is, therefore, upon consideration,

ORDERED:

That an in-person hearing on the Plaintiff's Motion to Compel Coordination of Depositions (Doc. 59) is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 15th day of March, 2023.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE