IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

        Plaintiff,
v.

MEGHAN MARKLE,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF SERVING RESPONSES TO
DEFENDANT'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES**

    The Plaintiff, SAMANTHA MARKLE, by and through her undersigned counsel, hereby files this, her Notice of Serving Responses to Defendant's First Request for Answers to Interrogatories, on April 21, 2023.

\#             \##############

> **DESIGNATION OF EMAIL ADDRESS(ES) FOR SERVICE**
> (Pursuant to Rule 2.516 Fla. R. Jud. Admin.)
>
> The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Address(es) for service in the above styled matter. Service shall be complete upon emailing to the following email address(es) in this Designation, provided that the provisions of Rule 2.516 are followed.
>
> [Serv549@LegalBrains.com](mailto:Serv549@LegalBrains.com); [Serv513@LegalBrains.com](mailto:Serv513@LegalBrains.com); [Serv512@LegalBrains.com](mailto:Serv512@LegalBrains.com)
>
> **SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **19th day of April 2023**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


 /s/ *Ryan Fojo*
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
RYAN FOJO
Florida Bar No. 1035588