# EXHIBIT 1

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| TC | VISUALS | AUDIO |
|---|---|---|
| 00:00:01 | NEW YORK<br>November 2021 | DRIVER: So yeah, so when we come out of here, we're gonna go all the way to the Westside Highway. But as soon as we get on it, if you can grab me the lane all the way to the left against the center median southbound. |
| 00:00:17 | | MAN:  They're going to be waiting [CROSSTALK]. |
| 00:00:18 | | DRIVER:  Oh yeah, they're camped out now.  I mean - unfortunately. |
| 00:00:22 | | M: Thank you! Okay. Hello! |
| 00:00:26 | | H: Wee! |
| 00:00:29 | | DRIVER: How are you guys? |
| 00:00:29 | | H: Hello Matt, how are you? |
| 00:00:30 | | DRIVER: I'm well. Good morning |
| 00:00:31 | | M: Never a dull moment. |
| 00:00:47 | | M: Okay |
| 00:00:47 | | H: [inaudible] |
| 00:00:49 | | M: Huh? |
| 00:00:50 | **SUBTITLE:**<br>*Do you know how long the drive is?* | H: Do you know how long the drive is? |
| 00:00:51 | **SUBTITLE:**<br>*I don't know now with our detour* | M: Maybe like um… I don't know now with our detour.  Matt, how long is the drive going to be? |
| 00:00:59 | | DRIVER: Uh, I looked before, 20 something minutes |
| 00:01:01 | | M: Okay. |
| 00:01:03 | | DRIVER: Let me just double check it because I wasn't getting good service |
| 00:01:10 | | M: Do we have that pap on the scooter again? Is he still following us? |
| 00:01:12 | | DRIVER:  Yes, ma'am. |
| 00:01:13 | | M:  Oh, we do?  Really?  Same guy? |
| 00:01:14 | | DRIVER:  Same guy. |
| 00:01:15 | | M:  Oh my gosh. |
| 00:01:16 | | DRIVER:  Watched him go into this park and... |
| 00:01:17 | | H:  (Inaudible) with us? |
| 00:01:19 | | DRIVER:  Yes sir, he was just ahead. |

1

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:01:21 | | H: There's a lot of people who think, "They've got such a problem with paparazzi." |
| 00:01:28 | | M: Yeah those umm the guys in the basement in the building too as we were doing that walk were recording too, just so you're aware |
| 00:01:36 | | H: Back in my mum's day it was physical harassment, you know, cameras in your face following you, chasing you. |
| 00:01:47 | | M:  Is he still following us? |
| 00:01:49 | | H:  No. |
| 00:01:49 | | M:  This pap [CROSSTALK] safety first.  Worst-case scenario we're going from one garage to another.  Like... |
| 00:01:57 | **HEADLINE:**<br>*PAYBACK TIME* | H:  Paparazzi still harass people.  The harassment really exists more online now.  Once the photographs are out and the stories then put next to it, then comes the social-media harassment.  To see another woman in my life who I love go through this feeding frenzy, that's hard.  Because it is basically the hunter vs. the prey. |
| 00:02:08 | **SOCIAL MEDIA POSTS:**<br>*Don't slam the door on your way out, bitch! #Megxit*<br><br>*Megass needs to rot somewhere...she's trying to kill the Queen...*<br><br>*Meghan Markle declares war on Queen*<br><br>*NO divorced American slags*<br><br>*Smegsy you fucking bitch, look at what you are doing* | |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | *I am so fed up seeing MeAgain everywhere*<br><br>*Bottom line: #MeghanMarkle is just a bitch. @RoyalFamily #Sussexroyal @KensingtonRoyal #MEGXIT*<br><br>*Meghan would like the world to see her & her behavior through her eyes as 'PERFECTION'. Meghan speaks to hear what she wants everyone to hear, but does what she wants to do believing no one will talk.*<br><br>*Meghan Markle started a Race War*<br><br>*...digger, immoral...we hate you MM!*<br><br>*...You cunt!*<br><br>*The only title for Meghan is bitch!* | |
| 00:02:17 | **HEADLINE:**<br>*THE TRUTH ABOUT MEGHAN* | |
| 00:02:35 | **SUBTITLE:**<br>*We'll be with friends in less than 10 minutes* | H: We'll be with friends in less than 10 minutes |
| 00:02:37 | | M: Yeah |
| 00:02:45 | CREDITS | [MUSIC] |
| 00:03:25 | HARRY & MEGHAN | |
| 00:03:31 | | MAN:  Sorry, do you mind leaning forward just (one second)?  Okay. |

3

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:03:41 | | LIZ GARBUS:  Great. |
|---|---|---|
| 00:03:44 | **SUBTITLE:**<br>*Can you just start off by introducing yourself to us?* | LIZ GARBUS:  Can you just start off by introducing yourself to us? |
| 00:03:47 | **LOWER THIRD:**<br>*DORIA*<br>*Meghan's Mother* | DORIA RAGLAND:  Sure, my name is Doria and I'm Meghan's mom.  And the last five years has been challenging, yeah. |
| 00:03:59 | **LOWER THIRD:**<br>*How does it feel to be here talking about that today?* | LIZ GARBUS:  How does it feel to be here talking about that today? |
| 00:04:03 | | DORIA RAGLAND:  I'm ready to have my voice heard, that's for sure, a little bit of my experience, you know, as her mom, yeah. |
| 00:04:13 | **SUBTITLE:**<br>*Do you remember when Meg told you she was dating Harry?* | LIZ GARBUS:  Do you remember when Meg told you she was dating Harry? |
| 00:04:20 | | DORIA RAGLAND:  I do.  And when she told me we were on the phone and she says, "Mommy, I'm going out with Prince Harry."  And I started whispering.  "Oh my God."  She says, "You can't tell."  And so it was - from the beginning it was very sort of, "Oh my God, nobody can" - you know?  Mm-hm.  And I remember when I first met him, too.  You know, he was just, like, 6'1", handsome man with red hair.  Really great manners.  He was just really nice.  And they looked really happy together, yeah, like he was the one. |
| 00:05:04 | | DORIA RAGLAND:  Once it was announced that they were together it seemed kind of like a novelty. |
| 00:05:14 | **HEADLINES:**<br>*HARRY'S SECRET ROMANCE WITH TV STAR*<br><br>*ROYAL ROMANCE* | REPORTER:  It's official, American actress Meghan Markle is the new girlfriend of Prince Harry. |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

