# EXHIBIT 2

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| TC | VISUALS | AUDIO |
|---|---|---|
| 00:00:03 | **LOWER THIRD:**<br>*November 27, 2017* | |
| 00:00:12 | | INTV: Your Royal Highness, Meghan Markle Congratulations to you both. |
| 00:00:15 | | M: Thank you. |
| 00:00:15 | | INTV: Can we start with the proposal and the actual moment of your engagement? When did it happen? How did it happen? |
| 00:00:23 | | H: It happened a few weeks ago, um, earlier this month here at our Cottage. |
| 00:00:29 | **SUBTITLE:**<br>*In your engagement interview…* | LIZ GARBUS: In your engagement interview you said… |
| 00:00:33 | | M: Orchestrated reality show. Yep. |
| 00:00:37 | | M: It was, you know, rehearsed. So we did the thing out with the press and then we went right inside, took the coat off, sat down and did the interview. So it was all in that same moment. |
| 00:00:54 | | REPORTER: Well I think hearts are broken world wide this morning certainly because he's probably the most popular member of the Royal Family. |
| 00:00:59 | | REPORTER: The official news Prince Harry and Markle are engaged. |
| 00:01:02 | | REPORTER: Twitter's gone absolutely bonkers |
| 00:01:04 | | BELL RINGER: Buckingham Palace proudly announce the engagement of Prince Harry and Meghan Markle. God save the Queen! |
| 00:01:15 | **SUBTITLE:**<br>*You mean just like prepping you before they are gonna ask you this, this, this? Or how does that work?* | LIZ GARBUS: You mean just like prepping you before they are gonna ask you this, this, this? Or how does it work? |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:01:19 | | M: Yeah, but also like and you know and then there'll be a moment where they'll want to see the ring so show the ring. |
| 00:01:22 | | H: The main stone itself I sourced from Botswana and the little diamonds either side are from my mother's jewelry collection to make sure she's with us on this on this crazy journey together. |
| 00:01:37 | | INTV: What do you think your mother would have thought of Meghan or said about Meghan? |
| 00:01:41 | | H: I think they would be thick as thieves without question. I think she would be over the moon, jumping up and down, so excited for me. But then, as I said it, would have probably been best friends best friends with Meghan. I'm sure she's... |
| 00:01:56 | | M: She's with us. |
| 00:01:57 | | H: ...I'm sure she's with us, yeah, you know, jumping up and down somewhere else. |
| 00:02:00 | | REPORTER: I think this is the happy ending that people have wished for for Prince Harry. |
| 00:02:03 | | PRINCE CHARLES: No, we're thrilled. |
| 00:02:04 | | CAMILA: Absolutely thrilled. |
| 00:02:05 | | KATE: Absolutely thrilled at such exciting news. |
| 00:02:08 | | M: This family has been so welcoming and... |
| 00:02:10 | | H: Catherine's been absolutely... |
| 00:02:12 | | M: She's so wonderful. |
| 00:02:12 | | H: ...amazing, as has William as well. |
| 00:02:14 | | INTV: You've met each other's families? |
| 00:02:14 | **HEADLINES:** *Princess at War* *They Haven't Spoken in weeks!* *Compton* *Don't fall for my little sis, Harry she'd be the next…* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:02:17 | | M: My mom, we've spent a lot of time with who is so much fun. He's talked to my dad a few times hasn't been able to meet him just yet, um... |
| 00:02:25 | | REPORTER: Not just the notion of an American bride, but also her mixed race background. |
| 00:02:29 | | REPORTER: The first of mixed race ethnicity |
| 00:02:31 | | REPORTER: There are many things about her which make her relevant to the modern generation. |
| 00:02:35 | | REPORTER: There's still just so much scrutiny |
| 00:02:36 | | INTV: Do you have that sense that the combination of the two of you, your different backgrounds, that you together represent something new for the Royal Family? |
| 00:02:43 | ARCHIVE MONTAGE | [MUSIC] |
| 00:02:50 | | H: No. We're a fantastic team, we know we are, and we hope to over time try and have as much impact for all things that we care about as much as possible. |
| 00:03:00 | | M: I am very excited about that, yeah. |
| 00:03:03 | | M: But yes, we weren't - so my point is we weren't allowed to tell our story because they didn't want... |
| 00:03:08 | | H: We've never been allowed to tell our story. |
| 00:03:10 | | M: That's true. |
| 00:03:12 | | H: That's the consistency. |
| 00:03:14 | | M: That is consistent, yeah, until now. |
| 00:03:18 | **SUBTITLE:** *I guess that's why we're here.* | LIZ GARBUS: I guess that's why we're here. |
| 00:03:19 | | M: Yeah. |
| 00:03:22 | MAIN TITLE SEQUENCE | MAIN TITLE SEQUENCE |
| 00:04:11 | | CROWD: MEGHAN! MEGHAN! |
| 00:04:16 | **LOWER THIRD:** *DAVID OLUSOGA* *Author, Black and British* | DAVID OLUSOGA: Who dreamed that Britain would have a Black Princess? I couldn't have conceived that. It was a conclusion to a history that was so improbable as to be astonishing. |

3

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| 00:04:33 | | DAVID OLUSOGA: It is hard to believe the role that Britain's played in world history. This little island off the coast of Europe was at the center of the biggest empire that the world has ever seen. But the question we have to ask is, who's paid the cost in all of this? |
|---|---|---|
| 00:04:53 | **LOWER THIRD:** *AFUA HIRSCH Journalist and Author, Brit(ish)* | AFUA HIRSCH: It's often said that Britain had a Deep South that was just as brutal that actually enslaved more Africans than the United States of America did, but that Deep South was the Caribbean. It was overseas, it was far away. It was out of sight and out of mind. |
| 00:05:12 | | DAVID OLUSOGA: Jamaica becomes this incredibly profitable center of British slavery. And then of course, there's the settlements in North America--tobacco in Virginia and Maryland, rice further South. Slavery is fueling this early British Empire. |
| 00:05:28 | **FAMILY TREE** | AFUA HIRSCH: The first ever commercial slave voyage conducted by Britain was personally financed by Queen Elizabeth the first and it continued to be financed by kings and queens right up until its abolition. |
| 00:05:45 | | DAVID OLUSOGA: When I was at school, the only aspect of the whole story of British slavery that I was ever taught was the abolition of slavery. |
| 00:05:54 | | DAVID OLUSOGA: In 1807 Britain abolished its slave trade, and in the 1830s Britain abolished its slave empire. But even when we tell that very selective slice of the history, we miss out a critical aspect. Slavery wasn't just abolished, the slave owners were compensated. |
| 00:06:12 | GFX FIX TK | |
| 00:06:12 | | DAVID OLUSOGA: They were compensated enormously, 20 million pounds for their human property. It's just another way in which our memory |

