# EXHIBIT 3

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| TC | VISUALS | AUDIO |
| --- | --- | --- |
| 00:00:02 | | H: You've gotta find your way through! |
| 00:00:02 | | ARCHIE: Okay |
| 00:00:03 | | MARCUS: Archie… |
| 00:00:04 | | M: We hear you. |
| 00:00:05 | | MARCUS: Where are you? |
| 00:00:06 | | M: Where are you? |
| 00:00:08 | | MARCUS: I'm gonna find you |
| 00:00:09 | | H: Dead end. This way. Come this way. Go this way, this way. |
| 00:00:14 | | M: You know when I look back at my own childhood it was great, but I just remember feeling alone a lot. |
| 00:00:24 | | H:  Which way are you going to go?  Go - go - go. [LAUGHTER] |
| 00:00:29 | | M: I just wanted all these cousins and these people - I just wanted all of that.  And I didn't have that big family, |
| 00:00:38 | | H: He's so - [LAUGHTER] ah, he's down. |
| 00:00:40 | | M: You okay? You got it, you got it. |
| 00:00:42 | | H: You did it! Yes! |
| 00:00:43 | | M: So when I was pregnant with Archie I just was so excited that we were going to be able to create  for him that thing that I had always wanted. |
| 00:00:59 | **LOWER THIRD:** *SANDRINGHAM, ENGLAND Christmas Day, 2018* | |
| 00:01:04 | | M: So I just did everything I could to make them proud and to really be a part of the family. |
| 00:01:20 | | FAN:  Meghan! We love you Meghan! |
| 00:01:24 | | M: And then the bubble burst. |
| 00:01:25 | | REPORTER: Duchess Difficult. |
| 00:01:26 | | COMMENTATOR: American doesn't help. |
| 00:01:28 | | COMMENTATOR:  No official word from the Palace. |
| 00:01:29 | | H: It was already clear to the media that the Place wasn't going to protect her. |
| 00:01:32 | **HEADLINES:** *Getting up at 5am, bombarding aides with texts and her eyebrow-raising fashion: Palace insiders reveal how Hurricane* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *Meghan is shaking up the Royals six monts after the wedding*<br><br>*It's time Meghan was taught a well-known British phrase 'Get over yourself, love'*<br><br>*Meghan Markle is a ruthless social climbing actress who has landed the role of her life and is determined to milk it for all she can - and that's why the Palace is beginning to turn on her*<br><br>*Duchess Meghan is 'Still Learning' the Palace Rules: 'She's Very Overwhelmed'*<br><br>*Sound The Alarms, Meghan Markle Just Broke Another Royal Fashion Rule*<br><br>*Is Meghan Markle the Most Successful Social Climber Ever?* | |
| 00:01:33 | | H: Once that happens the floodgates opened. |
| 00:01:37 | | M:  And I realized  that I wasn't just being thrown to the wolves, I was being fed to the wolves. |
| 00:01:49 | [CREDITS] | |
| 00:02:29 | HARRY & MEGHAN | |
| 00:02:38 | **SUBTITLE:**<br>*You and your father were close, most of your life, is that right?* | LIZ GARBUS: So your - you and your father were close, most of your life, is that right? |
| 00:02:41 | | M: Yeah - yeah. I mean, you know, family. So it's never easy, never perfect. But of course, I talked to my dad several times a week and - you know? |
| 00:02:53 | **SUBTITLE:**<br>*So when did things start to go… …awry there?* | LIZ GARBUS: So when did things start to go awry there? |
| 00:02:56 | | M: When the media got involved. |
| 00:02:58 | **CHYRON:**<br>Thomas Markle Speaks Out | HOST: Well, we're joined this morning by Meghan Markle's father, Thomas. Thank you so much for being with us. I want to take to you… |

1

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

|  |  |  |
|---|---|---|
|  | Meghan's father talks to GMB in his first interview since the Royal wedding |  |
| 00:03:05 | **HEADLINE:** *Meghan Markle's dad slams his daughter's 'sense of superiority' and warns he is 'about to unload' on the Royal Family in scathing new interview* | M: After the wedding my dad started doing these interviews, mostly saying things about me. |
| 00:03:09 |  | COMMENTATOR: Meghan Markle's dad, right? |
| 00:03:10 | **HEADLINE:** *Meghan Markle's father will NOT be ignored, claiming she's 'terrified' to be a new royal while he's being 'shunned'* | COMMENTATOR: I spoke to Thomas Markle, yesterday. |
| 00:03:11 |  | COMMENTATOR: The drama just does not stop, apparently breaking news |
| 00:03:13 |  | M: It was incredibly painful. And the world is watching this drama play out. |
| 00:03:21 | **HEADLINE:** *Thomas Markle likens the royals to a 'secretive Scientology cult' as he attacks 'wall of silence' from family since daughter Meghan wed Prince Harry* |  |
| 00:03:25 |  | M: And then he started criticizing the Royal Family. It was very embarrassing for the family. |
| 00:03:26 | **HEADLINES:** *Thomas Markle has spoken out against the Royal Family in another controversial interview.* *'Diana would have loathed the way I've been treated': Thomas Markle hits out at Palace for taking 'strained' Meghan away from him… and admits he doesn't care if Prince Harry ever speaks to him again* |  |
| 00:03:35 |  | M: It was a problem that needed to be solved. And they wanted me to make it stop. And I'd |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | | reached out to Her Majesty. I was, like, "This is what's going, what do you want me to do? I want to make – like whatever advice you have." But ultimately, It was suggested by the Queen, the Prince of Wales, that I write my dad a letter. |
| 00:04:00 | | M: And I had gone to great lengths to get that letter to my dad discreetly.  Because I can't put this letter in the mail with the return address being Kensington Palace and send it to Tom Markle and assume it's going to get there. |
| 00:04:17 | GRAPHIC | M: So I sent it to my business manager in L.A. And I was like he'll recognize that name. And then get the picture of signature confirmation that it's been delivered. And it's not his signature. I know my dad's handwriting. That's not my dad's handwriting. It just says "Thomas." |
| 00:04:36 | | COMMENTATOR: A private letter from the Duchess to her Dad has been made public. |
| 00:04:40 | **UPPER THIRD:**<br>*FEBRUARY 2019* | |
| 00:04:40 | **HEADLINES:**<br>*Meghan Markle's estranged father reveals letter she sent him*<br><br>*TOP MARKS MEGHAN MARKLE'S LETTER IN FULL: READ EXPLOSIVE MESSAGE DUCHESS OF SUSSEX SENT TO HER DAD*<br><br>*MEGHAN MARKLE LETTER: DID MEGHAN KNOW DAD THOMAS WOULD LEAK LETTER? WHAT HAPPENS NOW?* | COMMENTATOR: Thomas has, we think now, released this letter and it's pretty damaging. |
| 00:04:44 | | COMMENTATOR: This morning, new private moments between duchess Meghan and her estranged father. |
| 00:04:48 | | COMMENTATOR: Now a very public and painful description of their rift. |
| 00:04:51 | **HEADLINES:**<br>*Revealed: The letter showing true tragedy of Meghan's rift with a father* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *she says has ' broken her heart into a million pieces.' I BEGGED TO HELP YOU* | |
| 00:04:54 | | M: It was horrendous. |
| 00:04:59 | **HEADLINES:** *Letter showing true tragedy of Meghan Markle's rift with a father she says has 'broken her heart into a million pieces' The full content of a sensational letter written by the Duchess of Sussex to her estranged father shortly after her wedding can be revealed for the first time today.* | |
| 00:05:00 | **GRAPHIC:** *The full content of a sensational letter written by the Duchess of Sussex to her estranged father shortly after her wedding can be revealed for the first time today.* | M: The Daily Mail said, "We have the full and complete five page letter." |
| 00:05:06 | | M: I was like, what would it look like if you redacted the stuff that they didn't put in?  What would it look like - so you could really see like they're telling the public, "Here's this whole letter." And when you're literally taking sentences out of paragraphs and words out of sentences… |
| 00:05:24 | GRAPHIC | M: You wanna print my letter, which you know you can't do legally, but you want to print it and paint a completely different picture of who I am and my relationship with my dad, and take out every single thing I said about how the media has manipulated you… |
| 00:05:46 | | H: People are still scratching their heads going how, how would the Mail have either the stupidity or the - whatever you want to call it to print a letter between a daughter and a father? Well, the answer is simple. They knew the family would encourage us not to sue. |
| 00:05:59 | **HEADLINES:** *Revealed: The letter showing true tragedy of* | |

