# EXHIBIT 4

*Due to its size, Ex. 4 will be submitted by flash drive after the Court grants leave to file same*