UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                          Case No: 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____/

**SECOND AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Having considered the parties' Joint Unopposed Motion to Modify Scheduling Order (Doc. 77), filed on May 9, 2023, and for good cause shown, the Court will grant the parties' Joint Unopposed Motion to Modify Scheduling Order. The following deadlines shall apply to this action:

| | |
|---|---|
| **Discovery Deadline** | JANUARY 2, 2024 |
| **Dispositive Motions,** *Daubert,* **and** *Markman* **Motions** | FEBRUARY 2, 2024 |
| **Meeting In Person to Prepare Joint Final Pretrial Statement** | MAY 10, 2024 |
| **Joint Final Pretrial Statement,** (including a single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | MAY 17, 2024 |
| **All Other Motions Including Motions** *In Limine* | MAY 28, 2024 |

| Final Pretrial Conference | Date:<br>Time:<br>Judge: | JUNE 18, 2024<br>2:30 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
|---|---|---|
| Trial Briefs and Deposition Designations | | JUNE 11, 2024 |
| Trial Term Begins | | JULY 1, 2024 |
| Estimated Length of Trial | | 5 days |
| Jury / Non-Jury | | Jury |
| Mediation Deadline | | DECEMBER 29, 2023 |
| | Mediator Address: | Mary Ruth Houston<br>300 S Orange Ave Suite 1600<br>Orlando, FL 32801 |
| **Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the court within 14 days of this Order advising of the date.** | | |
| **Designated Lead Counsel Pursuant to Local Rule 9.04(a)(3) Lead Counsel Telephone Number** | Name:<br>Telephone: | Taylor Young, I<br>954-570-6757 |

All other provisions of the Case Management and Scheduling Order continue to apply.

**DONE AND ORDERED** in Tampa, Florida on May 18, 2023.

Charlene Edwards Honeywell
United States District Judge

**Copies to**:
Counsel of Record and Unrepresented Parties, if any

2