← **Thread**



**Christopher Bouzy (spoutible.com/cbouzy)**
@cbouzy                                                              ···

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.



Bouzy is the founder and director behind the four-year-old anti-hate research organization Bot Sentinel. For him, the back-and-forth with online haters, the regular smear campaigns and doxxing, even the police showing up at his front door—all of it comes with the job. "It's impossible to completely stop the targeted attacks. It's just the nature of the internet," he said. "But we're not even doing the bare minimum right now. It is completely out of control. If the platforms actually enforced their own rules, we'd be better off. But they have no incentive to do that."

'Sometimes You've Got to Fight Fire With Fire': A

"Bot Sentinel doesn't care if an account is human controlled or not. What it cares about is if that account is breaking Twitter's terms of service. We could call it a good bot against the bad bots, if you wanted to—a bot that is a sentinel or guard," said Bouzy, who noted that Bot Sentinel's code can be applied to any text-based website. "Today, in 2022, I would say 90% of the accounts doing this stuff are human controlled."

Bot Sentinel also works behind the scenes with prominent figures to help identify organized hate campaigns against them. Bouzy has

5:10 PM · Oct 14, 2022                                               

**164** Retweets   **5** Quotes   **901** Likes   **10** Bookmarks

Tweet Link
https://twitter.com/cbouzy/status/1581029790391246848





**Christopher Bouzy (spout...**
@cbouzy

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.

5:10 PM · Oct 14, 2022

**164** Retweets  **5** Quotes  **901** Likes

**10** Bookmarks

Tweet your  **Reply**

**Christopher Bo...** · Oct 14, 2022
You can read the rest of the profile here:

theinformation.com
'Sometimes You've Got to Fight Fire With Fire!: A ...

4   42   218

**Christopher Bo...** · Oct 14, 2022
I also want to thank every

The Information                Weekend                Welcome, Christopher

Art by Clark Miller

## 'Sometimes You've Got to Fight Fire With Fire': A Vigilante Coder Goes to War Against Misinformation

The founder of Bot Sentinel is willing to be doxxed, harassed and threatened to rid social media of bad actors.



By Jessica Lucas

Oct. 14, 2022 1:00 PM PDT

For the people closest to Christopher Bouzy, like his wife Jennifer, the battles he wages against trolls online can be both captivating and devastating to watch. "It's fun when he mops the floor with them," she said. "I'm really proud! I'm like, 'Yeah! Get them.' But it's stressful. Especially when they put out your address and all this other information. Anybody else probably would have had a breakdown by now. But he's strong. He can take it."

Bouzy is the founder and director behind the four-year-old anti-hate research organization Bot Sentinel. For him, the back-and-forth with online haters, the regular smear campaigns and doxxing, even the police showing up at his front door—all of it comes with the job. "It's impossible to completely stop the targeted attacks. It's just the nature of the internet," he said. "But we're not even doing the bare minimum right now. It is completely out of control. If the platforms actually enforced their own rules, we'd be better off. But they have no incentive to do that."

Bouzy, 47, is a digital vigilante who monitors—and exposes—the darker corners of social media. He has made a name for himself and for Bot Sentinel as a leading hunter of trolls and organized hate campaigns in some of the most discussed cultural flashpoints of the last several years, from the Amber Heard–Johnny Depp defamation trial, to the hate campaign against Meghan Markle, to Elon Musk's on-again, off-again battle to take over Twitter.

Bot Sentinel's ability to identify problematic accounts and distinguish automated bots from human trolls has turned the free platform into a dependable resource for victims, policymakers and journalists covering the age of misinformation. The organization, which currently consists

Christopher Bouzy (spout...
@cbouzy

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.

5:10 PM · Oct 14, 2022

164 Retweets    5 Quotes    901 Likes

10 Bookmarks

Tweet your                                    Reply

Christopher Bo...    · Oct 14, 2022
You can read the rest of the profile here:

theinformation.com
'Sometimes You've Got to Fight Fire With Fire': A ...

💬 4    🔁 42    ❤️ 218

Christopher Bo...    · Oct 14, 2022
I also want to thank every



of Bouzy and three coders and data scientists whose identities Bouzy keeps secret, funds itself through donations collected on its website. He declines to share how much Bot Sentinel has raised, but the crowdfunding totals are sufficient to keep Sentinel web browser extensions and hate trackers free to the wider public.

Its algorithm has been trained to give Twitter accounts a score between 0% and 100% based on how closely they resemble accounts that flagrantly break Twitter's rules, helping users understand which accounts are problematic and which are not. The higher a Twitter account's Bot Sentinel score, the more likely it is to participate in targeted harassment and toxic trolling.

