# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

Samantha M. Markle,

    Plaintiff,

vs.

Meghan Markle,

    Defendant.

Case No. 8:22-cv-00511-CEH-TGW

**DEFENDANT'S *UNOPPOSED* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rules 3.01(c) and (d), Defendant Meghan, The Duchess of Sussex ("Meghan"), by and through her undersigned counsel, respectfully moves this Court for leave to file a reply memorandum in further support of her Motion to Dismiss the Third Amended Complaint (Dkt. 74; "TAC"), of no more than six (6) pages in length, no later than five (5) court days after the grant of this Motion. Plaintiff's counsel stated during the L.R. 3.01(g) conference call that Plaintiff does not oppose the filing of a reply brief of up to six (6) pages in length.

Under the Local Rules, a party may not file a reply memorandum "unless the Court grants leave." MD. Fla. Local Rule 3.01(c). As this Court has previously recognized, "[t]he purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Montgomery Bank, N.A. v. Alico Road Business Park, LP*, 2014 WL 3828406, at *3 (M.D. Fla. Aug. 4, 2014) (internal quotation omitted).

In connection with Meghan's prior motion to dismiss the First Amended Complaint, the Court granted permission to file a reply brief not to exceed six (6) pages. (Dkt. 44, 45.) Here, Plaintiff's opposition to Meghan's Motion to Dismiss and supporting exhibits filed on May 18, 2023 (Dkt. 79, 79-1) introduce new factual and legal arguments that, though meritless, do warrant a response.

For example, Plaintiff argues for the first time that Meghan's statement about Plaintiff's name change in the Oprah interview (**Statement #4**) was a "mixed opinion." (Dkt. 79 at 7.) Meghan requests leave to explain why this doctrine is inapplicable because there were no omitted or undisclosed facts related to that

specific statement. Plaintiff also argues that this statement by Meghan is not substantially true (*id*. at 6), but a reply will show that Plaintiff's argument mischaracterizes governing Eleventh Circuit law.

A reply will also show that Plaintiff's argument for the first time that certain of Meghan's comments in the Netflix Series (the "Series") are defamatory (*id*. at 8) fails under Eleventh Circuit law. Furthermore, Plaintiff's last-ditch effort in her TAC and opposition to salvage her case rests on a few comments in the Series by third party social media research analyst Christopher Bouzy. A reply will show that Plaintiff has mischaracterized and taken these comments out of context (*id.* at 8-9, 11-14) by ignoring the actual language of the full statements as well as other information presented on screen in the Series.[1] (*See* Dkt. 75-3 at 21-26 of 34).

A reply will also address why Plaintiff's fantastical "interpretation" of Bouzy's throwaway reference to the number of Twitter accounts does not control the threshold inquiry into whether the statement is *reasonably* understood as having a defamatory implication. And a reply will reveal the threshold legal defect with the syllogism that underlies most of Plaintiff's opposition: namely, that "grouping people as racists and then [ ] suggesting that [Plaintiff] is a member of that group" is "the same" as calling her "racist." (*Id*. at 9.)

---

[1] In support of the pending Motion of Dismiss, Meghan has asked the Court to take judicial notice of the transcripts from certain episodes of the Netflix Series (*see* Dkt. 75-1, 75-2, 75-3 and 75-4), and Plaintiff does not oppose that request as to the transcripts or the footage from the Series. (Dkt. 75 at 1.)

Plaintiff also argues that there is "evidence" that Bouzy was paid by Meghan, in a transparent attempt to avoid the requirement that Meghan have "published" the statements at issue through vicarious liability. (*Id.* at 3 & n.1.) Meghan's reply will establish why this "evidence" is not only inadmissible in this posture, but is contradicted by the very exhibit Plaintiff attached to her opposition.

Finally, Plaintiff conflates common law spite and ill will with constitutional malice. (*Id.* at 13, 18.) A reply will elucidate the distinction, and identify multiple defenses to actual malice in the Eleventh Circuit that were not addressed by Plaintiff's opposition.

WHEREFORE, Meghan respectfully requests that the Court grant her leave to file a reply brief of up to six (6) pages in length, no later than five (5) court days after the grant of this Motion, and for any other relief deemed just and proper.

### LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g)(2), Defendant Meghan, The Duchess of Sussex hereby certifies that the parties' counsel met and conferred by telephone on May 22, 2023, during which Plaintiff's counsel stated that Plaintiff does not oppose Defendant filing a reply brief of up to six (6) pages in length.

RESPECTFULLY SUBMITTED this 22nd day of May, 2023

        KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 22nd day of May, 2023.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
255 Primera Blvd., Ste 128
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

827466