IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

        Plaintiff,
v.

MEGHAN MARKLE,

        Defendant.
_____/

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY**

      The Plaintiff, SAMANTHA MARKEL (hereinafter referred to as "SAMANTHA"), by and through her undersigned counsel, herby files her Motion for Leave to File her Surreply to Defendant's Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss and in Favor of the Plaintiff's Third Amended Complaint.

      The Plaintiff brings this Motion pursuant to M. D. Fla. Loc. R. 3.01 (c) and (d) and requests this Court grant her leave to file a Surreply to the Defendant's Reply to the Plaintiff's Response in Opposition to the Defendant's Motion to Dismiss the Plaintiff's Third Amended Complaint.

      As there are matters raised in the Defendant's pleadings that require a rebuttal, the Plaintiff is requesting a surreply of no more than six (6) pages to be filed within five (5) days of the granting of this motion, or, Monday, June 5, 2023.

"A district court's decision to permit the filing of a surreply is purely discretionary and should generally only be allowed when a valid reason for such additional briefing exists… [a]dditionally, … the district court can authorize the filing of a surreply only to rebut matters raised in an opposing pleadings." *First Specialty Ins. Corp. v. 633 Partners, Ltd.,* 300 Fed. Appx. 777, 788 (11th Cir. 2008.)

The Defendant in her Reply alleges that the Plaintiff mischaracterized the law of the Eleventh Circuit, for which a rebuttal is warranted.  Additionally, the Plaintiff requests leave to file a surreply to clarify how her characterization of malice was not conflated. Finally, a surreply is required to demonstrate the defenses raised by the Defendant fails to meet the legal standard of the Eleventh Circuit.

WHEREFORE, the Plaintiff, SAMANTHA MARKLE, seeks leave from this Court to file a surreply to the Defendant's Reply for the reasons stated above and for any other relief this Court deems necessary.

---

**DESIGNATION OF EMAIL ADDRESS(ES) FOR SERVICE**
(Pursuant to Rule 2.516 Fla. R. Jud. Admin.)

The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Address(es) for service in the above styled matter. Service shall be complete upon emailing to the following email address(es) in this Designation, provided that the provisions of Rule 2.516 are followed.

Serv549@LegalBrains.com; Serv513@LegalBrains.com;
Serv512@LegalBrains.com
SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS
LISTED IN THIS DESIGNATION AND TO NO OTHERS.

---

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **30th day of May 2023**.

THE TICKTIN LAW GROUP
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757

  /s/ *Ryan Fojo*
PETER TICKTIN
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
RYAN FOJO
Florida Bar No. 1035588