IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-CV-511-CEH-TGW

SAMANTHA M. MARKLE,

       Plaintiff,
v.

MEGHAN MARKLE,

       Defendant.
_____/

## **PLAINTIFF'S NOTICE OF MEDIATION**

The Plaintiff, SAMANTHA M. MARKLE, by and through her undersigned counsel, hereby files this, her Notice of Mediation pursuant to the Case Management Report and Scheduling Order filed on May 9, 2023, Docket No. 77. The Mediation Conference in this matter shall be held with Mary Ruth Houston of Shutt & Bowen, LLP, 300 South Orange Ave., Ste. 1600, Orlando, FL, 32801 on Monday, December 18, 2023. The parties, their counsel and mediator agree under the circumstances to conduct the mediation via zoom, and the parties will file a joint unopposed motion asking the Court to modify paragraph IV.E (3) of the original Case Management Scheduling Order (Dkt. 49) to allow for such.

> **DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
> (Pursuant to Rule 2.516 Fla. R. Jud. Admin.)
>
> The undersigned attorneys of The Ticktin Law Group hereby designate the following Email Addresses for service in the above styled matter. Service shall be complete upon emailing to the following email addresses in this Designation, provided that the provisions of Rule 2.516 are followed.
> Serv549@LegalBrains.com
> **SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this **31st Day of May 2023**.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Ryan Fojo*_____
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
RYAN FOJO, ESQUIRE
Florida Bar No. 1035588