# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle, | Case No. 8:22-cv-00511-CEH-TGW |
|     Plaintiff, | |
| vs. | |
| Meghan Markle, | |
|     Defendant. | |

## DEFENDANT'S UNOPPOSED REQUEST FOR LEAVE TO LODGE FLASH DRIVE

Defendant Meghan, The Duchess of Sussex ("Meghan"), has moved to dismiss Plaintiff's Third Amended Complaint ("TAC"; Doc. 72) under Federal Rule of Civil Procedure 12(b)(6), which is currently pending. In connection with the Motion, Meghan requested that the Court take judicial notice of, *inter alia*, the video footage of one episode (i.e., episode 5) of the Netflix series *Harry & Meghan* (the "Series"). (*See* Doc. 75 at 1-3; Doc. 75-4 (Ex. 4).) *Plaintiff does not oppose the request to take judicial notice as to the video footage of this one episode of the Series.* (Doc. 75 at 1-3.) Because the file size of the video footage of this one episode from the Series vastly exceeds the Middle District's 50 MB file size limit,[1] Meghan respectfully requests

---

[1] *See* United States District Court for the Middle District of Florida, *Public Notice CM/ECF Document File Size Increased from 10Mb to 50Mb* (Sept. 22, 2020), https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-public-notice-cmecf-document-file-size-increased-from-10mb-to-50mb.pdf.

leave to lodge a flash drive containing the video footage of this one episode from the Series. *See Powertrain Inc. v. Am. Honda Motor Co.*, 2006 WL 2375241, at *4 (N.D. Miss. Aug. 15, 2006) (granting "request [for leave to lodge samples of the actual engines in dispute" to "allow for a more thorough comparison" of trade dress).

Once granted, Defendant's counsel will serve a copy of the video footage of the one episode on Plaintiff's counsel concurrently.

RESPECTFULLY SUBMITTED this 28th day of June, 2023

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

*[signature]*

**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g)(2), Defendant Meghan, The Duchess of Sussex, hereby certifies that the undersigned counsel previously met and conferred by telephone with Plaintiff's counsel, and the parties agreed to the Court taking judicial notice of (i) the transcripts of three episodes of the Netflix Series and (ii) the video footage of one episode of the Series. *See* L.R. 3.01(g)(2)(B); Doc. 75.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 28th day of June, 2023.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

831157