# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>    Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>    Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

### DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Rule 3.01(i), Defendant Meghan, The Duchess of Sussex ("Meghan"), by and through her undersigned counsel of record, hereby files a Notice of Supplemental Authority regarding the opinion issued by the Florida Third District Court of Appeal, affirming the Circuit Court's granting of defendants' motions to dismiss claims for defamation and defamation by implication, which became final and was accepted for publication on June 2, 2023.

(1)     Citation to supplemental authority—*Ozyesilpinar v. Reach PLC, et al.*, --- So. 3d --- , No. 3D22-628, 2023 WL 3485529, 48 Fla. L. Weekly D1004 (Fla. 3rd DCA, June 2, 2023) (per Judge Eric Wm. Hendon).

(2)     Specification of earlier papers that the authority supplements—The above authority supplements defense counsel's arguments from (a) page 16, line 17 through page 18, line 2 of the pending Motion to Dismiss the Third Amended

Complaint ("TAC") (Doc. 74), and (b) ECF page 3, lines 9 through 17 of the reply in support of the Motion to Dismiss the TAC (Doc. 82).

(3)     Quotation from 2023 WL 3485529, at *3—Holding that: (i) "[f]or a statement to be mixed opinion, the communicator's statement must imply that 'a concealed or undisclosed set of defamatory facts would confirm' the statement"; and (ii) Defendants'/Appellees' published articles "do not meet the definition of mixed opinion, as they contain no implications of racism based on concealed or undisclosed defamatory facts."

(4)     Quotation from 2023 WL 3485529, at *4—Holding that: "… the articles' characterization of the Appellant's comments as a 'racist tirade' is a matter of pure opinion."

(5)     Quotation from 2023 WL 3485529, at *4—Holding that: "As was true for the defamation counts, the phrase 'racist tirade' as used in the Appellees' articles is based on Appellant's admissions and is a statement of opinion based on facts reported in the articles. Thus, the Appellant's contention that the phrase is defamatory by implication fails."

RESPECTFULLY SUBMITTED this 30th day of June, 2023

KINSELLA WEITZMAN ISER KUMP HOLLEY LLP

/s/ Michael J. Kump
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 30th day of June, 2023.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

831121