IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

## JOINT REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Pursuant to Local Rule 3.01 (h), Plaintiff Samantha Markle, and Defendant Meghan, the Duchess of Sussex, by and through their respective undersigned counsel of record, hereby request that the Court hold oral argument in connection with Defendant's pending Motion to Dismiss the Third Amended Complaint (Doc. 74), in light of the extensive briefing by the parties. Counsel estimates a total of 60 minutes for oral argument.

WHEREFORE, the parties through their counsel of record respectfully request that the Court hold oral argument as requested above.

RESPECTFULLY SUBMITTED this 6th day of July, 2023.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (954) 570-6757


_/s/ *Peter Ticktin*___
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
RYAN FOJO, ESQUIRE
Florida Bar No. 1035588

KINSELLA WEITZMAN ISER KUMP
HOLLEY LLP


/s/ Michael J. Kump_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@kwikhlaw.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@kwikhlaw.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@kwikhlaw.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
\* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan,
The Duchess of Sussex
 (sued as "Meghan Markle")