# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Meghan Markle,<br><br>　　　　Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

### DEFENDANT'S NOTICE OF CHANGE OF DEFENSE COUNSEL'S FIRM NAME, AND EMAIL AND OFFICE ADDRESSES

**PLEASE TAKE NOTICE** that effective July 5, 2023, the firm Kinsella Weitzman Iser Kump Holley LLP, counsel of record for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle"), has changed its name to Kinsella Holley Iser Kump Steinsapir LLP.

**PLEASE TAKE FURTHER NOTICE** that effective July 5, 2023, the email address for the firm (kwikhlaw.com) has changed to khiks.com. As a result, the email addresses for Michael J. Kump, Jonathan Steinsapir, and Nicholas C. Soltman have changed to the following:

　　Michael J. Kump: mkump@khiks.com

　　Jonathan Steinsapir: jsteinsapir@khiks.com

　　Nicholas C. Soltman: nsoltman@khiks.com

**PLEASE TAKE FURTHER NOTICE** that the firm's office address has changed from 808 Wilshire Boulevard, 3rd Floor, Santa Monica, California 90401 to 11766 Wilshire Boulevard, Suite 750 Los Angeles, California 90025. The firm's

telephone and facsimile numbers remain unchanged. Please update your records and service lists accordingly.

RESPECTFULLY SUBMITTED this 12th day of July, 2023.

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@khiks.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@khiks.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 12th day of July, 2023.

BITMAN O'BRIEN & MORAT PLLC

<u>/s/ Ronnie Bitman, Esq.</u>
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

832502