# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>    Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>    Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 3.01(i), Defendant Meghan, The Duchess of Sussex ("Meghan"), by and through her undersigned counsel of record, hereby files a Notice of Supplemental Authority regarding the September 27, 2023 opinion issued by Chief Judge Timothy J. Corrigan of the Middle District of Florida granting defendants' motions to dismiss the First Amended Complaint containing Florida state law defamation and defamation by implication claims, without leave to amend.

(1)    <u>Citation to supplemental authority</u>—*Reed v. Chamblee, et al*, --- F. Supp. 3d ---, 2023 WL 6292578 (M.D. Fla. Sept. 27, 2023).

(2)    <u>Specification of earlier papers that the authority supplements</u>—The above authority supplements Meghan's arguments at: (a) page 5 n.2 of the pending Motion to Dismiss the Third Amended Complaint (Doc. 74; the "Motion"); (b) page

6, lines 5 through 19 of the Motion; (c) page 14, line 16 through page 15, line 15 of the Motion; and (d) page 15, line 16 through page 17, line 5 of the Motion.

(3)     Quotation from 2023 WL 6292578, at *9 —holding that "[a]ll three types of defamation [including defamation by implication] also require a plaintiff to plead and prove actual malice if he is a public figure."

(4)     Quotation from 2023 WL 6292578, at *16 —holding that "whether a person 'aligns' himself with another is an amorphous expression that cannot be proven or disproven" and that an alleged statement about plaintiff's motivations "also constitutes opinion, as it is [defendant's] subjective assessment of [plaintiff and his colleagues'] conduct and is not readily capable of being true or false" (footnote omitted).

(5)     Quotation from 2023 WL 6292578, at *12—holding that a group of 48 individuals, including plaintiff, "is too large for [plaintiff] to claim that any alleged defamation to [the group] equates to defamation against him personally." (internal citation omitted).

(6)     Quotation from 2023 WL 6292578, at *10—holding that "two alleged statements plainly concern another person and are [therefore] non-actionable."

RESPECTFULLY SUBMITTED this 3rd day of October, 2023

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

/s/ Michael Kump
_____
**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@khiks.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@khiks.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 3rd day of October, 2023.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

841045