IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,

v.

MEGHAN MARKLE,

    Defendant.

_____/

## NOTICE OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), the Plaintiff, SAMANTHA M. MARKLE, by and through its undersigned Counsel, designates Peter Ticktin of The Ticktin Law Group to serve as lead counsel in this case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties registered to receive service via CM/ECF this 5th day of October 2023.

      /s/ *Peter Ticktin*
Peter Ticktin, Esquire
Fla Bar No. 887935
Serv512@LegalBrains.com
Jamie Alan Sasson, Esquire
Fla Bar No. 10802
Serv513@LegalBrains.com
Ryan Fojo, Esquire
Fla Bar No. 1035588
Serv549@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (813) 639-4211
*Attorneys for the Plaintiff*

2

## **SERVICE LIST**

**Jonathan P. Steinsapir**
Kinsella Weitzman Iser Kump & Aldisert, LLP
3rd Floor
808 Wilshire Blvd
Santa Monica, CA 90401
310/566-9834
Fax: 310/566-9884
Email: jsteinsapir@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Michael J. Kump**
Kinsella Weitzman Iser Kump & Aldisert, LLP
3rd Floor
808 Wilshire Blvd
Santa Monica, CA 90401
310/566-9800
Fax: 310/566-9850
Email: mkump@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas C. Soltman**
Nicholas C. Soltman
11766 Wilshire Blvd.
Suite 750
Los Angeles, CA 90025
310-566-9857
Fax: 310-566-9898
Email: nsoltman@kwikhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronnie J Bitman**
Bitman O'Brien & Morat, PLLC
615 Crescent Executive Court
Suite 212
Lake Mary, FL 32746
407-815-3110
Fax: 407-815-2367

3

Email: rbitman@bitman-law.com
*ATTORNEY TO BE NOTICE*