# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle, | Case No. 8:22-cv-00511-CEH-TGW |
|     Plaintiff, | |
| vs. | |
| Meghan Markle, | |
|     Defendant. | |

## **DEFENDANT'S DESIGNATION OF LEAD COUNSEL**

Pursuant to Local Rule 2.02(a), Defendant Meghan, The Duchess of Sussex, by and through her undersigned counsel of record, hereby designates Michael J. Kump, Esq. of Kinsella Holley Iser Kump Steinsapir LLP as her lead counsel in this action.

RESPECTFULLY SUBMITTED this 5th day of October, 2023

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

/s/ Michael J. Kump

**Michael J. Kump** (Cal. Bar No. 100983)*
mkump@khiks.com
**Jonathan Steinsapir** (Cal. Bar No. 226281)*
jsteinsapir@khiks.com
**Nicholas C. Soltman** (Cal. Bar No. 277418)*
nsoltman@khiks.com
11766 Wilshire Boulevard, Suite 750
Los Angeles, California 90025
Telephone: 310.566.9800
* *Pro hac vice*

BITMAN O'BRIEN & MORAT PLLC
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 5th day of October, 2023.

BITMAN O'BRIEN & MORAT PLLC

<u>/s/ Ronnie Bitman, Esq.</u>
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

843444