# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>  Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>  Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

# JOINT UNOPPOSED MOTION TO MODIFY SECOND AMENDED

# CASE MANAGEMENT AND SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 16 and 6, and Middle District Local Rules 3.01(a) and 3.08, Plaintiff Samantha Markle and Defendant Meghan, The Duchess of Sussex ("Meghan"), by and through her respective undersigned counsel of record, hereby jointly request an approximately 120 day extension of all remaining deadlines set forth in this Court's Second Amended Case Management and Scheduling Order (ECF No. 78) filed on May 18, 2023. The parties through their counsel of record state as follows:

1. This is a diversity action. *See* 28 U.S.C. § 1332.

2. On June 3, 2022, Plaintiff filed her First Amended Complaint ("FAC"). (ECF No. 31.)

3. On June 17, 2022, Meghan moved to dismiss the FAC in its entirety. (ECF Nos. 34, 35.) On July 8, 2022, Plaintiff filed her opposition. (ECF No. 41.) On July 25, 2022, Meghan filed her reply in support of her motion to dismiss. (ECF No. 48.)

4. On August 3, 2022, this Court issued a Case Management and Scheduling Order. (ECF No. 49.)

5. On January 9, 2023, the parties through their counsel of record filed a Joint Unopposed Motion to Modify the Scheduling Order. (ECF No. 56.)

6. On February 7, 2023, the Court granted the Joint Unopposed Motion to Modify the Scheduling Order and filed the Amended Case Management and Scheduling Order. (ECF No. 61).

7. On February 15, 2023, the Court held oral argument in connection with the Motion to Dismiss the FAC. (ECF Nos. 64, 65.)

8. On March 30, 2023, the Court granted the Motion to Dismiss the FAC. (ECF No. 70.)

9. On April 13, 2023, Plaintiff filed her Third Amended Complaint. (ECF No. 72.)

10. On April 27, 2023, Meghan moved to dismiss the Third Amended Complaint in its entirety. (ECF Nos. 74, 75.)

11. On May 9, 2023, the parties through their counsel of record filed a Joint Unopposed Motion to Modify the Scheduling Order. (ECF No. 77.)

12. On May 18, 2023, the Court granted the Joint Unopposed Motion to Modify the Scheduling Order and filed the Second Amended Case Management and Scheduling Order. (ECF No. 78).

13. On May 18, 2023, Plaintiff filed her opposition to Defendant's Motion to Dismiss the Third Amended Complaint. (ECF Nos. 79,

13. On May 25, 2023, Meghan filed her reply in support of her Motion to Dismiss the Third Amended Complaint. (ECF No. 82)

14. On May 31, 2023, the parties through their counsel of record filed the Unopposed Motion by Plaintiff and Defendant to Modify Case Management and Scheduling Order seeking permission to perform by videoconference the mediation scheduled for December 18, 2023. (ECF No. 85.)

15. On June 5, 2023, Plaintiff filed her Sur-reply on Motion to Dismiss the Third Amended Complaint. (ECF No. 89.)

16. On June 30, 2023, Meghan filed a Notice of Supplemental Authority. (ECF No. 94.)

17. On July 6, 2023, the parties through their counsel of record filed their Joint Request for Oral Argument on the Motion to Dismiss the Third Amended Complaint. (ECF No. 96.)

18. On September 11, 2023, the Court granted the Joint Request to Modify the Case Management and Scheduling Order (ECF No. 85), allowing the mediation conference to be conducted by videoconference. (ECF No. 100.)

19. On October 3, 2023, Meghan filed a Notice of Supplemental Authority. (ECF No. 101.)

20. A case management order may be modified for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *accord* Fed. R. Civ. P. 6(b)(1).

21. In light of the pending Motion to Dismiss the Third Amended Complaint, which might moot discovery, the parties through their counsel of record jointly and respectfully request at this time that all remaining deadlines in this case be extended by approximately 120 days.

