UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| Samantha M. Markle,<br><br>   Plaintiff,<br><br>vs.<br><br>Meghan Markle,<br><br>   Defendant. | Case No. 8:22-cv-00511-CEH-TGW |

**JOINT MOTION TO CONDUCT ORAL ARGUMENT VIA ZOOM VIDEO CONFERENCE ON MOTION TO DISMISS THIRD AMENDED COMPLAINT**

  Pursuant to Middle District Local Rule 3.01(h), Plaintiff Samantha Markle and Defendant Meghan, The Duchess of Sussex, by and through her respective undersigned counsel of record, hereby jointly request that the oral argument scheduled for November 8, 2023 at 1:30 p.m. EST on the Motion to Dismiss the Third Amended Complaint (Doc. 74) and the Motion for Miscellaneous Relief, specifically for Judicial Notice in Support of Motion to Dismiss Third Amended Complaint Partially Unopposed (Doc. 75), be conducted via zoom video conference.

  Good cause exists for the request made in this this joint motion. Lead trial counsel for the parties who will be participating in the oral argument on November 8, 2023—i.e., Peter Ticktin for Plaintiff and Michael Kump for Defendant—reside outside the Middle District with Mr. Kump in Los Angeles, California. Conducting

the oral argument on November 8, 2023 by zoom video conference will not require any travel and will be more convenient. In addition, the prior oral argument in connection with the motion to dismiss the First Amended Complaint was set by the Court to proceed via zoom video conference (see Doc. 57), and was successfully conducted on February 15, 2023 via zoom video conference without any issues or other impediments.

## MEMORANDUM OF LAW

The Court has the power and discretion to conduct court hearings and oral arguments in civil actions via video conference. *See, e.g., Toland v. Phoenix Insur. Co.*, 855 Fed.Appx. 486, 491 (11th Cir. 2021) (District Court did not abuse its discretion in holding a hearing on contested award of attorneys' fees via video conference). That is particularly true where, as here, the parties through their respective counsel of record have requested and agreed that the oral argument set for November 8, 2023 be conducted via video conference.

Among other benefits, conducting the oral argument via video conference will be more efficient and convenient because it will not require the parties' respective lead trial counsel to travel to and from the Middle District. Furthermore, as shown by the oral argument conducted on February 15, 2023 via zoom video conference, conducting the November 8, 2023 oral argument in the same manner will not cause any issues or problems, and will allow all counsel and the Court to fully participate in the oral argument.

WHEREFORE, in light of the foregoing, and good cause existing, the parties through their counsel of record respectfully request that the oral argument scheduled for November 8, 2023 on the Motion to Dismiss the Third Amended Complaint (Doc. 74) and the Motion for Miscellaneous Relief, specifically for Judicial Notice in Support of Motion to Dismiss Third Amended Complaint Partially Unopposed (Doc. 75), be conducted via zoom video conference.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Plaintiff and Defendant have conferred regarding this motion and Plaintiff and Defendant through their counsel of record jointly request that the oral argument scheduled for November 8, 2023 on the Motion to Dismiss the Third Amended Complaint and the related Motion regarding Judicial Notice be conducted via zoom video conference for the reasons set forth in the motion.

RESPECTFULLY SUBMITTED this 24th day of October, 2023,

| THE TICKTIN LAW GROUP | KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP |
|---|---|
| /s/ Peter Ticktin<br>_____<br>**Peter Ticktin** (Fla. Bar No. 887935)<br>pticktin@legalbrains.com<br>**Jamie Sasson** (Fla. Bar No. 10802)<br>jsasson@legalbrains.com<br>**Taylor Young** (Fla. Bar No. 1031760)<br>tyoung@legalbrains.com<br>270 SW Natura Avenue<br>Deerfield Beach, Florida 33441<br>Telephone: 954.570.6757<br>Attorneys for Plaintiff | _____<br>**Michael J. Kump** (Cal. Bar No. 100983)*<br>mkump@kwikhlaw.com<br>**Jonathan Steinsapir** (Cal. Bar No. 226281)*<br>jsteinsapir@kwikhlaw.com<br>**Nicholas C. Soltman** (Cal. Bar No. 277418)*<br>nsoltman@kwikhlaw.com<br>11766 Wilshire Blvd., Ste. 750<br>Los Angeles, California 90025<br>Telephone: 310.566.9800<br>* *Pro hac vice*<br><br>BITMAN O'BRIEN & MORAT, PLLC<br>**Ronnie Bitman** (Fla. Bar No. 744891)<br>rbitman@bitman-law.com<br>615 Crescent Executive Ct., Ste. 212<br>Lake Mary, FL 32746-2168<br>Telephone: 407.815.3115<br><br>Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle") |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to all parties registered to receive service via CM/ECF this 24th day of October, 2023.

BITMAN O'BRIEN & MORAT PLLC

/s/ Ronnie Bitman, Esq.
**Ronnie Bitman** (Fla. Bar No. 744891)
rbitman@bitman-law.com
615 Crescent Executive Ct., Ste. 212
Lake Mary, FL 32746-2168
Telephone: 407.815.3115

Attorneys for Defendant Meghan, The Duchess of Sussex (sued as "Meghan Markle")

844764