UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HONORABLE CHARLENE EDWARDS HONEYWELL**

**CLERK'S MINUTES**

| | |
|---|---|
| **SAMANTHA M. MARKLE,** | **Plaintiff's Counsel:** |
| Plaintiff, | Peter Ticktin and Jamie A. Sasson |
| v. | |
| **MEGHAN MARKLE,** | **Defendant's Counsel:** |
| Defendant. | Michael J. Kump and Ronnie J Bitman |

| | |
|---|---|
| **Case No.:** 8:22-cv-511-CEH-TGW | **Date:** November 8, 2023 |
| **Courtroom:** 13A | **Interpreter:** N/A |
| **Time:** 1:34 P.M. - 2:59 P.M. | **Total:** 1 Hour, 25 Minutes |
| **Deputy Clerk:** Charmaine A. Black | **Court Reporter:** Sharon A. Miller |

**PROCEEDING: ORAL ARGUMENT**

Court in session.

Counsel for both parties are present in the courtroom and identified for the record.

Plaintiff Samantha Markle is also present.

This matter is before the Court today for oral argument on Defendant's Motion to Dismiss Third Amended Complaint and Incorporated Memorandum of Law (Doc. 74) and Defendant's Partially Unopposed Request for Judicial Notice in Support of Motion to Dismiss Third Amended Complaint (Doc. 75).

Preliminary matters are discussed.

Mr. Ticktin indicates that Plaintiff does not oppose any portion of Defendant's Partially Unopposed Request for Judicial Notice in Support of Motion to Dismiss Third Amended Complaint (Doc. 75).

The Court hears oral argument from counsel.

Mr. Kump addresses the Court.

Mr. Ticktin addresses the Court.

The matter is taken under advisement.

A written order will be issued.

Regarding the pending Joint Unopposed Motion to Modify Second Amended Case Management and Scheduling Order (Doc. 105), the Court will grant that motion and enter an Amended Case Management and Scheduling Order which extends the current deadlines.

Court adjourned.