**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SAMANTHA M. MARKLE,

    Plaintiff,

v.                                          Case No: 8:22-cv-511-CEH-TGW

MEGHAN MARKLE,

    Defendant.
_____

**THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

Having considered the parties' Joint Unopposed Motion to Modify Second Amended Case Management and Scheduling Order (Doc. 105), filed on October 9, 2023, and for good cause shown, the Court will grant the parties' Joint Unopposed Motion to Modify Second Amended Case Management and Scheduling Order. The following deadlines shall apply to this action:

| | |
|---|---|
| **Discovery Deadline** | MAY 3, 2024 |
| **Dispositive Motions,** *Daubert***, and** *Markman* **Motions** | JUNE 3, 2024 |
| *Meeting In Person* to Prepare Joint Final Pretrial Statement | SEPTEMBER 6, 2024 |
| *Joint Final Pretrial Statement,* (including a Single Set of Jointly-Proposed Jury Instructions and Verdict Form [a Microsoft Word version may be e-mailed to the Chambers mailbox] *Voir Dire* Questions, Witness Lists, Exhibit Lists with Objections on Approved Form) | SEPTEMBER 17, 2024 |
| All Other Motions Including Motions *In Limine* | SEPTEMBER 24, 2024 |

| **Final Pretrial Conference** | Date:<br>Time:<br>Judge: | OCTOBER 15, 2024<br>2:30 PM<br>Charlene Edwards Honeywell<br>Courtroom 13A |
|---|---|---|
| **Trial Briefs and Deposition Designations** | | OCTOBER 8, 2024 |
| **Trial Term Begins** | | NOVEMBER 4, 2024 |
| **Estimated Length of Trial** | | 5 Days |
| **Jury/Non-Jury** | | Jury |
| **Mediation**<br><br>**Designated Lead Counsel shall contact opposing counsel and the mediator to reserve a conference date and shall file a Notice with the Court within 14 days of this Order advising of the date.** | Deadline:<br>Mediator:<br>Address:<br><br><br><br><br>Telephone: | APRIL 26, 2024<br>Mary Ruth Houston, Esq.<br>300 S. Orange Avenue, Ste. 1600,<br>Orlando, FL 32801<br><br>(407) 423-3200 |
| **Designated Lead Counsel** | Attorney Name: | Peter Ticktin |
| **Lead Counsel Telephone Number** | Telephone Number: | (954) 570-6757 |

All other provisions of the Second Amended Case Management and Scheduling Order (Doc. 78) continue to apply.

**DONE AND ORDERED** in Tampa, Florida on November 14, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to: Counsel of Record and Unrepresented Parties, if any