IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00511-CEH-TGW

SAMANTHA M. MARKLE,

    Plaintiff,
v.

MEGHAN MARKLE,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, SAMANTHA M. MARKLE, by and through her undersigned counsel, appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting Defendants, Meghan, the Duchess of Sussex, Motion to Dismiss entered by the Honorable Charlene Edwards Honeywell on March 12, 2024 [ECF 113].

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 8th day of April 2024, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

Respectfully submitted,

   /s/ Peter Ticktin   
Peter Ticktin, Esquire
Fla Bar No. 887935
Serv512@LegalBrains.com
Jamie Alan Sasson, Esquire
Fla Bar No. 10802
Serv513@LegalBrains.com
Ryan Fojo, Esquire
Fla Bar No. 1035588
Serv549@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (813) 639-4211
*Attorneys for the Plaintiff*

## SERVICE LIST

**Jonathan P. Steinsapir**
Kinsella Weitzman Iser Kump & Aldisert, LLP
3rd Floor
808 Wilshire Blvd
Santa Monica, CA 90401
310/566-9834
Fax: 310/566-9884
Email: jsteinsapir@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Michael J. Kump**
Kinsella Weitzman Iser Kump & Aldisert, LLP
3rd Floor
808 Wilshire Blvd
Santa Monica, CA 90401
310/566-9800
Fax: 310/566-9850
Email: mkump@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Nicholas C. Soltman**
Nicholas C. Soltman
11766 Wilshire Blvd.
Suite 750
Los Angeles, CA 90025
310-566-9857
Fax: 310-566-9898
Email: nsoltman@kwikhlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronnie J Bitman**
Bitman O'Brien & Morat, PLLC
615 Crescent Executive Court
Suite 212
Lake Mary, FL 32746
407-815-3110
Fax: 407-815-2367
Email: rbitman@bitman-law.com
*ATTORNEY TO BE NOTICE*