|  |  |  |
|---|---|---|
|  | *HAS AMERICAN ACTRESS CAPTURED HARRY'S HEART?* |  |
| 00:05:20 | **MIDDLE THIRD:** *October 30, 2016* |  |
| 00:05:22 |  | REPORTER:  Prince Harry seems like he's fallen for somebody, rumored her name is Meghan Markle. |
| 00:05:28 |  | REPORTER:  She's on the show Suits, in case you were wondering, like, how do we know her? |
| 00:05:31 |  | REPORTER:  She's the brainy beauty who's captured Prince Harry's heart. |
| 00:05:36 |  | WOMAN:  Actress Meghan Markle has reportedly won the heart of Royal Bad Boy Prince Harry. |
| 00:05:42 |  | [CHEERING] |
| 00:05:43 |  | WOMAN:  I am so - I am so excited about this. |
| 00:05:47 | **HEADLINES:** *IS THIS PRINCE HARRY'S NEW GIRLFRIEND?*<br><br>*HARRY'S NEW LOVE?*<br><br>*Harry's Secret Romance*<br><br>*Romance is Blooming for Harry's Girl*<br><br>*Meet Meghan Markle: Prince Harry's Feminist, Philanthropist, Actress Girlfriend*<br><br>*HARRY'S NEW LOVE?*<br><br>*Harry's Secret Romance* | M:  Right when the news broke I think we both felt tremendous relief.  And the people that I hadn't told I was dating H were just texting me, "Is this true?  Oh my gosh.  What?"  And people were just overjoyed. |
| 00:06:03 | **LOWER THIRD:** *VICKY Friend* | VICKY:  And when I saw the headlines I was happy for her.  It looked like a fairy tale. |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| 00:06:07 | **HEADLINES:**<br>*HIS AND HERS? Prince Harry and 'new flame' Meghan Markle pictured wearing matching bracelets* | |
| 00:06:09 | **LOWER THIRD:**<br>*DHRU*<br>*Friend* | DHRU:  My sister called me and said, "Do you know who Meghan is with?  I think she's with Prince Harry."  And I said, "What?" |
| 00:06:18 | **LOWER THIRD:**<br>*NICK COLLINS*<br>*Meghan's Former Agent* | NICK COLLINS:  My phone just started going crazy.  I was, like, what is happening?  And then it was just, like, this tidal wave. |
| 00:06:24 | | WOMAN:  This young lady though is very philanthropic.  She's also a part of the U.N.  She does a lot of charity work, which was probably their original connection. |
| 00:06:34 | **LOWER THIRD:**<br>*NICKY*<br>*Harry's Childhood Friend* | NICKY:  I remember we discussed, "Wouldn't it be great if somebody already had their identity, some successes, and had carved their role in the world? |
| 00:06:44 | | M:  If there is a problem out there and we have the means to really find the call to action and do something about it, then I completely believe that it's our responsibility to do it. |
| 00:06:55 | | REPORTER:  All eyes are on that new transatlantic alliance of British Prince and his American sweetheart. |
| 00:07:02 | | M:  There was a frenzy happening and it almost felt like all the things we were nervous about of it getting out, okay, don't worry, it's fine.  And then that very quickly changed. |
| 00:07:15 | **LOWER THIRD:**<br>*TORONTO*<br>*2016* | |
| 00:07:21 | | M: I remember going to get flowers, coming out of the flower shop. And there must have been nine or ten paps standing in the middle of the street and they were all sort of blocking the car saying, like, "Hey, how are you doing, Meghan? You having a...?"  And I was, like, "Oh thanks, stay warm guys."  And I remember H the next |

6

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | day saying, "You can't talk to them."  And I was, like, "I'm just trying to be pleasant.  Like, I don't know what to do.  I've never dealt with this before."  He's, like, "Right, but the U.K. media are saying you love it." |
| 00:07:50 | **HEADLINES:**<br>*ROYAL SEAL OF APPROVAL Prince Harry's girlfriend Meghan Markle shows off new necklace with their initials*<br><br>*Prince Harry's girlfriend Meghan Markle couldn't stop smiling as she was spotted wearing a necklace with their initials in it.* | M: "You're smiling. You love it." |
| 00:07:56 | **LOWER THIRD:**<br>*LUCY*<br>*Friend* | LUCY: I remember saying to her when this goes public it's not going to be easy. The UK media are notorious for doing whatever they can to get a story, and that they will go through rubbish bins, they will try and break into accounts, they will do whatever they can to get an exclusive and make money.  I remember she was quite shocked. And she was like "Really they would do that?" And I said, "Well, yeah when it's going to make them millions." |
| 00:08:27 | | M:  It felt like all of the U.K. media descended upon Toronto, and my house was just surrounded.  And just men sitting in their cars all the time waiting for me to do anything. |
| 00:08:44 | | H: I was hearing all of this from thousands of miles away and trying to do something about it, but being completely helpless. |
| 00:08:54 | | M:  And my neighbors texted me saying, "They're knocking on everyone's doors.  They're trying to find you."  They had paid certain neighbors to put, like, a livestream camera into my back yard.  Suddenly it was, like, everything about my life was just getting so much more |

7

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | insular.  Like, all the curtains were pulled, all the blinds were pulled.  Like, it was scary. |
| 00:09:14 | **HEADLINES:**<br>*HARRY'S SECRET ROMANCE*<br><br>*HARRY GIRL'S NIGHT AT PALACE*<br><br>*PRINCESS PUSHY*<br><br>*Meghan will always be my princess*<br><br>*Meghan's SHOCK PAST*<br><br>*Harry and his Meg* | M:  My face was everywhere.  My life was everywhere.  Tabloids had taken over everything.  Long distance relationships are work, no matter what way you slice it.  And then you add this layer.  And look, bearing in mind you're still discovering things about each other. |
| 00:09:30 | | H:  There were things that were said and the things that were written that I had to go to her to ask.  And that was the hardest piece. |
| 00:09:36 | | M:  And so it really accelerates the learning curve in a relationship. |
| 00:09:44 | **LOWER THIRD**<br>*TONGUES WAG ABOUT PRINCE HARRY'S REPORTED GIRLFRIEND*<br><br>*...REPORTEDLY DATING PRINCE HARRY* | REPORTER:  Tongues are wagging, needless to say.  Let's find out more about her and what people are saying.  What do we know about this mysterious woman? |
| 00:09:55 | **LOWER THIRD:**<br>*MIRACLE MILE, LOS ANGELES*<br>*JANUARY 2022* | |
| 00:09:58 | | M: It's such a sweet neighborhood . |
| 00:10:00 | | DORIA RAGLAND:  Yeah.  I remember you came home one day from Immaculate Heart.  You were, like, "We live over a garage."  And I was, like, "Yeah?" |
| 00:10:08 | | M:  It was a great little spot. |