4

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  |  |  |
|---|---|---|
|  |  | of British slavery has been airbrushed out of Britain's story. |
| 00:06:15 | **HEADLINES:** *UK Taxpayers have been Paying Compensation to Slave Owners for More than 180 Years Until 2015* |  |
| 00:06:26 |  | CROWD: God save our gracious Queen. Long live our noble... |
| 00:06:33 | **LOWER THIRD:** *JAMES HOLT Co-Executive Director, Archewell Foundation Former Palace Spokesman (2017 -2019)* | JAMES HOLT: Growing up in the UK, I was completely oblivious to that history and that legacy. And when I look back on it I think a lot of the focus was put on celebrating out colonial power and just how important Britain used to be globally. |
| 00:06:56 |  | DAVID OLUSOGA: I think one of the oddest things is it was only in the very last decades of that imperial epoch that black and brown people came to live in Britain in large numbers. |
| 00:07:09 |  | AFUA HIRSCH: In the mid 20th century, Britain went to the Caribbean islands recruiting people to drive buses, become nurses in the newly created National Health Service, teachers in newly expanded schools. And these were on the whole low paid jobs. |
| 00:07:30 |  | DAVID OLUSOGA: And this city London began to look for the only time in its history like it actually was the center of an empire that was mainly made up of non-white people. |
| 00:07:42 |  | DAVID OLUSOGA: I think what's happened over the past 50, 60 years is that there is a call to reimagine the Commonwealth, and to reimagine Britain, and to reimagine its institutions. |
| 00:07:54 |  | DAVID OLUSOGA: And so the moment when I thought, well, this is significant was when they got engaged. Could this really be a moment in which, in |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | essence, the Royal family caught up with the rest of Britain? |
| 00:08:12 | **LOWER THIRD:**<br>*December 1, 2017*<br>*5 months to Wedding* | |
| 00:08:13 | | REPORTER: Nottingham, this morning center of attention on both sides of the Atlantic. The crowds waiting to take their place in the fairy tale of the soldier prince and the Hollywood actress. |
| 00:08:28 | | MAN: Harry's brought his bird to town so I've brought mine. |
| 00:08:35 | **SUBTITLE:**<br>*And why are you here?* | REPORTER: And why are you here? |
| 00:08:36 | | WOMAN: Um, just to see Meghan. That's it. |
| 00:08:39 | | REPORTER: This is the moment which will be played around the world. The first royal test for Meghan Markle. |
| 00:08:48 | | M: I never saw pictures or videos of a walkabout. Like, what's a walkabout? |
| 00:08:57 | | H: I could talk her through as much as I knew from my own experience and what I'd seen. But the piece I really didn't know about was the style, right, and what a woman needed to - how they needed to dress and all that sort of stuff. |
| 00:09:11 | | M: You know, you'd be there with the scissors. Like, I was getting ready, like, we have five minutes. "Okay." I was like, "Should I wear these earrings? Are these a British designer? I just ordered these online. Is this good? And can you– Wait my tag's still on it. Cut the tag, oh wait..." |
| 00:09:21 | | H: And then the zip breaks and it's like... |
| 00:09:22 | | M: And it's like, "Okay, do we have safety pins? Just safety pin it." |
| 00:09:25 | | H: I mean, the whole thing was just ridiculous. |

6

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:09:28 | | M: "You ready?" "Yeah, okay." We just sort of, went with it. |
| 00:09:34 | | CROWD: [CHEERING] |
| 00:09:38 | | REPORTER: Just days since we found out they were engaged, Prince Harry and Meghan Markle were on their first ever royal walkabout |
| 00:09:42 | | CROWD: MEGHAN! MEGHAN! HARRY! HARRY ! |
| 00:09:46 | | REPORTER: As an actress, Meghan Markle is used to the red carpet. She used to all these crowds. This, however, is something else. |
| 00:09:56 | | WOMAN: They looked perfect, and she was dressed just on point. |
| 00:09:59 | | WOMAN 2: Yeah. She looked amazing. |
| 00:10:02 | | WOMAN 3: She was delightful. She was lovely. |
| 00:10:05 | | CROWD: Meghan we love you! Meghan! |
| 00:10:09 | | H: Everybody was just so excited and pleased and happy and I think people looked at it and went wow, what a breath of fresh air. |
| 00:10:15 | | [CHEERING] |
| 00:10:18 | | WOMAN: Good addition to the Royal Family! |
| 00:10:19 | | WOMAN 2: Definitely! |
| 00:10:20 | | WOMAN: An American. |
| 00:10:21 | | WOMAN 2: Got mixed kids! |
| 00:10:22 | | WOMAN: Yeah! Mixed kids in the Royal Family now. |
| 00:10:24 | | REPORTER 2: What a day for Meghan Markle. |
| 00:10:27 | | REPORTER 3: There was no doubt who sparkled the most today. |
| 00:10:27 | GFX FIX TK<br>**HEADLINES:**<br>"*Meghan's First Royal Walkabout*"<br>"*royal art of winning over a crowd*"<br>"*The Magic of Meghan*" | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| 00:10:30 | | H: I thought to myself, like what a dream. I found a woman, that not necessarily finds this easy, but is able to do it and make it look easy. |
|---|---|---|
| 00:10:47 | **LOWER THIRD:**<br>*NEW YORK CITY*<br>*November 2021* | |
| 00:10:53 | | M: H, can you DJ? Elton! |
| 00:11:11 | | MANDANA DAYANI: Elton, I'll take it. |
| 00:11:04 | | M: I mean, Archie loves Benny and the Jets. It is his favorite song and to watch a two-year old go, "Benny, Benny, Benny." |
| 00:11:14 | | M: Daniel was with me on our wedding. We've been together for the progression of so much |
| 00:11:15 | **LOWER THIRD:**<br>*DANIEL MARTIN*<br>*Makeup Artist and Friend* | |
| 00:11:20 | | DANIEL MARTIN: Oh my God |
| 00:11:29 | | M: How long has it been now? |
| 00:11:21 | | DANIEL MARTIN: Ten - almost 10 years? Over 10 years? |
| 00:11:26 | | M: Easy. |
| 00:11:26 | | DANIEL MARTIN: Oh my goodness. It's so crazy! |
| 00:11:29 | | M: I know. I know. Nothing's changed…Except for everything! |
| 00:11:39 | **LOWER THIRD:**<br>*MANDANA DAYANI*<br>*President, Archewell* | |
| 00:11:31 | | DANIEL MARTIN: Yeah |

8

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:11:43 | | MANDANA DAYANI: Um, so maybe after this we can do a little bit of prep, just go through some of the journalists that post these accounts. |
| 00:11:51 | | M: Mostly royal experts. Is this one mine? |
| 00:11:55 | | UNKNOWN: Yes |
| 00:11:55 | | MANDANA DAYANI: I don't understand what that means. Someone can just call themselves a royal expert? |
| 00:12:00 | | M: That's a question for my husband. People can just call themselves a royal expert? |
| 00:12:04 | | MANDANA DAYANI: But it should actually mean something. |
| 00:12:04 | | H: I know but —It's the same as, royal correspondent. Royal correspondent is a title, I suppose, that is given to a select group of journalists so that those newspapers can use them and their stories with "royal correspondent" as credible fact, just so whatever the papers print can come with extra credibility. I mean, anyone can be a royal expert. The whole point of it is to try and lend legitimacy to media articles and they get paid for it. |
| 00:12:32 | | H: And that sort of press pack of royal correspondents is essentially just an extended PR arm of the Royal Family. So, it's been an agreement that's been there for over 30 years. |
| 00:12:49 | **LOWER THIRD:** <br> *TIM BURT* <br> *Strategic Advisor to Archewell and Vice Chairman, Teneo* | TIM BURT: The tabloids in the UK have a very special relationship with the Royal Family. There's a sort of unwritten contract between the institution and the press. |
| 01:13:02 | | TIM BURT: The way it's presented in the media is the taxpayer in the UK pays for the Royal family and then in return for those payments... |
| 01:13:11 | | PAPS: Can we just see the ring? See the ring, slightly more ring? |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 01:13:13 | | TIM BURT: ...there is an expectation that the Royal family will be available to the media.  And, this is a sense of we pay, you pose. And they feel that they have a duty to their readers to bring private aspects of their lives to light. Not all of always directly related to the facts on the ground. |
| 01:13:28 | GFX FIX TK<br>**HEADLINES:**<br> *"Tears in the Alps"*<br>*"6 Min Love Tape Could Cost Charles Throne"*<br>*"Harry's Drug Shame"* | |
| 00:13:41 | | H: And if you're part of the Royal Rota, you have priority over the story over everybody else. |
| 00:13:48 | **Royal Houses** | TIM BURT: The Royal Rota is a system by which certain media are allocated slots to cover the members of the family. And however aggressive their previous coverage might've been. They still get the right to be on the Rota. |
| 00:13:52 | The Telegraph<br>The Sun<br>Daily Mail<br>Daily Express<br>The Times<br>Daily Mirror<br>Evening Standard | |
| 00:14:07 | | H: Like so all Royal news goes through the filter of all the newspapers within the Royal R ota, most of which apart from The Telegraph happen to be tabloids. It all comes down to control. It's like, "This family is ours to exploit. Their trauma is our story and our narrative to control." |
| 00:14:25 | | PRINCE CHARLES: Cameras poking at you from every corner, and recording every twitch. If you don't try to work out in your own mind some kind of |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | method for existing and surviving this kinda of thing, you would go mad I think. |
| 00:14:43 | | AFUA HIRSCH: Harry and William are the first generation that I've seen grow up under that contract. |
| 00:14:54 | | AFUA HIRSCH: And I wish there was more introspection about the idea that you can be born into a contractual relationship with the British media. |
| 00:15:10 | **SUBTITLE:** *Rota! A couple of steps back please. Sorry, keep moving.* | JAMES HOLT: Rota! A couple of steps back please. Sorry, keep moving. |
| 00:15:15 | **LOWER THIRD:** *JAMES HOLT Co-Executive Director, Archewell Foundation Former Palace Spokesman (2017 -2019)* | JAMES HOLT: I remember doing an event with both the Duke and Duchess. And one of the photographers almost in jest said to me, "Can't you get him to do something more? He doesn't perform for us anymore." So I went to Harry and Meghan and, I actually, and I regret it wholeheartedly now, I said to them, "Sometimes we just have to play the game." And that ultimately, that game is the invisible contract. |
| 00:15:43 | | JAMES HOLT: Harry and Meghan and the rest of the family had an obligation to perform. And if they didn't you would fall out of favor and then any opportunity that would be used to write negative or highlight negative would be taken. |
| 00:15:57 | | PAPS: Harry, Harry |
| 00:15:59 | | JAMES HOLT: Imagine, all of these people that have published horrible things about you, have published horrible things about your family, have published horrible things about your mother. You've gotta perform for them. It's a real cutthroat business. And with Meghan there was no limit. It was fair game on everyone. |