4

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *Meghan's rift with a father she says has ' broken her heart into a million pieces.'* | |
| 00:06:04 | | M: We sat down with the lawyer for the institution and senior members of the palace. And It was in those meetings that I reminded them that I wrote that letter at the guidance of senior members of the family. "You know this is unlawful.  So we have to draw the line. We have to take legal action." |
| 00:06:23 | | M: They said "Yes, yes, yes, of course, of course." And I would follow up for weeks and weeks and weeks. "Hey what's going on with this?" Nothing. |
| 00:06:32 | | H: After months of saying she needs to do something about this, we took separate legal advice. |
| 00:06:42 | **LOWER THIRD:** *JENNY AFIA Partner, Schillings Law Firm (London)* | JENNY AFIA: I knew from the first meeting that this was really serious in that it was having a horrid impact on Megan. |
| 00:06:53 | | JENNY AFIA: There's a narrative that the Royal Family adopt a "never complain never explain" approach to the media. And I think Meghan went along with that for a long period. |
| 00:07:06 | | JENNY AFIA: But there was a real kind of war against Meghan, and I've certainly seen evidence that there was negative briefing from the palace against Harry and Meghan to suit other people's agendas. |
| 00:07:22 | *FIRST WITNESS STATEMENT OF EDWARD VERITY I, Edward Verity, Editor of Mail on Sunday, Northcliffe House, 2 Derry Street, London, W8 FTT, WILL SAY AS FOLLOWS: 1.  I am the editor of The Mail on Sunday and was Editor at the time of publication of the February 2019 articles which gave given rise to these proceedings.  Before I became Editor of The Mail* | |

5

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *on Sunday I had worked for the Defendant in a variety of editorial roles for almost 30 years.*<br>*…*<br>*15. I have recently had a meeting with a senior member of the royal household ("the source")…it was what I considered to be high-grade information from a serious individual in a position of authority*<br>*…*<br>*Statement of truth* | |
| 00:07:39 | **LOWER THIRD**:<br>*LUCY FRASER*<br>*Friend* | LUCY FRASER: Meg became this scapegoat for the Palace. They would feed stories on her whether they were true or not to avoid other less favorable stories being printed. |
| 00:07:52 | | M: You would just see it play out. Like, a story about someone in the family would pop up for a minute, and they'd go, "We've got to make that go away."  But there's real estate on a website homepage; there is real estate there on a newspaper front cover. And something has to be filled in there about someone royal. |
| 00:08:00 | **HEADLINES:**<br>*MEGHAN MADE KATE CRY*<br>*HEIR HEADS*<br>*MEGHAN: I WON'T PARADE WITH BABY*<br>*CELEB BB ROYAL 'RACE' ROW* | |
| 00:08:10 | | JENNY AFIA: This barrage of negative articles about the breakdown of the relationship with her father was the final straw in a campaign of negative nasty coverage about her. Looking back it was one of the first acts of them breaking away from the institution. |
| 00:08:28 | **HEADLINES**<br>*Meghan, Duchess of Sussex, Sues Mail* | |
| 00:08:30 | | REPORTER: Prince Harry and Meghan Markle are suing The Mail on Sunday. |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:08:34 | **LOWER THIRD:** *Royal Lawsuit Filed Over Publication of Personal Letter* | REPORTER: The lawsuit claims the Mail violated the law by publishing a personal letter she wrote to her father. |
|---|---|---|
| 00:08:39 | | COMMENTATOR: This is a massive error. If you're royal keep schtum, keep quiet. |
| 00:08:44 | | M: Everything changed after that. That litigation was the catalyst probably for all the unraveling. |
| 00:09:00 | **LOWER THIRD:** *VANCOUVER ISLAND, CANADA December, 2019* | |
| 00:09:03 | | M: This is snow. This is snow. What is it? |
| 00:09:11 | | H: The media coverage of the lawsuit was negative, which we all knew. You don't go into these things expecting anything but that. So it was really a good opportunity for us to get away, you know, with Archie, just to clear our heads |
| 00:09:35 | | REPORTER: Bucking tradition, the Duke and Duchess of Sussex will not be spending Christmas with the Queen. |
| 00:09:42 | | M: Good girl, Pula! Come on. |
| 00:09:48 | | M: I just loved being there. It was just so peaceful. |
| 00:09:58 | | M: Good Girl Pula. [LAUGHTER] |
| 00:10:04 | | M: You could breathe for a minute. |
| 00:10:10 | | M: Hi. [GASPS] |
| 00:10:13 | | H: It was absolutely amazing, because the main thing that we needed was some space - some space to think and just work out what on earth we're doing. |
| 00:10:27 | | H: Jump in? |
| 00:10:27 | | M: Yeah. Oh my God. [LAUGHTER] |
| 00:10:34 | | H: Woo. Woo. |
| 00:10:36 | | M: It's so cold. Was that right in the New Year? |
| 00:10:38 | | H: Yeah, that was on the first of January. I came out refreshed, and I was, like, here we go 2020. |
| 00:10:45 | | M: Yeah |
| 00:10:46 | | H: Whatcha got? |
| 00:10:50 | | REPORTER: The DailyMail.com has some exclusive details about the new home that he and Meg are currently renting. |
| 00:10:59 | | H: There wasn't a single paparazzi that lived on Vancouver Island. That was the reason we chose it. It's an island. |