"Bot Sentinel doesn't care if an account is human controlled or not. What it cares about is if that account is breaking Twitter's terms of service. We could call it a good bot against the bad bots, if you wanted to—a bot that is a sentinel or guard," said Bouzy, who noted that Bot Sentinel's code can be applied to any text-based website. "Today, in 2022, I would say 90% of the accounts doing this stuff are human controlled."

Bot Sentinel also works behind the scenes with prominent figures to help identify organized hate campaigns against them. Bouzy has conducted paid-for private research for former presidential candidate Pete Buttigieg, former FBI lawyer Lisa Page, former actress Markle and the legal team of Heard, and also charges a nominal fee to companies and universities that want to use its API for research. The company releases its own independent research on everything from online conspiracy theories about the Black Lives Matter movement to sources of anti-lockdown propaganda.

"Bouzy gets down into the weeds with these people and he finds some of the worst stuff that they're doing," said Newsweek's Chief Royal Correspondent Jack Royston, who has worked with Bouzy on several occasions to distribute research about online trolls who targeted

---

**Christopher Bouzy (spout...**
@cbouzy

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.

5:10 PM · Oct 14, 2022

164 Retweets  5 Quotes  901 Likes

10 Bookmarks

Tweet your                                    Reply

Christopher Bo...  · Oct 14, 2022
You can read the rest of the profile here:

theinformation.com
'Sometimes You've Got to Fight Fire With Fire': A ...

4      42      218

Christopher Bo...  · Oct 14, 2022
I also want to thank every



of Bouzy and three coders and data scientists whose identities Bouzy keeps secret, funds itself through donations collected on its website. He declines to share how much Bot Sentinel has raised, but the crowdfunding totals are sufficient to keep Sentinel web browser extensions and hate trackers free to the wider public.

Its algorithm has been trained to give Twitter accounts a score between 0% and 100% based on how closely they resemble accounts that flagrantly break Twitter's rules, helping users understand which accounts are problematic and which are not. The higher a Twitter account's Bot Sentinel score, the more likely it is to participate in targeted harassment and toxic trolling.

"Bot Sentinel doesn't care if an account is human controlled or not. What it cares about is if that account is breaking Twitter's terms of service. We could call it a good bot against the bad bots, if you wanted to—a bot that is a sentinel or guard," said Bouzy, who noted that Bot Sentinel's code can be applied to any text-based website. "Today, in 2022, I would say 90% of the accounts doing this stuff are human controlled."

Bot Sentinel also works behind the scenes with prominent figures to help identify organized hate campaigns against them. Bouzy has conducted paid-for private research for former presidential candidate Pete Buttigieg, former FBI lawyer Lisa Page, former actress Markle and the legal team of Heard, and also charges a nominal fee to companies and universities that wish to use its API for research. The company releases its own independent research on everything from online conspiracy theories about the Black Lives Matter movement to sources of anti-lockdown propaganda.

"Bouzy gets down into the weeds with these people and he finds some of the worst stuff that they're doing," said Newsweek's Chief Royal Correspondent Jack Royston, who has worked with Bouzy on several occasions to distribute research about online trolls who have targeted

---

**Christopher Bouzy (spout...**
@cbouzy

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.

5:10 PM · Oct 14, 2022

164 Retweets   5 Quotes   901 Likes

10 Bookmarks

Tweet your                                    Reply

**Christopher Bo...** · Oct 14, 2022
You can read the rest of the profile here:

theinformation.com
'Sometimes You've Got to Fight Fire With Fire': A ...

💬 4    ⟲ 42    ♡ 218

**Christopher Bo...** · Oct 14, 2022
I also want to thank every



twitter.com/cbouzy/status/1581025790391246848/photo/4

Incognito

occasions to distribute research about online trolls who have targeted Markle. "Christopher Bouzy has had a big role to play in trying to pressure social media companies to take responsibility."

Photo courtesy Christopher Bouzy

B ouzy, 47, couldn't have predicted that his tech career would lead to tracking bad actors online. His current role was preceded by two troll-free decades in the world of coding. Bouzy first made a name for himself in the early 2000s by building encryption software Cloak, which Avanquest Software acquired in 2006. He then developed Nexus Radio, a free platform allowing users to record and play back radio streams, which an investment group later purchased.

Relevant people

Christopher Bouzy (s...
@cbouzy
When I was 9, I started coding on a Mattel Aquarius computer, I developed several products in my 20s & 30s, and then in 2018 I launched BotSentinel.com

What's happening

2023 NFL Draft

Trending in United States
Trautman

Trending in United States
Elijah Higgins

Trending in United States
Dylan

Sports · Trending
Kilian

Christopher Bouzy (spout...
@cbouzy

❤️The profile about Bot Sentinel and me was published today. I want to thank everyone who has contributed to Bot Sentinel, our volunteers, and the folks who gave me words of encouragement throughout this journey. I also want to thank my team, who made us #1.