22. Because the parties through their counsel of record are jointly requesting this extension, they have necessarily conferred in good faith and have agreed to the relief requested herein. *See generally* L.R. 3.01(g). They file this Joint Motion in good faith and not for purposes of delay. Neither party will be prejudiced

by the relief sought in this Motion. Indeed, it is expected that a continuance of the pretrial deadlines and trial date would moot discovery disputes that are otherwise likely to arise, including motions for protective orders in connection with Plaintiff's contemplated depositions.

23. The undersigned counsel hereby certify that their respective clients consent to the continuance. L.R. 3.08(b).

## MEMORANDUM OF LAW

Rule 16(b) of the Federal Rules of Civil Procedure provides that a "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Modification of pre-trial orders is generally permitted when "no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight." *United States v. Varner*, 13 F.3d 1503, 1507 (11th Cir. 1994) (quoting *Sherman v. United States*, 462 F.2d 577, 579 (5th Cir. 1972)). A party seeking to modify a scheduling order must demonstrate "good cause," *Utilities Mktg. Grp., LLC v. Warrick*, 2016 WL 3189155, at *1 (M.D. Fla. June 8, 2016), the "primary measure" of which "is the movant's diligence in attempting to meet the Order's requirements." *Strubel v. Hartford Ins. Co. of the Midwest*, 2010 WL 11507711, at *1 (M.D. Fla. June 18, 2010). Good cause exists where the schedule cannot be "met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (citing advisory committee's note to Fed. R. Civ. P. 16).

Factors to be considered in evaluating good faith include the promptness displayed by the movants in seeking an extension, and whether there is any bad faith or dilatory motive on the part of the movant or prejudice to any party. *See Utilities Mktg. Grp., LLC*, 2016 WL 3189155, at *1 (M.D. Fla. June 8, 2016) (court found good cause to allow plaintiffs to amend their pleadings beyond the deadline in the scheduling order, based on their due diligence, and defendants' failure to show

undue delay, bad faith or prejudice); *Hurtado v. Raly Dev., Inc.*, 281 F.R.D. 696, 700 (S.D. Fla. 2012) (defendants demonstrated good cause to allow its filing of an amended pleading beyond the court ordered deadline, where it did not delay in seeking, and demonstrated no bad faith or dilatory motive, and plaintiff failed to demonstrate any prejudice).

Courts have granted motions for the extension of deadlines and continuances of trial dates where good cause has been shown, recognizing that such extension will allow the parties to complete discovery and prepare for trial, as well as facilitate their ability to attempt to resolve matters amicably through a good faith mediation process. *Bassler v. George Weston Bakeries Distribution Inc.*, 2009 WL 10670778, at *2 (M.D. Fla. Nov. 25, 2009).

**<u>Good Cause Exists for the Requested Modification of Scheduling Order</u>**

The parties through their counsel of record have demonstrated good cause. Specifically, the parties through their counsel of record agree that the pending Motion to Dismiss the Third Amended Complaint may moot the need for discovery at all (if granted), and/or frame the issues relevant to any such proceeding (if denied in part). The parties through their counsel of record have been diligent in attempting to meet the requirements of the Court's Amended Case Management and Scheduling Order (ECF No. 61) and Second Amended Case Management and Scheduling Order (ECF No. 78), including by filing this motion before the expiration of any of the existing deadlines, propounding (and responding to) written discovery, and requesting (and producing) documents. The parties through their counsel of record

file this Joint Motion in good faith and not for purposes of delay, but rather, to ensure that they have the benefit of the Court's ruling(s) on the pending motion. Neither party will be prejudiced by the relief sought in this Motion.

Accordingly, the parties through their counsel of record respectfully submit that an extension of approximately 120 days of the deadlines set forth in the Court's Second Amended Order dated May 18, 2023, including resetting the discovery deadline to May 1, 2024, and the beginning of the trial term to November 1, 2024, is warranted and in the best interest of the parties and this Honorable Court.