8

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:10:13 | | M: That was our driveway. |
|---|---|---|
| 00:10:13 | | DORIA RAGLAND: That was our drive way. It was private [CROSSTALK], we had our parties back there. |
| 00:10:19 | | M: I remember I would take, like, a little wagon and come down the driveway, and then be able to come back down the other side |
| 00:10:23 | | DORIA RAGLAND: Mm-hm. |
| 00:10:37 | | M:  I grew up in L.A. and I just remember my mom telling me stories about taking me to the grocery store and women going, "Whose child is that?  You must be the..."  She's, like, "It's my child."  It's, like, "No, you must be the nanny. Where's her mom?" because I was really fair-skinned and my mom darker. |
| 00:10:56 | | M:  My parents lived in the Valley until I was about two.  And when their relationship ended she and I moved to maybe, like, a 40-minute drive from there.  At the time it was mostly a black community where my mom and I were living. |
| 00:11:16 | | DORIA RAGLAND:  We were close to my mom, her grandma.  My sister was close by, and my girlfriends were close by.  So we had a nice network of women who really helped me raise Meg.  She was always so easy to get along with, very congenial, making friends.  You know, she was a very empathic child, very mature.  I remember asking Meg did I feel like her mom? And she told me that I felt like her older, controlling sister.  I never forgot that. |
| 00:12:04 | | WOMAN: [SQUEALING/CROSSTALK] |
| 00:12:05 | | M: Ah miss Debbie! |
| 00:12:10 | | MISS DEBBIE: [CROSSTALK] The duchess! |
| 00:12:11 | | M:  Oh my God! How are you? |
| 00:12:14 | **LOWER THIRD:** *MISS DEBBIE* *Former Principal* | MISS DEBBIE: I'm very well - so happy to see you [CROSSTALK]. |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:12:20 | | DORIA RAGLAND: Nice to see you [CROSSTALK].  Oh my goodness, my goodness. I know it's amazing. What a great choice this was to start Meg here. And your mom.. |
| --- | --- | --- |
| 00:12:31 | | M: When we went back to--we still call it Little Red Schoolhouse--but Hollywood Schoolhouse, I was there from ages two to twelve. And it was so nice to be back. |
| 00:12:41 | | MISS DEBBIE: I want you to see what you wrote to me. |
| 00:12:44 | | M: Oh my Gosh. Show me. |
| 00:12:46 | | MISS DEBBIE: Your penmanship was fantastic. You can go ahead and read that. But I want you to pay attention to the P.S. |
| 00:12:54 | | M: "Dear Miss. Debbie, you have helped me so much since I was two years-old. I knew I could count on you to be there for me as a principal and also a friend. I can't thank you enough. Even though I was at the school for ten years, I wish I could've stayed for ten more. The school will always have a  special place in my heart. Much love, Meghan. P.S. When I am rich and famous, when I write my life story, I will talk about you and the school so you'll be known worldwide." Ha Ha. Says the eleven-year-old. Oh my God. |
| 00:13:30 | | M: I was a big nerd growing up. This is like an important part that people don't understand about me. I was not the pretty one. My entire identity was wrapped up in being the smart one. And there are those catalyzing moments in your life. And from my standpoint I had this commercial changed, right, when I was because I found it to be sexist. |
| 00:13:53 | | AD: Women are fighting greasy pots and pans. With Ivory Clear. |
| 00:13:57 | | M: I was eleven. |
| 00:13:58 | | M: "Dear Sir, last week at my school we decided to watch the news for social studies. While going through the channel we saw the commercial for the new Ivory Clear Dishwashing Liquid.  In the |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | commercial they said women are battling grease, meaning only women do dishes. When I heard this the boys in my class started saying, yeah that's where women belong, in the kitchen. So I was wondering if you would be able to change your commercial to people all over America. |
| 00:14:23 | | AD: The gloves are coming off. People are fighting greasy pots and pans with Ivory Clear. |
| 00:14:30 | | M: I changed that commercial from my little handwritten letter.  And it was a big deal because I was going into middle school after that, so it was, like, I was the little activist. |
| 00:14:40 | OLD PICTURES | [MUSIC] |
| 00:14:50 | **LOWER THIRD**<br>*SUSAN*<br>*Meghan's Childhood Friend* | I met Meghan in the 7th grade.  We were walking into all of our new classes and she was holding the door open and tap dancing.  We became fast friends.  We were both into a lot of the same extracurricular activities, and spent a lot of time in leadership roles at school, volunteering. When I ran for student council she was, like, my campaign manager and took it so seriously. |
| 00:15:15 | | M:  After school I would see my dad, who was a lighting director.  Sometimes I'd go on the set of this TV sitcom called "Married with Children."  I loved being on set.  I loved it.  And I loved the camaraderie of a crew. |
| 00:15:37 | | SUSAN:  Tom did a lot for our school, being a lighting director, and Meghan being so involved with performances. |
| 00:15:42 | ARCHIVE VIDEO | |
| 00:15:48 | | SUSAN:  Meghan loved the theater.  I would go to all of her musicals, performances.  She was so passionate about it and very driven to be successful. |
| 00:15:58 | | DORIA RAGLAND:  I couldn't help her with her homework, she was way smarter.  She got straight A's, very disciplined.  I would say that Meg's an old soul. |
| 00:16:08 | **SUBTITLE:** | M:  We will always dedicate ourselves to making it a better world.  Thank you. |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

|  |  |  |
|---|---|---|
|  | *We will always dedicate ourselves to making it a better world.  Thank you.* |  |
| 00:16:10 | **MIDDLE THIRD:** *Meghan, age 13* |  |
| 00:16:19 |  | M: This is where I had my high school graduation, the Hollywood Bowl.  103 girls on the stage, all wearing white gowns. Not like cap and gowns, like beautiful white gowns.  There it is.  It's also - so the last concert I went to there I went to with my mom.  And we were in the parking lot leaving and my mom, like, honked her horn because this women was taking a long time to figure out how to get out. And the women turned around and screamed the n-word at my mom. I just remember my mom - like, I remember the grip that her hands had on the steering wheel.  And, like, you could like see it was so tight where, like, the knuckles get all white. And she was just silent the rest of the drive home. We never talked about it. |
| 00:17:16 |  | M: I'd never in my life heard someone say the n-word. Very different to be a minority but not be treated as a minority right off the bat. Obviously now people are just very aware of my race because they made it such an issue when I went to the UK, but before that most people didn't treat me like a "black woman." So that talk didn't have to happen for me. |
| 00:17:48 |  | DORIA RAGLAND:  As a parent in hindsight absolutely I would like to go back and have that kind of real conversation about how the world sees you. |
| 00:18:04 |  | WOMAN:  Can you imagine if he - you be Harry and I'm going to be the, you know, Queen. |
| 00:18:08 |  | WOMAN:  Grandmother, I met this beautiful woman.  She just happens to be mixed-race. |
| 00:18:18 |  | DORIA RAGLAND:  I said to her--I remember this very clearly--that this is about race.  And Meg said, "Mommy, I don't want to hear that."  And I |