11

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:16:25 | **LOWER THIRD:**<br>*LINDSAY JILL ROTH*<br>*Friend* | LINDSAY ROTH: You know, we knew that they would contact people that Meg was close to. I didn't know the lengths that they would go. There were journalists outside of my apartment building. There were people trailing us in London. It was intense. |
| 00:16:41 | **LOWER THIRD:**<br>*SUSAN WILLIGER*<br>*Meghan's Childhood*<br>*Friend* | SUSAN: The press was ruthless. They would go to my parents' home. I remember a friend forwarded me this article where my mom was quoted. It was like, "oh Megan's obsessed with Princess Diana or we watched Princess Diana's wedding growing up. Just things that never happened and weren't true at all. |
| 00:16:50 | GFX FIX TK<br>**HEADLINES:**<br>*"Meghan Markle*<br>*'obsessed with watching*<br>*Princess Diana's royal*<br>*wedding as a child' as*<br>*we reveal their striking*<br>*similarities"* | |
| 00:17:00 | **LOWER THIRD:**<br>*DORIA*<br>*Meghan's Mother* | DORIA RAGLAND: I felt unsafe a lot. I can't just go walk my dogs. I can't just go to work.  You know, there was always someone there waiting for me, following me to work. I was being stalked by the paparazzi. |
| 00:17:16 | | DORIA RAGLAND:  Once I pulled over, and so he pulled next to me and he said, "you know, I just am trying to get a story. You know you can get a lot of money for this." And I just looked at him and think this is my child, like, I have nothing to say. |
| 00:17:31 | **HEADLINE:**<br>*MUM'S SIDE: DIRT*<br>*POOR IN DEEP SOUTH* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:17:33 | | M: The UK media, I truly believe, wanted my mom's side of my family to be the ones that all this drama could be stirred up with. And suddenly you just have my mom who is classy and quiet and there. And then you have the other side of my family that is just acting differently |
| 00:17:43: | *Doria Loyce RAGLAND Born Sep 1956. Mental health therapist and yoga teacher.* | |
| 00:17:55 | | M: My half-sister who I hadn't seen for over a decade, and that was only for a day and a half, suddenly it felt like she was everywhere. |
| 00:17:56 | **HEADLINES:** *"Her Sister  Tells All The Meghan Only I Know" Family Secrets Fraught relationship Don't fall for my little sis, Harry, she'd be* | |
| 00:18:03 | | M: I don't know your middle name. I don't know your birthday. You're telling these people that you raised me and you've coined me Princess Pushy. |
| 00:18:05 | GFX FIX TK **HEADLINES:** *Samantha has claimed to have raised Meghan for 12 years when she was growing up.* | |
| 00:18:09 | **HEADLINES:** *Princess Pushy* | |
| 00:18:12 | **FAMILY TREE** | DORIA RAGLAND: Tom's kids were a good 17 years older than her, and Meg and I left when she was two. |
| 00:18:21 | | M: I don't remember seeing her when I was a kid at my dad's house, if and when they would come |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | around. And then the last time that I saw her that I remember is when I was in my early 20s. |
| 00:18:34 | | M: I hadn't had a fallout with her. We didn't have a closeness to be able to have that. And I wanted a sister. |
| 00:18:42 | **TEXT:**<br>*Samantha maintains that she and Meghan had a close relationship until 2018 and that the media fabricated many of the quotes that have been attributed to her.* | |
| 00:18:52 | | ASHLEIGH HALE: My name's Ashleigh Hale. I'm an immigration attorney and I am Meg's niece. |
| 00:18:58 | **SUBTITLE:**<br>*How are you and Meg related?* | LIZ GARBUS: How are you and Meg related? |
| 00:18:59 | **LOWER THIRD:**<br>*ASHLEIGH*<br>*Meghan's Niece.*<br><br>**FAMILY TREE** | ASHLEIGH HALE: So Meg is my aunt on the maternal side of my family, so she is my biological mother's half sister. My biological mother is Samantha Markle, and it was agreed by everyone for myself and my brother to be raised by our grandparents. |
| 00:19:19 | | ASHLEIGH HALE: So they got custody of us when I was probably around two years old. And ultimately they did adopt us, so I was raised by my paternal grandparents.  You know, and for me they were they were my parents. |
| 00:19:36 | | ASHLEIGH HALE: My biological mother, had not seen her since I was six years old. And then later in life, around 2007, we reconnected. |
| 00:19:47 | | M: I just remember my dad saying to me," Samantha found her - her daughter." I was like, "Oh. If you have her email address I want to email her." |
| 00:19:57 | | ASHLEIGH HALE: It started out with, you know, like with these long emails back and forth to each other, |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | and then text and calls. After a while I think we were talking on some level several days a week. |
| 00:20:13 | | M: And we just hit it off. And then she and I just started - I - you know, I was on Suits at the time so I said, "Let's go on vacations." |
| 00:20:22 | | ASHLEIGH HALE:  She took me to New Orleans. We walked around, we'd listen to some good live music, ate way too much food, and had way too many drinks. It was just the two of us, which I think was really special. |
| 00:20:37 | | ASHLEIGH HALE: I think she takes on a lot of roles for me. There's like a sister element. There's something maternal. She's a best friend. She's you know kind of all of the things. |
| 00:20:53 | **INSTAGRAM:** *meghanmarkle Oh how I love my @ashleigh(blurred)* | |
| 00:20:55 | | M: I think we both craved the same thing. You know, I wanted a sister, and she was like a little sister. |
| 00:21:01 | | M: Ash was put through quite a bit by the media just by association, and I didn't want - I didn't want her life to be plagued with all that drama |
| 00:21:10 | **HEADLINES:** *"Prince Harry's 'new girlfriend' slammed by own sister who calls her 'shallow narcissist not fit to be royal'"* | |
| 00:21:12 | | ASHLEIGH HALE: After the news first broke Samantha, pretty quickly began expressing a lot of angry words about Meg towards me. What was communicated to me was maybe some resentment. And it felt like no matter what I said, you know, her perspective didn't change and seemed to get angrier and bigger and we stopped talking. You know, some people you just can't reason with. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:21:52 | **LOWER THIRD:**<br>*Christmas, 2017*<br>*5 Months to Wedding* | |
| 00:21:59 | | INTV: It's your future wife's first Christmas with the in-laws. All of us have to explain certain things about our family to our person we're marrying. Were there family traditions you had to explain to her? |
| 00:22:11 | | H: Oh plenty, I think we've got one of the biggest families that I know of.  And every family is complex as well. So, she's done an absolutely amazing job. She's, you know, getting in there and it's, you know, it's the family that I suppose she's never had. |
| 00:22:32 | | M: I remember so vividly the first Christmas at Sandringham, calling my mom and she's like, "how's it going?" and I said, "Oh my gosh, it's amazing. It's just like a big family like I always wanted." |
| 00:22:47 | | M: And there was just this constant movement and energy and fun. At dinner I was sat next to H's grandfather. And I just thought it was so wonderful. And I was like, oh, we chatted and it was so great. And I talked about this and talked about this. And he was like, "You had his bad ear. He couldn't hear anything you were saying." I was, like, "Oh. Well I thought it went really well." |
| 00:23:16 | | REPORTER: Tonight, there is a new royal scandal. The wife of one of the queen's cousins, Princess Michael of Kent, wore what's called a Blackamoor brooch to the queen's annual Christmas lunch. The jewelry is widely viewed as racist and the decision to wear it quickly drew criticism on social media. |
| 00:23:31 | **HEADLINE:**<br>*ROYAL SCANDAL* | |
| 00:23:32 | GFX FIX TK<br>**TWEETS:**<br>*Prince Michael of Kent*<br>*appears to have officially*<br>*turned into a parody of* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  |  |  |
|---|---|---|
|  | *herself as she attends The Queen's Christmas Party wearing a blackamoor brooch.*<br><br>*ah, the Princess who wears "racist jewelry" to lunch with Meghan Markle. RACIST JEWELRY*<br><br>*Ummm Princess Michael of Kent is rude af* |  |
| 01:23:38 |  | AFUA HIRSCH: When I heard about Megan at an event where a member of her soon to be family was wearing a Blackamoor brooch, I wasn't hugely surprised because one of the realities of life in Britain is that if you go into a palace or a stately home or anywhere that represents tradition, you are likely to be faced with racist imagery. |
| 00:24:00 |  | AFUA HIRSCH: There are murals on the wall or carvings on the ceiling that depict enslaved people in a way that glorifies the institution of slavery. You could say it's a small thing. It's a brooch. She probably didn't mean any harm by it. You magnify that thousands of times, it was just a painting. It was just a slave. It was just a plantation. These are the skeletons in the closet that frequently make an unwelcome appearance in daily life. |
| 00:24:27 | **HEADLINES:**<br>*"Princess Michael of Kent sorry for wearing 'racist' brooch"* |  |
| 00:24:31 |  | H: In this family sometimes, you know, you're part of the problem rather than part of the solution. And there is a huge level of unconscious bias.  The thing with unconscious bias is it's actually no one's fault, |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | but, once it's been pointed out or identified within yourself, you then need to make it right.  It's education, it's awareness. And it is a constant work in progress for everybody including me, you know. |
| 00:24:39 | GFX FIX TK<br>**HEADLINES:**<br>*Prince Harry admits his unconscious bias. Can others now acknowledge their privilege, too?*<br><br>*Harry: life with Meghan made me aware of unconscious racial bias* | |
| 00:25:04 | | REPORTER: British Headline writers have been salivating today. Prince Harry's choice to wear a Nazi uniform earlier this month to a private party has caused outrage. |
| 00:25:06 | **UPPER THIRD:**<br>*2005*<br>**HEADLINE:**<br>*Prince Harry in swastika shock* | |
| 00:25:10 | | REPORTER: …choose to wear a Nazi uniform to a costume party. |
| 00:25:12 | | REPORTER: Wearing a Nazi outfit at a costume party |
| 00:25:13 | | REPORTER: Many are questioning the sensitivity of a twenty year prince who choses to party in a Nazi uniform. |
| 00:25:14 | **HEADLINE:**<br>*Prince's sorry mess* | |
| 00:25:21 | | H: It was one of the biggest mistakes of my life.  I felt so ashamed afterwards. All I wanted to do was make it right. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:25:33 | | H: I sat down and spoke to the chief rabbi in London, which had a profound impact on me. I went to Berlin and spoke to a Holocaust survivor. I could have just ignored it and got on and probably just made the same mistakes over and over again in my life. But, I learned from that. |
| 00:26:59 | **LOWER THIRD:** *MISAN  HARRIMAN Chair, Southbank Centre (London), Photographer and Friend* | MISAN HARRIMAN: Harry, he was not too dissimilar to a lot of the boys I went to school with. You know, they were in an echo chamber of absolute privilege that afforded them to live in a very particular life. And once you step out of that you realize that there's a much bigger world. |
| 00:26:24 | **LOWER THIRD:** *MCGUIRE AIR FORCE BASE, NEW JERSEY November  2021* | |
| 00:26:30 | | WOMAN: Everyone, the Duke and Duchess. |
| 00:26:32 | | M: Hi, how are you? Okay thank you. Hi. |
| 00:26:38 | | H: Hi guys, hi hi hi. How long have you guys been sitting in here for, in silence? |
| 00:26:51 | | H: I'm never going to remember these names, by the way. |
| 00:26:53 | | Woman: We don't know each other. |
| 00:26:54 | | H: It is - it feels like speed dating.  If I knew - that is so weird. |
| 00:26:59 | | M: I'm watching my husband over there. You see how much joy it brings him to be back on a base and he just immediately goes back into like military banter. |
| 00:27:06 | | H: Everybody, and it's amazing how long you all stay for. The pension's 20 years, right? |
| 00:27:10 | **SUBTITLE:** *Once you get to a certain point it's like the point of no return. You're like,* | VET: Once you get to a certain point it's like the point of no return. You're like, oh 12 years-ish, oh may as well stay. |