7

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:11:09 | **SUBTITLE:** *There's another one.  A paparazzi vehicle.* | SECURITY:  There's another one… a paparazzi vehicle. |
|---|---|---|
| 00:11:12 | | H: No one in their right mind would have to deal with this endlessly. The toll was visible.  The emotional toll that it was having on both of us, but especially my wife. Well, what are we gonna do? We're going to have to change this for our own sake. |
| 00:11:32 | | M: Let's really think this through. |
| 00:11:34 | | H: How are we going to do this?  How are we going to change our relationship with the institution but in a way that protects us and our mental health and our wellbeing as well? |
| 00:11:47 | | H: So at the end of December and the beginning of January I'd been on the phone to my father saying, "We've got a plan." |
| 00:11:54 | GRAPHIC | M: What if we move to Canada? |
| 00:11:56 | | H: We thought it would be good to give ourselves some breathing space, but also we were really passionate about continuing our work throughout the Commonwealth to support the Queen. |
| 00:12:04 | **GRAPHIC:** *Daily mail* *The Telegraph* *Evening Standard* *Daily Mirror* *The SUN* *DAILY EXPRESS* *THE TIMES* | M: Well, and also I think what's important is the pack of the Royal Rota is based there in London. So if we're not there they can't cover what we're doing. |
| 00:12:15 | | M: You guys can be on the front pages of all the papers, you can have exactly the way you want it. And we can just go about doing the work in the name of the Queen. |
| 00:12:25 | | H: If you want us to go and do things on behalf of the Queen we'll go and do it, and we'll pay for it ourselves. We don't want to be dependent on any taxpayer funding. Guess what, but you get us and you get us for free! |
| 00:12:38 | | H: And this was years in the making. We really wanted to remove the supposed public interest argument that the press had over every element of our lives. Their argument was, "If you have even one percent of public funding any part of your life then we can basically claim public interest. We can invade your privacy on |

8

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | | everything because you have public funds supporting you." |
| 00:13:06 | GRAPHIC | H: 2018, we'd already talked about perhaps moving to New Zealand, and that never transpired.  And then beginning of 2019 we discussed the whole concept of us moving to South Africa, supporting charities, organizations in Africa. |
| 00:13:26 | | M: The job is a lot of cause-driven work. So I thought, well, this is great. There's an asset in having a women of color when you have 50+ Commonwealth countries, the majority which are people of color. |
| 00:13:41 | | H: And the Palace signed off on us moving to South Africa. So my father's office knew about it, my brother's office knew about it, and my grandmother's office knew about it. No one else knew. It was very much an internal document. Then it was leaked to The Times newspaper. |
| 00:13:57 | **HEADLINES:** *Revealed: Palace's Africa plan for Harry and Meghan* | |
| 00:13:59 | | H: And then that whole plan was then scrapped because it's become a public debate. Once plans like that become public debates, 9 times out of 10 it's going to fail. |
| 00:14:13 | GRAPHIC | H: By the time I was speaking to my father from Canada the family and their people knew that we were trying to find a different way of working for a minimum of two years, minimum. |
| 00:14:27 | | H: Okay, Canada. I was speaking to my father: "This is the plan." And he says, "Can you put it in writing?" And I said, "I'd rather not because of what happened last time." He says, "I can't do anything unless you put it in writing." So I put it in writing. Sent him emails on the 1st and 2nd and the 3rd of January. |
| 00:14:43 | | H: And in one of those I'd mentioned that, you know, if this wasn't going to work out then we would be willing to relinquish our Sussex titles if need be. So that was… |
| 00:14:52 | | M:  That was the plan. |
| 00:14:53 | | H:  That was the plan. |
| 00:14:58 | | AIRPORT ANNOUNCEMENT: Attention please… [OVERLAP] |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:14:59 | | H: Before we left I spoke to my grandmother as well and told her we're coming back on the sixth, "and I would love to drive up and come and see you." She knew that we were finding things hard. I've spoken to many times about it. |
|---|---|---|
| 00:15:12 | | H:  She told me that she had no plans for the week.  And she said, "Well, why don't you come up and have tea? Why don't you stay the night, you and Meghan?" |
| 00:15:22 | | M: So we were flying back from Vancouver straight to Heathrow. And so right as we were getting on the plane this urgent, urgent message comes through to H saying "You are not allowed to go and see Her Majesty. Make sure that your principal is aware he cannot go and see her. She's busy. She has plans all week." |
| 00:15:39 | | H: I was like wow that's certainly the opposite to what she had told me. Once we were back in the U.K. I rang her and said I'm now told that you're, you're busy. She goes "Yes, I didn't know that I was busy. I've been told that I'm busy. I've actually been told that I'm busy all week." I was, like, wow. |
| 00:15:58 | | M: And I remember looking at H and my gosh, this is when a family and a family business are in direct conflict. Because they're blocking you from seeing the Queen, but really what they're doing is blocking a grandson from seeing his grandmother. |
| 00:16:22 | | H: Later that afternoon, we found out that this story was coming out. Somehow the tabloids knew about this proposal. |
| 00:16:34 | **HEADLINE:**<br>*Plan Permanent Relocation to Canada.*<br><br>*Prince Harry & Meghan Markle Plan Permanent Relocation to Canada.* | REPORTER: I think we've all known for a while that the couple have been very unhappy and have been struggling with their public royal in the Royal Family. |
| 00:16:42 | | M: And, his dad said "put it in writing." And he did, and it was just five days later that it was in the front page of a newspaper. |
| 00:16:45 | **HEADLINES:**<br>*The shock move could be start of a reimagining of the couple's formal roles* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *The Sun has learned they will start discussing their plans with senior royals – expected to include the Queen and Prince Charles – in the coming days.* | |
| 00:16:48 | | REPORTER: There is a lot of speculation, that perhaps Canada, which is where Meghan lived before marrying into the Royal Family. |
| 00:16:53 | | H: It became clear that the institution leaked the fact that we were going to moving back to Canada. And the key piece of that story that made me aware that the contents of the letter between me and my father had been leaked was that we were willing to relinquish our Sussex titles. That was a giveaway. |
| 00:17:10 | **HEADLINES:** *BREAKING: Prince Harry and Meghan Markle 'to give up titles' amid Canada move* | |
| 00:17:17 | | H: And I was like, wow. Like, our story, our life literally got taken from underneath us. |
| 00:17:28 | | M: You could feel the ticking clock at that point. |
| 00:17:32 | | H: Mm-hm. |
| 00:17:32 | | M: So with our team we decided that we would put out a statement that we were going to, sadly, be stepping back.  Not stepping down, but to just have a reduced role. |
| 00:17:45 | **INSTAGRAM POST:** *"After many months of reflection and internal discussion, we have chosen to make a transition this year in starting to carve out a progressive new role within this institution. We intend to step back as 'senior' members of the Royal Family and work to become financially independent, while continuing to fully support Her Majesty The Queen. It is with your encouragement, particularly over the last few years, that* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *we feel prepared to make this adjustment. we now plan to balance our time between the United Kingdom and North America, continuing to honour our duty to The Queen, the Commonwealth, and our patronages. This geographic balance will enable us to raise our son with an appreciation for the royal…..* | |
| 00:17:57 | | H: You know, from my whole life the purse strings had been controlled by my father. Within the family it's normal to have that financial control over other members of the family. |
| 00:18:10 | **INSTAGRAM POST:** *…please accept our deepest thanks for your continued support.* | |
| 00:18:12 | | M: So the hope was that, it's right there in black and white.  You can see here's our intention, here's how we wish to continue to support the Commonwealth, here's how we value our roles as President and Vice President of the Queen's Commonwealth Trust. |
| 00:18:25 | **HEADLINE:** *They didn't even tell the Queen* | |
| 00:18:25 | | REPORTER: Big surprise from Prince Harry and Meghan Markle. |
| 00:18:28 | | REPORTER: Reportedly blindsiding the Queen. |
| 00:18:30 | **HEADLINE:** *Revealed: How Prince Harry 'defied the Queen' by announcing plans for him and Meghan Markle to quit as senior royals* <br><br> *"…ONLY SENT A COPY OF HARRY AND MEGHAN'S STATEMENT '**10 MINUTES**' **BEFORE** IT WAS RELEASED."* | REPORTER: Prince Charles and Prince William were only sent a copy of Harry and Meghan's statement 10 minutes before it was released. |