5:10 PM · Oct 14, 2022

164 Retweets   5 Quotes   901 Likes

10 Bookmarks

Tweet your                    Reply

Christopher Bo...  · Oct 14, 2022
You can read the rest of the profile here:

theinformation.com
'Sometimes You've Got to Fight Fire With Fire': A ...

4    42    218

Christopher Bo...  · Oct 14, 2022
I also want to thank every

31          169          901

Correction



**Christopher Bouzy** ✔
@cbouzy

···

Weeks ago, I said Nathaniel Broughty was a fraud, and this tweet is proof. A licensed NY lawyer and former Assistant District Attorney is knowingly tweeting falsehoods for likes and retweets. Meghan Markle, Lisa Page, and Pete Buttigieg never paid my company...



**Nate The Cashier | Bot Killer**
@NatetheLawyer

···

Confirmed
Bouzy was paid by Meghan Markle, Amber Heard's team, Lisa Page and Pete Buttigieg.

Guess we now know why talking bad about them makes you disruptive and Neo Nazi accounts are Normal.

**Christopher Bouzy** ✔
@cbouzy

···

New: As I stated over the weekend, The Information updated its story to reflect Pete Buttigieg, Lisa Page, and Meghan Markle never paid Bot Sentinel. Let's see if Nathaniel Broughty will stop lying about Meghan Markle paying us.

theinformation.com/articles/somet…

1 prominent figure

rivate research for

t wish to use its AF

ne conspiracy thec

ot Sentinel has per

ch on coordinated

3:48 PM · Oct 17, 2022 · Twitter Web App

**27** Retweets   **2** Quote Tweets   **112** Likes



Bot Sentinel also works behind the scenes with prominent figures to help identify organized hate campaigns against them. Bouzy has conducted paid-for private research for the **legal team of Heard**, and also charges a nominal fee to companies and universities that wish to use its API for research. The company releases its own independent research on everything from online conspiracy theories about the **Black Lives Matter movement** to sources of **anti-lockdown propaganda**.

Christopher Bouzy ✓
@cbouzy

New: As I stated over the weekend, The Information updated its story to reflect Pete Buttigieg, Lisa Page, and Meghan Markle never paid Bot Sentinel. Let's see if Nathaniel Broughty will stop lying about Meghan Markle paying us.

theinformation.com/articles/somet...

3:48 PM · Oct 17, 2022 · Twitter Web App

27 Retweets   2 Quote Tweets   112 Likes

Marion Iv... @pro... · Oct 17
Replying to @cbouzy
There are so many lies told about the royal family as a whole and so many really mean opinions, I have stopped going on these Facebooks, Twitter etc. I don't feel I want to be a part of it, because the truth is, none of us really knows the truth we only have opinions.

Lie about being paid Amber Heard



**ThatUmbrellaGuy**
@ThatUmbrella

···

Apparently Bot Sentinel will be targeting people on behalf of Amber Heard, hoping to silence them.

==Interestingly, they failed to disclose how they were HIRED by Amber Heard's team.==

They even bragged about it to the media and on their website.

| pher Bouzy ✓ | Heard and the Death of #MeToo |
| --- | --- |
| eks, we are publishing a report or | com/2022/05/18/opinion/amber-hear |
| te accounts targeting Amber Hea | noting that in 2020, **Bot Sentinel**, a group th |
| be followed by a report on the wid | sment, was **hired** by **Heard**'s lawyers to ana |
| tions on YouTube. In August, we a | |
| a report on the abuse the LGBTQ+ | was **hired** by **Heard**'s lawyers 🔍 |
| y face on social media. | piece discusses how Amber H |
| | m/r/SaintMeghanMarkle/... ▾ |
| , 2022 · Twitter for Android | ed. Press question mark to learn the rest of |
| **116** Quote Tweets   **2,683** Likes | |
| ⟲          ♡ | dangling tendrils are      Why is the NYT tr |

7:44 AM · Jun 20, 2022 · Twitter Web App



**Christopher Bouzy** ✓
@cbouzy

···

I forgot to mention that I literally talked about Amber's lawyers hiring us in two documentaries and in several interviews. Also, I am not sure how I failed to disclose it while also bragging about it. How exactly does that work?



**ThatUmbrellaGuy**
@ThatUmbrella

···

Apparently Bot Sentinel will be targeting people on behalf of Amber Heard, hoping to silence them.

Interestingly, they failed to disclose how they were HIRED by Amber Heard's team.

They even bragged about it to the media and on their website.

pher Bouzy ✓

eks, we are publishing a report or
te accounts targeting Amber Hea

Heard and the Death of #MeTo
com/2022/05/18/opinion/amber-hear
noting that in 2020. Bot Sentinel, a group th