WHEREFORE, Plaintiff Samantha Markle and Defendant Meghan, The Duchess of Sussex, by and through their counsel of record, jointly request that the Court enter an order extending, by approximately 120 days, all remaining deadlines set forth in the Court's Second Amended Case Management and Scheduling Order (ECF No. 78), as follows:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Deadline | Jan. 2, 2024 | May 1, 2024 |
| Dispositive Motions, *Daubert*, and *Markman* Motions | Feb. 2, 2024 | June 3, 2024 |
| *Meeting In Person* to Prepare Joint Final Pretrial Statement | May 10, 2024 | Sept. 9, 2024 |
| *Joint Final Pretrial Statement,* (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | May 17, 2024 | Sept. 18, 2024 |
| All Other Motions Including Motions *In Limine* | May 28, 2024 | Sept. 25, 2024 |

| | | | |
|---|---|---|---|
| Final Pretrial Conference | | | |
| | Date: | June 18, 2024 | Oct. 16, 2024 |
| | Time: | 2:30 pm | 2:30 pm |
| | Judge: | Charlene Edwards Honeywell Crtrm. 13A | Charlene Edwards Honeywell Crtrm. 13A |
| Trial Briefs and Deposition Designations | | June 11, 2024 | Oct. 9, 2024 |
| Trial Term Begins | | July 1, 2024 | Nov. 1, 2024 |
| Estimated Length of Trial | | 5 days | 5 days |
| Jury/Non-Jury | | Jury | Jury |
| Mediation | | | |
| | Deadline: | Dec. 29, 2023 | April 26, 2024 |
| | Mediator: | Mary Ruth Houston, Esq. | Same |
| | Address: | 300 S. Orange Ave., Ste. 1600, Orlando, FL 32801 | Via video conference |
| Designated Lead Counsel Pursuant to Local Rule 1.01(d)(9) Lead Counsel Telephone Number | Attorney Name: | Peter Ticktin 954-570-6757 | Peter Ticktin 954-570-6757 |

RESPECTFULLY SUBMITTED this 9th day of October, 2023

        THE TICKTIN LAW GROUP

        /s/ Peter Ticktin

        _____
        **Peter Ticktin** (Fla. Bar No. 887935)
        pticktin@legalbrains.com
        **Jamie Sasson** (Fla. Bar No. 10802)
        jsasson@legalbrains.com
        **Taylor Young** (Fla. Bar No. 1031760)
        tyoung@legalbrains.com
        270 SW Natura Avenue
        Deerfield Beach, Florida 33441
        Telephone: 954.570.6757

        KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

        _____
        **Michael J. Kump** (Cal. Bar No. 100983)*
        mkump@kwikhlaw.com
        **Jonathan Steinsapir** (Cal. Bar No. 226281)*
        jsteinsapir@kwikhlaw.com
        **Nicholas C. Soltman** (Cal. Bar No. 277418)*
        nsoltman@kwikhlaw.com
        11766 Wilshire Blvd., Ste. 750
        Los Angeles, California 90025
        Telephone: 310.566.9800
        * *Pro hac vice*

        BITMAN O'BRIEN & MORAT PLLC
        **Ronnie Bitman** (Fla. Bar No. 744891)
        rbitman@bitman-law.com
        615 Crescent Executive Ct., Ste. 212
        Lake Mary, FL 32746-2168
        Telephone: 407.815.3115

        Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff and Defendant have conferred regarding this motion and Plaintiff and Defendant through their counsel of record jointly seek the modification of the deadlines in the Second Amended Case Management and Scheduling Order (ECF No. 78) and a continuance of the trial date as set forth in the motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 9th day of October, 2023.

BITMAN O'BRIEN & MORAT PLLC

<u>/s/ Ronnie Bitman, Esq.</u>
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

843712