12

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | said, "Well, you may not want to hear it, but this is what's coming down the pike. |
| 00:18:30 | | M:  At that time I wasn't thinking about how race played a part in any of this.  I genuinely didn't think about it. |
| 00:18:37 | **HEADLINES:** *EXCLUSIVE: Harry's girl is (almost) straight outta Compton: Gang-scarred home of her mother revealed - so will he be dropping by for tea?* | H:  Within that first week that it became public knowledge the first story was "Harry's new girl (almost) [in brackets] straight outta Compton."  I was, like, whoa. |
| 00:18:50 | | M:  Well, firstly I'm just not from Compton.  I've never lived in Compton, so it's factually incorrect.  But why do you have to make a dig at Compton? |
| 00:19:00 | | H:  The direction from the palace was, "Don't say anything." |
| 00:19:02 | | M:  "No comment.  Everyone just say no comment." |
| 00:19:06 | | H:  But what people need to understand is as far as a lot of the family were concerned everything that she was being put through they'd been put through as well.  So it was almost like a rite of passage.  And some of the members of the family it was, like, "Right, but my wife had to go through that, so why should your girlfriend be treated any differently?  Why should you get special treatment?  Why should she be protected?"  And I said, "The difference here is the race element." |
| 00:19:32 | **HEADLINES:** *ONE'S GONE GANGSTER* <br><br> *"Harry's hottie Meghan Markle comes from one of the city's roughest suburbs, famed for its gangland wars."* | |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | *EXCLUSIVE: Meet the family!  How Harry's American girl's ancestors were a tailor, a teacher, and a cleaner in racially divided Jim Crow South - while his were ruling the British Empire*<br><br>*-Prince Harry's new girl, Suits star Meghan Markle, is from Crenshaw, LA -Crenshaw has endured 47 crimes in the past week - including murder -Markle' social worker mom, Doria Ragland, lives in the run-down area* | |
| 00:19:50 | | DORIA RAGLAND:  They would take pictures of different parts of, say, Skid Row and say that was where I lived and that was where she was from. |
| 00:20:01 | **HEADLINES:**<br>*ROYAL SHAME!*<br><br>*Meghan Markle's Mom Hits The Laundromat* | M:  It was horrible, but I continued to hold the line, like, say nothing. |
| 00:20:09 | | H:  Eight days after the relationship became public I put out a statement calling out the racist undertones of articles and headlines that were written by the British press, as well as outright racism from those articles across social media. |
| 00:20:23 | **HARRY'S STATEMENT:**<br>*A Statement by the Communications Secretary to Prince Harry*<br>*...abuse and harassment...*<br>*...the racial undertones...*<br>**HEADLINES:** | |

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | *Does Prince Harry's girlfriend deserve a private life?* | |
| 00:20:26 | | WOMAN:  Kensington Palace issuing a statement about the harassment being experienced by Meghan Markle. |
| 00:20:32 | | WOMAN:  Now, he says that she has suffered abuse and harassment with racist undertones. |
| 00:20:36 | | WOMAN:  "Prince Harry's worried about Miss Markle's safety and is deeply disappointed that he has not been able to protect her."  This is not a game, it's her life. |
| 00:20:40 | **KENSINGTON PALACE STATEMENT:** *"Prince Harry is worried about Ms. Markle's safety and is deeply disappointed that he has not been able to protect her.  It is not right that a few months into a relationship with him that Ms. Markle should be subjected to such a storm."* | |
| 00:20:46 | | DICKIE ARBITER:  It is a very clear message to the British press: "Back off." |
| 00:20:52 | **LOWER THIRD:** *DAVID OLUSOGA Author, Black and British* | DAVID OLUSOGA:  She was a prince straight outta Compton.  It was brutal but it was also in some ways unsurprising. |
| 00:21:03 | **LOWER THIRD:** *JAMES HOLT Executive Director, Archewell Foundation Former Palace Spokesman (2017-2019)* | JAMES HOLT:  The U.K. tabloids have a very unique to play in British life.  On one hand they have a real sensationalized element that loves the gossip.  But equally it's not just entertainment because the tabloids have been arbiters of public opinion for such a long time.  A number of the tabloids could sway governments at election time.  They're the popular press for a reason. |
| 00:21:32 | | DAVID OLUSOGA:  The British tabloid press exists both as a series of publications, but also |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | as a mentality, and it's toxic.  We have to recognize that this is a white industry.  Black people are about 3.5% of the population, they're about 0.2% of the journalists. |
| 00:21:54 | **HEADLINES:**<br>*Sorry Harry, but your beautiful bolter has failed my Mum Test*<br><br>*...the Windsors will thicken their watery, thin blue blood and Spencer pale skin and ginger hair with some rich and exotic DNA.  Miss Markle's mother is a dreadlocked African-American lady from the wrong side of the tracks.* | DAVID OLUSOGA:  So people who come up with these headlines, they are doing so in the newsroom that's almost entirely white.  And they get to decide whether something has crossed a line of being racist, and anyone who steps into the public eye, particularly someone who's female and someone who's black, is fair game in their minds. |
| 00:22:22 | | [BACKGROUND CONVERSATION] |
| 00:22:30 | **LOWER THIRD:**<br>*NAACP Image Awards February 2022* | |
| 00:22:31 | | WOMAN:  Okay, they're going to take you in just a few minutes here. |
| 00:22:34 | | [BACKGROUND CONVERSATION] |
| 00:22:39 | | M  Come a long way from Little Red School [CROSSTALK]. Are you nervous? |
| 00:22:44 | | H:  Yes. |
| 00:22:46 | | M:  Just go with the flow. |
| 00:22:47 | | H:  (Inaudible) |
| 00:22:50 | | M: People don't talk about what it's like to be mixed-race.  So much of my self-identification was trying to figure out where I fit in.  And I think a lot of that is you're not white enough or you're not black enough. But I don't see the world that way. |
| 00:23:10 | | ANTHONY ANDERSON:  Nice to meet you. |
| 00:23:10 | | M:  You too.  I was, like, my mom's here, too, tonight. |

16

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:23:12 | | ANTHONY ANDERSON:  Mama, Meghan Markle's mama's here, too.  How are you, brother?  Anthony, nice to meet you, man. (Inaudible) |
|---|---|---|
| 00:23:19 | | H:  And one thing I've learned is that we don't see the world as it is, we see the world as we are.  By the time I met Meghan I think I traveled half of the Commonwealth, met people in communities all around the world.  And through that I thought I knew - I thought I had an awareness to issues, ways of living, unconscious bias, like, all of it. |
| 00:23:45 | | MAN:  And now it is my honor to present the NAACP President's Award to Prince Harry and Meghan, the Duke and Duchess of Sussex. |
| 00:23:56 | | [APPLAUSE] |
| 00:23:57 | | H:  But hearing her talk and having - sitting down having conversations and chats, I was just, like, wow, here you are just blissfully, like, I guess sleepwalking through life. |
| 00:24:07 | | H:  I think it's safe to say that I come from a very different background than my incredible wife. Yet our lives were brought together for a reason. We share a commitment to a life of service, a responsibility to confront injustice, and a belief that the most often overlooked are the most important to listen to. |
| 00:24:25 | | M:  And I couldn't be prouder that we're doing this work together.  We moved to California, my home state, shortly before the murder of George Floyd.  And for black America those 9 minutes and 29 seconds transcended time, invoking centuries of our unhealed wounds. |
| 00:24:43 | | H:  My son, my daughter, my children are mixed-race, and I'm really proud of that.  When my kids grow up and they look back at this moment, and they turn to me and say, "What did you do in this moment?" I want to be able to give them an answer. |
| 00:25:01 | | H:  Heigh-ho, heigh-ho, it's off to work we go [WHISTLING]. |