19

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *"Oh, 12 years-ish? Well, may as well stay."* | |
| 00:27:16 | | H: No, I signed up for 3, and then they kept dangling the carrot of different options in front of me and ended up serving 10 years. |
| 00:27:28 | | H: My 10 years in the Army, it gave me the lived experience that other members of my family wouldn't have had. Two tours of Afghanistan, flying Apache helicopters on a military base means that you grow up pretty fast. |
| 00:27:49 | | H: Jeez, I went to war twice. The people that I met and the lifelong friends made, that was my second family. Because at that point there's still scars left open from my mum's awesomeness to put it mildly. |
| 00:28:15 | | H: Hopefully she'd be proud. William sent me a letter saying how proud he reckons she would be. You know, it's one thing that I don't necessarily think about the whole time because I've got the guys to worry about. |
| 00:28:30 | | MAN: We've been married ten years and done five moves since we've been married. So… |
| 00:28:34 | | H: Three kids in ten years and five moves. |
| 00:28:37 | | MAN: Mm-hm, yeah. So we've been busy and... Well not that way but… [LAUGHTER] |
| 00:28:43 | | H: No, in every way. In every way. That's good. That's cool. That's fine. |
| 00:28:48 | | H: I mean, working and living with normal people--and I fully appreciate that my life is not normal--certainly has an effect on you, right? The bubble within the bubble that I was brought up in |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | got burst. And ultimately I'm so grateful for it. And that was all before I met Meghan. |
| 00:29:15 | | MAN: What I'd like to say is, like, depression is the family secret that we all share. And sharing our story allows others to tell theirs in return.  So on behalf of the bulldogs and those that help generate the airplanes that deliver hope to others, I wanted to give this to you. |
| 00:29:32 | | H: Thank you very, very much. Thank you. |
| 00:29:33 | | MAN: Appreciate it. |
| 00:29:35 | | [APPLAUSE] |
| 00:29:38 | | WOMAN: So this coin comes from the 108 maintenance squadron. I'm the commander of that squadron, first female commander. Breaking barriers. |
| 00:29:43 | | M: Domino. [LAUGHTER] |
| 00:29:44 | | WOMAN: Trying, oh yeah. It means a lot to me to be able to give this to you because of all the barriers that you've broken for the world, and that's very special. Sir, no offense, but this says Aircraft… |
| 00:29:56 | | H: Anyone that starts with that I'm prepared, I'm prepared come on… |
| 00:30:00 | | M: Our life was, okay, we're going to do this job together, and that felt great because I'd been doing it on my own for so long. |
| 00:30:09 | | H: That's the thing, what she was already doing, and what I was already doing, that sort of came together in this sort of beautiful matrimony. |
| 00:30:19 | | [APPLAUSE] |
| 00:30:25 | **LOWER THIRD:** | |