12

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:18:37 | | COMMENTATOR: The Queen got surprised, like all of us, was the fact that they announced it officially on Instagram. |
|---|---|---|
| 00:18:43 | | H: This idea that I supposedly blindsided my grandmother, this would never happen. I have so much respect for her. |
| 00:18:50 | | M: This has been ongoing for months upon months. I mean, I think in some people's minds it was like me going "post." What? |
| 00:19:00 | **HEADLINE:**<br>*HARRY AND MEGHAN WANT TO HAVE THEIR CAKE AND EAT IT AS SELFISH ACTIONS UNDERMINE THE QUEEN* | |
| 00:19:05 | | H: I'd sent an email to the three most senior private secretaries saying, "Let's have a meeting. Let's get together and have a meeting. Let's talk about this."  because what was happening - what was playing out in public was crazy.  And that meeting was rejected |
| 00:19:18 | | M: Yay. |
| 00:19:21 | | M: After the announcement I had to get back because Archie was in Canada |
| 00:19:27 | | H: And it was only once Meg had left and gone back to Canada that it was then arranged that there was going to be a meeting at Sandringham on the following Monday. |
| 00:19:38 | | M: This is snow. |
| 00:19:40 | | M: Imagine a conversation, a roundtable discussion about the future of your life when the stakes are this high, and you as the mom, and the wife, and the target in many regards, aren't invited to have a seat at the table. |
| 00:20:03 | | H: It was clear to me that they planned it so that you weren't in the room. |
| 00:20:14 | | H: But, you know, Sandringham - I have such happy memories of Sandringham. |
| 00:20:17 | | CHOIR: [SINGING 'HARK THE HERALD'] |
| 00:20:18 | **LOWER THIRD:**<br>*SANDRINGHAM 1991* | |
| 00:20:24 | | H: That was where we spent every Christmas. And now I was back there in very different circumstances. |
| 00:20:38 | **LOWER THIRD:** | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *SANDRINGHAM*<br>*January 13, 2020* | |
| 00:20:42 | | REPORTER: Well, it's an historic day for the Royal Family. The Queen has called this urgent meeting.  Prince Harry will be there of course, along with his brother Prince William and Prince Charles. |
| 00:20:57 | **SUBTITLE:**<br>*Who was that?* | PAP 1: Who was that? |
| 00:20:58 | **SUBTITLE:**<br>*The Duke.* | PAP 2: The Duke. |
| 00:20:59 | | REPORTER: They'll be trying to come up with a blueprint for the way forward. |
| 00:21:05 | | H:  I went in with the same proposal that we'd already, you know, made publicly. But once I got there I was given five options. One being all in, no change. Five being all out. I chose option three in the meeting, half in half out--have our own jobs, but also work in support of the Queen. But it became very clear very quickly that that goal was not up for discussion or debate. |
| 00:21:39 | | H: It was terrifying to have my brother scream and shout at me and my father say things that just simply weren't true, and my grandmother, you know, quietly sit there and sort of take it all in. |
| 00:21:51 | | H: But, you have to understand that from the family's perspective, especially from hers, there are ways of doing things and her ultimate sort of mission goal [slash] responsibility is the institution. |
| 00:22:03 | **HEADLINES:**<br>*Queen Elizabeth II's reign: A constant in an ever-changing nation*<br><br>*Queen Elizabeth II is the second-longest reigning monarch in history* | |
| 00:22:04 | | H: If people around her are telling her, "By the way that proposal, or these two doing X, Y, Z, is going  to be seen as an attack on the institution," then she's going to go on the advice that she's given. |
| 00:22:20 | | H: It was really hard. The meeting finished without any, like solidified action plan. |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| 00:22:29 | | H: I think from their perspective they have to believe that it was more about us and maybe the issues that we had as opposed to their partner, the media, and themselves and that relationship that was causing so much pain for us. They saw what they wanted to see. |
| 00:22:52 | | YOUNG H & W: Fire, we're driving into the fire |
| 00:22:58 | | H: I mean the saddest part of it was this wedge created between myself and my brother so that he's now on the institution side. And I get - a part of that I get, I understand, right? That's his inheritance. So to some extent it's already ingrained in him that part of his responsibility is the survivability and the continuation of this institution. |
| 00:23:18 | **HEADLINE:**<br>*Prince William on Harry and Meghan crisis: 'I've put my arm around my brother all our lives. I can't do it any more'* | |
| 00:23:20 | | REPORTER: There's been a unbelievably sad breakdown between the brothers |
| 00:23:23 | | REPORTER: They always used to be in step and they're clearly out of step now. |
| 00:23:25 | **HEADLINE:**<br>*Princes 'fell out because William wasn't friendly toward Meghan'* | |
| 00:23:27 | | H: That day the story came out saying that part of the reason why Meghan and I were leaving was because William had bullied us out. |
| 00:23:35 | | H: And once I got in the car after the meeting I was told about a joint statement that had been put out in my name and my brother's name squashing the story about him bullying us out of the family. |
| 00:23:50 | **GRAPHIC:**<br>*Queen 'Supportive' of Harry & Meghan After Emergency Royal Summit.* | REPORTER: A sign of public unity from the brothers, who issued a joint statement calling the report false, offensive, and potentially harmful. |
| 00:23:55 | **SOCIAL MEDIA POST:**<br>*A joint statement from the spokespeople of Prince William and Prince Harry* | |