17

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:25:11 | | H:  I think it's such a responsibility as human beings that if you bring a small person into this world that you should be doing everything you can to make the world a better place for them. |
|---|---|---|
| 00:25:21 | | A:  (Inaudible) |
| 00:25:24 | **SUBTITLE:** *We won't get a chance to be this close to hummingbirds ever again.* | H:  We won't get a chance to be this close to hummingbirds ever again. |
| 00:25:27 | **SUBTITLE:** *Why?* | A:  Why? |
| 00:25:27 | **SUBTITLE:** *Just watch.  Because they're scared of humans These guys, look at them! Archie!* | H:  Just watch.  Because they're scared of humans.  These guys, look at them.  Archie. |
| 00:25:35 | **SUBTITLE:** *I've got a dirty foot Mama! Because I was with you.* | A:  I've got a dirty foot, mama because I was with you. |
| 00:25:44 | | M:  [LAUGHTER] Oh my gosh. |
| 00:25:46 | **SUBTITLE:** *I've got a dirty foot.* | A:  I've got a dirty foot. |
| 00:25:48 | | M:  You've got a dirty foot, sweetheart?  Papa is a birdwatcher so this is a really big moment for him. |
| 00:25:57 | | H:  But equally what's most important for the two of us is to make sure that we don't repeat the same mistakes that perhaps our parents made. |
| 00:26:06 | | [HARRY READING] |
| 00:26:09 | | M:  There's so much I think from anyone's childhood that you bring with you into the present, especially when you're the product of divorce. |
| 00:26:22 | | H:  I think most kids who are the product of divorced parents have a lot in common, no matter what your background is.  Being pulled from one place to another, or maybe your parents are competitive, or you're in one place longer than you want to be and you're in another |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | | |
|---|---|---|---|
| | | | place less than you want to be, there's all sorts of pieces to that. |
| 00:26:43 | | | M: Even though my parents co-parented well, you think about how that informs what you grow up to be and what you want.  It's so funny, when I was 11 I was at Immaculate Heart and one of the assignments was to write a poem about your life.  And I remember this poem to this day, which was: "Two houses, two homes, two kitchens, two phones, two couches where I lay, two places that I stay.  Moving, moving here and there, from Monday to Friday I'm everywhere. Don't get me wrong, it's not that bad, but oftentimes it makes me sad.  I want to live that nuclear life with a happy dad and his loving wife, a picket fence, a shaggy dog, a fireplace with a burning log.  But it's not real, it's just a dream, I cannot cry or even scream.  So here I sit with cat #3, life would be easy if there were two of me." |
| 00:27:42 | | | M: I was with my mom during the week and then with my dad on the weekends.  And my dad lived alone.  He had two adult children who had moved out of his house. |
| 00:27:51 | **SUBTITLE:** *Where's Daddy?* | | M: Where's Daddy? Woah I gotta zoom back on you. |
| 00:27:57 | | | THOMAS MARKLE: Or push that button in the back. See if.. |
| 00:28:01 | | | M: Oh yeah. |
| 00:28:01 | | | THOMAS MARKLE: ...you hit that button you go full wide, right? |
| 00:28:03 | | | M: Okay, all right, am I there? I wonder. Okay. See you later. Goodbye |
| 00:28:10 | | | M: I was a daddy's girl my whole life. |
| 00:28:11 | | | M: Okay I got press the button now |
| 00:28:13 | | | M: And I was with him a lot. |
| 00:28:14 | | | THOMAS MARKLE: Go ahead. |
| 00:28:17 | | | M: Daddy, it's a picture. |
| 00:28:20 | **SUBTITLE:** *We're going to catch fish for dinner.* | | THOMAS MARKLE: We're going to catch fish for dinner, right? |

19

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:28:22 | **SUBTITLE:** *Fish for dinner. That's our goal yes it is.* | M: Fish for dinner. That's our goal, yes it is. |
|---|---|---|
| 00:28:27 | | M:  But I do remember also feeling lonely when I was a kid, and wanting to have more people around. |
| 00:28:37 | | THOMAS MARKLE: Determined. |
| 00:28:38 | | M: What? |
| 00:28:40 | | THOMAS MARKLE: Determined. |
| 00:28:45 | PHOTO MONTAGE | [MUSIC] |
| 00:28:49 | **LOWER THIRD:** *2016* | |
| 00:28:51 | **LOWER THIRD:** *ABIGAIL SPENCER* *Friend and "Suits" Co-Star* | ABIGAIL SPENCER:  She had a whole life before she met H. |
| 00:28:54 | **LOWER THIRD:** *SILVER* *Friend and Producer, "Suits"* | SILVER TREES:  She had a core group of friends and Meg was very outgoing, super social, living in Toronto.  She was very open-hearted. |
| 00:29:04 | | M:  And I lived in, like, a great little residential community, and I had my two dogs, and it was great.  It was easy, low-key, go for hikes and walks.  We'd go to set. |
| 00:29:14 | | M:  I loved my job. |
| 00:29:18 | | [BACKGROUND CONVERSATION] |
| 00:29:21 | **LOWER THIRD:** *CHANTELLE* *Meghan's Former Personal Assistant* | CHANTELLE:  I feel like Toronto is kind of a safe haven for actors who are working in the city.  Meg would go to the grocery store and get recognized.  And people would say, "Aren't you that girl from Suits?" |
| 00:29:32 | | SILVER TREES:  When we were out on the streets she was the one always interacting physically with the fans and, like, "Let's take a selfie," and putting their arms around her. |
| 00:29:40 | | M:  Of course, what's your name? |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:29:42 | | CHANTELLE:  Other than that she had so much freedom.  She had such a beautiful life before everything exploded. |
| 00:29:51 | MONTAGE | [BACKGROUND NOISE] |
| 00:29:59 | | CHANTELLE:  It really did take a dark turn quickly. |
| 00:30:04 | | SILVER TREES:  There is, like, a baked-in level of curiosity and opinion dealing with royals that I have not seen before.  The paparazzi started coming out to try to get eyes on her, and there were people trying to buy call sheets from, like, production assistants on our show so they could find out when she was shooting.  They'd get these really long lenses and, like, hide on hills so that they could get a view of her.  There were people breaking into the area where their trailers are and trying to get pictures of her coming in and out of her trailer.  It started feeling a little bit dangerous for her.  At a certain point we had to cage in all the trailers, and that was really challenging logistically because she was on a TV show and her nature is to never make things more difficult for anyone.  But I don't think anyone knew how to manage that new normal. |
| 00:31:16 | | SILVER TREES:  I mean, I was terrified somebody was going to just be in her trailer waiting for her. |
| 00:31:23 | | M: So I would say to the police, "If any other women in Toronto right now said to you I have six grown men who are sleeping in their cars around my house and following me everywhere, that I go and I feel scared, wouldn't you say it was stalking?"  And they said, "Yes, but there's really nothing we can do because of who you're dating." So, like, "I'm just supposed to live like this?"  They said, "Yeah." And then I got a death threat and things changed because I need to have security. |
| 00:31:54 | **LOWER THIRD:** | STEVE STEVE DAVIES: I was hired by NBC Studios because they needed someone to take over security for Megan and this has been the |