21

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  | *February 28, 2018*<br>*3 months to Wedding* |  |
|---|---|---|
| 00:30:32 |  | INTV: Welcome to the very first Royal Foundation Forum. Now, the principle of working together is in the foundation's DNA. This is the only charity… |
| 00:30:41 |  | JAMES HOLT: The Royal Foundation was the charity that was originally set up for William and Harry to sort of launch their charitable endeavors. |
| 00:30:52 |  | REPORTER 1: Their Royal Foundation is a team effort, but we also seem to get an insight into how Meghan may want to do things her own way. |
| 00:31:00 |  | REPORTER 2: Most attention was on Meghan Markle and what sort of issues she will take on. |
| 00:31:05 |  | INT: Meghan, as we all know, you've championed the empowerment of women and young girls and promoting their self worth. How do you hope to continue your work with the Royal Foundation? |
| 00:31:15 |  | M: Women don't need to find a voice; they have a voice. They need to feel empowered to use it, and people need to be encouraged to listen. |
| 00:31:23 |  | M: And I think right now in the climate that we're seeing with so many campaigns, I mean, with MeToo, there is no better time than to really continue to shine a light on women feeling empowered and people really helping to support them. |
| 00:31:37 |  | REPORTER: This is the first time that we've heard anyone associated with the Royal Family talking about those campaigns. Kate, for example, didn't wear black to the BAFTAS, and Camilla, who also supports women's organizations, hasn't mentioned MeToo... |
| 00:31:51 | **HEADLINES:**<br>*Don't use monarchy as a MeToo soapbox, Meghan* |  |
| 00:31:54 | **LOWER THIRD**<br>*TIM BURT* | TIM BURT: It's important to remember the Royal Family in the UK and the causes they champion are |

22

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  | | |
|---|---|---|
|  | *Strategic Advisor to Archewell and Vice Chairman, Teneo* | deliberately non-controversial. Meghan was more of an activist. |
| 00:32:08 | | M: I didn't know that that would be taboo to talk about. To me it was just topical. |
| 00:32:15 | | INTV: All the work you do together is great, but working together as family, do you ever have disagreements about things? |
| 00:32:22 | | W: Oh yes. |
| 00:32:25 | | H: Healthy, healthy disagreements. |
| 00:32:26 | | INTV: Okay, the last thing you disagreed on how'd you resolve it? |
| 00:32:30 | | H: Um, I can't remember they come so quick and [inaudible]. But its - its... |
| 00:32:35 | | W:  Is it resolved? |
| 00:32:36 | | W&H: We don't know! |
| 00:32:36 | | INTV: Oh we don't know. Well you're putting on a great show if it's not. |
| 00:33:40 | | REPORTER: The younger royals held their first event as a foursome this morning. We were looking at the future of the British monarchy. |
| 00:33:48 | | REPORTER: This is the woman who's turning Britain's most traditional brand on its head. Meghan Markle isn't British, she's been married before, she's mixed race, and she doesn't shy away from politics. That will have to stop now of course in public at least. |
| 00:33:00 | **HEADLINES:** *"Changing the Royal Rules!"* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:33:05 | | M: Joining this family, I knew that there was a protocol for how things were done.  And do you remember that old movie Princess Diaries with Anne Hathaway? |
| 00:33:16 | | ANNE HATHAWAY: Me, a princess? Shut up! |
| 00:33:21 | | JULIE ANDREWS: I can teach you to walk, talk, sit, stand, eat, dress like a princess. |
| 00:33:26 | | M: There's no class and some person that goes, "Sit like this, cross your legs like this, use this fork, don't do this, curtsy then, wear this kind of hat." Doesn't happen. |
| 00:33:36 | | REPORTER: Some people on Twitter suggesting that it looked a little bit like the happy poo emoji. |
| 00:33:38 | **TWEET:**<br><br>I'm not saying Meghan Markle's Christmas hat looks like the poop emoji but… | |
| 00:33:43 | **HEADLINE:**<br>*It's more to it than becoming a princess overnight* | |
| 00:33:47 | | M: So I needed to learn a lot, including the national anthem. |
| 00:33:52 | **SUBTITLE:**<br>*How did you learn it?* | LIZ GARBUS: How did you learn it? |
| 00:33:54 | | M: Oh, I Googled it. |
| 00:33:57 | | CHOIR SINGING: God Save our... |
| 00:34:00 | | MISTRESS: Well girls, your last day at the Zermat school for young ladies. Your final and most important lesson. |
| 00:34:07 | | M: I Googled it and I would sit there and I'd practice and I'd practice and I'd practice. |
| 00:34:11 | | REPORTER: She broke royal protocol by being.. |
| 00:34:12 | **GFX TK**<br>**HEADLINES:** | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *Schoolgirl in Birmingham"* *"Royal protocol to hug"* *"Hug a young school..."* **TWEET:** *"Oops! she did it again"* | |
| 00:34:13 | | REPORTER: ...she and Harry are not yet married. |
| 00:34:16 | | H: And then top of that with the press and a lot of invented protocols. |
| 00:34:17 | **HEADLINES:** *"violated a major royal fashion rule"* *"didn't wear stockings"* *"stockings underneath"* *"wear pantyhose with her dress"* | |
| 00:34:22 | | M:  It was baptism by fire. |
| 00:34:19 | **HEADLINES:** *"Broke Royal Hair Protocol Yet Again"* *"...broken royal protocol SO many times..."* *"Her Bun"* *"royal hair protocol"* *"which is a huge royal no"* *"she signed an autograph"* *"...broke royal protocol"* *"-roke royal Protocol"* *"-carrying a tote bag in public"* | |
| 00:34:26 | **SUBTITLE:** *Give us a wave!* | CROWD: Meghan! We love you Meghan. Give us a wave! Woo! Meghan! |
| 00:34:35 | **SUBTITLE:** | LIZ GARBUS: I have to ask, did anyone have to teach you how to do the wave? |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *I have to ask did anyone have to teach you how to do the wave?* | |
| 00:34:38 | | M: That's not a thing. You just sort of watch it and go, oh okay, I guess that's what you... I don't know. I guess you don't want to wave like an American like, "Hey." Everything is just smaller. |
| 00:34:55 | **LOWER THIRD:** *NEW YORK CITY November 2021* | |
| 00:34:58 | | [Door Bell] |
| 00:35:01 | | M: Hello? |
| 00:35:03 | | WES: Hello? Hi! How are you? |
| 00:35:04 | | M: Hi! Come on in! |
| 00:35:06 | | WES: Should we take our shoes off? |
| 00:35:08 | | M: I think it's fine. How are you?  Oh my gosh, look at this.  You too come in! |
| 00:35:13 | | WES: It's a whole - |
| 00:35:21 | | M: Wow, look at this. I mean, we really went from dress to dress. |
| 00:35:25 | | WES: Dress to dress |
| 00:35:33 | **SUBTITLE:** *Does it feel tight around the waist?* | DESIGNER: Does it feel tight around the waist? |
| 00:35:34 | | M: No, no, not at all. It feels great |
| 00:35:36 | | WOMAN: It's beautiful. |
| 00:35:36 | | MAN: Ready? |
| 00:35:38 | | M: I step into this? |
| 00:35:42 | **SUBTITLE:** *Have you ever had four people helping you into a dress?* | H: Have you ever had four people helping you into a dress? |
| 00:35:43 | | M: No! Never! |
| 00:35:49 | | H: Please tell me you're getting that. There are now three people under your dress. |
| 00:35:54 | | M: I just pricked my arm. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:35:58 | | M: Do you have enough light?  Let's just call it a rhetorical question. Good? |
| 00:36:06 | **SUBTITLE**<br>*The color is amazing.* | WES: The color is amazing. |
| 00:36:08 | **LOWER THIRD:**<br>*SALUTE TO FREEDOM GALA*<br>*Intrepid Museum, New York City* | |
| 00:36:10 | | M: Most of the time that I was in the UK I rarely wore color. There was thought in that. To my understanding you can't ever wear the same color as Her Majesty if there's a group event, but then you also shouldn't be wearing the same color as one of other more senior members of the family. So I was like, well what's a color that they'll never wear? Camel, beige, white? |
| 00:36:41 | | M: So I wore a lot of muted tones, but it also was so I could just blend in. Like, I'm not trying to stand out here. There's no version of me joining this family and trying to not do everything I could to fit in.  I don't want to embarrass the family |
| 00:37: | GFX FIX TK<br>**SOCIAL MEDIA**<br>*Samantha Markle*<br>*"The Markle family is looking forward to out wedding invites. No one has one yet. Still waiting. I hope London is wheelchair friendly. Excited!"* | |
| 00:37:08 | | REPORTER: Some of the bride's family don't know yet if they'll be invited to Windsor Castle, including Meghan's half sister, Samantha Markle, who's made plenty of her own headlines in the lead up to the royal wedding. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| 00:37:14 | **SOCIAL MEDIA**<br>*Still waiting.* | |
|---|---|---|
| 00:37:20 | **HEADLINES:**<br>*"Sister's Bombshell New Book! Meghan's Life Is A Lie"*<br>*"The shocking secret she hid from Harry"*<br>*"Meghan's Shock Past"*<br>*"Is Harry heading for trouble?"* | |
| 00:37:20 | | REPORTER: Her half sister is also writing a tell-all disparaging book. And Kensington Palace is not commenting… |
| 00:37:30 | | M: We were playing whack-a-mole every day. It was like, wait another one popped up! Wait, another story! They - constant. They were going through the woodwork and pulling out people to create and plant the most salacious stories that they could. |
| 00:37:44 | GFX FIX TK<br>**HEADLINES:**<br>*"Meghan & Matt's Dressing Room Hook-Up!"*<br>*Serial Killer*<br>*Porn Star Ex*<br>*Cocaine* | |
| 00:37:49 | | M: And then, it started to get scary. |
| 00:37:52 | GFX FIX TK<br>**HEADLINES:**<br>*Meghan's Anthrax Threat Terror"* | |
| 00:37:52 | | REPORTER: Police there say a white powder letter was sent to soon to be royal Meghan Markle last week. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:37:56 | | REPORTER: Inside that package, we've since learned, was some kind of white substance. |
| 00:37:59 | | REPORTER: Markle had been subjected to a wave of abuse and harassment. |
| 00:38:00 | **HEADLINES:** *"You are going to die" Palace security "tightened over menacing letters" "…bomb would be set off at Windsor Castle"* | |
| 00:38:04 | | M: This was on the heels of those terrorist attacks, right? |
| 00:38:07 | | H: Yeah. |
| 00:38:07 | | M: So there was so much concern about the wedding. It was just so scary and they were just talking about getting snippers and… |
| 00:38:13 | | H: Mm-hm.  It was a public event, right? |
| 00:38:15 | **HEADLINE:** *Cops get "shoot to kill' order for royal wedding disruptors* | |
| 00:38:18 | | M: Behind the scenes of all that I was just turtling. |
| 00:38:28 | | ASHLEIGH HALE: Communication with Meg became less and less frequent. My impression was that her relationships were being managed on some level. |
| 00:38:47 | **KENSINGTON PALACE** | JAMES HOLT: For every Duke and Duchess there is also a communication team. Comms for the Royal Family is very similar to a press office, press spokesperson for politicians and businesses, celebrities. |