15

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *false*<br>*offensive*<br>*potentially harmful* | |
| 00:24:00 | | H: I couldn't believe it.  No one had asked me - no one had asked me permission to put my name to a statement like that. |
| 00:24:07 | **HEADLINE:**<br>*William and Harry deny*<br>*'offensive and potentially*<br>*harmful' story* | |
| 00:24:10 | | H: And I rang M and I told her, and she burst into floods of tears. Because within four hours they were happy to lie to protect my brother, and yet for three years they were never willing to tell the truth to protect us. |
| 00:24:30 | | M: Suddenly what clicked in my head was it's never going to stop. Every rumor, every negative thing, every lie, everything that I knew wasn't true, and that the palace knew wasn't true, and internally they knew wasn't true, that was just being allowed to fester. |
| 00:24:47 | | H: So there was no other option at this point. I said we need to get out here |
| 00:24:53 | | REPORTER: Breaking news this one out of London. |
| 00:24:53 | **HEADLINE**<br>*ORF You Go* | |
| 00:24:55 | | REPORTER:  Prince Harry and Meghan Markle will officially moving on. |
| 00:24:57 | | REPORTER: Announcing their taking a step back from their royal duties. |
| 00:25:00 | | COMMENTATOR 1: Trying to do for Meghan what he couldn't do for his mom. |
| 00:25:03 | | COMMENTATOR 2: Exactly. |
| 00:25:04 | | COMMENTATOR 3: Nobody could take the attacking and the trolling that she has taken. |
| 00:25:09 | | COMMENTATOR 4:  I know she has felt strongly this is like getting back some control of her life. She feels she has no control. |
| 00:25:16 | **HEADLINE:**<br>*Prince Harry and Meghan to*<br>*'Step Back' From Royal*<br>*Duties in Extraordinary*<br>*Retreat* | |
| 00:25:18 | **LOWER THIRD:**<br>*DAVID OLUSOGA* | DAVID OLUSOGA: This was Harry's decision to move away from what he'd obviously imagined |

16

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *Author, Black and British* | was going to be his future and his destiny.  There was always a sense that Meghan had to prove herself--prove herself worthy of Britain, prove herself worthy of her husband, prove herself worthy of her position in the Royal Family. It's a lot to ask of any individual. |
| 00:25:37 | | COMMENTATOR: British Public opinion is that it's all Meghan's fault. |
| 00:25:37 | **HEADLINE:** *Trapped By Meghan* | |
| 00:25:40 | | H: I've seen little cartoons of me on all fours with her and holding a dog lead and me wearing the dog collar. How predictable that, you know, the woman is to be blamed for the decision of a couple. In fact, it was my decision. She never asked to leave. I was the one who had to see it for myself.  But it's misogyny at its best. |
| 00:26:02 | | REPORTER: Some of the tabloids are calling the two the "Rogue Royals" and describing the move as "Megxit." |
| 00:26:02 | **HEADLINES:** *THE ROGUE ROYALS*<br><br>*MEGXIT* | |
| 00:26:08 | | DAVID OLUSOGA: I felt the term "Megxit" was just indicative of the frivolousness, the unseriousness, the flippant nature of the tabloid press. It's what happens when you have a press that is devoid of journalism, that lives on outrage and monetizes anger. |
| 00:26:26 | | COMMENTATOR: She thought that it would all be just tiaras and tea parties. |
| 00:26:27 | **HEADLINE:** *QUEEN DISOWNS HARRY & MEGHAN!* *You're both dead to us* | |
| 00:26:29 | | COMMENTATOR: Oh I think you can see the manipulation, I mean, all the way along the relationship in my opinion. |
| 00:26:32 | **HEADLINE** QUEEN ORDERS A HARD MEGXIT | |
| 00:26:32 | | COMMENTATOR: Turning their backs on the Royal Family. |
| 00:26:35 | **LOWER THIRD:** *AFUA HIRSH* | AFUA HIRSH: They received the wrath - the full wrath of the media establishment |

17

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *Journalist and Author, Brit(ish)* | |
| 00:26:39 | | COMMENTATOR: …almost like teenagers stamping their feet. |
| 00:26:43 | **HEADLINES:**<br>*SHOWDOWN AT SANDRINGHAM*<br><br>*I'm Meghan my escape*<br><br>*Go…IF YOU MUST*<br><br>*HARRY AND MEGHAN OUT IN THE COLD*<br><br>*NOT SO FAST, HARRY!*<br><br>*Royals in crisis: Special pullout*<br><br>*WE QUIT*<br><br>*QUEEN'S DISMAY AS HARRY AND MEGHAN STEP BACK FROM ROYAL LIFE* | |
| 00:26:42 | | COMMENTATOR: Meghan suddenly realized that she wasn't going to be the star of the show. |
| 00:26:46 | | COMMENTATOR: She won't compromise. Everything's got to be her way |
| 00:26:50 | | M: I mean, it took what felt like everything from me--your sense of self, your confidence. |
| 00:26:56 | **HEADLINES:**<br>*Meghan Markle allegedly demanding cash and ordered Prince Harry to find a job*<br><br>*Reasons behind Meghan and Harry's resignation: Duchess' brand and the demise of the 'Fab Four'* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *MISSING MILESTONES*<br>*Queen 'fears she will not see*<br>*baby Archie grow up or*<br>*have relationship with him'*<br>*following Megxit*<br><br>*Queen Elizabeth 'blindsided'*<br>*by Prince Harry and Meghan*<br>*Markle's announcement,*<br>*analyst says*<br><br>*Meghan orders Harry: 'Get a*<br>*job , we need money!'* | |
| 00:27:05 | | M: And the truth didn't matter, the clickbait did. |
| 00:27:07 | **HEADLINE:**<br>*MEGXIT* | |
| 00:27:13 | | MAN: We are about two minutes out from the top of the show, so… |
| 00:27:15 | **LOWER THIRD:**<br>*FRIEND'S APARTMENT,*<br>*NEW YORK CITY*<br>*November 2021* | |
| 00:27:19 | **LOWER THIRD:**<br>*WIRED PANEL*<br>*DISCUSSION* | MODERATOR: Good Afternoon. I wanna welcome Renee DiResta, Rashad Robinson, and Prince Harry, Duke of Sussex. |
| 00:27:25 | | MODERATOR: Well, Harry, maybe you can help humanize this for us. Just a month ago a report by Bot Sentinel, a company that analyzes tweets, found that a very small number of anti-Meghan and Harry accounts were responsible for a huge percentage of the hateful content about you on Twitter. |
| 00:27:44 | | H: Misinformation is a global humanitarian crisis. As you quite rightly pointed out I've felt it personally over the years. We know that a small group of accounts are allowed to create a huge amount of chaos online, and without any consequence whatsoever. |
| 00:28:03: | **HEADLINE:**<br>*Online Hate Targeting*<br>*Prince Harry, Meghan*<br>*Markle Comes From Small*<br>*Number Of Users New*<br>*Report Says* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:28:06 | **LOWER THIRD:** *CHRISTOPHER BOUZY Founder and CEO, Bot Sentinel* | CHRISTOPHER BOUZY: Bot Sentinel has looked at everything from QAnon, to MAGA, to COVID disinformation, to climate change disinformation. We've never seen anything quite like this. |
|---|---|---|
| 00:28:18 | **SOCIAL MEDIA POSTS:** *Way to put your genetic line in the shredder.  Nice one Harry* <br><br> *Meghanmarkle you're a nasty fake bitch, your not with him. You're just a fake nasty beard, who…* <br><br> *That's good… I cannot wait for that thing to hit rock bottom and suffer … like what she has done to Her Majesty the Queen … Harry should have left the trash outside!* | |
| 00:28:24 | **LOWER THIRD:** *SAFIYA NOBLE Author, Algorithms of Oppression* | SAFIYA NOBLE: What was interesting to me about that report is that it showed that there were a handful of accounts that weren't just bots, but they were people who were highly-coordinated, and deeply-networked, and responsible for the vast majority of hate propaganda against the couple. |
| 00:28:46 | Screen Filling with Tweets | |
| 00:28:49 | | CHRISTOPHER BOUZY: We looked at 114,000 tweets and we were able to then determine that 70% of the, you know, hateful content came from just 83 accounts and they had a reach of 17 million people. |
| 00:28:58 | *70% of Tweets* <br> *83 Accounts* <br> *17 Million Users* | |
| 00:29:08 | | CHRISTOPHER BOUZY: So this is not your everyday trolling. |
| 00:29:10 | **HEADLINE:** *The Fight of Meghan Markle's Life* *The duchess's battle with tabloids and trolls is about more than just her right to privacy.* | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:29:13 | **SOCIAL MEDIA POSTS:** *Wouldn't Everyone Like to Know Exposing #MeghanMarkle and #PrinceHarry for the no good, scandalous, skeezing #Narcissist grifters they truly are.* | CHRISTOPHER BOUZY:  They were coordinating and talking about what they would discuss for that particular day or week. What pictures they should disseminate. They were actively recruiting people, telling people how to create multiple accounts, how to use VPNs, you know, virtual private networks to hide the IP so they don't get suspended. It's insane. |
|---|---|---|
| 00:29:34 | | YOUTUBER 1: What is it about Meghan Markle that has driven Prince Harry to not only abandon the family who has always loved him… |
| 00:29:37 | | YOUTUBER 2:  In every scenario who's the victim? |
| 00:29:40 | | YOUTUBER 3: Because she separated him from his… |
| 00:29:41 | | CHRISTOPHER BOUZY: And it was done by people who were just not the typical [quote, unquote] "trolls." These are housewives, middle-aged Caucasian women, creating just constant attacks from "go back to America" to basically, you know, "why don't you die?" |
| 00:29:43 | **TWEET:** Wow I found a community of people who can see right through this woman. She is crazy. Separating a family like that is heartless | |
| 00:29:51 | **TWEET:** *Nobody likes you Meghan Markle, not even in Europe. You will never be accepted here. Go back to Crenshaw! #Meghan Markle #ghetto #CrenshawPrincess #PrinceHarry #FreePrinceHarry* | |
| 00:29:57 | **TWEETS:** *How funny would it be if meghan markle died in a tunnel #Tunnel2-RoyalFamily0 #death*  *Those two kids need to be kept out of the line of succession.  That seems like the whole motive.  If she* | |