21

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | *STEVE DAVIES*<br>*Meghan's Former*<br>*Security Detail* | most intense situation with the media. I mean, I've worked with A-list celebrities before, high net worth families before. This blew the meter right out the water. The paparazzi they'll do what they have to do to get a picture. My job was to make sure that they didn't really know where we were going and when we were going there. We had a special driver taking myself and Meghan into the studio all the time. He was trained in evasive driving. And we used to have to take different routes to the studio to get away from the paparazzi that were chasing us. And when we're coming back to the residence after the studio they had people on radios letting people know we're coming back down into the area. So we had to go down alleys and bring Megan into the back of the house, open the garage door, make sure no one was there so we could sneak in. |
| 00:32:56 | | CHANTELLE: It was scary. There were people constantly at her door, or trying to get into her house, or trying to get around so that they can find her. |
| 00:33:09 | | STEVE DAVIES: Mail was screened that was coming into the studio. There were some things that came in that were a little bit out of the ordinary, and we used to send those over to Harry's security detail in the U.K. and they used to take care of those situations and monitor what was going on. |
| 00:33:31 | | M: When all of that started happening my friends and people in my life who loved me and care about me are, like, "Is he worth this? Like, we know that you're happy, and we know that you love him. Is he worth this? Look at what's happening to your life." |
| 00:33:49 | **LOWER THIRD:**<br>*April 2017* | |
| 00:33:51 | | M: We just did everything we could to be there for each other. |
| 00:33:54 | **TEXTS:** | [TEXT SOUNDS] |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