29

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:39:02 | **ROYAL HOUSEHOLDS** | TIM BURT: There's a communications team at Buckingham Palace, at Clarence House, at Kensington Palace, all of whom had a primary duty to their own principles. |
| 00:39:14 | **KENSINGTON PALACE** | TIM BURT: These communications teams allow the family to be one step removed from dealing with the media. Overall, there is an aspiration for a controlled narrative. |
| 00:39:21 | *Daily Mail*<br>*The Sun*<br>*The Telegraph*<br>*The Times*<br>*The Evening Standard*<br>*The Mirror*<br>*Daily Express* | |
| 00:39:29 | | H: Our comms team at that time was joined with my brother's office, so in total there was only one person really dedicated to us. So it was a huge undertaking |
| 00:39:43 | | M: I don't think anyone understands what that very small comms team was dealing with. They just couldn't wrap their heads around - and I have compassion for it.  How do we explain that this half-sister isn't invited to the wedding, but that the half-sister's daughter is? |
| 00:39:55 | **HEADLINES:**<br>*...TELLS ALL!* | |
| 00:40:03 | | M: And so with Ashleigh the guidance at the time was to not have her come to our wedding. I was in the car with H and I called her and I had her on speakerphone and we talked her through what guidance we were being given and why this assessment was made.  And that's painful. |
| 00:40:27 | | ASHLEIGH HALE: I think I said I was hurt on some level but I understood where it was coming from. To know that it was because of my biological mother |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  |  |  |
|---|---|---|
|  |  | that this relationship that's so important to me was impacted in that way, to feel like because of her it was taken away, has been hard. |
| 00:41:12 |  | REPORTER: Across the pond tonight a save the date notice of sorts as the palace has released new details… |
| 00:41:17 |  | JAMES HOLT: In the runup to the wedding the sense of excitement for the country was incredible. |
| 00:41:25 |  | WOMAN: It's wonderful, she's different, she's 21st century. That's what we need right now. |
| 00:41:27 |  | WOMAN 2: Humanitarian |
| 00:41:29 |  | MAN 1: Yeah man, it's just a good happy feeling. Who doesn't like a good ol' wedding? |
| 00:41:33 |  | MAN 2: First and foremost I was really surprised Harry could actually bag a girl like that. |
| 00:41:38 | **LOWER THIRD** *NICKY* *Harry's Childhood Friend* | NICKY SCOTT: They were just so evidently really, really in love. And I think it radiated out. |
| 00:41:44 |  | MISAN HARRIMAN: Everyone was happy. |
| 00:41:45 |  | H: Nice! |
| 00:41:47 | **LOWER THIRD:** *SERENA WILLIAMS* *Friend* | SERENA WILLIAMS:. I'm looking at it through the lens of my friend, not a princess. They as a couple are so tight, and rely on each other so much, and are each other's best, best, best friends. I was just super excited. |
| 00:42:03 | **WEDDING INVITATION:** *PLEASE JOIN US* *FOR DINNER AND* *DANCING* *TO CELEBRATE* |  |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  |  |  |
|---|---|---|
|  | *OUR WEDDING SATURDAY, 19TH MAY 2018 7:30 O'CLOCK* |  |
| 00:42:12 |  | REPORTER: This is a big day for Meghan Markle. Just minutes ago the Royal Family arrived at Westminster Abbey in Central London for a service marking Commonwealth Day. |
| 00:42:12 | **LOWER THIRD:** *March 12, 2018 2 Months to Wedding* |  |
| 00:42:23 |  | REPORTER: The many colored flags were carried by young nationals of the countries joining in the celebrations. |
| 00:42:29 |  | QUEEN: It remains a great pleasure and honor to serve you as head of the Commonwealth. Here at Buckingham Palace in 1949 my father met the heads of government when they ratified the London Declaration, which created the Commonwealth as we know it today. |
| 00:42:49 |  | ANNOUNCER: God Save the King. |
| 00:42:50 |  | [CHEERING] |
| 00:42:53 |  | AFUA HIRSCH: When you study the transition from colonialism to independence of those countries, you see that Britain played a very strategic role. |
| 00:43:02 | **BRITISH EMPIRE MAP** | AFUA HIRSCH: Britain calculated that it needed to grant these countries independence in a way that protected its commercial and capitalist interests. So it creates this privileged club of formerly colonized nations called the "Commonwealth." |
| 00:43:17 | **TEXT:** *GHANA'S GREAT DAY* | ANNOUNCER: Excitement in Accra, capital of the Gold Coast, reached its first climax with the preparations for welcoming the royal visitor. |
| 00:43:24 | **LOWER THIRD:** *ROBERT HAZELL* | ROBERT HAZELL: The British monarchy is different from the other monarchies in Western Europe in being an international monarchy with the Queen |