21

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *wants them christened, they can be christened in montecito, but she's not religious as was evidenced by lying about the archbishop on worldwide television* | |
| 00:30:05 | | CHRISTOPHER BOUZY: Samantha Markle was part of the group that was putting out a lot of this disinformation. Samantha had her account suspended, and then we actually sent Twitter a list because she had, like, 11 additional accounts. |
| 00:30:16 | **TWEET**:<br>@MarkleSammy64 everyone follow my here on this page I don't use the markle Sammy 64 anymore.. It's funny because I'm looking at my old stuff but I can't get into this account and don't use it so follow me @TheMarkleSammy<br><br>*I abandon the other account*<br><br>*xx hi! Glad you're here I know I've changed my user handle several times but it's good to have you here and I'll try and be on more regularly. I have to check out your videos I haven't been on in so long and there's been so much going on God can you believe this mess?* | |
| 00:30:20 | | CHRISTOPHER BOUZY: And we were baffled by this. You know, how can the half-sister of Meghan be part of a hate group? |
| 00:30:33 | | |

22

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | **MIDDLE THIRD:**<br>*According to Samantha Markle's attorney, Samantha's Twitter account has never been "suspended" but was instead "hacked," resulting in "imposter accounts" made by third parties to defame his client.*<br><br>*Source : Newsweek* | |
| 00:30:39 | | H: Perhaps the most troubling part of this is the number of British journalists interacting with and amplifying the hate and the lies. When a lie spreads on social media it's dangerous, of course it is. But when that same lie is given credibility by journalists or publishers it's unethical and as far as I'm concerned an abuse of power. |
| 00:30:59 | **HEADLINE:**<br>*Mainstream royal pundits amplify coordinated hate campaign against Meghan Markle* | |
| 00:31:02 | | CHRISTOPHER BOUZY: For the main hate accounts their primary motive is monetizing this stuff. But the secondary accounts, it's about hatred, it's about, you know, race. |
| 00:31:05 | **TWEET:**<br>*NEW VIDEO*<br>*The platinum Jubilee celebrations proved 2 me that the Royal Family, once tipped 2B the family that MEghan never had, R doing perfectly fine without the drama Queens of Montecito. Finally the public got the chance to show their feelings*<br><br>*New Video Alert*<br>*Harry & Meghan- Using Lilibet-Damage Control* | |
| 00:31:16 | **SOCIAL MEDIA POST:** | |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | *The Duke and Duchess of Sussex can't wait to start their Kwanzaa celebrations tomorrow . This will be Lilibet's first Kwanzaa*<br><br>*Yep, I have seen this. She sad that she didn't fit in the black community because of her lighter skin & yet here she is lying through her teeth and supporting the black community and playing victim of racial discrimination.  She is nothing but an opportunist.*<br><br>*This is why interracial marriage is no go.* | |
| 00:31:25 | | CHRISTOPHER BOUZY: And the focus was predominantly on Meghan. Comparing her to, for example, you know, a monkey. And then also there would be derogatory terms where they would use the N-word on tweets. |
| 00:31:43 | **TWEET:**<br>*Condolence for Prince Harry and Meghan Markle enjoy your moment. We will not support you and the day your wedding Curse you, MM witch, gold digger, immoral, sex maniac dirty bitch, selfish, fake, scammer gold digger, We hate you MM* | |
| 00:31:43 | | H: The seriousness of what has happened to hear and what happened - what happened to us, and what continues to happen to her, that needs to be acknowledged. |
| 00:31:53 | | M: Also I think for people to really understand, you know, when you plant a seed that is so hateful what it can grow into. I mean, just a couple days ago I was going through the manual for our security team at home. |
| 00:32:10 | | M: And on one of the pages that I happened to flip to it was about online monitoring.  And they |