|  |  |  |
|---|---|---|
|  | *M:  Okay so what I know so far -*<br>*M: May 4-8 M to London - booked* |  |
| 00:33:57 |  | M:  We had to stay connected. |
| 00:33:58 | **TEXTS:**<br>*M: May 16-21 M to London - booked* | [TEXT SOUNDS] |
| 00:33:59 |  | M:  We wouldn't have survived it if we weren't. |
| 00:34:02 |  | H:  I don't know how we did it, but we did it. |
| 00:34:07 |  | H:  Most of the time we were on the other side of the Atlantic--she was in Canada working.  I would try and get over and see her, and she would come over and see me a hell of a lot more. |
| 00:34:15 | **TEXTS:**<br>*June 12-15 M to London - need to book*<br>*June 30 - July 4 M to London - booked* | [TEXT SOUNDS] |
| 00:34:21 | PICTURES ON SET | [CAMERA SOUNDS] |
| 00:34:24 |  | M:  I would go straight from set to the airport, get there, land, get harassed, try to get to him discreetly, hunker down, and then fly right back and go to set.  Just rinse and repeat constantly. |
| 00:34:42 |  | H:  Dating became a combination of car chases, anti-surveillance driving, and disguises, which isn't a particularly healthy way to start a relationship.  But we always came at it with as much humor as possible.  So whenever we saw each other, you know, we would just give each other a massive hug and try and have as much of a normal life as possible, to let go and have a weekend with her with a group of friends. |
| 00:35:23 |  | M:  It's so funny if I look back at it now, because now I know so much and I'm so glad I didn't then, because I could just authentically be myself without so much preparedness.  Even when Will and Kate came over and I had met her for the first time, they came over for dinner, I remember I was in ripped jeans and I was |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | | |
|---|---|---|---|
| | | | barefoot.  Like, I was a hugger, always been a hugger.  I didn't realize that that is really jarring for a lot of Brits. |
| 00:35:53 | | | M:  I guess I'd started to understand very quickly that the formality on the outside carried through on the inside, that there is a forward-facing way of being.  And then you close the door and you go [SIGHS], oh great, okay, we can relax now.  But that formality carries over on both sides, and that was surprising to me. |
| 00:36:19 | | | H:  My grandmother was the first senior member of the family that Meghan met.  She had no idea what it all consisted of.  So it was a bit of a shock to the system for her. |
| 00:36:33 | | | M:  I mean, it's surreal.  There wasn't, like, some big moment of, like, "And now you're going to meet my grandmother."  I didn't know I was going to meet her until moments before.  We were in the car and we were going to Royal Lodge for lunch.  And he's, like, "Oh, my grandmother's here.  She's going to be there after church."  And I remember we were in the car and driving up, and he said, "You know how to curtsy, right?"  And I just thought it was a joke. |
| 00:37:01 | | | [BACKGROUND NOISE] |
| 00:37:04 | | | H:  How do you explain that to people?  How do you explain that you bow to your grandmother, and that you will need to curtsy, especially to an American?  Like, that's weird. |
| 00:37:15 | | | M:  Now I'm starting to realize this is a big deal.  I mean, Americans will understand this--we have Medieval times dinner and tournament--it was like that.  Like I curtsied as though I was, like... "Pleasure to meet you, Your Majesty."  Like, "Was that okay?"  It was so intense.  And then when she left Eugenie and Jack and Fergie say, "You did great."  "Thanks?"  I didn't know what I was doing. |
| 00:37:56 | | | H:  I remember my family first meeting her and being incredibly impressed.  Some of them |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | didn't quite know what to do with themselves [LAUGHTER]. Because I think they were, they were surprised. Maybe surprised that a ginger could land such a beautiful woman, and such an intelligent woman... But the fact that I was dating an American actress was probably what clouded their judgment more than anything else in the beginning. "Oh, she's an American actress. This won't last." |
| 00:38:21 | | M: The actress thing was the biggest problem, funny enough. There was a big idea of what that looks like from the U.K. standpoint, Hollywood and... It was just very easy for them to typecast that. |
| 00:38:37 | | M: Hi. |
| 00:38:38 | | MAN: Hi. |
| 00:38:43 | **UPPER THIRD:**<br>"*A lot like love*" *(2005)*<br>*Role:* "*Hot Girl*" | MAN: Hi. |
| 00:38:44 | | M: Hi. |
| 00:38:45 | **LOWER THIRD:**<br>*NICK COLLINS*<br>*Meghan's Former Agent* | MAN: I first met Meghan - it was 2007. At that point she'd already gotten cast in a few things. I got a phone call from an executive at Fox and they said, "We cast this girl and she was amazing, and she needs an agent, and we love you, and whatever, and you should meet her." And I was, like, "Great." |
| 00:38:49 | **UPPER THIRD:**<br>"Remember Me" (2010)<br>Role: "Megan" | |
| 00:39:02 | | NICK COLLINS: She had to just kind of go in and meet, and audition, and start from the ground up. |
| 00:39:11 | | M: It is very, very hard on your confidence to be an auditioning actor, especially when you don't fit into any box. |
| 00:39:19 | | NICK COLLINS: I did not know she was biracial. I thought she was this sun-kissed, California, freckly... And I don't even actually remember the point at which I found out she was biracial. And I think once I found out I would send her out for |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | black roles. But sometimes I would pitch her for those roles and the casting director would be, like, "What do you mean?" So I'd have to be, like, "Well, you know, she's biracial. Her mom's black." It's, like, "Well, she doesn't look it." |
| 00:39:41 | | M: When you hear no all the time, you go what's wrong with me? Not good enough for this or this or this. And it triggers the same stuff for me when I was a kid is, like, where do I fit in? |
| 00:39:55 | **LOWER THIRD:**<br>*HEATHER*<br>*Friend* | HEATHER:  She was auditioning and getting close to roles, but not getting them.   I was just so amazed and proud of her that, like, you know, you fall down, you get back up, and she just kept going, and going, and going. |
| 00:40:08 | | M:  All I wanted was to be on a TV show with longevity and consistency. |
| 00:40:12 | | DORIA RAGLAND:  She was relentless, which was amazing.  Like, she didn't throw in the towel.  And then finally the universe said yes. |
| 00:40:24 | | RACHEL: Mike Ross? Hi I'm Rachel Zane I'll be giving you your orientation |
| 00:40:29 | | MIKE: Wow you're pretty |
| 00:40:30 | | RACHEL: Good you hit on me, we can get it out of the way that I am not interested |
| 00:40:36 | | WENDELL PIERCE:  I always loved that picture. |
| 00:40:39 | | RACHEL:  Me, too. |
| 00:40:40 | | NICK COLLINS: Rachel Zane was really in some ways one of the first representations I'd seen of a real identified biracial woman, you know, seeing her family and how it fits together. |
| 00:40:50 | | RACHEL:  I was a child. |
| 00:40:52 | | WENDELL PIERCE:  But most children let things go. |
| 00:40:54 | | NICK COLLINS:  And once they knew who she was, to their credit, they wrote to it. |
| 00:40:59 | **LOWER THIRD:**<br>*SILVER*<br>*Friend and Producer,*<br>*"Suits"* | SILVER TREE:  She would just bring this, like, lightness.  And for a director she is such a simple actor in that she is always natural but is absolutely trusting.  She didn't overthink it, she just did it, and I think it put a lot of people at ease. |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:41:21 | | MAN:  Hi, welcome to the Suits blooper reel, season 5. |
|---|---|---|
| 00:41:24 | MONTAGE | [MUSIC] |
| 00:41:27 | | SILVER TREES:  All the cast really cared for each other, and Meg was the glue for a lot of those cast relationships. |
| 00:41:34 | | M:  Blooper reel. |
| 00:41:36 | | SILVER TREES:  I think she liked being part of something, but I don't think acting was actually her true passion.  She just seemed, like, boiling over with ideas is how I would describe her at that time.  I think she was on a track to do bigger things. |
| 00:41:55 | VIDEO ARCHIVE | M:  (Now we're in) Beverly Hills and we're going to pass the Beverly Hilton Hotel where I'll be on Sunday meeting the other Northwestern people. |
| 00:42:03 | | M:  At Northwestern I double majored in theater and international relations, and I just - I loved writing.  And I minored in English. |
| 00:42:10 | | DORIA RAGLAND:  So there's the brainy part, there's the care-about-how-the-world-functions.  She just has the spirit of exploring. |
| 00:42:21 | | [BACKGROUND CONVERSATION] |
| 00:42:23 | | M:  I've never really been the type of person to do only one thing.  I guess  that's how my website was born. |
| 00:42:31 | | SILVER TREES:  When she first was describing it to me she was, like, "It's your best friend telling you all the fun things that you wish you knew about in one place." |
| 00:42:39 | | M:  There was fashion, there was tons of food, and travel.  So it was all the things that I loved.  And the Tig wasn't just a hobby; it became a really successful business. |
| 00:42:51 | **LOWER THIRD:** *ABIGAIL SPENCER* *Friend and "Suits" Co-Star* | ABIGAIL SPENCER:  I always said to her, I was, like, "I think you're a producer.  Like, I think you're a producer, I think you're an activist." |
| 00:42:56 | **HEADLINES** | |
| 00:42:57 | | M:  I was writing op-eds about your self-worth, and about being biracial, and about volunteer |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | work.  When I would do Suits I would in hiatus go to India, go to Rwanda and do cause-driven work.  That's what I was excited about.  I wasn't trying to find, like, the great indie film that's going to get me an Oscar.  No, I just wanted to go and volunteer. |
| 00:43:28 | | [APPLAUSE/CHEERING] |
| 00:43:33 | **LOWER THIRD:** *March 2015* | M:  Distinguished ladies and gentlemen, I am tremendously honored to be U.N. Women's Advocate for Political Participation and Leadership.  I am proud to be a woman and a feminist. |
| 00:43:48 | | [APPLAUSE/CHEERING] |
| 00:43:54 | | SILVER TREES:  She's fed through service, and I think H is like that, too.  And that's rare. |
| 00:44:01 | **LOWER THIRD:** *COVID VACCINE UN MEETING September 2021* | M:  Welcome, and thank you all so much for being here, truly.  We're very grateful [CROSSTALK].  This is something we [CROSSTALK]... |
| 00:44:06 | | M:  A lot of what H and I connected on in our courtship was that H and I have so many parallel interests even though our worlds and our lives were so different. |
| 00:44:15 | | M:  For us what's deeply important is this idea of equity, be it racial equity, gender equity, in this sense vaccine equity, to just be equipped with the information that we need to be able to better serve this larger purpose. |
| 00:44:27 | | H:  From my perspective I fell head-over-heels in love with her because my heart told me that she as the one that I was going to spend the rest of my life with.  And then once I got to know her even more my head then told me, wow, she's absolutely perfect for the role as well. |
| 00:44:48 | | H:  When it came to Meghan that was I guess a case of finding a needle in a haystack. |
| 00:45:01 | | LIZ GARBUS: Tell me about the proposal please. |
| 00:45:06 | | M:  Oh, you're looking at me?  You tell it. |
| 00:45:10 | **LOWER THIRD:** *November 2017* | |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| 00:45:11 | | H: I wanted to do it earlier, like I was- because I had to ask permission from my grandmother. I couldn't do it outside of the UK. I did pop a bottle of champagne while she was roasting a chicken, and that kind of slightly gave it away She goes, "You never drink champagne, what's the occasion?" I was, like, "I don't know, just had it lying around.  You know, whatever." |
| 00:45:30 | | M: It was a Magnum. [LAUGHTER] |
| 00:45:33 | | H:  It wasn't that I knew she'd say yes, but she'd already moved Guy over so I had Guy as a hostage. |
| 00:45:40 | | M: My dog, yeah. |
| 00:45:41 | | H:  And he was in stilts so he couldn't run away. |
| 00:45:45 | | H:  In the little Ward garden being overlooked by the staff flats. I got fifteen of those little candles. |
| 00:45:53 | **LOWER THIRD:** *Phone call to friend, Jess* **SUBTITLE:** *It's happening.* *He told me not to peek* | M:  Oh my God Jess - Jess - Jess, it's happening, it's happening, it's happening.  Oh my God.  He told me not to peek.  Oh my God. |
| 00:46:03 | | LIZ GARBUS: What position were you in? |
| 00:46:05 | | H: Uh, downward dog |
| 00:46:09 | | M: [LAUGHTER] That was good, clever. |
| 00:46:10 | | H: Was it good? |
| 00:46:10 | | M: See he's funny. |
| 00:46:12 | | H:  Of course I got down on one knee.  Of course I did. |
| 00:46:17 | | M:  He was down on one knee and I was just, like, "Yes."  And we were so joyful and excited. It was, like, we're doing this. |
| 00:46:24 | **LOWER THIRD:** *Engagement Evening* | [MUSIC THROUGHOUT] |
| 00:46:41 | | LUCY:  They were so happy and they were going to keep it quiet because it was going to be announced a few weeks later.  We had a little engagement party and everyone was dressed in animal onesies.  And Meg and Harry were in matching penguin onesies, because penguins |