**Story Syndicate**

| | | |
|---|---|---|
| | *Author, The Role of Monarchy in Modern Democracy* | being head of state of over a dozen other countries around the world. |
| 00:43:36 | | QUEEN: For my 21st birthday, I am 6,000 miles from the country where I was born, but I'm certainly not 6,000 miles away from home |
| 00:43:47 | | DAVID OLUSOGA: At the center of the argument for the monarchy in this country is the Commonwealth. The Queen made it her life mission to fight for this institution. She's famous for it. She's deeply respected for having kept this institution together. |
| 00:44:04 | | QUEEN: I declare before you all that my whole life, whether it be long or short, shall be devoted to the service of our great imperial family, to which we all belong. If we all go forward together with an unwavering faith... |
| 00:44:23 | | QUEEN: The Commonwealth will continue to offer stability and continuity for future generations. |
| 00:44:31 | | [APPLAUSE] |
| 00:44:33 | | AFUA HIRSCH: The Commonwealth is still described as that, you know, a club of friends who share common values. I find that language really problematic. I sometimes call the Commonwealth "Empire 2.0" because that is what it is. |
| 00:44:46 | **LOWER THIRD**: *KEHINDE ANDREWS Author, The New Age Empire* | KEHINDE ANDREWS: Well, it's not changed a thing, it just got better PR. And if you look at the black people in the Commonwealth, I mean, the conditions are just almost just as bad as they were 50 years ago, 100 years ago. |
| 00:44:56 | | AFUA HIRSCH: And the roots of that poverty are based on the extraction of their wealth elsewhere. Those in Britain who extracted that wealth continue to be intergenerationally wealthy. Those from whom it was extracted continue to be intergenerationally poor. It's a very clear economic relationship. |
| 00:45:14 | | AFUA HIRSCH: And yet, the current narrative in Britain is that it's old history, there's no point looking |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | back. It's incredibly painful for the very many millions of British people who have a different memory of Empire in their personal background. |
| 00:45:33 | | DAVID OLUSOGA: And yet, here was a woman who just looked like most of the people in the Commonwealth. Meghan represented something. There was a hope that well maybe this is a way of having these difficult conversations that have been pushed away so many times. |
| 00:45:53 | **LOWER THIRD:** *April 23, 2018* *26 Days  to Wedding* | |
| 00:45:55 | | REPORTER: Prince Harry and Meghan Markle will attend a special memorial later to mark the 25th anniversary of the death of Stephen Lawrence. |
| 00:46:03 | | REPORTER: An 18-year old boy has been stabbed to death as he waited for a bus with a friend in Southeast London. |
| 00:46:04 | **UPPER THIRD:** *1993* | |
| 00:46:08 | | REPORTER: Not far away he and a friend were approached by a gang of up to half a dozen white youths. |
| 00:46:11 | | REPORTER: Stopped by a group of white thugs, in an unprovoked racist attack. |
| 00:46:15 | | DAVID OLUSOGA: This was a story of two tragedies, the murder of Stephen Lawrence and then the inability of the legal system and of the police to provide justice. |
| 00:46:24 | **UPPER THIRD:** *1993* | PROTESTERS: [inaudible] What do we want? JUSTICE! [inaudible] |
| 00:46:28 | | REPORTER: No one has ever been convicted over the death of Stephen… |
| 00:46:30 | | REPORTER: Local feeling about racist attacks in this area has been running high for over 2 years now. |
| 00:46:35 | | WOMAN: I'm absolutely shocked. I didn't expect this to happen again. How much is a black life worth? |

34

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| 00:46:42 | | REPORTER: Pandemonium outside the Stephen Lawrence inquiry as the 5 suspects are escorted out of the building. |
|---|---|---|
| 00:46:45 | | REPORTER: Fighting broke out outside the Stephen Lawrence inquiry this afternoon as the 5 young white men fought with an angry crowd. |
| 00:46:54 | | DAVID OLUSOGA: It was such an egregious, such an appalling, such a disturbing case that it became too difficult to ignore. And it made the complaints, the observations, the experiences of black people difficult to deny. |
| 00:47:11 | | REPORTER: Hanging over this memorial, the terrible fact that only two of Stephen's killers have been brought to justice. |
| 00:47:20 | | AFUA HIRSCH: I think that it was really significant when Meghan and Harry visited this emorial because it represented a direct attempt to speak to the pain that many people still feel as a result of the murder of Stephen Lawrence. |
| 00:47:31 | | H: A quarter of a century later we can only imagine the man who Stephen would've become. |
| 00:47:36 | | AFUA HIRSCH: And that was really welcomed by many black communities in Britain. I always perceived Prince Harry as just another senior Royal whose a little bit racist, very ignorant. But I have watched him on this journey and seen that he has really embraced the education that is required for someone like him to transform themselves into an anti-racist. |
| 00:48:11 | **LOWER THIRD:** *May 7, 2018* *12 Days to Wedding* | |
| 00:48:12 | | HODA KOTB: The excitement here in Windsor, it's building. |
| 00:48:18 | | REPORTER: We've reached the final twelve days. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:48:19 | | REPORTER: I cannot believe it's this close. |
| 00:48:21 | | REPORTER: A hundred thousand people will be trying to squeeze onto these pavements on Saturday. |
| 00:48:25 | | MAN: She's gonna make history on the 19th of May. And we are ever so proud of Meghan. |
| 00:48:29 | | REPORTER: Is it going to be a wild one? |
| 00:48:31 | | SPECTATOR: Oh definitely! |
| 00:48:35 | | REPORTER: Meghan Markle's route to the chapel on the morning of the 19th of May will start off unconventionally, because it will be her mother that will be in the car with her as she drives here along the long walk up to the castle. |
| 00:48:48 | | REPORTER: Meghan will meet her father Thomas Markle at the West steps to St. George's Chapel before he walks her down the aisle. |
| 00:48:55 | | REPORTER: But when Meghan's father flies in on the week before the wedding, he will be meeting his daughter's soon-to-be husband for the very first time. |
| 00:49:05 | **LOWER THIRD**<br>*LUCY FRASER*<br>*Friend* | LUCY MEADMORE: There was excitement leading up to the wedding. But she also had to contend with everybody else. |
| 00:49:12 | GFX FIX TK<br>**HEADLINES:**<br>*"Tabloid hired gun tells of shady hunt for Meghan Markle scoops"*<br><br>*"...The Sun jumped into high gear, producing a* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *stream of gossipy, thinly sourced "exclusives" over the next week."* | |
| 00:49:21 | | H: It's amazing what people will do when offered a huge amount of money. Fifty thousand, one hundred thousand to hand over photographs to create a story. |
| 00:49:34 | **HEADLINES:** *"Simon Rex says he refused UK tabloids' $70k offer to claim he'd slept with costar Meghan Markle"* | |
| 00:49:36 | | H: And thank God most of them said no. |
| 00:49:46 | **KENSINGTON PALACE** | M: The week before our wedding, we get a call from our joint communications secretary. He said, "This story is going to come out tomorrow saying that your father has been staging pictures and taking money from the press." And I was, like, "What kind of pictures?" |
| 00:50:02 | GFX FIX TK **HEADLINE:** *Is Meghan's Father Shedding for the Wedding?!* | |
| 00:50:04 | | JAMES HOLT: They were relatively innocuous enough. You know, there was one of him looking at a book of the UK. |
| 00:50:07 | GFX FIX TK **HEADLINES:** *Suits You Sir!* | |
| 00:50:16 | | JAMES HOLT: I remember I naively went into the office and I said isn't that sweet? Because I genuinely was in this sort of matrimony love fest |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | | bubble. And a colleague sort of brought me down to Earth fairly quickly and said, "that's a set-up." |
| 00:50:40 | | M: That was the first I was hearing of it. And I remember Jason said, "You just need to call him and find out if this is true or not because it can be really damaging." |
| 00:50:52 | | M: H and I called my dad. I said, "Look, they're saying you're taking money from the tabloids to stage photos.  Is this true?"  He goes, "No." And we – on that call I'd said to him, "Look, if this story - if they can't stop it then it's gonna come out tomorrow. So why don't we send someone right now to your house to get you out of there now because if that's the case, your house will be swarmed by media." |
| 00:51:18 | | M: "We'll get you out of there now."  I was, like, "We'll just come and get you a day early. Let's get you out of Mexico." And he said, "No no, I have things I need to do." And it felt really cagey.  I was like it doesn't make sense. It doesn't make sense. And when we hung up, I looked at H. I was like, "I don't know why, but I don't believe him." |
| 00:51:48 | | REPORTER: The buzz this morning centers around Meghan Markle's father. |
| 00:51:53 | **LOWER THIRD:**<br>*May 14, 2018*<br>*5 days to the Wedding* | |
| 00:51:56 | | REPORTER 2: Mr. Markle allegedly staged photos of himself for the paparazzi, Selling them for them for a reported $100,000. |
| 00:51:58 | **HEADLINES:**<br>*"Meghan's Dad Staged Photos with the Paparazzi"* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | "staged" | |
|---|---|---|
| 00:52:04 | | REPORTER 1: This is tabloid fodder. They are going crazy with this story this morning. |
| 00:52:09 | | JAMES HOLT: Everyone was so frantic with preparing for the wedding itself, and then all of the sudden it just exploded. |
| 00:52:18 | **LOWER THIRD:**<br>*DORIA*<br>*Meghan's Mother* | DORIA RAGLAND: I was absolutely stunned that Tom would become part of this circus. |
| 00:52:25 | | REPORTER : As the photo scandal swirls around the… |
| 00:52:27 | | DORIA RAGLAND:  I felt sad that the media would run with this... |
| 00:52:30 | | PAP: Do you have any reaction to your ex-husband apparently staging photos for the paparazzi. |
| 00:52:36 | | DORIA RAGLAND: ...that he would capitalize. Certainly as a parent it's not - you know, that's not what you do. It's not parenting. |
| 00:52:49 | | M: Paps and journalists and media were following him all day, every day. The unraveling happened that week when he wouldn't pick up my call. And instead you're talking to TMZ. |
| 00:53:00 | | TMZ: We just broke a big, fat story on our website. Meghan Markle was supposed to be walked down the aisle by her father. And we found out from her father not only will he not do that, he's not going to attend the wedding at all. |
| 00:53:16 | | M: And I'm finding out that you're not coming to our wedding through a tabloid! |
| 00:53:22 | **LOWER THIRD:**<br>*May 15, 2018* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