24

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | | were, like, "If you see a tweet like this, please report it to head of security immediately."  And it just said, "Meghan just needs to die.  Someone needs to kill her.  Maybe it should be me." |
| 00:32:26 | | M: And you're  just, like, okay.  That's, like, what's actually out in the world because of people creating hate.  And I'm a mom. That's my real life, you know? And that's the piece when you see it and you go, you are making people want to kill me.  It's not just a tabloid.  It's not just some story. You are making me scared, right? |
| 00:32:59 | | M: And, like, that night to be up and down in the middle of the night looking down my hallway, like, are we safe?  Are the doors locked?  Is security on?  Is every...?  That's real. |
| 00:33:08 | | M: Are my babies safe? And you've created it for what?  Because you're bored, or because it sells your papers, or it makes you feel better about your own life?  It's real what you're doing, and that's the piece I don't think people fully understand. |
| 00:33:29 | | M: It's wonderfully good of you, snake, but no, I'm having a feast with a… |
| 00:33:33 | | Archie: A gruffalo |
| 00:33:34 | | M: A gruffalo! What's a gruffalo? |
| 00:33:39 | | Archie: Was that a good song? |
| 00:33:41 | | M: That was such a good song, it was awesome. |
| 00:33:44 | | Archie: You want me to play it again, Mama? |
| 00:33:47 | | M: Yes please, thank you.  Okay. |
| 00:33:50 | | SAFIYA NOBLE: Let's be clear about what's actually at stake here. It's like symbolic annihilation.  If you can destroy people who are symbols of social justice then you can scare people to not want to be public. It is a way to signal to the rest of us to stand down. |
| 00:34:20 | **LOWER THIRD:** <br> *VICKY TSAI* <br> *Friend* | VICKY TSAI: When you whip up enough people into a fervent of hate it's not one of those cases of "sticks and stones may break my bones but words can never hurt me." They can kill you. The threat is real. |
| 00:34:37 | **HEADLINE:** <br> *Racist Podcast Host Called for Prince Harry's 3-Year-Old to Be 'Put Down"* | |

25

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| 00:34:43 | LOWER THIRD: *Voice of Guided Meditation Instructor* | KASEY CROWN: Exhale. Remember that what is transpiring in the media, what's being created is an illusion. When you try and prove that you're good and that you're not the person they say you are, you're taking the bait. You're feeding the beast. It is an illusion. Your work is not to prove your goodness. You know who you are, both of you. And whenever you're ready open your eyes |
|---|---|---|
| 00:35:24 | | H: As sad as it is, in order for change to happen a lot of pain has to come to the surface. In order for us to be able to move to the next chapter you've got to finish the first chapter. |
| 00:35:40 | LOWER THIRD: *WINDSOR HOME PARK March 2020* | |
| 00:35:42 | | H: We both came back in March from Canada And that was our sort of farewell week. |
| 00:35:53 | ARCHIVAL PHOTOS THROUGHOUT | [MUSIC THROUGHOUT] |
| 00:35:56 | | M: We were going through so many boxes, just literally looking at everything going, "Oh my gosh," like, "Oh, this blanket I missed! This hat was so funny!" and just taking it all in. And it really gave us a chance to just - to look back at our whole love story. |
| 00:36:29 | | H: We always saw Archie running around the garden at Frogmore Cottage and maybe jumping in the Queen's pond. That was all part of our future. And everything changed really, really quickly. |
| 00:36:41 | | H: We knew that we were going to get some breathing space from this very painful experience that we'd been stuck in. But also at the same time it was really sad. |
| 00:36:52 | | M: I often think about in any relationship oftentimes when a guy falls in love with a girl his buddies are like, "Oh my god, he changed! I don't see him anymore. He's always with her." And you blame the girl. They're angry with her because she's the thing that took him away. And that's whether you're in a small town, or a big city, or in the Royal Family. |
| 00:37:21 | | M: He wouldn't have ever been attracted to or interested in me if he hadn't already been on his own path. |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| 00:37:30 | | M: Most people need to find someone to blame to try to, like, reconcile how you're feeling because something has changed, and it doesn't feel good, and you don't like it, and what's the thing that's different? "Well, it all changed when you got here. So it's your fault." But you need to blame me.  Because also if you can blame me then you have no fault. So that last week was - it was bittersweet. |
| 00:38:11 | | REPORTER: Meghan and Harry are all smiles tonight, the royal farewell tour in high gear. Meghan is back in the U.K. for the first time since the couple's dramatic decision to step down as senior working royals. |
| 00:38:22 | | H: That farewell week we did all these engagements back to back.  And it was just like - it was a real whirlwind |
| 00:38:30 | | REPORTER: Five engagements in 5 days. |
| 00:38:33 | | M: Until that last week in the U.K. I rarely wore color. I never wanted to upstage or ruffle any feathers, so I just tried to blend in. But I wore a lot of color that week. |
| 00:38:45 | | H: Yeah. |
| 00:38:46 | | M: It just felt like, well, let's just look like a rainbow. |
| 00:38:49 | | [MUSIC THROUGHOUT] |
| 00:38:49 | | [BACKGROUND NOISE] |
| 00:39:12 | | H: We weren't with the family.  It was our opportunity to go out with a bang, to be honest. |
| 00:39:18 | | H: A lot of you tonight have told me you have my back. Well, I'm also here to tell you I've always got yours. |
| 00:39:25 | | H: It never needed to be this way. We talked about this, you know, over and over again, sitting up late in the kitchen after these late-night engagements saying, "We would've carried on doing this for the rest of our lives." |
| 00:39:40 | | M: I thought, the public, i they've been fed these lies for two years what do they think of me? What do they think of me? They must hate us. No. |
| 00:39:57 | | M: The people were just so embracing. They were sad that we were leaving. And we were sad that we were leaving. |
| 00:40:05 | | H: I'm going to miss the British public. I'm not going to miss the British press and their followers, and their trolls that they create. But I |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | | am - I'm going to miss this country, so is Meghan. |
| 00:40:28 | **LOWER THIRD:** *COMMONWEALTH DAY March 9, 2020* | [CHURCH BELLS] |
| 00:40:30 | | REPORTER: It's one of the great Royal Family showpieces of the year, a Westminster Abbey service featuring the Queen, along with Charles and Camilla, William and Kate, even Edward and Sophie, and last Harry and Meghan in their last official role before returning to North America. |
| 00:40:53 | | M: The first time that we saw other members of the family was in public at Westminster Abbey. |
| 00:41:02 | | REPORTER: This is the last time we'll see the Duke and Duchess of Sussex with the Queen and the Royal Family on an engagement, And it's significant |
| 00:41:10 | | H: We were nervous seeing the family because all the TV cameras and everybody watching at home and watching the audience, like, it's like living through a soap opera where everyone else views you as entertainment. |
| 00:41:23 | | REPORTER 1: You really do have to wonder what was going through their minds as they were going through the motions of this… |
| 00:41:28 | | REPORTER 2: Yeah |
| 00:41:28 | | REPORTER 1: …given what's going on in the background. |
| 00:41:33 | | H: I felt really distant from the rest of my family, which was interesting because so much of how they operate is about what it looks like rather than what it feels like. And it looked cold. But it also felt cold. |
| 00:41:48 | | REPORTER: In the services that we saw here today they weren't even in the procession. That also sort of showing where things are automatically changing. |
| 00:41:55 | | REPORTER: When you see how successful they have been at their public engagements, you see what an incredible loss this is to the Royal Family, but also really have to wonder how it was possible that something could not be worked out to keep them within the fold. |
| 00:42:13 | | M: We had left Westminster Abbey and then that was it. I had to go to the airport; we were racing |