29

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | mate for life.  And they were so sweet, and we had so much fun. |
| 00:47:00 | **LOWER THIRD:**<br>*Lindsay*<br>*Friend* | LINDSAY:  She felt like they could take on the world. |
| 00:47:05 | ENGAGEMENT PHOTOS | [MUSIC CONTINUES] |
| 00:47:22 | | REPORTER: Breaking Royal News, Prince Harry officially engaged to American Actress Meghan Markle, the announcement putting weeks of speculation to rest. |
| 00:47:30 | **HEADLINES:**<br>*PRINCE HARRY ENGAGED TO AMERICAN ACTRESS MEGHAN MARKLE*<br><br>*PALACE REVOLUTION*<br><br>*HERE COMES THE PRINCESS BRIDE* | REPORTER: Lots of people very excited that she's going to bring this fresh sparkle if you like into the Royal Family and it's all seen as good news. |
| 00:47:37 | | MAN:  I can't tell you how excited we are, the whole world is. |
| 00:47:39 | | WOMAN:  It just shows how much more in touch with the general population the Royal Family's becoming. |
| 00:47:46 | | REPORTER: Raise your hand--does everyone know who Meghan Markle is ? |
| 00:47:46 | **HEADLINES:**<br>*WILL MEGHAN MARKLE CHANGE THE ROYAL FAMILY?* | |
| 00:47:48 | | GIRL: Yeah |
| 00:47:48 | | GIRL: I think it'll make a difference slightly because some people are like really racist to other people because of the their color. And because Meghan Markle is joining the Royal Family I think it might make them change their mind. |
| 00:48:05 | **LOWER THIRD:**<br>*MISAN HARRIMAN* | MISAN: The union of Harry and Meghan for a lot people of color and the black community in the |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

|  |  |  |
|---|---|---|
|  | *Chair, Southbank Centre London, Photographer, and Friend* | UK, possibly for the first time made a lot of people feel seen. |
| 00:48:16 | **HEADLINES:** *Meghan Markle Is Going to Make History*<br><br>*A Woman of Color is Starring in a Real-Life Fairytale* | [CHEERING] |
| 00:48:24 |  | DAVID OLUSOGA:  Like everyone else a lot of black people that I know have been all swept up in the kind of romance and sort of the kind of wonder of this moment. |
| 00:48:30 | **HEADLINES:** *Black women celebrate storybook royal engagement* |  |
| 00:48:33 | **LOWER THIRD:** *DAVID OLUSAGA Author, Black and British* | DAVID OLUSOGA:  I wanted it to work, as so many people wanted it to work. |
| 00:48:41 | **HEADLINES:** *Yes, they're joyfully in love.  So why do I have a niggling worry about this engagement picture?* | DAVID OLUSOGA:  But this fairytale is embedding itself in a nation that is having a pretty toxic debate about the European Union. |
| 00:48:54 |  | JOHNSON: Now this is a once in a lifetime chance for us to take back control of country. Can you hear me in the back? |
| 00:49:00 |  | CROWD: Yeah |
| 00:49:01 |  | MAN:  Immigration is the number-one issue that people are very upset, they're very unhappy. |
| 00:49:08 |  | DAVID OLUSOGA: If you go back and look at the social media of that moment, immigration is at the absolute center of those debates. And immigration is very often in this country a cypher for race. |
| 00:49:22 |  | MAN:  Everybody should feel concerned about illegal immigration.  We don't know who these people are. |

31

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| 00:49:27 | **SUBTITLE:**<br>*Go back to Africa.* | MAN:  Go back to Africa. |
|---|---|---|
| 00:49:29 | **SUBTITLE:**<br>*Send them back home.* | MAN:  Send them back home. |
| 00:49:30 | | [BACKGROUND NOISE] |
| 00:49:35 | **HEADLINES:**<br>*'A FRENZY OF HATRED':*<br>*HOW TO UNDERSTAND*<br>*BREXIT RACISM* | |
| 00:49:39 | **HEADLINES:**<br>*The Sun and Daily Mail*<br>*accused of '<mark>fuelling</mark>*<br>*prejudice' in report on*<br>*rising racist violence and*<br>*hate speech in the UK*<br><br>*ECRI REPORT ON THE*<br>*UNITED KINGDOM*<br>*(fifth monitoring cycle)*<br><br>*Hate speech in some*<br>*traditional media,*<br>*particularly tabloid*<br>*newspapers...*<br><br>*...offensive, discriminatory*<br>*and provocative*<br>*terminology.*<br><br>*...first step in the process*<br>*toward actual violence.* | H:  So the EU commissioned a report in 2016, exactly the same time that our relationship became public, warned that if the government isn't going to do something, or if the media aren't going to sort themselves out, that a culture war that had already existed was going to become huge and become a real problem. |
| 00:49:59 | **HEADLINES:**<br>*Brexit: Increase the racist*<br>*attacks after EU*<br>*referendum*<br><br>*'There ARE too many*<br>*immigrants in the UK', say*<br>*seven in 10 Britons* | |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

|  |  |  |
|---|---|---|
|  | *Violence, intimidation and calls of "Go home" directed at minorities from Europeans in England to non-white Britons.* |  |
| 00:50:04 | **LOWER THIRD:** *JAMES HOLT Executive Director, Archewell Foundation Former Palace Spokesman (2017-2019)* | JAMES HOLT:  It was a perfect storm that gave credence to jingoism and nationalism, and gave people with really horrible views of the world a little bit more strength and confidence to say what they wanted to say, to do whatever they wanted to do. |
| 00:50:26 |  | DAVID OLUSOGA:  So it was an inauspicious moment for Britain to be trying to live out this fairytale story of this fairytale princess in this diverse, modernizing country. |
| 00:50:41 | **LOWER THIRD:** *ROYAL ENGAGEMENT ANNOUNCEMENT November 27, 2017* |  |
| 00:50:47 |  | DAVID OLUSOGA:  You were slightly watching it with your hand in your mouth.  Could the tabloids control themselves?  Could the palace persuade the tabloids to control themselves?  Could we as a nation wean ourselves off wanting to intrude into the lives of the Royal Family far more than is reasonable? |
| 00:51:10 |  | REPORTER:  Congratulations from all of us.  How are you both feeling? |
| 00:51:15 | **SUBTITLE:** *Very glad it's not raining, as well.* | H:  Yeah, thrilled.  Over the moon.  Very glad it's not raining, as well. |
| 00:51:20 |  | REPORTER:  And Meghan, how are you feeling? |
| 00:51:21 | **SUBTITLE:** *So happy, thank you.* | M:  So happy, thank you. |
| 00:51:23 |  | M:  At that point I was still very much believing what I was being told, which was it will pass, it will get better, it's just what they do right at the very beginning.  This promise of, "Once you're married, don't worry, it'll get better.  Once they get used to you it'll get better.  Of course it'll get |

**Story Syndicate**

CHAPTERS
Episode 102
November 12, 2022

| | | |
|---|---|---|
| | | better.  But truth be told, no matter how hard I tried, no matter how good I was, no matter what I did, they were still going to find a way to destroy me. |
| 00:52:18 | **END CREDITS** | [MUSIC] |
| 00:54:06 | | |