|  |  |  |
|---|---|---|
|  | *4 days To Wedding* |  |
| 00:53:25 |  | REPORTER: Samantha Markle told the British morning show today that her father recently suffered a heart attack. |
| 00:53:29 | GFX FIX TK<br>**HEADLINE:**<br>*Heart Scare Meghan Dad ' To Miss Big Wedding'* |  |
| 00:53:34 |  | M: And then suddenly they were saying he was in the hospital. It's like, what's going on? Please just pick up the phone. Like, what's going on? We're not mad, just please pick up the phone. Like, we need to know what's going on. I don't understand what's going on. Are you okay? Calling calling calling calling calling. |
| 00:53:46 | **UPPER THIRD:**<br>*Excerpt from Public Document*<br>**LOWER THIRD:**<br>*MAY 15,2018*<br>**TEXT:**<br>*M*<br>*You're not taking any of our calls or replying to any texts*<br>*Very concerned about our health and safety*<br>*Do you need help?*<br>*Need you to please get in touch with us...What hospital are you at?* |  |
| 00:53:59 |  | TMZ: He told me he had a heart attack six days ago... |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:54:03 | | TMZ: ...and checked himself out of the hospital... |
| 00:54:05 | | TMZ 2: Free Thomas |
| 00:54:06 | | TMZ: ...so he could go to England |
| 00:54:07 | | TMZ 2:  Free Thomas Markle. |
| 00:54:07 | | TMZ: And - and now he said he feels so bad for everybody that he's just taking himself out of it. Free Thomas Markle. |
| 00:54:08 | **HEADLINES:**<br>*"Alone, Ill and Afraid"*<br>*"Desperate Pleas? No, Thomas Markle Still Hasn't Heard From Meghan"* | |
| 00:54:15 | | TMZ 2:  Free Thomas Markle, man, Tommy Markle baby. |
| 00:54:17 | | REPORTER: Mr. Markle, he didn't ask for this attention. Living a quiet life in Mexico. |
| 00:54:17 | **HEADLINES:**<br>*"My wedding agony by Meghan's Father"* | |
| 00:54:21 | | TMZ 3: How you don't have your daddy at your wedding? |
| 00:54:22 | **HEADLINES:**<br>*"Dad's sorry he hurt Meghan"* | |
| 00:54:28 | **LOWER THIRD:**<br>*May 17, 2018*<br>*2 days to Wedding* | |
| 00:54:31 | | M: Finally, someone texted back on his phone. |
| 00:54:34 | GFX TK<br>**UPPER THIRD:** | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *EXCERPT FROM PUBLIC DOCUMENT FROM DISCLOSURE*<br>**LOWER THIRD:**<br>*May 17, 2018*<br>**TEXT:**<br>*M*<br>*We aren't angry but we do really need to speak to u. Love M and H.* | |
| 00:54:38 | **TEXT:**<br>*I've done nothing to hurt you Meghan or anyone else.  I know nothing about 20 phone calls. I'm sorry my heart attack is there any inconvenience for you.* | |
| 00:54:46 | | M: It was really weird. You know how people text, right?  Like, you know my dad used a lot of emojis and a lot of like ellipses, and dot dot dot and - and this was just the opposite. |
| 00:55:02 | | M: And it called me, "Meghan."  It's like he's never called me Megan in my - any day that I've lived on this planet. Meg, all my friends call me Meg, and my parents call me Meg. And I was like that's not my dad. So then we knew that his phone had been compromised. And we said like pick up the phone we need to know it's you. Never spoke to him |
| 00:55:16 | **TEXT:**<br>*TM*<br>*If only I had died then you guys could pretend to be sad.* | |
| 00:55:24 | **TEXT:**<br>*M* | |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| | *Tom, it's Harry, please answer your phone.  I need to know this is actually you because it doesn't sound like you at all.* | |
| 00:55:38 | | H: Of course it's incredibly sad what happened. She had a father before this and now she doesn't have a father.  And, I shouldered that, because if Meg wasn't with me then her dad would still be her dad. |
| 00:55:59 | | M: Hi Daddy! I got an English Award. |
| 00:55:59 | | THOMAS MARKLE: Congratulations! I know. |
| 00:56:01 | | M: Ah, okay!  All right, am I there?  I wonder. Okay, see you later. Bye. Where is the little button? |
| 00:56:11 | | M: Whoa I gotta zoom back on you. |
| 00:56:14 | | THOMAS MARKLE: Or push that button in the back. |
| 00:56:23 | **LOWER THIRD:** *May 18, 2018 1 Day To Wedding* | |
| 00:56:26 | | REPORTER 1: We are about 24 hours away from the royal wedding... |
| 00:56:29 | | REPORTER 2: More than 2 billion people worldwide are expected to watch the wedding on TV. |
| 00:56:34 | | ROMANIAN BROADCASTER: [Speaking Romanian] |
| 00:56:35 | | EGYPTIAN BROADCASTER: [Speaking Arabic] |
| 00:56:36 | | FRENCH BROADCASTER: [Speaking French] The Meghan original |
| 00:56:38 | | REPORTER 3: There's so much excitement in the air. |

**Story Syndicate**

CHAPTERS
Episode 103
LOCKED CUT Script
October 25, 2022

| | | |
|---|---|---|
| 00:56:49 | | NEWSCASTER 4: In so many ways, this a royal wedding unlike any other. The big reveal in just 24 hours. |
| 00:56:50 | **END CREDITS** | [MUSIC] |
| 00:58:36 | | |
| 00:58:20 | **MIDDLE THIRD:** *Story Syndicate* | |
| 00:58:28 | **MIDDLE THIRD:** *ARCHEWELL PRODUCTIONS* | |
| | **END** | **END** |