28

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| | | to catch my flight. But we were cutting it so close, but I wanted to get back home to Archie. |
| 00:42:24 | | H: Yep. Went back to Buckingham Palace, changed… |
| 00:42:26 | | M: …unpinned the hat, quickly took this green dress off, threw on some clothes for the plane.  I was saying goodbye. Of course it was emotional. |
| 00:42:51 | | M: We get on the plane, and it's not the pilot but whoever is sort of overseeing the crew, and he came and he knelt next to my seat. And he took his hat off.  And I remember looking at him--he goes, "We appreciate everything you did for our country." And it was the first time that I felt like someone saw the sacrifice, not from my own country, for this country that's not mine. |
| 00:43:31 | | M: We landed in Canada, and one of our security guards who had been with H for so long--and these guys were so wonderful--I just collapsed in his arms crying. I was, like, "I tried so hard." He goes "I know you did, I know you did, Ma'am. I know you did." Like I tried so hard. And that's a piece so triggering because you go, and it still wasn't good enough. And you still don't fit in. |
| 00:44:16 | | DAVID OLUSOGA: It was impossible not to feel emotional investment as a black British person watching Meghan enter this institution and become this icon, this figure that we all had this high hopes for. |
| 00:44:32 | | DAVID OLUSGOA: Part of what made the inability of the palace to defend Meghan an even bigger disaster is at the center of the argument for the monarchy in this country, is the Commonwealth. The Commonwealth is 2.5 billion mainly black and brown people. Here was a woman who just looked like most of the people in the Commonwealth. |
| 00:44:58 | | DAVID OLUSGOA: And they somehow for some reason couldn't find the capacity to protect her, to represent her, to stand by her, to take on vested power in her name, to fight for her. |
| 00:45:19 | | AFUA HIRSCH: One of the big questions facing modern Britain is what do we choose our symbols and institutions to be, and are they inclusive or are they continuing that history of exclusion? |

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| 00:45:33 | | AFUA HIRSCH: And when a member of the Royal Family visits one of these countries it creates an awkward moment for the British government. |
| 00:45:41 | **SUBTITLE:**<br>*Sending a shout out to the Duke and Duchess of Cambridge and the entire royal family.* | OMAR RYAN: Sending a shout-out to the Duke and Duchess of Cambridge and the entire Royal Family that reparations time come now. |
| 00:45:51 | **HEADLINES:**<br>*Jamaicans shun U.K. royal visit, demand slavery reparations*<br><br>*Sophie and Edward's cancelled tour a 'mutual agreement' - Grenada breaks ranks with Palace* | |
| 00:45:57 | | DAVID OLUSOGA: There is a tipping point, a generational change, and a moment in which events are sort of coalescing. |
| 00:46:04 | | MIA AMOR MOTTLEY: From this and forever declare Barbados a parliamentary republic. |
| 00:46:13 | | DAVID OLUSOGA: In 2021 Barbados made the decision to replace the Queen as the head of state. That makes it more likely that other nations will follow. |
| 00:46:23 | **HEADLINE:**<br>*POLL: JAMAICANS ON REMOVAL OF QUEEN* | JAMAICAN REPORTER: There are renewed calls this evening for Jamaica to take steps to remove the Queen as head of state. |
| 00:46:30 | | H: Anyone inside that system, whether it's my family, whether it's staff, whether PR, whoever it is, have already missed an enormous opportunity with my wife and how far that would go globally. |
| 00:46:52 | | AFUA HIRSCH: Their relationship represented the idea that Britain can change, that the most intractable, traditional parts of Britain can reform and evolve. Their departure felt like the death of a dream. |
| 00:47:15 | **LOWER THIRD:**<br>*March 2020* | |
| 00:47:17 | | H: Um, hi. So we're here on Tues- Wednesday, the something of March. These next few months is when we're going to be at our most vulnerable, when the press will no doubt create some sort of feeding frenzy. |

30

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

| | | |
|---|---|---|
| 00:47:34 | | REPORTER: The Duke of Sussex stepping off his plane, as you can see there.  Clearly a number of questions still to be answered. |
| 00:47:42 | | REPORTER: Will they still get Royal protection when they live overseas? |
| 00:47:47 | | H: By the time that I got back from the U.K. after that March trip, the whole place was completely surrounded--boats in the water, cars up the drive, individuals trying to jump over the fence and take photographs over the wall. It was – yeah it was – I'd never experience that before. |
| 00:48:04 | | SECURITY 1: I've just seen this bloke. |
| 00:48:06 | | SECURITY 2: Yeah. |
| 00:48:07 | | SECURITY 1: He looked at me as I drove in. |
| 00:48:09 | | H: M asked me would remove our security?  I said, "They'll never do that." Meghan's background, her heritage, the well-documented hate-campaigns against us, suspicious packages being sent to the palaces specifically with her name or my name on, she said, "Do you think they'll ever do it?"  I said, "No, they would never do that." And they did it. |
| 00:48:30 | | H: They've decided our security will be removed on the 31st of March, thereby leaving me less than three weeks to find security for my family. And I'm worried, I am genuinely concerned, um, for the safety of my family. |
| 00:48:43 | **HEADLINE:** *FIRST CASE OF DEADLY VIRUS CONFIRMED IN U.S.* | M:  And then just like that, this thing called "COVID." |
| 00:48:47 | | REPORTER: Officials now say more than 400 people have been sick. |
| 00:48:50 | | M: At that moment. Our location was exposed, we knew our security was being pulled, everyone in the world knew where we were, so we weren't going to be safe there. |
| 00:48:58 | | REPORTER: The AP is now reporting that Justin Trudeau's wife Sophie has tested positive for coronavirus. |
| 00:49:06 | | M: They're going to close the border. Without question, they're going to close the border in no time. |
| 00:49:12 | | H: Stay, stay. |
| 00:49:16 | | H: There comes a point when you're worried about what could happen next, and therefore |

31

**Story Syndicate**

Chapters
Episode 105
November 10, 2022
Locked Cut 221110

|  |  | you've got to do what I guess any husband and father would do, which is get the hell out of there. |
|---|---|---|
| 00:49:29 | CREDITS | [MUSIC |
| 00:51:06 | **MIDDLE THIRD:**<br>*Story Syndicate* |  |
| 00:51:12 | **MIDDLE THIRD**<br>*ARCHEWELL*<br>*PRODUCTIONS* |  |
| 00:51:16 | END |  |